U.S. District Court
Middle District of Florida
Tampa Division

## GOVERNMENT EXHIBIT

Exhibit No.: 5

Case No.: 8:21-mj-1991-SPF

UNITED STATES OF AMERICA

vs.

Jeremy Brown

Date Identified: 10/5/2021

Date Admitted: 10/5/2021

| | TAMPA PD | |
|---|---|---|
| | GENERAL OFFENSE HARDCOPY | |
| GO# 2014-28528 INACTIVE | | 9500-2 BAKER ACT |

## General Offense Information

Operational status: **INACTIVE**
Reported on: **Jan-13-2014  (Mon.) 1333**
Occurred on: **Jan-13-2014  (Mon.) 1333**
Approved on: **Jan-13-2014  (Mon.)**  by:   **42517 - UBINAS, RICARDO (RETIRED)**
Report submitted by: **24142  -  SCUDDER, COLE A (RETIRED)**
Org unit: **Squad 108**
Accompanied by: **43458  -  TRICK, DAVID J (INACTIVE)**
Address: **4012 W FAIRVIEW HTS**
    Municipality: **TAMPA**
    District: **1**   Beat: **B6**   Grid: **191**
Special study: **Not Applicable**
Family violence: **No**

## Offenses (Completed/Attempted)

Offense: **# 1   9500-2   BAKER ACT  -  COMPLETED**
Location: **Air/Bus/Train Terminal**
Offender suspected of using: **Not Applicable**
Bias: **None (no bias)**



**TAMPA PD**
**GENERAL OFFENSE HARDCOPY**
GO# 2014-28528 INACTIVE                                   9500-2 BAKER ACT

# Related Event(s)

CP      2014-28528

# Related Person(s)

### 1. SUBJECT # 1 - BROWN, JEREMY MICHAEL

### (Case Specific Information)

Sex: **Male**
Race: **WHITE**
Date of birth:
Address
             Municipality: **TAMPA , Florida   33611**

**Phone Numbers**
         Home:
    Business:

### Particulars

Occupation: **MILITARY**
Employer address: **6900 DALE MABRY HWY S**

### Master Name Index Reference

Name: **BROWN, JEREMY  MICHAEL**
Sex: **Male**
Race: **WHITE**
Date of birth:
Ethnicity: **Not of Hispanic Origin**
Address:
             Municipality: **TAMPA , Florida   33603**
             District: **3**   Beat:    Grid: **71**

**Phone numbers**
Business:
   Home:

### Linkage factors

Resident status : **City (Tampa)**
Age range : **30-49 Years**

### 2. EYEWITNESS # 1 -

### (Case Specific Information)

Sex: **Female**
Race: **WHITE**
Date of birth:
Address:
             Municipality:

| | **TAMPA PD** | |
|---|---|---|
| | **GENERAL OFFENSE HARDCOPY** | |
| GO# 2014-28528 INACTIVE | | 9500-2 BAKER ACT |

**Master Name Index Reference**

Name: ███
Sex: **Female**
Race: **WHITE**
Date of birth: ███
Address: ███
    Municipality: ███

**Phone numbers**
Home: ███

**Linkage factors**

Resident status : **State (Florida)**
Age range : **30-49 Years**

| | **TAMPA PD** |
|---|---|
| | **GENERAL OFFENSE HARDCOPY** |
| GO# 2014-28528 INACTIVE | 9500-2 BAKER ACT |

### Narrative Text

**Type** CASE SUMMARY
**Author** 24142 - SCUDDER, COLE A (RETIRED)
**Related Date** Jan-13-2014 14:47

```
Upset by a current divorce, the subj made statement that he would kill his
wife or himself. The subj refused voluntary evaluation. The subj was placed
under Baker Act, w/o incident or injury.
```

| | TAMPA PD | |
|---|---|---|
| | **GENERAL OFFENSE HARDCOPY** | |
| GO# 2014-28528 INACTIVE | | 9500-2 BAKER ACT |

## Narrative Text

**Type** INITIAL REPORT
**Author** 24142 - SCUDDER, COLE A (RETIRED)
**Related Date** Jan-13-2014 14:56

The subj was interviewed and refused voluntary evaluation. The subj seemed angry and focused. The subj was transported to Crisis Center by Off C Bourne under Baker Act without incident or injury.

| | **TAMPA PD** |
|---|---|
| | **GENERAL OFFENSE HARDCOPY** |
| GO# 2014-28528 INACTIVE | 9500-2 BAKER ACT |

## Narrative Text

**Type** STATEMENT
**Related Person** (SUBJECT #1) BROWN, JEREMY, M (DOB: ▮)
**Subject** BROWN, JEREMY MICHAEL
**Author** 24142 - SCUDDER, COLE A (RETIRED)
**Related Date** Jan-13-2014 14:51

```
Subj was advised of options for voluntary evaluation and refused.
```

| | TAMPA PD | |
|---|---|---|
| | **GENERAL OFFENSE HARDCOPY** | |
| GO# 2014-28528 INACTIVE | | 9500-2 BAKER ACT |

### Narrative Text

**Type** STATEMENT
**Related Person** (EYEWITNESS #1) ▮▮▮▮▮ (DOB: ▮▮▮▮)
**Subject** ▮▮▮▮▮
**Author** 24142 - SCUDDER, COLE A (RETIRED)
**Related Date** Jan-13-2014 14:52

Wit ▮▮▮ advised that she is a friend of the subj and is familiar with the "bad divorce" he is going through. She became concerned that the subj may hurt himself or his wife, after the following text message, "If I dont kill myself I will kill her (wife). It is all I think about she is the enemy."



**TAMPA PD**
**GENERAL OFFENSE HARDCOPY**
GO# 2014-28528 INACTIVE                    9500-2 BAKER ACT

## Related Use of Force Details
Date occured: **Jan-13-2014  (Mon.)**
Location: **4012 W FAIRVIEW HGTS**
Nature of contact: **Baker Act**
Subjects present: **1**
**Officers involved**
Reporting officer: **24142 - SCUDDER, COLE A (RETIRED)**
Date reported: **Jan-13-2014  (Mon.)**
**Supervisor Information**
Supervisor notified: **26662 - UBINAS, EDUARDO**
Date Notified: **Jan-13-2014  (Mon.)**
Time notified: **1333**
Responded: **Yes**

*** END OF HARDCOPY ***