U.S. District Court
Middle District of Florida
Tampa Division

## GOVERNMENT EXHIBIT

Exhibit No.: 6

Case No.: 8:21-mj-1991-SPF

UNITED STATES OF AMERICA

vs.

Jeremy Brown

Date Identified: 10|5|2021

Date Admitted: 10|5|2021



# HILLSBOROUGH COUNTY SHERIFF
## GENERAL OFFENSE HARDCOPY
## (MISSING PERSON/RUNAWAY)
## GO# HS 2019-105256

# Table of Contents

Related Event  GO# HS 2019-105256 ............................................................................ 1

Offense(s) .................................................................................................................. 1

Related Event(s) ........................................................................................................ 2

Related Person(s) ...................................................................................................... 2

    1. Complainant # 1 - ALDRIDGE, TYLENE DENISE ....................................... 2

    2. MissingPers # 1 - BROWN, JEREMY MICHAEL ..................................... 4

        MISSING PERSON DETAILS .................................................................... 5

Related Narrative(s) .................................................................................................. 7

    1. Larson, Zoe (255714), INVESTIGATION .................................................. 7

    2. Larson, Zoe (255714), INTERVIEW-COMPLAINANT - ALDRIDGE TYLENE DENISE ................... 9

    3. RTU (RTU), FCIC/NCIC - EMECFL0290090JEREMY MI .......................... 11

    4. RTU (RTU), FCIC/NCIC - ED FL0290090M27502021719-105256 ............ 15

    5. RTU (RTU), FCIC/NCIC - FAM FL0290090REGION03 .......................... 16

    6. RTU (RTU), FCIC/NCIC - --RETRIEVED MESSAGES-- 2 MESSAGE(S) ....... 18

    7. RTU (RTU), FCIC/NCIC - CM FL0290084JEREMY MI ........................... 20

    8. RTU (RTU), RECORDS TRANSCRIPTION TEXT - --NCIC-- $.L. FL0290090 LOCATE NOTI ........ 21

    9. RTU (RTU), RECORDS TRANSCRIPTION TEXT - --RETRIEVED MESSAGES-- 1 MESSAGE(S) . 22

Related Follow Up(s) ................................................................................................ 23

    1. Follow Up Report # HS 1 - Lindberg, James ................................................. 23

Related Clearance Information ............................................................................... 25

Related Attachment(s) ............................................................................................. 27

    1. Other Agency Reports - TPD REPORT ..................................................... 27

    2. MRE Attachments - BOLO ALERT/MISSING PERSON PHOTO ................ 77

**HILLSBOROUGH COUNTY SHERIFF**

GO# HS 2019-105256
INACTIVE

GENERAL OFFENSE HARDCOPY

(MISSING PERSON/RUNAWAY)

## General Offense Information

|  |  |
|---|---|
| Operational Status | INACTIVE |
| Reported On | FEB-12-2019  1908 |
| Occurred On | FEB-12-2019  1908 |
| Approved On | FEB-13-2019  (WED.) |
| Approved By | 203230 - MCMURTRY, CHRISTOPHER |
| Report Submitted By | 255714 - LARSON, ZOE |
| Org Unit | D5 NIGHT B NORA SQUAD |
| Address | 4804 10TH AV S |
| Municipality | HILLSBOROUGH COUNTY |
|  | District D5   Beat N02   Grid HS3607 |
| Special Study | APPLICABILITY - N/A (NOT APPLICABLE) |
| Gang Involvement | NONE/UNKNOWN |
| Family Violence | NO |
| Cargo Theft | NO |

## Offenses (Completed/Attempted)

|  |  |
|---|---|
| Offense # | 1  MP-1  MISSING PERSON/RUNAWAY -  COMPLETED |
| Location | RESIDENCE/HOME (RESIDENTIAL DRIVEWAYS/YARDS) |
| Suspected Of Using | NOT APPLICABLE |
| Bias | NONE (NO BIAS) |

# HILLSBOROUGH COUNTY SHERIFF

## GENERAL OFFENSE HARDCOPY
### (MISSING PERSON/RUNAWAY)

## Related Event(s)

### 1. CP  HS2019-105256

#### COMPLAINT INFORMATION

Incident Location     Address   4804 10TH AV S
                   District D5   Beat N02   Grid HS3607

##### GENERAL INFORMATION

| | | | |
|---|---|---|---|
| Case Type | MENTALLY ILL PERSON / NON VIOLENT | Priority | 2 |
| Dispatched Time | 19:14:05 | En Route Time | 19:14:05 |
| At Scene Time | 19:29:59 | Cleared Time | 20:21:42 |
| How Call Was Received | TELEPHONE | | |
| Unit IDs | 3N17 - 3O17 - 3O27 | | |

##### COMPLAINANT INFORMATION

| | |
|---|---|
| Name | ALDRIDGE  TYLENE |
| Sex | |
| DOB | |
| Home Telephone | ███████████ |
| Remarks | CP SAID SHE HAS A BOYFRIEND JEREMY BROWN 10-1-71 WM ON A BCY AND IS A GREEN BERET, BEEN MISSING FOR OVER 24HRS AND HAS BEEN DEPRESSED AND IS SENDING HER TEXT ,SOUNDING LIKE HE WANTS TO S/32 |

##### CLEARANCE INFORMATION

| | |
|---|---|
| Final Case Type | MISSING PERSONS - ADULT ENDANGERED |
| Report Expected | YES |
| Cleared By | NO FURTHER ACTION REQ'D |
| Reporting Officer 1 | 255714  - LARSON, ZOE |

## Related Person(s)

### 1. COMPLAINANT # 1 - ALDRIDGE, TYLENE DENISE

#### CASE SPECIFIC INFORMATION

| | |
|---|---|
| Sex | FEMALE |
| Race | WHITE |
| Date Of Birth | ███████████ |
| Address | ███████████ |
| Municipality | TAMPA |
| State | FLORIDA |
| ZIP Code | ██████ |



# HILLSBOROUGH COUNTY SHERIFF

## GENERAL OFFENSE HARDCOPY
### (MISSING PERSON/RUNAWAY)

INACTIVE

---

**District** D5  **Beat** N02  **Grid** HS3607

**Cellular** 

## PERSON PARTICULARS

| | |
|---|---|
| **Place Of Birth** | FLORIDA |
| **Citizenship** | AMERICA - UNITED STATES OF |
| **Marital Status** | SEPARATED |
| **Ethnicity** | NOT HISPANIC OR LATINO |
| **Language(s) Spoken** | ENGLISH |
| **Height** | 5'02 |
| **Disability** | NO |
| **Build** | MEDIUM |
| **Hair Color** | BLOND/STRAWBERRY |

**Complexion** LIGHT
**Hair Style** STRAIGHT, LONG

## MASTER NAME INDEX REFERENCE

| | |
|---|---|
| **Name** | ALDRIDGE, TYLENE  DENISE |
| **Sex** | FEMALE |
| **Race** | WHITE |
| **Date Of Birth** | |
| **Ethnicity** | NOT HISPANIC OR LATINO |
| **Address** | |
| **Municipality** | TAMPA |
| **State** | FLORIDA |
| **ZIP Code** | |

**District** D5  **Beat** N02  **Grid** HS3607

*PHONE NUMBERS*

**Cellular**
**Home**
**Cellular**



## LINKAGE FACTORS

| | |
|---|---|
| **Resident Status** | RESIDENT |
| **Age Range** | 50-64 YEARS |
| **Access To Firearm** | NO |

---

GO# HS2019105256
INACTIVE

# HILLSBOROUGH COUNTY SHERIFF

### GENERAL OFFENSE HARDCOPY
### (MISSING PERSON/RUNAWAY)

## 2. MISSINGPERS # 1 - BROWN, JEREMY MICHAEL

### PERSON PHOTO



PHOTO  TAKEN ON 02/12/2019

#

### CASE SPECIFIC INFORMATION

| | |
|---|---|
| Sex | MALE |
| Race | WHITE |
| Date Of Birth | ████████ |
| Address |  |
| Municipality | TAMPA |
| State | FLORIDA |
| ZIP Code | 33619 |
| District D5   Beat N02   Grid HS3607 | |
| Cellular | ████████ |

### PERSON PARTICULARS

| | | | |
|---|---|---|---|
| Place Of Birth | KENTUCKY | | |
| Citizenship | AMERICA - UNITED STATES OF | | |
| Marital Status | SINGLE | | |
| Ethnicity | NOT HISPANIC OR LATINO | | |
| Language(s) Spoken | ENGLISH | | |
| Height | 6'00 | Weight | 195 LBS. |
| Disability | NO | | |
| Build | MEDIUM | Complexion | LIGHT |
| Eye Color | BLUE | | |
| Hair Color | UNKNOWN/COMPLETELY BALD | Hair Style | BALD |

### MASTER NAME INDEX REFERENCE

| | |
|---|---|
| Name | BROWN, JEREMY  MICHAEL |
| Sex | MALE |
| Race | WHITE |
| Date Of Birth | ████████ |
| Ethnicity | NOT HISPANIC OR LATINO |
| Address | ████████ |
| Municipality | TAMPA |

# HILLSBOROUGH COUNTY SHERIFF
## GENERAL OFFENSE HARDCOPY
### (MISSING PERSON/RUNAWAY)

| | |
|---|---|
| **State** | FLORIDA |
| **ZIP Code** | 33619 |
| **District** D5 | **Beat** N02  **Grid** HS3607 |

## PHONE NUMBERS

| | |
|---|---|
| **Cellular** | ▮▮▮▮▮▮▮▮▮ |

## LINKAGE FACTORS

| | |
|---|---|
| **Resident Status** | RESIDENT |
| **Age Range** | 30-49 YEARS |
| **Access To Firearm** | YES |

## MISSING PERSON DETAILS

| | |
|---|---|
| **Subject Type** | ENDANGERED |
| **Status** | MISSING |
| **Juvenile** | NO |
| **Fingerprints** | NO |
| **Age Range** | 30-49 YEARS |
| **Probable Cause** | RUNAWAY |
| **History** | NO PREVIOUS MISSING PERSON REPORTS ON FILE |
| **Missing From** | RESIDENCE |
| **Money Amount** | $500.00 |

### MEDICAL INFORMATION

| | |
|---|---|
| **Disability** | NO |

### MISSING DETAILS

| | |
|---|---|
| **Missing Since** | FEB-11-2019  1200 |
| **Last Seen On** | FEB-11-2019  1200 |

### HISTORY INFORMATION

| | |
|---|---|
| **Missing Before** | YES |
| **Where Found** | RETURNED HOME |
| **Reason For Absence** | RUNAWAY |
| **Possible Destination** | UNKNOWN |
| **Remarks** | LAST KNOWN TO BE STAYING IN UNKNOWN WOODS, POSSIBLY OUT OF COUNTY ARMED WITH 1911 PISTOL / SUICIDAL GIRLFRIEND, ALDRIDGE, TYLENE ▮▮▮▮▮▮▮▮ |

### LOCATED INFORMATION

| | | | |
|---|---|---|---|
| **Located On** | FEB-13-2019  0935 | **Place** | 2701 E FOWLER AVE |
| **Case Status** | TRASNSPORTED TO CRISIS CENTER/OTHER MENTAL HEALTH CARE CENTER | | |
| **Marks Available** | NO | **Clothes Description** | NO |

**HILLSBOROUGH COUNTY SHERIFF**

Focus 2012-105256
INACTIVE

**GENERAL OFFENSE HARDCOPY**
**(MISSING PERSON/RUNAWAY)**

*CLOTHES DESCRIPTION*

| | |
|---|---|
| **Hat** | BLACK / STOCKING CAP |
| **Pants** | BLACK / SHORTS - REGULAR |



# HILLSBOROUGH COUNTY SHERIFF
## GENERAL OFFENSE HARDCOPY
### (MISSING PERSON/RUNAWAY)

## Narrative Text

**Type** INVESTIGATION

**Author** 255714 - Larson, Zoe

**Related Date** Feb-12-2019 19:29

On 02/12/2019, at approximately 1929 hours, I responded to the residence of 4804 S. 10th Ave, in reference to a missing, endangered adult investigation.

Upon arrival, I met and interviewed the complainant, Tylene Aldridge (see interview). I learned the missing subject, Jeremy Brown, had left the residence on 02/11/2019, on a black bicycle, towing a black cart which was carrying his belongings. Jeremy Brown is diagnosed with depression and is suicidal; however, does not take any medication. Jeremy Brown is armed with a black 1911 pistol but has not made any specific suicidal threats, or threats towards anyone else.

Tylene Aldridge advised Jeremy Brown has left the residence like this several times before, approximately once a year for the past five years. In the past, Jeremy Brown will leave for days at a time and later return once he is no longer overcome with suicidal thoughts.

The specific location of Jeremy Brown is unknown; however, it is believed he staying in the woods somewhere, possibly out of county.

I took photographs of photos Tylene Aldridge had on her phone, including an up-to-date photograph of Jeremy Brown, a photo that Jeremy Brown sent Tylene Aldridge of him laying in the woods, and the photo Tylene Aldridge took of Jeremy Brown's bike and belongings right before he left the residence on 02/11/2019. I later uploaded those photographs into Veripic at District V.

I attempted to contact Jeremy Brown via phone number ; however, he did not answer.

I attempted to locate Jeremy Brown's cell phone via GPS through Google Mail; however, Tylene Aldridge does not know his email password to gain access.

I entered Jeremy Brown into FCIC/NCIC as a missing endangered adult. Gutierrez/250710 verified the entry.

I created a BOLO alert for Jeremy Brown and attached a copy as an MRE attachment.

I queried all involved parties for wants/warrants in FCIC/NCIC, which yielded negative results.

I request this case to be transfered to detectives for further investigation.

**HILLSBOROUGH COUNTY SHERIFF**

INACTIVE

**GENERAL OFFENSE HARDCOPY**

**(MISSING PERSON/RUNAWAY)**

This concludes my portion of the investigation.

MRE attachments:
Copy of recent photograph of Jeremy Brown
BOLO alert



**HILLSBOROUGH COUNTY SHERIFF**
GO# 18-19-05256
INACTIVE

**GENERAL OFFENSE HARDCOPY**
**(MISSING PERSON/RUNAWAY)**

## Narrative Text

        **Type** INTERVIEW-COMPLAINANT
  **Related Person** (Complainant #1) ALDRIDGE, TYLENE,  D
      **Subject** ALDRIDGE TYLENE DENISE
      **Author** 255714 - Larson, Zoe
  **Related Date** Feb-12-2019 19:29

Tylene Aldridge stated:

Jeremy Brown left yesterday (2/11/2019) on a black bike with a black cart
attached to the back. He packed up some bags and left the residence. He
brought with him a black 1911 pistol, which was Jeremy's brother's firearm.
Jeremy's brother killed himself about six months ago and since then, her
and Jeremy have taken in Jeremy's brother's son. The other day, Jeremy's
sister came to the house and they got into an argument about how he treats his
nephew, who he now has guardianship over. Things have been much harder for
Jeremy since his brother died.

She is not sure exactly what Jeremy Brown packed but believes he has
various military gear, including a tactical vest.

Jeremy has been depressed and suicidal for about five years, when he lost his
daughters in the divorce with his ex-wife. His daughters moved to Missouri
with his ex-wife so he no longer sees her.

About once a year, for the past five years, Jeremy will leave for a couple
days at a time. He usually does this when he is feeling particularly suicidal.
He usually calms down and comes back home once his military friends talk to
him and talk him out of hurting himself.

One of the times he left before, he said he was going to Missouri to visit his
daughters. He only made it to Georgia before his military friends
talked to him and calmed him down. Another time, Jeremy drove to Key West and
purchased a Carbon Monoxide kit, to use to commit suicide but he never went
through with it.

Jeremy has not made any specific threats about how he wants to harm himself
however, did state that everyone would be better off without him and inferred
that he is living out his last few days how he wants to. He has also not made
any threats towards harming anyone else.

Jeremy sent her a picture of him laying down in the woods where he is
surrounded my bamboo stalks. When she told Jeremy that she was going to
call the Sheriff's Office, he told her that he was "out of the county" but did
not specify further.

She believes Jeremy has blocked everyone, besides her, from his phone because
none of his friends or family can get in touch with him. She has been in

U.S. District Court
Middle District of Florida
Tampa Division

**GOVERNMENT EXHIBIT**

Exhibit No.: _6_

Case No.: 8:21-mj-1991-SPF

UNITED STATES OF AMERICA

vs.

Jeremy Brown

Date Identified: 10/5/2021

Date Admitted: 10/5/2021



**HILLSBOROUGH COUNTY SHERIFF**
**GENERAL OFFENSE HARDCOPY**
**(MISSING PERSON/RUNAWAY)**
**GO# HS 2019-105256**

# Table of Contents

Related Event  GO# HS 2019-105256 .................................................................... 1

Offense(s) .................................................................................................... 1

Related Event(s) ......................................................................................... 2

Related Person(s) ....................................................................................... 2

    1. Complainant # 1 - ALDRIDGE, TYLENE DENISE .................................. 2

    2. MissingPers # 1 - BROWN, JEREMY MICHAEL ................................... 4

        MISSING PERSON DETAILS ...................................................... 5

Related Narrative(s) ................................................................................... 7

    1. Larson, Zoe  (255714),  INVESTIGATION .......................................... 7

    2. Larson, Zoe  (255714),  INTERVIEW-COMPLAINANT  - ALDRIDGE TYLENE DENISE ................... 9

    3. RTU  (RTU),  FCIC/NCIC  - EMECFL0290090JEREMY MI  ............................ 11

    4. RTU  (RTU),  FCIC/NCIC  - ED FL0290090M27502021719-105256 .................... 15

    5. RTU  (RTU),  FCIC/NCIC  - FAM FL0290090REGION03 ............................... 16

    6. RTU  (RTU),  FCIC/NCIC  - --RETRIEVED MESSAGES-- 2 MESSAGE(S) ............... 18

    7. RTU  (RTU),  FCIC/NCIC  - CM FL0290084JEREMY MI  .............................. 20

    8. RTU  (RTU),  RECORDS TRANSCRIPTION TEXT  - --NCIC-- $.L. FL0290090 LOCATE NOTI  ........ 21

    9. RTU (RTU), RECORDS TRANSCRIPTION TEXT  - --RETRIEVED MESSAGES-- 1 MESSAGE(S)  . 22

Related Follow Up(s) ................................................................................. 23

    1. Follow Up Report # HS 1 - Lindberg, James ................................... 23

Related Clearance Information ................................................................. 25

Related Attachment(s) .............................................................................. 27

    1. Other Agency Reports - TPD REPORT ........................................... 27

    2. MRE Attachments - BOLO ALERT/MISSING PERSON PHOTO ...................... 77

# HILLSBOROUGH COUNTY SHERIFF

## GENERAL OFFENSE HARDCOPY

### (MISSING PERSON/RUNAWAY)

## General Offense Information

|  |  |
|---|---|
| Operational Status | INACTIVE |
| Reported On | FEB-12-2019  1908 |
| Occurred On | FEB-12-2019  1908 |
| Approved On | FEB-13-2019  (WED.) |
| Approved By | 203230 - MCMURTRY, CHRISTOPHER |
| Report Submitted By | 255714 - LARSON, ZOE |
| Org Unit | D5 NIGHT B NORA SQUAD |
| Address | 4804 10TH AV S |
| Municipality | HILLSBOROUGH COUNTY |
|  | **District** D5  **Beat** N02  **Grid** HS3607 |
| Special Study | APPLICABILITY - N/A (NOT APPLICABLE) |
| Gang Involvement | NONE/UNKNOWN |
| Family Violence | NO |
| Cargo Theft | NO |

## Offenses (Completed/Attempted)

|  |  |
|---|---|
| Offense # | 1  MP-1  MISSING PERSON/RUNAWAY -  COMPLETED |
| Location | RESIDENCE/HOME (RESIDENTIAL DRIVEWAYS/YARDS) |
| Suspected Of Using | NOT APPLICABLE |
| Bias | NONE (NO BIAS) |



# HILLSBOROUGH COUNTY SHERIFF

## GENERAL OFFENSE HARDCOPY
### (MISSING PERSON/RUNAWAY)

## Related Event(s)

### 1. CP  HS2019-105256

#### COMPLAINT INFORMATION

Incident Location       **Address** 4804 10TH AV S
                                 **District** D5  **Beat** N02  **Grid** HS3607

**GENERAL INFORMATION**

| | | | |
|---|---|---|---|
| Case Type | MENTALLY ILL PERSON / NON VIOLENT | Priority | 2 |
| Dispatched Time | 19:14:05 | En Route Time | 19:14:05 |
| At Scene Time | 19:29:59 | Cleared Time | 20:21:42 |
| How Call Was Received | TELEPHONE | | |
| Unit IDs | 3N17 - 3O17 - 3O27 | | |

**COMPLAINANT INFORMATION**

Name   ALDRIDGE  TYLENE
Sex
DOB
Home Telephone   ██████████
Remarks   CP SAID SHE HAS A BOYFRIEND JEREMY BROWN 10-1-71 WM ON A BCY AND IS A GREEN BERET, BEEN MISSING FOR OVER 24HRS AND HAS BEEN DEPRESSED AND IS SENDING HER TEXT ,SOUNDING LIKE HE WANTS TO S/32

**CLEARANCE INFORMATION**

Final Case Type   MISSING PERSONS - ADULT ENDANGERED
Report Expected   YES
Cleared By   NO FURTHER ACTION REQ'D
Reporting Officer 1   255714 - LARSON, ZOE

## Related Person(s)

### 1. COMPLAINANT # 1 - ALDRIDGE, TYLENE DENISE

#### CASE SPECIFIC INFORMATION

Sex   FEMALE
Race   WHITE
Date Of Birth   ████████████
Address   ████████████████
Municipality   TAMPA
State   FLORIDA
ZIP Code   ███████

GO # HS2015256
INACTIVE

# HILLSBOROUGH COUNTY SHERIFF

## GENERAL OFFENSE HARDCOPY

### (MISSING PERSON/RUNAWAY)



District D5   Beat N02   Grid HS3607

Cellular ███████████

## PERSON PARTICULARS

| | |
|---|---|
| Place Of Birth | FLORIDA |
| Citizenship | AMERICA - UNITED STATES OF |
| Marital Status | SEPARATED |
| Ethnicity | NOT HISPANIC OR LATINO |
| Language(s) Spoken | ENGLISH |
| Height | 5'02 |
| Disability | NO |
| Build | MEDIUM |
| Hair Color | BLOND/STRAWBERRY |

Complexion  LIGHT
Hair Style  STRAIGHT, LONG

## MASTER NAME INDEX REFERENCE

| | |
|---|---|
| Name | ALDRIDGE, TYLENE  DENISE |
| Sex | FEMALE |
| Race | WHITE |
| Date Of Birth | ███████████ |
| Ethnicity | NOT HISPANIC OR LATINO |
| Address | ███████████ |
| Municipality | TAMPA |
| State | FLORIDA |
| ZIP Code | ███████ |

District D5   Beat N02   Grid HS3607

*PHONE NUMBERS*

Cellular
Home  ███████████
Cellular

## LINKAGE FACTORS

| | |
|---|---|
| Resident Status | RESIDENT |
| Age Range | 50-64 YEARS |
| Access To Firearm | NO |

# HILLSBOROUGH COUNTY SHERIFF

GO# HS2019105256
INACTIVE

## GENERAL OFFENSE HARDCOPY
### (MISSING PERSON/RUNAWAY)

## 2.  MISSINGPERS # 1 - BROWN, JEREMY MICHAEL

### PERSON PHOTO



PHOTO  TAKEN ON 02/12/2019

\#

### CASE SPECIFIC INFORMATION

|  |  |
|---|---|
| Sex | MALE |
| Race | WHITE |
| Date Of Birth | ▮▮▮▮▮ |
| Address |  |
| Municipality | TAMPA |
| State | FLORIDA |
| ZIP Code | 33619 |
| | District D5   Beat N02   Grid HS3607 |
| Cellular | ▮▮▮▮▮ |

### PERSON PARTICULARS

| | | | |
|---|---|---|---|
| Place Of Birth | KENTUCKY | | |
| Citizenship | AMERICA - UNITED STATES OF | | |
| Marital Status | SINGLE | | |
| Ethnicity | NOT HISPANIC OR LATINO | | |
| Language(s) Spoken | ENGLISH | | |
| Height | 6'00 | Weight | 195 LBS. |
| Disability | NO | | |
| Build | MEDIUM | Complexion | LIGHT |
| Eye Color | BLUE | | |
| Hair Color | UNKNOWN/COMPLETELY BALD | Hair Style | BALD |

### MASTER NAME INDEX REFERENCE

|  |  |
|---|---|
| Name | BROWN, JEREMY  MICHAEL |
| Sex | MALE |
| Race | WHITE |
| Date Of Birth | ▮▮▮▮▮ |
| Ethnicity | NOT HISPANIC OR LATINO |
| Address | ▮▮▮▮▮ |
| Municipality | TAMPA |

GO#HB2019105256

INACTIVE

# HILLSBOROUGH COUNTY SHERIFF
## GENERAL OFFENSE HARDCOPY
### (MISSING PERSON/RUNAWAY)

|  |  |
|---|---|
| **State** | FLORIDA |
| **ZIP Code** | 33619 |
| **District** D5  **Beat** N02  **Grid** HS3607 | |

## *PHONE NUMBERS*

**Cellular** ████████████

## LINKAGE FACTORS

| | |
|---|---|
| **Resident Status** | RESIDENT |
| **Age Range** | 30-49 YEARS |
| **Access To Firearm** | YES |

## MISSING PERSON DETAILS

| | |
|---|---|
| **Subject Type** | ENDANGERED |
| **Status** | MISSING |
| **Juvenile** | NO |
| **Fingerprints** | NO |
| **Age Range** | 30-49 YEARS |
| **Probable Cause** | RUNAWAY |
| **History** | NO PREVIOUS MISSING PERSON REPORTS ON FILE |
| **Missing From** | RESIDENCE |
| **Money Amount** | $500.00 |

### *MEDICAL INFORMATION*

| | |
|---|---|
| **Disability** | NO |

### *MISSING DETAILS*

| | |
|---|---|
| **Missing Since** | FEB-11-2019  1200 |
| **Last Seen On** | FEB-11-2019  1200 |

### *HISTORY INFORMATION*

| | |
|---|---|
| **Missing Before** | YES |
| **Where Found** | RETURNED HOME |
| **Reason For Absence** | RUNAWAY |
| **Possible Destination** | UNKNOWN |
| **Remarks** | LAST KNOWN TO BE STAYING IN UNKNOWN WOODS, POSSIBLY OUT OF COUNTY ARMED WITH 1911 PISTOL / SUICIDAL GIRLFRIEND, ALDRIDGE, TYLENE ████████████ |

### *LOCATED INFORMATION*

| | | | |
|---|---|---|---|
| **Located On** | FEB-13-2019  0935 | **Place** | 2701 E FOWLER AVE |
| **Case Status** | TRASNSPORTED TO CRISIS CENTER/OTHER MENTAL HEALTH CARE CENTER | | |
| **Marks Available** | NO | **Clothes Description** | NO |

# HILLSBOROUGH COUNTY SHERIFF

### GENERAL OFFENSE HARDCOPY
### (MISSING PERSON/RUNAWAY)

*CLOTHES DESCRIPTION*

| | |
|---|---|
| **Hat** | BLACK / STOCKING CAP |
| **Pants** | BLACK / SHORTS - REGULAR |



# HILLSBOROUGH COUNTY SHERIFF

## GENERAL OFFENSE HARDCOPY
### (MISSING PERSON/RUNAWAY)

## Narrative Text

**Type** INVESTIGATION
**Author** 255714 - Larson, Zoe
**Related Date** Feb-12-2019 19:29

On 02/12/2019, at approximately 1929 hours, I responded to the residence of 4804 S. 10th Ave, in reference to a missing, endangered adult investigation.

Upon arrival, I met and interviewed the complainant, Tylene Aldridge (see interview). I learned the missing subject, Jeremy Brown, had left the residence on 02/11/2019, on a black bicycle, towing a black cart which was carrying his belongings. Jeremy Brown is diagnosed with depression and is suicidal; however, does not take any medication. Jeremy Brown is armed with a black 1911 pistol but has not made any specific suicidal threats, or threats towards anyone else.

Tylene Aldridge advised Jeremy Brown has left the residence like this several times before, approximately once a year for the past five years. In the past, Jeremy Brown will leave for days at a time and later return once he is no longer overcome with suicidal thoughts.

The specific location of Jeremy Brown is unknown; however, it is believed he staying in the woods somewhere, possibly out of county.

I took photographs of photos Tylene Aldridge had on her phone, including an up-to-date photograph of Jeremy Brown, a photo that Jeremy Brown sent Tylene Aldridge of him laying in the woods, and the photo Tylene Aldridge took of Jeremy Brown's bike and belongings right before he left the residence on 02/11/2019. I later uploaded those photographs into Veripic at District V.

I attempted to contact Jeremy Brown via phone number ; however, he did not answer.

 I attempted to locate Jeremy Brown's cell phone via GPS through Google Mail; however, Tylene Aldridge does not know his email password to gain access.

I entered Jeremy Brown into FCIC/NCIC as a missing endangered adult. Gutierrez/250710 verified the entry.

I created a BOLO alert for Jeremy Brown and attached a copy as an MRE attachment.

I queried all involved parties for wants/warrants in FCIC/NCIC, which yielded negative results.

I request this case to be transfered to detectives for further investigation.

**HILLSBOROUGH COUNTY SHERIFF**

**GENERAL OFFENSE HARDCOPY**
**(MISSING PERSON/RUNAWAY)**

This concludes my portion of the investigation.

MRE attachments:
Copy of recent photograph of Jeremy Brown
BOLO alert



**HILLSBOROUGH COUNTY SHERIFF**

### GENERAL OFFENSE HARDCOPY
### (MISSING PERSON/RUNAWAY)

## Narrative Text

**Type** INTERVIEW-COMPLAINANT

**Related Person** (Complainant #1) ALDRIDGE, TYLENE,  D

**Subject** ALDRIDGE TYLENE DENISE

**Author** 255714 - Larson, Zoe

**Related Date** Feb-12-2019 19:29

Tylene Aldridge stated:

Jeremy Brown left yesterday (2/11/2019) on a black bike with a black cart attached to the back. He packed up some bags and left the residence. He brought with him a black 1911 pistol, which was Jeremy's brother's firearm. Jeremy's brother killed himself about six months ago and since then, her and Jeremy have taken in Jeremy's brother's son. The other day, Jeremy's sister came to the house and they got into an argument about how he treats his nephew, who he now has guardianship over. Things have been much harder for Jeremy since his brother died.

She is not sure exactly what Jeremy Brown packed but believes he has various military gear, including a tactical vest.

Jeremy has been depressed and suicidal for about five years, when he lost his daughters in the divorce with his ex-wife. His daughters moved to Missouri with his ex-wife so he no longer sees them.

About once a year, for the past five years, Jeremy will leave for a couple days at a time. He usually does this when he is feeling particularly suicidal. He usually calms down and comes back home once his military friends talk to him and talk him out of hurting himself.

One of the times he left before, he said he was going to Missouri to visit his daughters. He only made it to Georgia before his military friends talked to him and calmed him down. Another time, Jeremy drove to Key West and purchased a Carbon Monoxide kit, to use to commit suicide but he never went through with it.

Jeremy has not made any specific threats about how he wants to harm himself however, did state that everyone would be better off without him and inferred that he is living out his last few days how he wants to. He has also not made any threats towards harming anyone else.

Jeremy sent her a picture of him laying down in the woods where he is surrounded my bamboo stalks. When she told Jeremy that she was going to call the Sheriff's Office, he told her that he was "out of the county" but did not specify further.

She believes Jeremy has blocked everyone, besides her, from his phone because none of his friends or family can get in touch with him. She has been in

# HILLSBOROUGH COUNTY SHERIFF

## GENERAL OFFENSE HARDCOPY
### (MISSING PERSON/RUNAWAY)

GO #: HC-2019-005256

INACTIVE

constant contact with him but he will not disclose his whereabouts.



# HILLSBOROUGH COUNTY SHERIFF

## GENERAL OFFENSE HARDCOPY
### (MISSING PERSON/RUNAWAY)

INACTIVE

## Narrative Text

**Type** FCIC/NCIC
**Subject** EMECFL0290090JEREMY          MICHAEL
**Author** RTU - RTU
**Related Date** Feb-12-2019 21:54

```
250710 00091S2900009110 300001593G300091A4HG
 20190212215400276EMECFL0290090JEREMY MICHAEL BROWN
 MWKY19741001600195BLUXXXMP LGT
 246271100B650433743610
FL20192019021119-105256 FOR CONFIRMATION
CONTACT FL0290000 - POSSIBLE DESTINATION LAST KNOWN TO BE STAYING IN UNKNOWN
WOODS, POSSIBLY OU
T OF COUNTY // SUBJECT ARMED WITH 1911 PISTOL / SUICIDAL // IF LOCATED CONTACT
GIRLFRIEND, ALDRIDGE, TYLENE ▇▇▇▇▇▇▇
```

```
 70
```

```
 4804 10TH AV S TAMPA, FL
 33619 UNKNOWN UNKNOWN
```

```
 USN
 --NCIC--
 1L01FLS0338395770
 FL0290090
 NAM/BROWN,JEREMY MICHAEL NIC/M275020217
 OCA/19-105256
```

```
 *****WARNING - THE FOLLOWING IS AN NCIC PROTECTION ORDER RECORD. DO NOT
 SEARCH, DETAIN, OR ARREST BASED SOLELY ON THIS RECORD. CONTACT ENTERING
 AGENCY TO CONFIRM STATUS AND TERMS OF PROTECTION ORDER*****
```

```
 MKE/PROTECTION ORDER
 ORI/FL0580000 NAM/BROWN,JASON SEX/M RAC/W ETN/N
 DOB/▇▇▇▇▇▇ HGT/506 WGT/120 EYE/BLU HAI/BLN
 SMT/TAT L LEG
 SVC/1 - SERVED SVD/20030319
 BRD/N ISD/20020820 EXP/NONEXP
 PPN/OSBORNE,DEBRA PSX/F PPR/W PPB/▇▇▇▇▇▇
 PCO/05 - THE SUBJECT IS RESTRAINED FROM MAKING ANY COMMUNICATION WITH THE
 PCO/PROTECTED PERSON INCLUDING BUT NOT LIMITED TO, PERSONAL, WRITTEN, OR
 PCO/TELEPHONE CONTACT, OR THEIR EMPLOYERS, EMPLOYEES OR FELLOW WORKERS, OR
 PCO/OTHERS WITH WHOM THE COMMUNICATION WOULD BE LIKELY TO CAUSE ANNOYANCE OR
 PCO/ALARM THE VICTIM.
 OCA/2002DR011310NC
```

INACTIVE

# HILLSBOROUGH COUNTY SHERIFF

## GENERAL OFFENSE HARDCOPY
### (MISSING PERSON/RUNAWAY)

```
VLD/20180920
MIS/N0NEXP
ORI IS SARASOTA CO SO SARASOTA 941 861-5800
PCO/01 - THE SUBJECT IS RESTRAINED FROM ASSAULTING, THREATENING, ABUSING,
PCO/HARASSING, FOLLOWING, INTERFERING, OR STALKING THE PROTECTED PERSON AND/OR
PCO/THE CHILD OF THE PROTECTED PERSON.
PCO/04 - THE SUBJECT IS REQUIRED TO STAY AWAY FROM THE RESIDENCE, PROPERTY,
PCO/SCHOOL, OR PLACE OF EMPLOYMENT OF THE PROTECTED PERSON OR OTHER FAMILY OR
PCO/HOUSEHOLD MEMBER.
SMT/TAT L ARM
SMT/TAT R ARM
SMT/TAT RF ARM
NIC/H602830932 DTE/20020809 0907 EDT DLU/20180920 1618 EDT


MKE/WANTED PERSON
EXL/4 - NO EXTRADITION - INSTATE PICK-UP ONLY. SEE MIS FIELD FOR LIMITS
ORI/FL0520001 NAM/BROWN,JASON RICHARD SEX/M RAC/W POB/CT
DOB/          HGT/511 WGT/150 EYE/BLU HAI/BLK
SOC/
OFF/PROB VIOLATION - SEE MIS
OOC/DANGEROUS DRUGS
DOW/20041124 OCA/0300639004
WNO/0300639004
VLD/20180210
MIS/VOP 1CT POSSESSION OF PROPOXYPHENE VOP NO BOND SET PICKUP FLORIDA ONLY
DNA/N
ADD/01 - RESIDENCE (LAST KNOWN) DDA/20041124
SNU/1735 SNA/DR MLK JR ST S
CTY/ST PETERSBURG STA/FL ZIP/33705
ORI IS PINELLAS CO SO LARGO 727 582-6200
NIC/W605730233 DTE/20090105 0649 EST DLU/20180210 2217 EST


WARNING - DO NOT ARREST BASED ON THIS INFORMATION
MKE/PROBATION OR SUPERVISED RELEASE STATUS
ORI/FL052085G NAM/BROWN,JASON R SEX/M RAC/W POB/US
DOB/          HGT/511 WGT/140 EYE/BLU HAI/BRO FBI/198099XA8
SKN/LGT
FPC/POPID0PO17PIP0P0PICI SOC/
OCA/897583 SID/FL04025707
MIS/OFFENSE - POSS CONTROL SUBS/OTHER
MIS/ SPECIAL CONDITIONS - 26:NO ALCOHOL/ILLEGAL DRUGS,
DPE/NONEXP SCI/FL052103J LOC/06C - PINELLAS/PASCO
DSS/20040806 EDS/20060805 SON/COWART,JACQUELINE SOT/727 518-3532
DNA/N
ORI IS PASCO/PINELLAS INTAKE OFC 06-C CLEARWATER 727 570-5135
IMN/I490907573 IMT/M
NIC/C583102740 DTE/20140701 0829 EDT DLU/20180801 0502 EDT
REPEAT - PROBATION OR SUPERVISED RELEASE STATUS RECORD - DO NOT ARREST
```

# HILLSBOROUGH COUNTY SHERIFF

Rcpt 2019-105256
INACTIVE

## GENERAL OFFENSE HARDCOPY
### (MISSING PERSON/RUNAWAY)

```
BASED ON THIS INFORMATION - PLEASE CONTACT SUPERVISING AGENCY VIA NLETS,
TELEPHONE OR EMAIL TO ADVISE OF CONTACT WITH SUPERVISED INDIVIDUAL.
PLEASE BE ADVISED THAT SUPERVISING AGENCY MAY NOT BE
OPERATIONAL 24/7.

--FCIC ACKNOWLEDGEMENT--
ENTER ACCEPTED AS FOLLOWING RECORD
WARNING - DO NOT ARREST BASED ON THIS INFORMATION ALONE


MISSING PERSON ENDANGERED - CAUTION

CAUTION: SUICIDAL
 NAME: JEREMY MICHAEL BROWN LAST CONTACT: 02/11/2019
 DOB: [REDACTED] ENTRY DATE: 02/12/2019
 RACE: WHITE PCN: T117919470
 SEX: MALE NIC: M275020217
 ETHNICITY: NOT HISPANIC OR NOT LATINO
 HEIGHT: 600
 WEIGHT: 195
 HAIR COLOR: UNKNOWN OR COMPLETELY BALD
 EYE COLOR: BLUE
 SKIN TONE: LIGHT
 MNP: MP
 BIRTH CITY: UNKNOWN
BIRTH COUNTY: UNKNOWN
 BIRTH PLACE: KY
 CITIZENSHIP: US - UNITED STATES OF AMERICA (USA)
LAST RES ADD: 4804 10TH AV S
 CITY STATE: TAMPA, FL ZIP: 33619
 SOC SEC NO: [REDACTED]
 OPER LIC NO: [REDACTED]
 OPER LIC ST: FL
 OPER LIC YR: 2019
 CASE NO: 19-105256
 ENTERING MNE: S29000091
 ENTERING AGY: FL0290090 -
 HILLSBOROUGH CO SO
 NOTIFY AGY: NO NOTIFY/PUBLICLY AVAILABLE
 MISC: FOR CONFIRMATION CONTACT FL0290000 - POSSIBLE DESTINATION LAST K
 NOWN TO BE STAYING IN UNKNOWN WOODS, POSSIBLY OUT OF COUNTY // S
 UBJECT ARMED WITH 1911 PISTOL / SUICIDAL // IF LOCATED CONTACT G
 IRLFRIEND, ALDRIDGE, TYLENE [REDACTED]


 --END--
```

# HILLSBOROUGH COUNTY SHERIFF

### GENERAL OFFENSE HARDCOPY
#### (MISSING PERSON/RUNAWAY)

INACTIVE

```
>>>> ORIGINATING TRANSACTION <<<<

MKE/EM.LCOD/2250.LJUR/HS.FLAG1/E.FLAG2/C.SUR/BROWN.G1/JEREMY.G2/MICHAEL.SEX/M
.RA
C/W.POB/KY.CTZ/US.DOB            .HGT/600.WGT/195.EYE/BLU.HAI/XXX.MNP/MP.SKN/
LGT
.SOC            OLN/B650433743610.OLS/FL.OLY/2019.DLC/Feb-11-2019.OCA/19-10525
6.M
IS/POSSIBLE DEST
```

# HILLSBOROUGH COUNTY SHERIFF

### GENERAL OFFENSE HARDCOPY
### (MISSING PERSON/RUNAWAY)

Rec#S 2019-105256
INACTIVE

## Narrative Text

**Type** FCIC/NCIC

**Subject** ED  FL0290090M27502021719-105256          NN

**Author** RTU - RTU

**Related Date** Feb-12-2019 21:55

```
250710 00091S2900009100 300001795H300091A4HH
 20190212215500277ED FL0290090M27502021719-105256 NN
 UNK



 --NCIC--
 1L01FLS0338397290
 FL0290090
 ENTRY DENTAL DATA NIC/M275020217 OCA/19-105256

 --END--


 >>>> ORIGINATING TRANSACTION <<<<

 MKE/ED.LCOD/2250.LJUR/HS.NIC/M275020217.OCA/19-105256.DXR/N.MPA/N.DCH/UNK.
```

# HILLSBOROUGH COUNTY SHERIFF

## GENERAL OFFENSE HARDCOPY
### (MISSING PERSON/RUNAWAY)

## Narrative Text

**Type** FCIC/NCIC
**Subject** FAM FL0290090REGION03
**Author** RTU - RTU
**Related Date** Feb-12-2019 21:56

```
250710 00091S2900009100 300014160I300091A4HI
 20190212215600278FAM FL0290090REGION03
18******BOLO FOR ARMED MISSING ENDANGERED SUBJECT******
NAME: JEREMY MICHAEL BROWN LAST CONTACT: 02/11/2019
 DOB: ████████ ENTRY DATE: 02/12/2019
 RACE: WHITE PCN: T117919470
 SEX: MALE NIC: M275020217
LAST KNOWN TO BE STAYING IN UNKNOWN WOODS, POSSIBLY OUT OF COUNTY // SUBJECT
ARMED WITH 1911 PISTOL / SUICIDAL // IF LOCATED CONTACT GIRLFRIEND, ALDRIDGE,
TYLENE ████████████████
HILLSBOROUGH CO SO/RTU/GUTIERREZ 250710
```

```
 --FLORIDA ADMINISTRATIVE MESSAGE--

 MESSAGE SENT TO: REG-IO-N03
```

# HILLSBOROUGH COUNTY SHERIFF

## GENERAL OFFENSE HARDCOPY
### (MISSING PERSON/RUNAWAY)

```
--END--


>>>> ORIGINATING TRANSACTION <<<<

MKE/FAM.LCOD/2250.LJUR/HS.ST1/REGION03.SUB/18.MIS/******BOLO FOR ARMED MISSING
ENDANGERED SUBJECT******
NAME: JEREMY MICHAEL BROWN LAST
CONTACT: 02/11/2019
  DOB: ████████
ENTRY DATE: 02/12/2019
```

# HILLSBOROUGH COUNTY SHERIFF

## GENERAL OFFENSE HARDCOPY
### (MISSING PERSON/RUNAWAY)

## Narrative Text

         **Type** FCIC/NCIC
      **Subject** --RETRIEVED MESSAGES-- 2 MESSAGE(S) FORWARDED FROM
      **Author** RTU - RTU
   **Related Date** Feb-13-2019  9:41

```
S2900008400SYSTEM GENERATED HEADER
20190213094100057
--RETRIEVED MESSAGES--

2 MESSAGE(S) FORWARDED FROM S29000001

S2900000100SYSTEM GENERATED HEADER
20190213093600069
--FCIC HIT CONFIRMATION--
****HIT CONFIRMATION REQUEST - FIRST NOTICE****
FROM: FL0290205 -
****RESPONSE PRIORITY: URGENT! - RESPOND WITHIN 10 MINUTES****
****MISSING PERSON****
 FIRST NAME: JEREMY NIC: M275020217
 MIDDLE NAME: MICHAEL PCN: T117919470
 LAST NAME: BROWN
 SFX:
 DOB: ▮▮▮▮▮▮▮▮▮
 SEX: M
 CASE NO: 19-105256
 REQUESTER
 FIRST NAME: OFCR
 LAST NAME: BRADFORD
 REQUEST AGY: TAMPA POLICE DEPT
 PHONE NO: 8132316152 FAX:
 REMARKS: PLEASE CONFIRM IF STILL ACTIVE
--END--
 00000S290000010N
 20190213094000071FYR FL0290000FL0290205MPY 19-105256 M2750202
17T117919470WILLIAM FIELDS
 HILLSBOROUGH CO SO JERE
MY MICHAEL BROWN 19
741001
 M
 8132478247 OUR RECORDS INDICATE THAT SUBJECT IS STILL OUTSTANDIN
G AS MISSING ENDANGERED ADULT, CONTACT IS GIRLFRIEND, ALDRIDGE, TYLENE ▮▮▮▮▮▮▮▮
▮▮▮▮▮▮ PLEASE PROVIDE RECOVERY INFORMATION WHEN AVAILABLE.
--FCIC HIT CONFIRMATION--
****HIT CONFIRMATION RESPONSE****
FROM: FL0290000 -
THE RECORD BELOW IS CONFIRMED
****MISSING PERSON****
```



GO#HS 2019-105256
INACTIVE

# HILLSBOROUGH COUNTY SHERIFF
## GENERAL OFFENSE HARDCOPY
### (MISSING PERSON/RUNAWAY)

```
FIRST NAME: JEREMY NIC: M275020217
MIDDLE NAME: MICHAEL PCN: T117919470
LAST NAME: BROWN
SFX:
DOB: ███████████
SEX: M
CASE NO: 19-105256
CONFIRMER
FIRST NAME: WILLIAM
LAST NAME: FIELDS
CONFIRM AGY: HILLSBOROUGH CO SO
PHONE NO: 8132478247 FAX:
REMARKS: OUR RECORDS INDICATE THAT SUBJECT IS STILL OUTSTANDING AS MISSIN
G ENDANGERED ADULT, CONTACT IS GIRLFRIEND, ALDRIDGE, TYLENE ██████
█████████  PLEASE PROVIDE RECOVERY INFORMATION WHEN AVAILABLE.
--END--
--END--
```

GOGRS-2019-05256
INACTIVE

# HILLSBOROUGH COUNTY SHERIFF

## GENERAL OFFENSE HARDCOPY
### (MISSING PERSON/RUNAWAY)

---

## Narrative Text

**Type** FCIC/NCIC
**Subject** CM  FL0290084JEREMY          MICHAEL
**Author** RTU - RTU
**Related Date** Feb-13-2019 10:10

```
230789 00085S2900008500 300000342B300085A7EB
 20190213101000021CM FL0290084JEREMY MICHAEL BROWN
 M275020217
20190213FL029020019-72141 HIT NCIC 02132019 37 0 0
 0 0 0
--FCIC ACKNOWLEDGEMENT--
CM : NO RECORD FOUND
--END--


>>>> ORIGINATING TRANSACTION <<<<

MKE/CM.LCOD/HS19-106548.LJUR/HS.SUR/BROWN.G1/JEREMY.G2/MICHAEL.NIC/M275020217
.DO
R/Feb-13-2019.RRI/FL0290200.RCA/19-72141.RPS/HN.PAR/3.HIT/7.NPA/0.NPF/0.VNP/0
.VO
R/0.VRC/0.XMT_RPS/HIT NCIC 02132019.
ENSURE THAT ANY NCIC/State STAMPS (IF APPLICABLE) ARE REMOVED AS A RESULT
OF THIS NCIC REJECTION
```

---



# HILLSBOROUGH COUNTY SHERIFF
## GENERAL OFFENSE HARDCOPY
### (MISSING PERSON/RUNAWAY)

OCA#2019-105256

INACTIVE

## Narrative Text

**Type** RECORDS TRANSCRIPTION TEXT

**Subject** --NCIC-- $.L. FL0290090 LOCATE NOTIFICATION AT 095

**Author** RTU - RTU

**Related Date** Feb-13-2019 10:07

```
S2900009100SYSTEM GENERATED HEADER 0
20190213095700062
--NCIC--
$.L.
FL0290090
LOCATE NOTIFICATION AT 0957 EST 20190213
1N01FLS0338641977.LM.FL0290205.NAM/BROWN,JEREMY
MICHAEL.NIC/M275020217.20190213.
19-072141.DETN.HIT STATE 20190213..2.....
LOCATING ORI IS TAMPA PD

MKE/CLEARED MISSING PERSON
CMC/70 - SUICIDAL
ORI/FL0290090 NAM/BROWN,JEREMY MICHAEL SEX/M RAC/W ETN/N POB/KY
DOB/███████ HGT/600 WGT/195 EYE/BLU HAI/XXX CTZ/US
SKN/LGT
SOC ████████
OLN/B650433743610 OLS/FL OLY/2019
MNP/MP DLC/20190211 OCA/19-105256
NOA/N
MIS/FOR CONFIRMATION CONTACT FL0290000 - POSSIBLE DESTINATION LAST KNOWN TO BE
MIS/STAYING IN UNKNOWN WOODS, POSSIBLY OUT OF COUNTY // SUBJECT ARMED WITH
1911
MIS/PISTOL / SUICIDAL // IF LOCATED CONTACT GIRLFRIEND, ALDRIDGE, TYLENE
MIS/████████
DNA/N

DENTAL CHARACTERISTICS
DXR/N MPA/N
DENTAL CHARACTERISTICS (DCH) ARE NOT AVAILABLE
NIC/M275020217 DTE/20190212 2154 EST DLU/20190213 0957 EST
CLEARED/20190213 FL0290205 19-072141 DETN

--END--
```

# HILLSBOROUGH COUNTY SHERIFF

### GENERAL OFFENSE HARDCOPY
#### (MISSING PERSON/RUNAWAY)

GO#: 2019-105256
INACTIVE

## Narrative Text

        **Type** RECORDS TRANSCRIPTION TEXT

     **Subject** --RETRIEVED MESSAGES-- 1 MESSAGE(S) FORWARDED FROM

      **Author** RTU - RTU

  **Related Date** Feb-13-2019 10:07

```
 S2900008400SYSTEM GENERATED HEADER
 20190213100700062
--RETRIEVED MESSAGES--

1 MESSAGE(S) FORWARDED FROM S29000001

 S2900000100SYSTEM GENERATED HEADER
 20190213095800081
--FLORIDA ADMINISTRATIVE MESSAGE--
 FROM: P29-02-0340
 TO: S29-00-0001
 SUBJECT: ROUTINE MESSAGE
REFERENCE YOUR CASE 19-105256, SUBJ WAS LOCATED AT 2701 E FOWLER AV, COMPL WAS
 NOTIFIED AND SUBJ IS BEING HELD FOR A BAKER ACT AND WILL BE TRANSPORTED TO GR
 ACEPOINT. OUR RPT REF THIS CASE IS 19-72141
TAMPA PD OP42/LARGENT
 813-231-6152
 --END--
 --END--
```

# HILLSBOROUGH COUNTY SHERIFF

## GENERAL OFFENSE HARDCOPY
### (MISSING PERSON/RUNAWAY)

INACTIVE

Follow Up Report # HS  1

## Follow Up Report  # 1

### ASSIGNMENT INFORMATION

| | | |
|---|---|---|
| **Assigned To** 86804- LINDBERG, JAMES | **Rank** | COMMUNITY SERVICE AIDE |
| **Capacity** INVESTIGATE/CASE MANAGER | **Org Unit** | HOMICIDE SECTION |
| **Assigned On** FEB-13-2019  0807 | **By** | 86804 -  LINDBERG, JAMES |
| **Report Due On** FEB-28-2019  (THU.) | | |

### SUBMISSION INFORMATION

**Submitted On** FEB-13-2019  1120

**Checked By** 155902 -  CAVE, CHAD

**Approved On** FEB-13-2019  (WED.)       **By**  155902 -  CAVE, CHAD

### FOLLOW UP CONCLUSION

**Follow Up**  YES
**Concluded**

**HILLSBOROUGH COUNTY SHERIFF**

GO # GS-2019-105256
INACTIVE

### GENERAL OFFENSE HARDCOPY
#### (MISSING PERSON/RUNAWAY)

## Narrative Text

**Type** DETECTIVE FOLLOW UP
**Related Person** (MissingPers #1) BROWN, JEREMY,   M
**Subject** (MissingPers #1) BROWN, JEREMY M  (DOB: Oct-01-197
**Author** 86804 - Lindberg, James
**Related Date** Feb-13-2019 11:17

I was assigned this case on February 13, 2019. The missing person was located by Tampa Police Department at 2701 E. Fowler Avenue and removed from FCIC/NCIC (TPD case 19-72141).

**HILLSBOROUGH COUNTY SHERIFF**

Case ID: 2019-305256
INACTIVE

**GENERAL OFFENSE HARDCOPY**
**(MISSING PERSON/RUNAWAY)**

## Clearance Information

| | |
|---|---|
| **Agency** | HILLSBOROUGH COUNTY |
| **Cleared Status** | NOT APPLICABLE  - NOT APPLICABLE |
| **Cleared On** | FEB-13-2019  (WED.) |
| **Cleared By Officer 1** | 155902 -  CAVE, CHAD |
| **Org Unit** | CIH00 -  HOMICIDE SECTION |
| **Complainant/Victim Notified** | YES |

GO#HB-2019-105256
**INACTIVE**

## HILLSBOROUGH COUNTY SHERIFF

### GENERAL OFFENSE HARDCOPY
**(MISSING PERSON/RUNAWAY)**

---

## Narrative Text

**Type** CLEARANCE SUMMARY
**Author** 86804 - Lindberg, James
**Related Date** Feb-13-2019

On February 13, 2019 the missing person was located at 2701 E. Fowler Avenue by TPD.

**HILLSBOROUGH COUNTY SHERIFF**

GOffs 2019-405256
INACTIVE

### GENERAL OFFENSE HARDCOPY
#### (MISSING PERSON/RUNAWAY)

## Related Attachment - Other Agency Reports

**Description**  TPD REPORT
**Reference Number**

GO# 2019-405256
INACTIVE

# HILLSBOROUGH COUNTY SHERIFF
## GENERAL OFFENSE HARDCOPY
### (MISSING PERSON/RUNAWAY)



| | **TAMPA PD** |
| :--- | :--- |
| | **GENERAL OFFENSE HARDCOPY** |
| GO# 2019-72141 REFERRED | 9500-102 ASSIST O/J - ALL OTHER |

## General Offense Information

Operational status: **REFERRED**
Reported on: Feb-13-2019  (Wed.) 830
Occurred on: Feb-13-2019  (Wed.) 830
Approved on: Feb-14-2019  (Thu.) by:  45706 - RHODES, DUSTY A
Report submitted by: 50325 - BRADFORD, JARDA
Org unit: **Squad 202**
Address: **2701 FOWLER AV E**
      Place: QUALITY INN
      Municipality: TAMPA County: **Hillsborough**
      District: **2**  Beat: **C5**  Grid: **6**
Special study: **Not Applicable**
Family violence: **No**

## Offenses (Completed/Attempted)

Offense: # 1  9500-102  ASSIST O/J - ALL OTHER - COMPLETED
Location: **Hotel/Motel**
Offender suspected of using: **Not Applicable**
Bias: **None (no bias)**
Offense: # 2  9500-2  BAKER ACT - COMPLETED
Location: **Hotel/Motel**
Offender suspected of using: **Not Applicable**
Bias: **None (no bias)**

**CONFIDENTIAL** Released for Law Enforcement Only

Case 8:21-cr-00348-SCB-SPF  Document 17-13  Filed 10/05/21  Page 44 of 76 PageID 447



# HILLSBOROUGH COUNTY SHERIFF
## GENERAL OFFENSE HARDCOPY
### (MISSING PERSON/RUNAWAY)

---

| | **TAMPA PD** | |
|---|---|---|
| | **GENERAL OFFENSE HARDCOPY** | |
| GO# 2019-72141 REFERRED | | 9500-102 ASSIST O/J - ALL OTHER |

## Related Attachment(s) - Photo

Attachment Description: TEXT MESSAGES
Reference Number:

📶 Verizon 📶     7:29 PM     🔋

‹    (JB)   
Jeremy ›

the cookie cutter,
shithouse psychology.

I'm not coming to your
house. It has never
been my home. I was
just your place holder.

I am gonna do what I
need to do, then be
done. You had your
chance, but guess I
wasn't worth the work.

I have given up on ever
being with the girls, so
stop bringing it up.

> U should call ur mom.
> She's worrying about u

 

---

GO#HS-2019-105256
INACTIVE

# HILLSBOROUGH COUNTY SHERIFF
## GENERAL OFFENSE HARDCOPY
### (MISSING PERSON/RUNAWAY)



| TAMPA PD |
| --- |
| **GENERAL OFFENSE HARDCOPY** |
| GO# 2019-72141 REFERRED                    9500-102 ASSIST O/J - ALL OTHER |

## Related Attachment(s) - Photo

Attachment Description: **TEXT MESSAGE**
Reference Number:

 Verizon       9:51 AM       

 Jeremy

> Let me drive you there

> I do regret fucking up your life. You are a great person. Guess I was just too much for you. You deserve better.
>
> I'm going where I am going and I am going there alone.

You need help here

Where r u

Where r u

**CONFIDENTIAL**
Released for Law Enforcement Only

      

| For: 47941   Printed On: Feb-19-2019  (Tue.) | Page 3 of 49 |
| --- | --- |

GO# 2019-105256
INACTIVE

# HILLSBOROUGH COUNTY SHERIFF
## GENERAL OFFENSE HARDCOPY
### (MISSING PERSON/RUNAWAY)



| | **TAMPA PD** |
|---|---|
| | **GENERAL OFFENSE HARDCOPY** |
| GO# 2019-72141 REFERRED | 9500-102 ASSIST O/J - ALL OTHER |

## Related Attachment(s) - Photo

Attachment Description: **TEXT MESSAGE**
Reference Number:

 

"Here lies Jeremy Brown...he yells at people so he had to go!"

I have everyone but you blocked

Jeremy you need help!!!

So, worry anyone you want. You can all tell yourself later how much you tried to help and blah, blah, blah...but you and I will know the truth.

  

    

| For: 47941    Printed On: Feb-19-2019  (Tue.) | Page 4 of 49 |
|---|---|

Pages 2019-005256
INACTIVE



# HILLSBOROUGH COUNTY SHERIFF
## GENERAL OFFENSE HARDCOPY
### (MISSING PERSON/RUNAWAY)

---

|  | **TAMPA PD** |
|---|---|
|  | **GENERAL OFFENSE HARDCOPY** |
| GO# 2019-72141 REFERRED | 9500-102 ASSIST O/J - ALL OTHER |

## Related Attachment(s) - Photo

Attachment Description: **TEXT MESSAGE**
Reference Number:















---

GovEx 2018-105256
INACTIVE



# HILLSBOROUGH COUNTY SHERIFF
### GENERAL OFFENSE HARDCOPY
### (MISSING PERSON/RUNAWAY)

| | **TAMPA PD**<br>**GENERAL OFFENSE HARDCOPY** | |
|---|---|---|
| | GO# 2019-72141 REFERRED | 9500-102 ASSIST O/J - ALL OTHER |

## Related Attachment(s) - Photo

Attachment Description: TEXT MESSAGE
Reference Number:

 Verizon 9:56 AM 

2 People ›

Your kids ended up in the right place. No need for my involvement.

What else you got???

I like all this "coming clean", it is very "theroputic".

I don't blame Kent for blowing his brains out...frankly I jealous he beat me to it. I blame him for not kill Kim and the other fuck. BIG MISTAKE!

   

      

**Released for Law Enforcement Only**
**CONFIDENTIAL**

| For: 47941 Printed On: Feb-19-2019 (Tue.) | Page 6 of 49 |
|---|---|



# HILLSBOROUGH COUNTY SHERIFF
## GENERAL OFFENSE HARDCOPY
### (MISSING PERSON/RUNAWAY)

| | **TAMPA PD** | |
|---|---|---|
| | **GENERAL OFFENSE HARDCOPY** | |
| GO# 2019-72141 REFERRED | | 9500-102 ASSIST O/J - ALL OTHER |

## Related Event(s)

| | |
|---|---|
| CP | 2019-72141 |
| GO | 2019-72313 |

## Related Person(s)

### 1.  COMPLAINANT # 1 - ALDRIDGE, TYLENE DENISE

**Master Name Index Reference**

Sex: FEMALE
Race: WHITE
Date of birth: █████████
Address: 4808 10TH AV S
    Municipality: TAMPA , Florida  33619
**Phone numbers**
Home: ████████████
Business: ████████
Cellular: ██████████

**Particulars**

Occupation: PHARM. REP.
Employer: ████████████████████████████████████████

**Linkage factors**

Resident status : City (Tampa)
Age range : 50-64 Years

### 2.  REC MP - OJ # 1 - BROWN, JEREMY MICHAEL

**(Case Specific Information)**

Sex: MALE
Race: WHITE
Date of birth: ██████████
Address: ███████████████████
    Municipality: TAMPA , Florida  33616
    District: 1  Beat:   Grid: 191
**Phone Numbers**
    Home: ██████████████
    Business: ██████████████

**Particulars**

Place of birth: Kentucky
Occupation: MILITARY
Employer: █████████████████████████████
Citizenship: America, United States of
Marital status: Single

**CONFIDENTIAL**
Released for Law Enforcement Only



**HILLSBOROUGH COUNTY SHERIFF**
GO# 2019-105256
INACTIVE

### GENERAL OFFENSE HARDCOPY
### (MISSING PERSON/RUNAWAY)

---

| | **TAMPA PD** |
|---|---|
| | **GENERAL OFFENSE HARDCOPY** |
| | GO# 2019-72141 REFERRED                 9500-102 ASSIST O/J - ALL OTHER |

Ethnicity: USA
Language(s) spoken: English
Height: 6'00 Weight: 200 lbs.
Disability: Mental Disability/Senile
Build: Medium    Complexion: FAIR
Eye color: BLUE
Hair color: BLOND/STRAWBERRY
Hair style: Crew Length
Facial hair color: Blond/Strawberry

**Master Name Index Reference**
Name: BROWN, JEREMY  MICHAEL
Sex: MALE
Race: WHITE
Date of birth: ▮▮▮▮▮▮▮▮
Ethnicity: Non-Hispanic
Address: ▮▮▮▮▮▮▮▮
       Municipality: TAMPA , Florida  33616
       District: 1  Beat:  Grid: 191
**Phone numbers**
Business: ▮▮▮▮▮▮▮▮
Home: ▮▮▮▮▮▮▮▮

**Linkage factors**
Resident status : City (Tampa)
Statement taken : Yes
Age range : 30-49 Years

**Case Specific Clothing Details**
Shirt: GRAY / TShirt
Pants: BLACK / Shorts, Regular

**Use of Force Details**
Date occured: Feb-13-2019 (Wed.)
Location: 2701 FOWLER AVE E
Nature of contact: Baker Act
Reason: To Restrain for Subject's Safety
Subject's conduct:
       Compliance
Subject's resistance:
       Compliance
Level of force or control used:
       Handcuffs
Effects of force used:
On subject:
       No Visible Injury, No Complaint of Injury, No Medical Attention Required
Rendered unconscious: No
Treatment: No Treatment Necessary



**CONFIDENTIAL** Released for Law Enforcement Only

---

| For: 47941    Printed On: Feb-19-2019  (Tue.) | Page 8 of 49 |
|---|---|

# HILLSBOROUGH COUNTY SHERIFF

## GENERAL OFFENSE HARDCOPY

### (MISSING PERSON/RUNAWAY)



| | **TAMPA PD** |
|---|---|
| | **GENERAL OFFENSE HARDCOPY** |
| GO# 2019-72141 REFERRED | 9500-102 ASSIST O/J - ALL OTHER |

Transported to: **Hospital**
Injury photographed: **No**
On police:
    No Visible Injury, No Complaint of Injury, No Medical Attention Required
Remarks:
    **VETERANS HOSPITAL**
**Officers involved**
Reporting officer: 48071 - BRICHA, GARRETT
Date reported: Feb-13-2019  (Wed.)
Responded: **No**

## Related Business(es)

1. **COMPLAINANT # 1 - HCSO**
    Address: **2008 8TH AV E**
        Place: **HCSO**
        Municipality: **TAMPA , Florida   33605**
        District: **3**  Beat:   Grid: **128**
    Phone number: **(813) 247-8000**
    Type: **Police Departments**
**Particulars**

    Security: **No**

| | Contact Name | Affiliation | Phone Numbers |
|---|---|---|---|
| Contact # 1: | **RACHAEL FRONK** | **SUPERVISOR** | (13) 635-5200 |

**CONFIDENTIAL**
Released for Law Enforcement Only

# HILLSBOROUGH COUNTY SHERIFF
## GENERAL OFFENSE HARDCOPY
### (MISSING PERSON/RUNAWAY)



| | **TAMPA PD** |
|---|---|
| | **GENERAL OFFENSE HARDCOPY** |
| GO# 2019-72141 REFERRED | 9500-102 ASSIST O/J - ALL OTHER |

## Related Text Page(s)

Document: CASE SUMMARY
Author: 48071 - BRICHA, GARRETT
Related date/time: Feb-13-2019 (Wed.) 830

```
The subject was placed under a Baker Act after sending texts to his girlfriend
advising he was depressed and wanted to end it all.


I completed a Baker Act form and the subject was transported to the VA Hospital
without incident.
```

**CONFIDENTIAL**
Released for Law Enforcement Only

HS 2019 105256
INACTIVE



# HILLSBOROUGH COUNTY SHERIFF
## GENERAL OFFENSE HARDCOPY
### (MISSING PERSON/RUNAWAY)

| | TAMPA PD |
|---|---|
| | **GENERAL OFFENSE HARDCOPY** |
| GO# 2019-72141 REFERRED | 9500-102 ASSIST O/J - ALL OTHER |

## Related Text Page(s)

Document: **CASE SUMMARY**
Author: **50325 - BRADFORD, JARDA**
Related date/time: **Feb-13-2019 (Wed.) 1020**

The subject was reporting missing and a pick up was placed by HSCO on 2/12/19
(report # HS 2019 105256). He was located at the Quality Inn Hotel, and the
pick up was canceled at 0945hrs. with Operator #42. The subject was baker-acted
for suicidal thoughts (see TPD 19-72141), and transported to the Veteran's
Hospital.

**CONFIDENTIAL**
Released for Law Enforcement Only



# HILLSBOROUGH COUNTY SHERIFF

## GENERAL OFFENSE HARDCOPY
### (MISSING PERSON/RUNAWAY)

INACTIVE

---

| | **TAMPA PD** |
|---|---|
| | **GENERAL OFFENSE HARDCOPY** |
| GO# 2019-72141 REFERRED | 9500-102 ASSIST O/J - ALL OTHER |

### Related Text Page(s)

Document: **INITIAL REPORT**
Author: **48071 - BRICHA, GARRETT**
Related date/time: **Feb-13-2019  (Wed.) 830**

```
On the above date and time, I responded to the Quality Inn Hotel located at
2701 Fowler Ave E in reference to a Baker Act.

Upon arrival I met with the listed subject and he provided the listed
statement.

Ofc. Vazquez with the ROC squad was on scene and spoke with the subject's
girlfriend via telephone(see his supplement for more details on the text
messages).

The subject was listed as a missing endangered person from HCSO.

Ofc. Bradford completed the recovery report and collected the subject's handgun
from his hotel room and placed it into property(19-72313).

I ran the subject for any outstanding wants or warrants with negative results.

I completed a Baker Act form and transported the subject to the VA hospital
without incident.

No further action taken.
```

** CONFIDENTIAL **
Released for Law Enforcement Only

---

# HILLSBOROUGH COUNTY SHERIFF

HS 2019-105256
INACTIVE

## GENERAL OFFENSE HARDCOPY
### (MISSING PERSON/RUNAWAY)



**TAMPA PD**
**GENERAL OFFENSE HARDCOPY**

GO# 2019-72141 REFERRED          9500-102 ASSIST O/J - ALL OTHER

## Related Text Page(s)

Document: **INITIAL REPORT**
Author: 50325 - BRADFORD, JARDA
Related date/time: Feb-13-2019 (Wed.) 1032

On February 13th, 2019, I responded to 2701 E. Fowler Ave. room # 2040 at the "Quality Inn" in reference to locating W/M Jeremy Michael Brown who was reported missing out of Hillsborough County. Upon arrival, I made contact with Cpl. Drabinak, Lt. Rojka, Sgt. D. Rhodes, and other SAC units who advised that he was possibly armed with a firearm and had made threats to harm himself. Cpl. Drabinak knocked on the room door and Brown answered. He was placed under investigative detention. Then, I ran him for wants and warrants. He yielded negative results but, was listed as a missing person by HSCO on February 12, 2019 (HS 2019-105256).

Cpl. Drabinak located a silver Ruger handgun (in a black holster) inside the room, and made it safe by locking the slide back to the rear and removing the live round from the chamber. I placed the firearm, magazine, and rounds in the black pelican gun case located on the floor between the two beds and submitted it to the impound lot for safe keeping (see report # 19-72313). Contact was made to the original complainant by CIT Ofc. D. Vazquez who sent him texts of Brown making suicidal comments and threats. He was then baker-acted and transported to the Veteran's Hospital by Ofc. Bricha (see report # 19-72141). The pick up was canceled at 0945hrs. by operator # 42. This concludes my involvement.

For: 47941    Printed On: Feb-19-2019 (Tue.)          Page 13 of 49

# HILLSBOROUGH COUNTY SHERIFF

## GENERAL OFFENSE HARDCOPY
### (MISSING PERSON/RUNAWAY)

GO# HB-2019-405256
INACTIVE



| | **TAMPA PD** |
|---|---|
| | **GENERAL OFFENSE HARDCOPY** |
| GO# 2019-72141 REFERRED | 9500-102 ASSIST O/J - ALL OTHER |

## Related Text Page(s)

Document: STATEMENT
Author: 48071 - BRICHA, GARRETT
Subject: BROWN, JEREMY MICHAEL
Related date/time: Feb-13-2019  (Wed.) 830

```
Jeremy advised he is depressed about his life situation, however, he just
wanted to get away from his girlfriend and be alone.  He advised he was not
planning to hurt himself or anyone else.


Jeremy had no further information.
```

\*\*CONFIDENTIAL\*\*
Released for Law Enforcement Only



# HILLSBOROUGH COUNTY SHERIFF

## GENERAL OFFENSE HARDCOPY
### (MISSING PERSON/RUNAWAY)



| | **TAMPA PD** | |
|---|---|---|
| | **GENERAL OFFENSE HARDCOPY** | |
| GO# 2019-72141 REFERRED | | 9500-102 ASSIST O/J - ALL OTHER |

## Related Text Page(s)

Document: STATEMENT
Author: 50334 - VAZQUEZ, DANIEL
Subject: ALDRIDGE, TYLENE
Related date/time: Feb-13-2019  (Wed.) 930

Tylene Aldridge made the following statement and can be reached at
███████████:


Tylene Aldridge was contacted via telephone in reference to Jeremy Brown who we were in contact with.  She had called reported him missing and suicidal and informed me that Brown had been sending her messages about harming himself.  She said that he is still depressed about losing his 5 children in a divorce and not being able to see them.  She also told me that his brother had committed suicide approximately 6 months prior and that has been bothering him as well.  Aldridge also said that in the past he went to Key West, FL and had purchased items to commit suicide by carbon monoxide poisoning.  She was concerned for his safety and wanted him to get help. She said that this is an ongoing issue with Jeremy.

**CONFIDENTIAL**
Released for Law Enforcement

# HILLSBOROUGH COUNTY SHERIFF

## GENERAL OFFENSE HARDCOPY
### (MISSING PERSON/RUNAWAY)



| | **TAMPA PD** |
|---|---|
| | **GENERAL OFFENSE HARDCOPY** |
| GO# 2019-72141 REFERRED | 9500-102 ASSIST O/J - ALL OTHER |

## Related Text Page(s)

Document: **SUPPLEMENTAL**
Author: 50334 - VAZQUEZ, DANIEL
Related date/time: Feb-13-2019  (Wed.) 957

On 2/13/2019 at approximately 0830 I was requested to respond to 2701 E Fowler Ave to assist as a Crisis Intervention Team officer for a missing person with suicidal thoughts.  Upon arrival I met with supervisors on scene who were gathering information.

I was informed that the subject was staying in room 2040.  It was also learned that the subject was in possession of a semiautomatic handgun and a military veteran.  Due to the totality of the information gathered, we waited for uniformed patrol officers to arrive, as I am a member of a plain clothes squad.

After a few minutes on scene, we attempted contact with the missing suicidal subject, Jeremy Brown, who opened the door upon announcement of officers presence.  At this time he was cooperative and advised officers that he has gone through this before and advised officers present that he had a firearm in a gun box.

Brown said that he is fine and has spoken to counselors in the past and has depression due to his five daughters haven been taken from him in a divorce in 2015 and they moved out of state.  He also advised that he is not on any medication and that doctors told him that he didn't need it.

At this time, I called and spoke to the caller, Tylene Aldridge his girlfriend who called HCSO and reported him as a suicidal missing person. While speaking to her she began to tell me about the comments that he was making to her via text.  Aldridge advised me that she would forward me the text messages that Brown had sent to her.

The text messages included comments as "Here lies Jeremy Brown...he yells at people so he had to go" and "I don't blame Kent for blowing his brains out...frankly I jealous he beat me to it.  I blame him for not kill Kim and the other fuck. BIG MISTAKE!" and "I am gonna do what I need to do, then be done".

Based on these messages, Brown posed a threat to himself and others and had the means to do it with the firearm in his possession. He was placed under a Baker Act for evaluation.  He was transported by Ofc G Bricha.

The messages sent by Brown to Aldridge were forwarded to me by Aldridge and were copied and saved to disk to be placed as evidence at D3 property room.

| For: 47941    Printed On: Feb-19-2019  (Tue.) | Page 16 of 49 |
|---|---|

GO# 2019-105256
INACTIVE

# HILLSBOROUGH COUNTY SHERIFF

## GENERAL OFFENSE HARDCOPY

### (MISSING PERSON/RUNAWAY)



---

| | **TAMPA PD** |
|---|---|
| | **GENERAL OFFENSE HARDCOPY** |
| GO# 2019-72141 REFERRED | 9500-102 ASSIST O/J - ALL OTHER |

---

## Related Text Page(s)

Document: **ATTACHMENT**
Author: **49931 - LARGENT, TAMARA**
Subject: **HCSO MISSING PERSON CONF/LOC - BROWN, JEREMY**
Related date/time: **Feb-13-2019  (Wed.) 1004**

eAgent Report

datetime: 2019-02-13T09:32:09-0500 desc: QW 00002 encrypted: 0 id: 7a7be6ab2d616ffb5927481b02282b35
offset: 5358 src: SERVER type: DATA
DEV-NBR-HDR 00000
MNE-HDR P29020340
DTE-HDR 20190213
TIME-HDR 0932
MSG-NBR-HDR 00002
MKE QW
QW  FL0290205JEREMY          MICHAEL        BROWN
                            19741001MW

                                    Y

       --NCIC--
1L01FLS0338626130
FL0290205

***MESSAGE KEY QWA SEARCHES ALL NCIC PERSONS FILES WITHOUT LIMITATIONS.
MKE/WANTED PERSON
EXL/1 - FULL EXTRADITION
ORI/C00030000 NAM/BR0WN, JUSTIN DERRICK SEX/M RAC/U
DOB/███████HGT/509 WGT/220 EYE/GRN HAI/BLK
SOC/█████████
OLN/980980186 OLS/C0 OLY/2003
OFF/ASSAULT
DOW/20030619 OCA/03W3331
WNO/86939 CTI/C0003013J
VLD/20180816
MIS/N0EX ASSAULT3--D0MESTIC VI0LENCE RETURN F0LL0WING BUSINESS DAY 0830AM 15400
MIS/E 14TH PL AUR0RA C0/CJW VERIFY 720-874-3933 --EXTRADITE C0L0RAD0 0NLY--
SNA/LKA: 1393 JAMAICA ST #4
CTY/AUR0RA STA/C0
ORI IS ARAPAHOE CO SO LITTLETON 303 795-4711
AKA/BR0WN, JUSTINE

---

**CONFIDENTIAL**
Release for Law Enforcement Only

| For: 47941     Printed On: Feb-19-2019  (Tue.) | Page 17 of 49 |
|---|---|

# HILLSBOROUGH COUNTY SHERIFF
## GENERAL OFFENSE HARDCOPY
### (MISSING PERSON/RUNAWAY)

INACTIVE



### TAMPA PD
### GENERAL OFFENSE HARDCOPY

| GO# 2019-72141 REFERRED | 9500-102 ASSIST O/J - ALL OTHER |

NIC/W754434164 DTE/20030623 1028 EDT DLU/20180816 0207 EDT
IMMED CONFIRM WARRANT AND EXTRADITION WITH ORI

MKE/WANTED PERSON
EXL/4 - NO EXTRADITION - INSTATE PICK-UP ONLY. SEE MIS FIELD FOR LIMITS
ORI/FL0520001 NAM/BR0WN,JAS0N RICHARD SEX/M RAC/W POB/CT
DOB/█████████HGT/511 WGT/150 EYE/BLU HAI/BLK
SOC/█████████
OFF/PROB VIOLATION - SEE MIS
OOC/DANGEROUS DRUGS
DOW/20041124 OCA/0300639004
WNO/0300639004
VLD/20180210
MIS/V0P 1CT P0SSESSI0N 0F PR0P0XYPHENE V0P N0 B0ND SET PICKUP FL0RIDA 0NLY
DNA/N
ADD/01 - RESIDENCE (LAST KNOWN) DDA/20041124
SNU/1735 SNA/DR MLK JR ST S
CTY/ST PETERSBURG STA/FL ZIP/33705
ORI IS PINELLAS CO SO LARGO 727 582-6200
NIC/W605730233 DTE/20090105 0649 EST DLU/20180210 2217 EST
IMMED CONFIRM WARRANT AND EXTRADITION WITH ORI

MKE/WANTED PERSON
EXL/A - FULL EXTRADITION
ORI/C00010000 NAM/BR0WN,JUSTIN SEX/M RAC/U POB/NY
DOB/█████████HGT/509 WGT/190 EYE/GRN HAI/BLK FBI/223657CB8
SMT/TAT L ARM
FPC/17P015D0P019PI151713 SOC/█████████
OLN/980980186 OLS/C0 OLY/2018
OFF/CONTEMPT OF COURT - SEE MIS - FAILURET0C0MPLY
DOW/20151230 OCA/15W-14490
WNO/02M1537 CTI/C0001013J
VLD/20190212
MIS/N0EX WILL EXTRADITE C0L0RAD0 0NLY- FTC WITH PR0B-D0M VI0L CRIMINAL
MIS/MISCHIEF-B0ND CS- 0RIG AGCY N0RTHGLENN PD -RETURN T0 DIV 2
DNA/N
SNU/2818 SNA/AVENUE D N0 4
CTY/LUBB0CK STA/TX
ORI IS ADAMS CO SO BRIGHTON 720 322-1313
AKA/BR0WN,JUSTIN D
AKA/BR0WN,JUSTIN DERRICK
SMT/TAT ARM

***CONFIDENTIAL***
For Law Enforcement Only

GO# HS-2019-105256
INACTIVE

# HILLSBOROUGH COUNTY SHERIFF
## GENERAL OFFENSE HARDCOPY
### (MISSING PERSON/RUNAWAY)



**TAMPA PD**
**GENERAL OFFENSE HARDCOPY**

GO# 2019-72141 REFERRED                    9500-102 ASSIST O/J - ALL OTHER

SOC/066382188
NIC/W925239377 DTE/20151230 1831 EST DLU/20190212 0022 EST
IMMED CONFIRM WARRANT AND EXTRADITION WITH ORI

MKE/MISSING PERSON ENDANGERED - CAUTION
CMC/70 - SUICIDAL
ORI/FL0290090 NAM/BR0WN,JEREMY MICHAEL SEX/M RAC/W ETN/N POB/KY
DOB/██████HGT/600 WGT/195 EYE/BLU HAI/XXX CTZ/US
SKN/LGT
SOC/██████
OLN/B650433743610 OLS/FL OLY/2019
MNP/MP DLC/20190211 OCA/19-105256
MIS/FOR C0NFIRMATI0N C0NTACT FL0290000 - P0SSIBLE DESTINATI0N LAST KN0WN T0 BE
MIS/STAYING IN UNKN0WN W00DS, P0SSIBLY 0UT 0F C0UNTY // SUBJECT ARMED WITH 1911
MIS/PIST0L / SUICIDAL // IF L0CATED C0NTACT GIRLFRIEND, ALDRIDGE, TYLENE
MIS/██████
DNA/N
ORI IS HILLSBOROUGH CO SO TAMPA 813 247-8000

DENTAL CHARACTERISTICS
DXR/N MPA/N
DENTAL CHARACTERISTICS (DCH) ARE NOT AVAILABLE
NIC/M275020217 DTE/20190212 2154 EST DLU/20190212 2155 EST
IMMED CONFIRM MISSING PERSON STATUS WITH ORI

WARNING - DO NOT ARREST BASED ON THIS INFORMATION
MKE/PROBATION OR SUPERVISED RELEASE STATUS
ORI/FL052085G NAM/BR0WN,JAS0N R SEX/M RAC/W POB/US
DOB/██████HGT/511 WGT/140 EYE/BLU HAI/BR0 FBI/198099XA8
SKN/LGT
FPC/P0PID0P017PIP0P0PICI SOC/██████
OCA/897583 SID/FL04025707
MIS/0FFENSE - P0SS C0NTR0L SUBS/0THER
MIS/  SPECIAL C0NDITI0NS - 26:N0 ALC0H0L/ILLEGAL DRUGS,
DPE/NONEXP SCI/FL052103J LOC/06C - PINELLAS/PASC0
DSS/20040806 EDS/20060805 SON/C0WART,JACQUELINE SOT/727 518-3532
DNA/N
ORI IS PASCO/PINELLAS INTAKE OFC 06-C CLEARWATER 727 570-5135
IMN/I490907573 IMT/M
NIC/C583102740 DTE/20140701 0829 EDT DLU/20180801 0502 EDT
REPEAT - PROBATION OR SUPERVISED RELEASE STATUS RECORD - DO NOT ARREST
BASED ON THIS INFORMATION - PLEASE CONTACT SUPERVISING AGENCY VIA NLETS,

RESTRICTED CONFIDENTIAL for Law Enforcement

For: 47941    Printed On: Feb-19-2019  (Tue.)                    Page 19 of 49

# HILLSBOROUGH COUNTY SHERIFF
## GENERAL OFFENSE HARDCOPY
### (MISSING PERSON/RUNAWAY)



| | TAMPA PD |
|---|---|
| | **GENERAL OFFENSE HARDCOPY** |
| GO# 2019-72141 REFERRED | 9500-102 ASSIST O/J - ALL OTHER |

TELEPHONE OR EMAIL TO ADVISE OF CONTACT WITH SUPERVISED INDIVIDUAL.
PLEASE BE ADVISED THAT SUPERVISING AGENCY MAY NOT BE
OPERATIONAL 24/7.
IMR/MNAM:BR0WN,JAS0N R          DOB:████ RAC:W HGT:511   WGT:140   DOI:20040310
NIC:C583102740 IMN:I490907573          MIS:
                                                          12141.
*****WARNING - THE FOLLOWING IS AN NCIC PROTECTION ORDER RECORD.  DO NOT
SEARCH, DETAIN, OR ARREST BASED SOLELY ON THIS RECORD.  CONTACT ENTERING
AGENCY TO CONFIRM STATUS AND TERMS OF PROTECTION ORDER*****

MKE/PROTECTION ORDER
ORI/FL0580000 NAM/BR0WN,JAS0N SEX/M RAC/W ETN/N
DOB:████HGT/506 WGT/120 EYE/BLU HAI/BLN
SMT/TAT L LEG
SVC/1 - SERVED SVD/20030319
BRD/N ISD/20020820 EXP/NONEXP
PPN/0SB0RNE,DEBRA PSX/F PPR/W PPB/19540429
PCO/05 - THE SUBJECT IS RESTRAINED FROM MAKING ANY COMMUNICATION WITH THE
PCO/PROTECTED PERSON INCLUDING BUT NOT LIMITED TO, PERSONAL, WRITTEN, OR
PCO/TELEPHONE CONTACT, OR THEIR EMPLOYERS, EMPLOYEES OR FELLOW WORKERS, OR
PCO/OTHERS WITH WHOM THE COMMUNICATION WOULD BE LIKELY TO CAUSE ANNOYANCE
OR
PCO/ALARM THE VICTIM.
OCA/2002DR011310NC
VLD/20180920
MIS/N0NEXP
ORI IS SARASOTA CO SO SARASOTA 941 861-5800
PCO/01 - THE SUBJECT IS RESTRAINED FROM ASSAULTING, THREATENING, ABUSING,
PCO/HARASSING, FOLLOWING, INTERFERING, OR STALKING THE PROTECTED PERSON AND/OR
PCO/THE CHILD OF THE PROTECTED PERSON.
PCO/04 - THE SUBJECT IS REQUIRED TO STAY AWAY FROM THE RESIDENCE, PROPERTY,
PCO/SCHOOL, OR PLACE OF EMPLOYMENT OF THE PROTECTED PERSON OR OTHER FAMILY OR
PCO/HOUSEHOLD MEMBER.
SMT/TAT L ARM
SMT/TAT R ARM
SMT/TAT RF ARM
NIC/H602830932 DTE/20020809 0907 EDT DLU/20180920 1618 EDT

--FCIC HIT RESPONSE--
#NAME HIT (100)#

WARNING - DO NOT ARREST BASED ON THIS INFORMATION ALONE

# HILLSBOROUGH COUNTY SHERIFF
## GENERAL OFFENSE HARDCOPY
### (MISSING PERSON/RUNAWAY)

---



| | **TAMPA PD** |
|---|---|
| | **GENERAL OFFENSE HARDCOPY** |
| GO# 2019-72141 REFERRED | 9500-102 ASSIST O/J - ALL OTHER |

MISSING PERSON ENDANGERED - CAUTION

CAUTION: SUICIDAL
    NAME: JEREMY MICHAEL BROWN      LAST CONTACT: 02/11/2019
    DOB: ████████      ENTRY DATE: 02/12/2019
    RACE: WHITE      PCN: T117919470
    SEX: MALE      NIC: M275020217
  ETHNICITY: NOT HISPANIC OR NOT LATINO
    HEIGHT: 600
    WEIGHT: 195
  HAIR COLOR: UNKNOWN OR COMPLETELY BALD
  EYE COLOR: BLUE
  SKIN TONE: LIGHT
    MNP: MP
  BIRTH CITY: UNKNOWN
  BIRTH COUNTY: UNKNOWN
  BIRTH PLACE: KY
  CITIZENSHIP: US - UNITED STATES OF AMERICA (USA)
  LAST RES ADD: ████████████
  CITY STATE: TAMPA, FL    ZIP: 33619
  SOC SEC NO: ████████
  OPER LIC NO: B650433743610
  OPER LIC ST: FL
  OPER LIC YR: 2019
    CASE NO: 19-105256
  ENTERING MNE: S29000091
  ENTERING AGY: FL0290090 -
      HILLSBOROUGH CO SO
  NOTIFY AGY: NO NOTIFY/PUBLICLY AVAILABLE
    MISC: FOR CONFIRMATION CONTACT FL0290000 - POSSIBLE DESTINATION LAST K
NOWN TO BE STAYING IN UNKNOWN WOODS, POSSIBLY OUT OF COUNTY // S
UBJECT ARMED WITH 1911 PISTOL / SUICIDAL // IF LOCATED CONTACT G
IRLFRIEND, ALDRIDGE, TYLENE ████████████

#NAME HIT (91)#

IMMEDIATELY CONFIRM WARRANT AND EXTRADITION WITH ENTERING AGENCY

** CONFIDENTIAL **
** Released for Law Enforcement Only

---

# Pages 49 through 69 removed by the United States due to irrelevant PII.



GO#HS-2019-105256
INACTIVE

# HILLSBOROUGH COUNTY SHERIFF

## GENERAL OFFENSE HARDCOPY

### (MISSING PERSON/RUNAWAY)



| | TAMPA PD |
|---|---|
| | **GENERAL OFFENSE HARDCOPY** |
| GO# 2019-72141 REFERRED | 9500-102 ASSIST O/J - ALL OTHER |

FIN: 0102859040        IMAGE DATE: 02/02/2016
IMN:        IMAGE ENTRY DATE: 02/03/2016
IMAGE TYPE: MUG SHOT
IMAGE SIZE: 5716 BYTES


--IMAGE--
FIN: 0103042139        IMAGE DATE: 01/10/2017
IMN:        IMAGE ENTRY DATE: 01/11/2017
IMAGE TYPE: MUG SHOT
IMAGE SIZE: 9777 BYTES
                 IMAGE DATA FOLLOWS:
M09771--END--

datetime: 2019-02-13T09:36:34-0500 desc: FYQ 00003 encrypted: 0 id: ea19d5f798edd65ea15e0b89a749d2e1
offset: 27686 src: SERVER type: DATA
DEV-NBR-HDR 00000
MNE-HDR P29020340
DTE-HDR 20190213
TIME-HDR 0936
MSG-NBR-HDR 00003
MKE FYQ
FYQ FL0290205FL0290000MP1U19-105256    M275020217T117919470

JEREMY     MICHAEL     BROWN

OFCR          BRADFORD
TAMPA POLICE DEPT     M
8132366152      PLEASE CONF
IRM IF STILL ACTIVE

*Released for Law Enforcement Only*
**CONFIDENTIAL**

--FCIC HIT CONFIRMATION--

Case No 19-105256
INACTIVE



# HILLSBOROUGH COUNTY SHERIFF
## GENERAL OFFENSE HARDCOPY
### (MISSING PERSON/RUNAWAY)

---

| | **TAMPA PD** |
|---|---|
| | **GENERAL OFFENSE HARDCOPY** |
| | GO# 2019-72141 REFERRED          9500-102 ASSIST O/J - ALL OTHER |

\*\*\*\*HIT CONFIRMATION REQUEST - FIRST NOTICE\*\*\*\*

FROM: FL0290205 -

\*\*\*\*RESPONSE PRIORITY: URGENT! - RESPOND WITHIN 10 MINUTES\*\*\*\*

\*\*\*\*MISSING PERSON\*\*\*\*
FIRST NAME: JEREMY            NIC: M275020217
MIDDLE NAME: MICHAEL        PCN: T117919470
  LAST NAME: BROWN
      SFX:
      ████████████████
      SEX: M
  CASE NO: 19-105256
  REQUESTER
FIRST NAME: OFCR
  LAST NAME: BRADFORD
REQUEST AGY: TAMPA POLICE DEPT
  PHONE NO: 8132316152       FAX:
    REMARKS: PLEASE CONFIRM IF STILL ACTIVE

\*\*CONFIDENTIAL\*\*
Released for Law Enforcement Only

--END--

datetime: 2019-02-13T09:40:16-0500 desc: ---- 00004 encrypted: 0 id: 8fce23bfea6e7fbc5c08a9c8356248c4
offset: 29029 src: SERVER type: DATA
DEV-NBR-HDR
MNE-HDR P29020340
ATTN-HDR SYSTEM GENERATED HEADER
DTE-HDR 20190213
TIME-HDR 0940
MSG-NBR-HDR 00004
--FCIC HIT CONFIRMATION--

\*\*\*\*HIT CONFIRMATION RESPONSE\*\*\*\*

---

| For: 47941    Printed On: Feb-19-2019 (Tue.) | Page 44 of 49 |
|---|---|

# HILLSBOROUGH COUNTY SHERIFF

GO# 2019-105256
INACTIVE

## GENERAL OFFENSE HARDCOPY
### (MISSING PERSON/RUNAWAY)

---



**TAMPA PD**
**GENERAL OFFENSE HARDCOPY**

GO# 2019-72141 REFERRED                    9500-102 ASSIST O/J - ALL OTHER

---

FROM: FL0290000 -

THE RECORD BELOW IS CONFIRMED

****MISSING PERSON****
FIRST NAME: JEREMY                         NIC: M275020217
MIDDLE NAME: MICHAEL                        PCN: T117919470
 LAST NAME: BROWN
  SFX:
  DOB: ███████
  SEX: M
   CASE NO: 19-105256
   CONFIRMER
   FIRST NAME: WILLIAM
   LAST NAME: FIELDS
CONFIRM AGY: HILLSBOROUGH CO SO
 PHONE NO: 8132478247       FAX:
   REMARKS: OUR RECORDS INDICATE THAT SUBJECT IS STILL OUTSTANDING AS MISSIN
     G ENDANGERED ADULT, CONTACT IS GIRLFRIEND, ALDRIDGE, TYLENE 813-
     690-9608. PLEASE PROVIDE RECOVERY INFORMATION WHEN AVAILABLE.


   --END--

datetime: 2019-02-13T09:57:30-0500 desc: LM 00009 encrypted: 0 id: e88e32fc04faa501a6e994c93502ab17
offset: 51337 src: SERVER type: DATA
DEV-NBR-HDR 00000
MNE-HDR P29020340
DTE-HDR 20190213
TIME-HDR 0957
MSG-NBR-HDR 00009
MKE LM
LM  FL0290205JEREMY        MICHAEL       BROWN
      M275020217T11791947019-105256      2019021319-072141
DETNHIT STATE 02132019   2                      --NCIC--
1L01FLS0338641977
FL0290205
1ST LOCATE NAM/BR0WN,JEREMY MICHAEL NIC/M275020217 RECORD BEING CANCELED

---

**CONFIDENTIAL** Released for Law Enforcement Only

For: 47941    Printed On: Feb-19-2019  (Tue.)                              Page 45 of 49

---



GO# FS 2019-105256
INACTIVE

# HILLSBOROUGH COUNTY SHERIFF
## GENERAL OFFENSE HARDCOPY
### (MISSING PERSON/RUNAWAY)



**TAMPA PD**
**GENERAL OFFENSE HARDCOPY**

| GO# 2019-72141 REFERRED | 9500-102 ASSIST O/J - ALL OTHER |
|---|---|

--FCIC ACKNOWLEDGEMENT--
LOCATE ACCEPTED AS FOLLOWING RECORD
WARNING - DO NOT ARREST BASED ON THIS INFORMATION ALONE

LOCATED MISSING PERSON

CAUTION: SUICIDAL
   NAME: JEREMY MICHAEL BROWN     LAST CONTACT: 02/11/2019
   DOB: ▓▓▓▓▓     ENTRY DATE: 02/12/2019
   RACE: WHITE     PCN: T117919470
   SEX: MALE     NIC: M275020217
   ETHNICITY: NOT HISPANIC OR NOT LATINO
   HEIGHT: 600
   WEIGHT: 195
   HAIR COLOR: UNKNOWN OR COMPLETELY BALD
   EYE COLOR: BLUE
   SKIN TONE: LIGHT
   MNP: MP
   BIRTH CITY: UNKNOWN
   BIRTH COUNTY: UNKNOWN
   BIRTH PLACE: KY
   CITIZENSHIP: US - UNITED STATES OF AMERICA (USA)
   LAST RES ADD: ▓▓▓▓▓▓▓▓
   CITY STATE: TAMPA, FL     ZIP: 33619
   SOC SEC NO: ▓▓▓▓▓▓▓▓
   OPER LIC NO: ▓▓▓▓▓
   OPER LIC ST: FL
   OPER LIC YR: 2019
     CASE NO: 19-105256
   ENTERING MNE: S29000091
   ENTERING AGY: FL0290090 -
      HILLSBOROUGH CO SO
   NOTIFY AGY: NO NOTIFY/PUBLICLY AVAILABLE
    MISC: FOR CONFIRMATION CONTACT FL0290000 - POSSIBLE DESTINATION LAST K
     NOWN TO BE STAYING IN UNKNOWN WOODS, POSSIBLY OUT OF COUNTY // S
     UBJECT ARMED WITH 1911 PISTOL / SUICIDAL // IF LOCATED CONTACT G
     IRLFRIEND, ALDRIDGE, TYLENE 813-690-9608

--END--

*CONFIDENTIAL**
Released for Law Enforcement Only

| For: 47941   Printed On: Feb-19-2019  (Tue.) | Page 46 of 49 |
|---|---|

# HILLSBOROUGH COUNTY SHERIFF
## GENERAL OFFENSE HARDCOPY
### (MISSING PERSON/RUNAWAY)

GO# 2019-105256
INACTIVE



**TAMPA PD**

**GENERAL OFFENSE HARDCOPY**

GO# 2019-72141 REFERRED                    9500-102 ASSIST O/J - ALL OTHER

datetime: 2019-02-13T09:58:58-0500 desc: FAM 00011 encrypted: 0 id: c058a63921e644a4fdeadf5174e94bae
offset: 56091 src: SERVER type: DATA
DEV-NBR-HDR 00000
MNE-HDR P29020340
DTE-HDR 20190213
TIME-HDR 0958
MSG-NBR-HDR 00011
MKE FAM
FAM FL0290205S29000001                    18REFERENCE YOUR CASE
19-105256, SUBJ WAS LOCATED AT 2701 E FOWLER AV, COMPL WAS NOTIFIED AND SUBJ IS
BEING HELD FOR A BAKER ACT AND WILL BE TRANSPORTED TO GRACEPOINT.  OUR RPT REF T
HIS CASE IS 19-72141

TAMPA PD OP42/LARGENT
813-231-6152
--FLORIDA ADMINISTRATIVE MESSAGE--

MESSAGE SENT TO: S29-00-0001
--END--

**CONFIDENTIAL**
Released for Law Enforcement Only

GO# 2019-305256
INACTIVE



# HILLSBOROUGH COUNTY SHERIFF
## GENERAL OFFENSE HARDCOPY
### (MISSING PERSON/RUNAWAY)

| | |
|---|---|
| | **TAMPA PD** |
| | **GENERAL OFFENSE HARDCOPY** |
| GO# 2019-72141 REFERRED | 9500-102 ASSIST O/J - ALL OTHER |

## Related Property Report(s)

### Report Information

**Property Report #:** 1665843
Property case status: **EVIDENCE/HELD**
Submitted on: **Feb-13-2019 (Wed.)**    by: VAZQUEZ, DANIEL
Authority for disposal: VAZQUEZ, DANIEL    Org unit: **Squad 351**
**Related:**
Offense: **GO 2019- 72141**
General remarks: BROWN, JEREMY 100174
Related items: 1

### Articles

Status: **EVIDENCE/HELD**                    Tag #: **1665843- 1**
Article: **RCDISC- RADIO, TV, ENTERTAINMENT DEVICES**
Serial # 1: UNKNOWN                    OAN:
Value: **$0.00**                         Color:
Description: **CD WITH COPIES OF TEXT MESSAGES SENT TO GF**
Recovered date: -                    Recovered value:  **$0.00**
Current Location: **PR TAPES16**

Flags = d (disposed) x (x-reference) n (entered on NCIC) *e (evidence)

**CONFIDENTIAL**
Released for Law Enforcement Only

# HILLSBOROUGH COUNTY SHERIFF
## GENERAL OFFENSE HARDCOPY
### (MISSING PERSON/RUNAWAY)



| TAMPA PD | |
| --- | --- |
| **GENERAL OFFENSE HARDCOPY** | |
| GO# 2019-72141 REFERRED | 9500-102 ASSIST O/J - ALL OTHER |

**\*\* CONFIDENTIAL \*\***
**\*\*C Released for Law Enforcement Only**

\*\*\* END OF HARDCOPY \*\*\*

**HILLSBOROUGH COUNTY SHERIFF**

**GENERAL OFFENSE HARDCOPY**

**(MISSING PERSON/RUNAWAY)**

INACTIVE

## Related Attachment - MRE Attachments

            **Description**  BOLO ALERT/MISSING PERSON PHOTO

**Reference Number**

**HILLSBOROUGH COUNTY SHERIFF**

Case # 2019-105256
INACTIVE

### GENERAL OFFENSE HARDCOPY
### (MISSING PERSON/RUNAWAY)



## District V

| | | |
|---|---|---|
| **Bulletin #:** | **Case #:** 19-105256 | **Bulletin Type:** BOLO |
| **Date Occ:** 02/11/2019 | **Time:** 12:00 | **Designation:** None |
| **Location:** 4804 10th Av S, Tampa, FL, 33619 | | **Offense Type:** Missing Endangered Adult |

**Synopsis:**

On 02/11/2019, Jeremy Brown ██████████ left the listed residence on a black bicycle pulling a black wagon, carrying his belongings (pictured below). Jeremy Brown is still in contact with his girlfriend, Tylene Alridge (04/23/1968) who also lives at the listed address. Jeremy Brown has not disclosed his specific whereabouts; however, he sent a picture to Tylene Alridge of him laying in the woods (pictured below) and stated he is "out of county". Jeremy Brown is diagnosed with depression and has been suicidal for several years. Jeremy Brown is armed with a black 1911 pistol but has not made any specific threats with the firearm.

**Subject:**

Jeremy Brown ██████████ W/M

6'00 ft, approximately 190 lbs.
-bald with gray facial hair

Last seen wearing: Black shirt and black shorts, black beanie, tan jacket



**Vehicle:**

Black bicycle towing a black wagon (pictured below)

**Weapon:**

Black 1911 pistol

Image Description: Jeremy Brown (10/01/1974)

| | | | |
|---|---|---|---|
| Deputy Z. Paarlberg/255714 | (813) 318-5400 | | |
| **Contact Person** | **Phone** | **Supervisor Approval** | **Phone** |
| **Dissemination:** | ☒ Hillsborough County Sheriff's Office | ☐ Other Law Enforcement Agency | ☐ Public |

Page 1 of 2
v.8

# HILLSBOROUGH COUNTY SHERIFF

## GENERAL OFFENSE HARDCOPY
### (MISSING PERSON/RUNAWAY)

Case # 19-105256

INACTIVE



Case #: 19-105256



Description: Black bicycle subject is using to get around / subjects
belongings towed by black cart



Description: Jeremy Brown at unknown location



Description



Description

Page 2 of 2
v.8



# HILLSBOROUGH COUNTY SHERIFF

Report 2019-405256
INACTIVE

### GENERAL OFFENSE HARDCOPY
#### (MISSING PERSON/RUNAWAY)



# HILLSBOROUGH COUNTY SHERIFF

### GENERAL OFFENSE HARDCOPY
#### (MISSING PERSON/RUNAWAY)

INACTIVE

**\*\*\* END OF HARDCOPY \*\*\***