U.S. District Court
Middle District of Florida
Tampa Division

**GOVERNMENT EXHIBIT**

Exhibit No.: 7

Case No.: 8:21-mj-1991-SPF

UNITED STATES OF AMERICA

vs.

Jeremy Brown

Date Identified: 10\5\2021

Date Admitted: 10\5\2021

## CASE NUMBER: 19-DR-014081
### BOYCE, CARLA DENISE vs BROWN, JEREMY MICHAEL

Case Number: 19-DR-014081  
Uniform Case Number: 292019DR014081A001HC  
Filed On: 2019-09-19  
Case Type: (DV) Stalking  
Case Status: Close of ReOpen  

Judicial Officer: McNeil, Artemeus  
Defendant: BROWN, JEREMY MICHAEL  
Amount Due: $0.00  

### CASE PARTY INFORMATION

| Party Type | Name | Attorney | Attorney Contact |
|---|---|---|---|
| Petitioner | BOYCE, CARLA DENISE | | |
| Respondent | BROWN, JEREMY MICHAEL | | |

### CASE JUDGE INFORMATION

| Judge Assigned | Division | Date | Reason |
|---|---|---|---|
| McNeil, Artemeus | Division S | 10/03/2019 | Transferred by Judge |
| Weis, A. Richard | Division V | 09/19/2019 | |

### CASE EVENT INFORMATION

| Event Date | Doc Index | Charge Number | Title |
|---|---|---|---|
| 01/15/2020 | 70 | | STATE ATTORNEY INTAKE REPORT<br>"Petitioner: BOYCE, CARLA DENISE" |
| 01/06/2020 | 69 | | FILE RECEIVED IN HOME LOCATION - RC<br>1vol |
| 01/06/2020 | 68 | | FILE SENT TO REC CTR FROM PC FOR STORAGE |
| 11/21/2019 | 67 | | CLERK'S NOTES |
| 11/21/2019 | 66 | | ORDER GRANTING MOTION TO - FOR (FAMILY)<br>RELEASE FIREARMS<br>"Date Signed: 11/21/2019","Judicial Officer:: McNeil, Artemeus" |
| 11/21/2019 | 65 | | COURT DOCKET PAGE |
| 11/21/2019 | | | Motion Hearing (Judicial Officer: McNeil, Artemeus)<br>(01:30 PM - PLANT CITY COURTHOUSE, COURTROOM 1 IN-PERSON 301 N MICHIGAN AVE. PLANT CITY FL 33563)<br>RETURN OF FIREARMS |
| 11/18/2019 | 64 | | LETTER TO JUDGE FROM<br>HCSO LEGAL COUNSEL - NO LEGAL OBJECTION TO RETURN FIREARMS |
| 11/08/2019 | 63 | | NOTICE OF HEARING<br>ON RETURN OF FIREARMS |
| 11/06/2019 | 62 | | FILE SENT TO<br>JUDGE MCNEIL / MOTION FOR RET. OF F/ARMS |
| 11/05/2019 | 61 | | FILE RECEIVED IN REQUESTING DEPT - PC<br>GIVEN TO EILEEN   (1 VOL) |
| 11/05/2019 | 60 | | FILE SENT TO REQUESTING DEPARTMENT<br>Plant City 1vol |
| 11/04/2019 | 59 | | FILE RECEIVED AT RECORDS CENTER FOR STORAGE<br>1vol |
| 11/04/2019 | 58 | | FILE AT RECORDS CENTER - SEND TO PLANT CITY<br>GIVE TO EILEEN Q |
| 11/04/2019 | 57 | | NOTICE<br>HCSO PROPERTY/EVIDENCE  NOTICE AND ACKNOWLEDGEMENT |
| 11/04/2019 | 56 | | MOTION FOR RETURN OF FIREARMS |
| 11/01/2019 | 55 | | FILE SENT TO REC CTR FROM PC FOR STORAGE |
| 10/30/2019 | 54 | | EVIDENCE DATA SHEET<br>192704 |

**CASE NUMBER: 19-DR-014081**

**BOYCE, CARLA DENISE vs BROWN, JEREMY MICHAEL**

| Date | # | Description |
|---|---|---|
| 10/29/2019 | 53 | EMAIL SENT TO HCSO CIVIL PROCESSING UNIT |
| 10/29/2019 | 52 | ORDER OF DISMISSAL RESPONDENT SERVED |
| | | INSUFFICIENT |
| | | "Petitioner: BOYCE, CARLA DENISE","Respondent: BROWN, JEREMY MICHAEL","Date Signed: 10/29/2019","Judicial Officer:: McNeil, Artemeus","Vol./Book: 27076, Page: 1539, Number of Pages: 1" |
| | | Instrument Number: 2019472296 |
| 10/29/2019 | 51 | COURT DOCKET PAGE |
| 10/29/2019 | | Amended Injunction Hearing (Judicial Officer: McNeil, Artemeus) |
| | | (01:30 PM - PLANT CITY COURTHOUSE, COURTROOM 1 IN-PERSON 301 N MICHIGAN AVE. PLANT CITY FL 33563) |
| 10/28/2019 | 50 | EXHIBIT |
| | | ( A ) FILING #  97993201 |
| 10/28/2019 | 49 | MOTION FOR SANCTIONS |
| 10/23/2019 | 48 | EXHIBIT |
| | | ( A ) FILING # 97728682 |
| 10/23/2019 | 47 | RESPONSE |
| | | IN OPPOSITION TO PETITIONER S AFFIDAVIT OF VIOLATION OF THE TEMPORARY INJUNCTION |
| 10/03/2019 | 46 | EMAIL SENT TO HCSO CIVIL PROCESSING UNIT |
| | | AMENDED TEMP, SHERIFF INFO, PROOF OF SERVICE |
| 10/03/2019 | 45 | COURT DOCKET PAGE |
| 10/03/2019 | 44 | INJUNCTION PETITION RETURNED SERVED |
| | | AMENDED TEMP |
| | | "Respondent: BROWN, JEREMY MICHAEL","Date Served: 10/03/2019" |
| 10/03/2019 | 43 | SHERIFF INFORMATION SHEET |
| | | AMENDED |
| 10/03/2019 | 42 | AMENDED TEMPORARY INJUNCTION |
| | | AND ORDER TRANSFERRING TO DIVISION S |
| | | "Petitioner: BOYCE, CARLA DENISE","Respondent: BROWN, JEREMY MICHAEL","Date Signed: 10/03/2019","Judicial Officer:: Williams, Michael S" |
| 10/03/2019 | | Temporary Injunction Hearing (Judicial Officer: McNeil, Artemeus) |
| | | (08:30 AM - PLANT CITY COURTHOUSE, COURTROOM 3 IN-PERSON 301 N MICHIGAN AVE. PLANT CITY FL 33563) |
| 10/02/2019 | 41 | NOTICE OF APPEARANCE |
| 10/02/2019 | 40 | MOTION STAMPED DENIED BY JUDGE |
| | | MOTION TO CONTINUE HEARING |
| | | "Judicial Officer:: Weis, Richard A" |
| 10/01/2019 | 36 | FILE REQUEST CANCELED - FILE NO LONGER NEEDED |
| | | CSC WILL CONTACT THE CUSTOMER BY EMAIL |
| 09/30/2019 | 39 | OBJECTION |
| | | TO MOTION TO CONTINUE INJUNCTION HEARING |
| 09/30/2019 | 38 | MOTION TO EXTEND INJUNCTION |
| | | "Petitioner: BOYCE, CARLA DENISE" |
| 09/30/2019 | 37 | NOTICE OF APPEARANCE |
| | | OF COUNSEL, REQUEST FOR NOTICES  and DESIGNATION OF EMAIL ADDRESSES |
| | | "Petitioner: BOYCE, CARLA DENISE" |
| 09/27/2019 | 35 | FILE REQUEST CANCELED - FILE NO LONGER NEEDED |
| | | CSC WILL CONTACT THE CUSTOMER BY EMAIL |
| 09/27/2019 | 34 | AFFIDAVIT REVIEWED BY JUDGE |
| | | AND REFERRED TO STATE ATTORNEY RW 9/25/2019 |
| 09/27/2019 | 33 | FILE AT RC - SEND TO CSC - ROOM #101 |
| | | User: Sarah Chibani with Email: schibani@chibanilaw.com. Documents Requested: |

## CASE NUMBER: 19-DR-014081
### BOYCE, CARLA DENISE vs BROWN, JEREMY MICHAEL

| Date | # | Description |
|---|---|---|
| 09/27/2019 | 32 | FILE AT RC - SEND TO CSC - ROOM #101 |
| | | User: Public, General with Email: . Documents Requested: |
| 09/26/2019 | 31 | MOTION STAMPED DENIED BY JUDGE |
| | | EMERGENCY MOTION TO DISSOLVE TEMPORARY INJUNCTION |
| | | "Judicial Officer:: Weis, Richard A" |
| 09/26/2019 | 30 | CLERK'S NOTES |
| | | EMERGENCY MOTION SENT TO JUDGE IN RED SLEEVE |
| 09/26/2019 | 29 | EMERGENCY MOTION |
| | | TO MODIFY OR DISSOLVE TEMPORARY INJUNCTION |
| 09/24/2019 | 28 | FILE SENT TO |
| | | JUDGE WEIS / AFFIDAVIT VIOLATION |
| 09/24/2019 | 27 | EMAIL SENT TO SAO |
| | | AFFIDAVIT OF VIOLATION |
| 09/24/2019 | 26 | AFFIDAVIT OF VIOLATION OF INJUNCTION |
| | | W/ATTACHMENTS |
| | | "Petitioner: BOYCE, CARLA DENISE" |
| 09/23/2019 | 25 | MOTION STAMPED DENIED BY JUDGE |
| | | DENIED EMERGENCY CONSIDERATION; COURT WILL ADDRESS AT THE RETURN HEARING. 9/23/2019 RW |
| | | "Judicial Officer:: Weis, Richard A" |
| 09/23/2019 | 24 | EMERGENCY MOTION |
| | | FOR MODIFICATION OF INJUNCTION |
| | | "Respondent: BROWN, JEREMY MICHAEL" |
| 09/21/2019 | 23 | EMERGENCY MOTION HANDLING ORDER |
| | | "Date Signed: 09/21/2019","Judicial Officer:: Valkenburg, Miriam V." |
| 09/21/2019 | 20 | EMERGENCY MOTION |
| | | FOR HEARING |
| 09/20/2019 | 22 | EMERGENCY MOTION HANDLING ORDER |
| | | "Date Signed: 09/20/2019","Judicial Officer:: Valkenburg, Miriam V." |
| | | DENIED |
| | | "Date Signed: 09/20/2019","Judicial Officer:: Valkenburg, Miriam V." |
| 09/20/2019 | 19 | EMERGENCY MOTION |
| | | FOR MODIFICATION OF INJUNCTION FOR PROTECTION AGAINST STALKING |
| | | "Respondent: BROWN, JEREMY MICHAEL" |
| 09/20/2019 | 18 | CLERK'S NOTES |
| | | MOTION FOR HEARING AND FILE SENT TO JUDGE FOR REVIEW |
| 09/20/2019 | 17 | MOTION FOR HEARING |
| | | "Respondent: BROWN, JEREMY MICHAEL" |
| 09/20/2019 | 16 | INJUNCTION PETITION RETURNED SERVED |
| | | TEMPORARY INJUNCTION, STALKING, PETITION, NOTICE OF RELATED CASES |
| | | "Respondent: BROWN, JEREMY MICHAEL","Date Served: 09/20/2019" |
| 09/19/2019 | 15 | EMAIL SENT TO HCSO CIVIL PROCESSING UNIT |
| 09/19/2019 | 14 | CLERK'S CERTIFICATE |
| 09/19/2019 | 13 | TEMPORARY INJUNCTION FOR STALKING VIOLENCE |
| | | Your request for a temporary injunction against Stalking Violence has been granted. The judge has set a hearing, The hearing date is available at HOVER.hillsclerk.com on the Hearings tab of the case. Certified copies of your Temporary Injunction are |
| | | "Petitioner: BOYCE, CARLA DENISE","Respondent: BROWN, JEREMY MICHAEL","Date Signed: 09/19/2019" |
| 09/19/2019 | 12 | INJUNCTION COVER SHEET |
| 09/19/2019 | 11 | CIVIL COVER SHEET |

## ⚔ CASE NUMBER: 19-DR-014081
### BOYCE, CARLA DENISE vs BROWN, JEREMY MICHAEL

| Date | # | Description |
|---|---|---|
| 09/19/2019 | 10 | PETITIONER COPY COVERSHEET |
| 09/19/2019 | 9 | NON-LAWYER DISCLOSURE FORM |
| 09/19/2019 | 8 | STAY AWAY FROM |
| | | FATHER CARL M. ALDRIDGE JR; UNCLE FREDERICK ALDRIDGE; NIECE LYNDIE BARROW MYER; COUSIN PAUL ALDRIDGE. |
| 09/19/2019 | 7 | ACKNOWLEDGEMENT |
| 09/19/2019 | 6 | SRS NEW CASE FILED |
| 09/19/2019 | 5 | PETITION FOR INJUNCTION |
| 09/19/2019 | 4 | FILE HOME LOCATION IS PLANT CITY |
| 09/19/2019 | 3 | DOMESTIC VIOLENCE INTAKE FORM |
| 09/19/2019 | 2 | SHERIFF INFORMATION SHEET |
| 09/19/2019 | 1 | NOTICE OF RELATED CASE |