\#

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**UNITED STATES OF AMERICA**

    **Plaintiff(s),**
    **Government**

Case No: 8:21mj-1991-SPF

v.

**JEREMY BROWN**

    **Evidentiary**
    **Trial**
    **Other   X**

    **Defendant   X**

### EXHIBIT LIST

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 1 | 10/5/21 | 10/5/21 | | 13th Judicial Circuit for Hillsborough County, Florida Probate, Guardianship, Mental Health and Trust – Court Order |
| | | | | |
| | | | | |
| | | | | |
| | | | | |