IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
FOR HILLSBOROUGH COUNTY, FLORIDA
PROBATE, GUARDIANSHIP, MENTAL HEALTH AND TRUST DIVISION

Petitioner
(Law Enforcement Officer/Agency)

Case No: 19-MH-000861

Division: M

v.

JEREMY MICHAEL BROWN,
Respondent

## FINAL ORDER DENYING PETITION FOR RISK PROTECTION ORDER

THIS CAUSE came before the Court upon a Petition for a Risk Protection Order. The Court, having considered the petition, testimony, record, applicable law, and being otherwise fully advised in the premises, makes the following findings and rulings:

The petition is hereby DENIED.

The specific facts or findings for said denial are as follows:
Based on testimony of witnesses and Respondent the Court finds that the Respondent does not pose a significant risk of danger.

It is therefore ORDERED and ADJUDGED that Petitioner's petition for a Risk Protection Order is DENIED.

ADDITIONAL REQUIRED LANGUAGE IF TEMPORARY RISK PROTECTION ORDER HAS BEEN ISSUED AND FIREARMS/AMMUNITION/LICENSE HAD BEEN SURRENDERED.

IT IS FURTHER ORDERED that Petitioner shall, as requested by Respondent, return any firearms, ammunition, or license to carry a concealed weapon or firearm that was surrendered by Respondent only after complying with all applicable provisions of federal and state law.

IT IS FURTHER ORDERED that the Clerk of the Court shall immediately forward a copy of this Order to the Department of Agriculture and Consumer Services and Petitioner.

IT IS FURTHER ORDERED that the Department of Agriculture and Consumer Services shall, if it has suspended Respondent's license to carry a concealed weapon or firearm, reinstate Respondent's license to carry a concealed weapon or firearm only after complying with all applicable provisions of federal and state law.

IT IS FURTHER ORDERED that upon receipt of this Order, Petitioner shall promptly remove the risk protection order in this case from any computer-based system in which it was entered, including the Florida Crime Information Center and National Crime Information Center.

STATE OF FLORIDA )
COUNTY OF HILLSBOROUGH)
THIS IS TO CERTIFY THAT THE FOREGOING IS A TRUE
AND CORRECT COPY OF THE DOCUMENT ON FILE IN
MY OFFICE WITNESS MY HAND AND OFFICIAL SEAL
THIS _4th_ DAY OF _February_, 20_2020_

_MIRIAN ROMAN-PEREZ_

Done and Ordered in Hillsborough County, Florida this 26th day of February, 2019.

19-MH-000861 2/26/2019 10:57:26 AM

PAT FRANK/CLERK

02/26/2019 10:57:31 AM Electronically Filed: Hillsborough County/13th Judicial Circuit.

Page 1

19-MH-000861 2/26/2019 10:57:26 AM

Ronald Ficarrotta, Judge

I CERTIFY the foregoing is a true copy of the original order as it appears on file in the office of the Clerk of the Circuit Court of Hillsborough County, Florida, and that I have furnished copies of this order as indicated below.

By: _____
{Deputy Clerk or Judicial Assistant}

Copies Furnished To:
Petitioner (or his or her attorney):
ACKNOWLEDGMENT
I, , acknowledge receipt of a certified copy of this Final Order Denying Petition for Risk Protection Order.

_____

Respondent (or his or her attorney):
ACKNOWLEDGMENT
I, JEREMY MICHAEL BROWN, acknowledge receipt of a certified copy of this Final Order Denying Petition for Risk Protection Order.

_____

Department of Agriculture and Consumer Services

Version # [17.0]

STATE OF FLORIDA )
COUNTY OF HILLSBOROUGH)
THIS IS TO CERTIFY THAT THE FOREGOING IS A TRUE AND CORRECT COPY OF THE DOCUMENT ON FILE IN MY OFFICE. WITNESS MY HAND AND OFFICIAL SEAL THIS ____ DAY OF February, 20____

PAT FRANK, CLERK
BY: _____
MIRIAN ROMAN-PEREZ



# Property/Evidence

## Hillsborough County Sheriff's Office
2316 Falkenburg Rd N., Tampa, FL 33619
Telephone: (813) 247-0000

Case Number: 19 - 676969
Date: 09/20/2019
Page 1 of 1

## Evidence/Property Custodian

Name: Master deputy Baez     ABN: 102865     Title: Master Deputy

## Domestic Violence Firearm Notice and Acknowledgement

I, ___Jeremy Michael Brown___ acknowledge that the following firearm(s) and/or ammunition have been taken from me for safekeeping pursuant to Florida Statute 741.30 and the terms of an Injunction for Protection Against Domestic Violence in the matter of:

___Carla Denise Boyce___ and ___Jeremy Michael Brown___
(Petitioner)                               (Respondent)

Court Case Number: 19-dr-014081

| Quantity | Make | Model | Description | Serial Number |
|---|---|---|---|---|
| 1 | Ruger | SR1911 | Silver/Brown Ruger Semi pistol | 671-66163 |
| 1 | Browning Arms | | Black ? Brown 22 long rifle with scope | UNK |
| 1 | UNK | UNk | Black Rifle .308 caliber | CO9239 |
| 1 | Smith Wesson | M&P-15 | Black 556 caliber rifle with flash light & laser | SU27971 |
| Misc | | | Miscellaneous Ammunition | N/A |

I have been advised and understand these items will not be given back to me unless I obtain a court order for said property in the above-captioned case directing that they be returned to me, or providing for some other disposition. I further understand, if I do not present the Evidence Control Section of the Hillsborough County Sheriff's Office with a certified court order directing their disposition within six (6) months of the date of this notice, the firearm(s) and/or ammunition will be disposed of pursuant to F.S.S. 790.08(5) and neither the Sheriff, his deputies, agency members, or other employees will be liable for such destruction.

Jeremy Michael Brown
Print Name                    Signature                    Date