UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,  Case No. 8:21-cr-348-SCB-SPF

Plaintiff, ☐
Government ☒     ☐ Evidentiary
                 ☐ Trial
                 ☒ Other

v.

JEREMY BROWN

Defendant ☒

# **<u>EXHIBIT LIST</u>**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 9A | | | | Recording: 12/10/21 jail call between Jeremy Brown and Alondra Propes |
| 9A-T | | | | Transcript: 12/10/21 jail call between Jeremy Brown and Alondra Propes |
| 9B | | | | Recording: 12/8/21 jail call between Jeremy Brown and Tylene Aldridge |
| 9B-T | | | | Transcript: 12/8/21 jail call between Jeremy Brown and Tylene Aldridge |
| 9C | | | | Recording: 12/8/21 jail call between Jeremy Brown and Scott Olson |
| 9C-T | | | | Transcript: 12/8/21 jail call between Jeremy Brown and Scott Olson |
| 9D | | | | Recording: 10/27/21 jail call between Jeremy Brown and Erin Olzewski |

Case No.: 8:21-cr-348-SCB-SPF                                    Page 2 of 3 Pages

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 9D-T | | | | Transcript: 10/27/21 jail call between Jeremy Brown and Erin Olzewski |
| 9E | | | | Recording: 11/11/21 jail call between Jeremy Brown and Cathi Chamberlain |
| 9E-T | | | | Transcript: 11/11/21 jail call between Jeremy Brown and Cathi Chamberlain |
| 9F | | | | Recording: 10/24/21 jail call between Jeremy Brown and Kristie Tertel |
| 9F-T | | | | Transcript: 10/24/21 jail call between Jeremy Brown and Kristie Tertel |
| 9G | | | | Recording: 11/3/21 jail call between Jeremy Brown and Tylene Aldridge |
| 9G-T | | | | Transcript: 11/3/21 jail call between Jeremy Brown and Tylene Aldridge |
| 9H-T | | | | Transcript: 11/14/21 jail call between Jeremy Brown and Tylene Aldridge |
| 10 | | | | Redacted search warrant in 21-sw-00315 (D.D.C.) |
| 11 | | | | Photo: grenade |
| 12 | | | | FBI Lab Report: Explosives Device |
| 13 | | | | Photo: CD marked at SECRET level |
| 14 | | | | Copy of signed nondisclosure agreement |
| 15 | | | | Sealed motion for order to show cause, 21-mj-2169-JSS |
| 16 | | | | Sealed order to show cause, 21-mj-2169-JSS |
| 17 | | | | Transcript: 10/5/2021 detention hearing |
| 18 | | | | Defendant's motion for revocation |

Case No.: 8:21-cr-348-SCB-SPF                                    Page 3 of 3 Pages

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
|  |  |  |  | of detention order |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |