UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISON

UNITED STATES OF AMERICA,

    Plaintiff, ☐
    Government ☒

Case No. 8:21-cr-348-SCB-SPF

☐ Evidentiary
☐ Trial
☒ Other

v.

JEREMY BROWN

    Defendant ☒
    _____/

## AMENDED EXHIBIT LIST

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 1 | | | | Photo: Whiteboard sign |
| 2a-e | | | | Photos: Composites of arresting agents |
| 3a | | | | Video: Cell phone footage of arrest |
| 3b | | | | Audio: Recorded call between Mr. Brown and FBI |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished

by electronic filing using CM/ECF system to Risha Asokan, United States Attorney's Office, this 17th day of December 2021.

> WILLIAM F. SANSONE
> Sansone Law, P.A.
> Attorney for the Defendant
> 609 W. De Leon Street
> Tampa, FL 33606
> sansonew@gmail.com
> Ph-813-361-0874
> Fx-813-251-1808
>
> /s/ William F. Sansone, Esquire
> Florida Bar No. 781231