UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

-vs-                                                                 Case No. 8:21-cr-348-SCB-SPF

JEREMY BROWN

**CLERK'S MINUTES**
Proceeding: Motion Hearing re: Emergency Motion to Prevent Dissipation of Assets
(Doc. 80)
*Zoom videoconference*

| | |
|---|---|
| Judge: Sean P. Flynn, U.S. Magistrate Judge | Date: January 18, 2022 |
| Deputy Clerk: Ashley Sanders | Time: 12:10 p.m. |
| USPO: none | Recess: 12:22 p.m. |
| Court Reporter: Digital | Total Time: 12 min |
| Interpreter: none | |

Counsel for USA: Risha Asokan and Jillian Jewell, AUSA
Counsel for Defendant: Bill Sansone, CJA

Court calls case and counsel enters appearances.

This is a continuation of the hearing held on January 5, 2022.

Attorney Sansone indicates that a 501(c)(3) account has been created. All the money will be controlled and spent by the 501(c)(3) and the defendant does not have direct control of the funds.

Defendant addresses the court.

Government has no comment.

Court finds that the Jeremy Brown defense fund through GiveSendGo is available for payment on behalf of Mr. Brown for his legal defense. Court orders Mr. Brown to direct that the amount of $12,300 from that account be placed in the courts registry fund and held for reimbursement of CJA fees. Mr. Sansone is ordered to file a notice with the court when he has reason to believe his legal fees will exceed the statutory maximum of $12,300.

Recess.