

## STEWART COUNTRY LAW PA

Carolyn Stewart, Attorney

February 8, 2022

William Sansone, Attorney
Sansone Law
609 West DeLeon St.
Tampa, Florida 33606

**SUBJECT**: Trust for the Benefit of Mr. Jeremy Brown and Recent Court Order

Dear Mr. Sansone,

  This letter summarizes the points I made in our discussion yesterday.  Thank you for the contact and dialogue regarding facts concerning the donations received via the Give Send Go site, the existence of a Trust, and confusion regarding a separate non-profit named "The Jeremy Brown Defense of Constitutional Rights Corporation." I am unaware of the operating status of this corporate non-profit, but it is listed on Florida SunBiz and Jeremy Brown is a named Director. I am told this non-profit entity has zero dollars in its coffers and is only in very nascent stages. None of the Give Send Go donations go to this non-profit corporation, which is aspirational.

  I am the legal representative for the current Trustee of the Inter-Vivos, Revocable, Discretionary, Spend-Thrift, Private Trust that holds the Give Send Go donations in its corpus for the benefit of Jeremy Brown. The Trust is meant to ensure benefit to Mr. Brown's well-being and best interests. No Trust property is under the control or direction of Mr. Brown until such time as any distribution is made directly to him. Distributions are gifts. No distributions have been made to Mr. Brown.  No Give Send Go donations go to any bank account controlled or accessible by Mr. Brown.

  As explained, the court ordered Mr. Brown to pay money he does not possess, under a claim Mr. Brown can order the money be provided to him; and this makes him unqualified for a no-charge public defender. Whatever recorded talk led anyone to misrepresent that Mr. Brown has Trust funds at his disposal should be corrected. No funds have been distributed to date to Mr. Brown nor may the court order any such distribution. As far as I can tell, the US Magistrate and the Florida Middle District court where the criminal case resides have neither personal nor subject matter jurisdiction over the Trust. The

Trust, and the Trustee who I represent, are not party to the criminal case. Florida statutes and courts address Trust issues if anyone could legitimately claim an issue exists here.

While Mr. Brown may have conveyed something on monitored phones from jail that may only encompass his preferences for any expenditures and distributions from the Trust, those were mere suggestions without any legal effect. If he was discussing charity distributions for the non-profit corporation mentioned above (not the Trust), that entity's by-laws, mission, and intent will apply. The only nexus between the Revocable, Discretionary, Spend-Thrift, Living Trust set up to benefit Mr. Brown through provisions contained in the private Trust, is that in the event Jeremy Brown dies while the Trust has a corpus, the remainder after expenses may go to the "Jeremy Brown Defense of Constitutional Rights Corporation" free of trust.

The court cannot order any Trust distributions any more than Mr. Brown can order any Trust distributions. No donations were ever solicited for "legal defense funds" for Mr. Brown on the sites as I viewed the wording. Unless other facts exist, Mr. Brown has no change in income or finances that disqualify him from free public defender services currently. Without disclosing the details of the private Trust, the only legal funding the Trust *may* entertain is if the U.S. Attorney in D.C. continues to weave fairy tales of terrorism and sedition to include Mr. Brown in the *civil suit* it has filed against persons in any way affiliated with Oath Keepers present in D.C. on January 6, 2021.

No donated funds have been distributed nor will they be soon. The Trust will continue to assess what is needed in the best interests of Jeremy Brown. Whether the funds are needed to defend in a civil case in the D.C. area, for repairs to damage caused at his residence by those searching it and disgracefully cutting out carpet in multiple rooms rather than vacuuming for alleged fibers, or the potential loss of Mr. Brown's V.A. benefits, the U.S. Attorneys might gracefully consider ending attempts to bankrupt Mr. Brown. Bankruptcy is not the required standard for a public defender without charge.

Thank you for your time and efforts to address mistakes in representation regarding Trust funds.

Sincerely,

/s/ Carolyn A. Stewart

Carolyn A. Stewart, FL Bar No. 1205715
Stewart Country Law PA
1204 Swilley Rd.
Plant City, FL 33567
Email: Carolstewart_esq@protonmail.com