UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CLERK'S MINUTES

| | |
|---|---|
| CASE NO. 8:21-cr-348-SCB-SPF | DATE: February 11, 2022 |
| HONORABLE: Sean P. Flynn, U.S. Magistrate Judge | |
| UNITED STATES OF AMERICA | Risha Asokan |
| | Jillian Jewell |
| | Assistant U.S. Attorney |
| v. | |
| JEREMY BROWN | William Sansone, CJA |
| | Attorney for Defendant |
| INTERPRETER / LANGUAGE: N/A | |
| DEPUTY CLERK: Eric Calderon | COURTROOM: 11B |
| TIME: 9:58 – 10:13    TOTAL: 0:15 | COURT RPTR: Digital |

PROCEEDINGS: Status Conference

Defendant's presence not required.

Government filed an Emergency Motion to Prevent Dissipation of Assets (doc. 80).

Court Order granting in part and denying in part Government's Motion (doc. 97).

Court entered an Order to Show Cause (doc. 100).

Defendant filed Response to Order to Show Cause (103).

Court the Defendant's Response fails to meet the standards to comply with the Court's Order.

Defendant oral argument.

Court: Evidentiary Hearing scheduled for March 1, 2022 at 10:00 a.m. in Courtroom 11B.