IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                    Case No.: 8:21-CR-348-SCB-SPF

JEREMY BROWN
_____/

NOTICE OF FILING

COMES NOW DEFENDANT JEREMY BROWN and files the attached "Attachment A" executed by Eric Friday with the law firm of Kingry and Friday, 1919 Atlantic Boulevard, Jacksonville, Florida 32207. Attachment A indicates that Mr. Friday has read and agrees to be bound by the protective order that this Court ordered. (Doc. 99).

I HEREBY CERTIFY that a copy of the foregoing notice has been furnished by electronic filing using the CM/ECF system to Risha Asokan, United States Attorney's Office, this 23d day of February, 2022.

                              Respectfully submitted,

                              s/William Sansone
                              WILLIAM SANSONE, ESQUIRE
                              Sansone Law, P.A.
                              609 West De Leon Street
                              Tampa, FL  33606

            Telephone: (813) 361-0874
            Facsimile: (813) 251-1808
            Email: sansonew@gmail.com
            Florida Bar # 781231