IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No.: 8:21-mj-1990-SPF

JEREMY BROWN
_____/

**AMENDED NOTICE OF FILING[1]**

COMES NOW DEFENDANT JEREMY BROWN and files the attached "Attachment A" executed by Eric Friday with the law firm of Kingry and Friday, 1919 Atlantic Boulevard, Jacksonville, Florida 32207. Attachment A indicates that Mr. Friday has read and agrees to be bound by the protective order that this Court ordered. (Doc. 99).

I HEREBY CERTIFY that a copy of the foregoing notice has been furnished by electronic filing using the CM/ECF system to Risha Asokan, United States Attorney's Office, this 23d day of February, 2022.

Respectfully submitted,

s/William Sansone
WILLIAM SANSONE, ESQUIRE
Sansone Law, P.A.
609 West De Leon Street

---

[1] The previous filing had the incorrect attachement.

Tampa, FL  33606
Telephone: (813) 361-0874
Facsimile: (813) 251-1808
Email: sansonew@gmail.com
Florida Bar # 781231