# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**UNITED STATES OF AMERICA**

v.　　　　　　　　　　　　　　　　　　　Case No.: 8:21-CR-348-SCB-SPF

**JEREMY BROWN**

_____/

## NOTICE OF CJA COMPENSATION EXCEEDING STATUTORY CAP

　　COMES NOW, WILLIAM SANSONE, Criminal Justice Act ("CJA") attorney appointed for Defendant Jeremy Brown, and hereby files notice that the current projected compensation for representation in this case has exceeded the $12,300.00 statutory maximum. On January 24, 2022, this Court ordered that undersigned counsel notify this Court if his anticipated costs and fees would exceed the $12,300.00 maximum compensation limit. Doc. 97. Undersigned has just completed the most current projected billing, and the fees and costs incurred to date exceed the $12,300.00 limit.

　　If the Court requests specific billing information and specific amounts, counsel would request that such information be permitted to be filed under seal, or just directed to the Court's chambers.

　　WHEREFORE, CJA attorney WILLIAM SANSONE hereby files this notice as required by the Court.

1

I HEREBY CERTIFY that a copy of the foregoing notice has been furnished by electronic filing using the CM/ECF system to Risha Asokan, United States Attorney's Office, this 12th day of March, 2022.

Respectfully submitted,

s/William Sansone
WILLIAM SANSONE, ESQUIRE
Sansone Law, P.A.
609 West De Leon Street
Tampa, FL  33606
Telephone: (813) 361-0874
Facsimile: (813) 251-1808
Email: sansonew@gmail.com
Florida Bar # 781231