# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

### CLERK'S MINUTES

| | |
|---|---|
| **CASE NO.:**  8:21-cr-348-SCB-SPF | **DATE:**  March 16, 2022 |
| **HONORABLE SUSAN C. BUCKLEW** | **INTERPRETER:** N/A |
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**JEREMY BROWN** | **GOVERNMENT'S COUNSEL:**<br>Risha Asokan, DOJ-USAO<br><br>**DEFENDANT'S COUNSEL:**<br>William F. Sansone, CJA |
| **COURT REPORTER:**  Melissa Pierson | **COURTROOM:** 10B *via* Zoom |
| **TIME:** 9:34 A.M. – 9:58 A.M. | **TOTAL:** 24 Minutes |
| **DEPUTY CLERK:** Charmaine A. Black | |

**PROCEEDING: ZOOM STATUS CONFERENCE**

Counsel is present *via* Zoom video conference and identified for the record.

The United States will file a Superseding Indictment in 30 days.

Defense counsel will file a motion to suppress either today or tomorrow.

An evidentiary hearing on the Magistrate Judge's pending Order to Show Cause has been continued to March 25, 2022.

A Protective Order was issued by the Magistrate Judge, however, the defendant has not signed the acknowledgement.

The defendant requests a continuance.

For the reasons articulated on the record, the defendant's oral motion for a continuance is Granted.  The Court finds, pursuant to 18 U.S.C. §3161(h)(7)(A), that the ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial; and the period of delay resulting from this continuance shall be excludable.

A Zoom status conference is set for Wednesday, May 18, 2022, at 9:00 A.M.