# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                   Case No.: 8:21-CR-348-SCB-SPF

JEREMY BROWN
_____/

## NOTICE OF STRIKING MOTION TO SUPPRESS

COMES NOW, the Defendant, JEREMY BROWN, and notifies this Court of his intent to strike his Motion to Suppress (Doc. 121).  Mr. Brown intends to have an additional argument presented in an amended motion to suppress. Undersigned counsel will file an amended motion to suppress as soon as possible.

WHEREFORE, Defendant respectfully files this Notice of Striking the Motion to Suppress (Doc. 121).

I HEREBY CERTIFY that a copy of the foregoing notice has been furnished by electronic filing using the CM/ECF system to Risha Asokan, United States Attorney's Office, this 23d day of March, 2022.


Respectfully submitted,


s/William Sansone
WILLIAM SANSONE, ESQUIRE
Sansone Law, P.A.

1

609 West De Leon Street
Tampa, FL  33606
Telephone: (813) 361-0874
Facsimile: (813) 251-1808
Email: sansonew@gmail.com
Florida Bar # 781231