IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No.: 8:21-CR-348-SCB-SPF

JEREMY BROWN
_____/

## MOTION TO WITHDRAW

COMES NOW, the Defendant, JEREMY BROWN, and moves this Honorable Court for an order allowing Mr. WILLIAM SANSONE to withdraw from his representation in this case.

Mr. Brown informed undersigned counsel, who is currently appointed under the Criminal Justice Act ("CJA"), that private counsel is being retained on Mr. Brown's behalf.  Mr. Brown requested that undersigned counsel file this motion to withdraw, and that private counsel will take over all responsibilities in this case.

The Court has scheduled a show cause evidentiary hearing for Friday, March 25, 2022 at 10:00a.m. as to whether Mr. Brown should be held in contempt for failing to adhere this Court's Order directing him to deposit funds into the Court registry.  (Doc. 97).  Mr. Brown indicated that he wants his privately retained counsel to handle this hearing on his behalf.

WHEREFORE, based on the foregoing, Mr. Brown moves this Court for an order allowing CJA counsel WILLIAM SANSONE to withdraw from the case.

I HEREBY CERTIFY that a copy of the foregoing motion has been furnished by electronic filing using the CM/ECF system to Risha Asokan, United States Attorney's Office, this 24th day of March, 2022.

Respectfully submitted,

s/William Sansone
WILLIAM SANSONE, ESQUIRE
Sansone Law, P.A.
609 West De Leon Street
Tampa, FL  33606
Telephone: (813) 361-0874
Facsimile: (813) 251-1808
Email: sansonew@gmail.com
Florida Bar # 781231