2021R01937010
Case 8:21-cr-00348-SCB-SPF   Document 134-1   Filed 03/25/22   Page 1 of 2 PageID 1542
AO 89 (Rev. 01/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
\_\_Middle\_\_ District of \_\_Florida\_\_

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Jeremy Brown | ) | Case No. 8:21-cr-348-SCB-SPF |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: Carolyn A. Stewart, Esq.
FL Bar No. 1205715
[REDACTED]

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: United States District Court, 801 North Florida Ave., Tampa, FL 33602 | Courtroom No.: 11B |
|---|---|
| | Date and Time: 03/25/2022 at 10:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

See attachment.

Date Subject to Change

Date: 03/1/2022

CLERK OF COURT

[signature]

Signature of Clerk or Deputy Clerk

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* \_\_United States of America\_\_, who requests this subpoena, are:

Risha Asokan
400 N. Tampa Street, Suite 3200
Tampa, FL 33602
Phone: 813-274-6000

**ATTACHMENT TO SUBPOENA ISSUED TO:**

Carolyn A. Stewart, Esq.
FL Bar No. 1205715
1204 Swilley Road
Plant City, FL 33567
Carolstewart_esq@protonmail.com

Please provide the following in hard copy and/or electronic format:

All non-privileged documents and records in your possession, custody, or control in your capacity as legal representative for the current Trustee of the Inter-Vivos, Revocable, Discretionary, Spend-Thrift, Living Trust that holds the Give Send Go donations in its corpus for the benefit of Jeremy Brown, as articulated in your February 8, 2022, letter to William Sansone, including, but not limited to:

1. Any documents or records identifying the Trustee, Grantor, and/or Settlor of the above-mentioned Trust;

2. Any documents or records establishing the date of formation of the above-mentioned Trust;

3. Any documents or records filed with or submitted to a financial institution with respect to the formation and administration of the above-mentioned Trust;

4. Any documents or records reflecting the deposit of funds from the Give Send Go account hosted at https://givesendgo.com/jeremybrowndefense, into the above-mentioned Trust; and

5. Any statements or records of distributions made from the above-mentioned Trust to Jeremy Brown or any other person or entity.