AO 89 (Rev. 01/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
__Middle__ District of __Florida__

| United States of America | ) |
|---|---|
| v. | ) |
| Jeremy Brown | ) Case No. 8:21-cr-348-SCB-SPF |
| *Defendant* | ) |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: Tylene Denise Aldridge
[redacted]

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: United States District Court, 801 North Florida Ave., Tampa, FL 33602 | Courtroom No.: 11B |
|---|---|
| | Date and Time: 03/25/2022 at 10:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

See attachment.
Date Subject to Change

Date: 03/1/2022

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

---

## ATTACHMENT TO SUBPOENA ISSUED TO:

JEREMY BROWN DEFENSE OF CONSTITUTIONAL RIGHTS CORPORATION

ATTN: Tylene Aldridge, Resident Agent

[redacted]

Please provide the following in hard copy and/or electronic format:

All documents and records in your possession, custody, or control related to the formation and operation of Jeremy Brown Defense of Constitutional

**ATTACHMENT TO SUBPOENA ISSUED TO:**

Tylene Denise Aldridge
███████████████████████

Please provide the following in hard copy and/or electronic format:

(1) All documents and records in your possession, custody, or control related to the formation and operation of the crowdfunding campaign hosted at https://givesendgo.com/jeremybrowndefense;

(2) All documents and records in your possession, custody, or control related to the formation and operation of Jeremy Brown Defense of Constitutional Rights Corporation, the articles of incorporation for which were filed January 19, 2022, with the Florida Secretary of State; and

(3) All documents and records in your possession, custody, or control related to the formation and operation of the Revocable, Discretionary, Spend-Thrift, Living Trust set up to benefit Jeremy Brown, for which Carolyn Stewart serves as legal representative for the Trustee.

# UNITED STATES DISTRICT COURT
for the
_____ District of _____

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. |
|  | ) |
| *Defendant* | ) |

**SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE**

To:

■ **ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Courtroom No.: |
|---|---|
|  | Date and Time: |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

Date: _____

*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* _____
_____, who requests this subpoena, are:

AO 89  (Rev. 01/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❒ I personally served the subpoena on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the subpoena at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the subpoena on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the subpoena unexecuted because _____ ; or

❒ Other *(specify):*
_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of
$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**U.S. DEPARTMENT OF JUSTICE**
**... APPEARING AT A**

**ATTACHMENT TO SUBPOENA ISSUED TO:**

JEREMY BROWN DEFENSE OF CONSTITUTIONAL RIGHTS CORPORATION
▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
ATTN: Tylene Aldridge, Resident Agent
▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

Please provide the following in hard copy and/or electronic format:

All documents and records in your possession, custody, or control relat[ing] to the formation and operation of Jeremy Brown Defense of Constitutio[nal] Rights Corporation, the articles of incorporation for which were filed January 19, 2022, with the Florida Secretary of State.