# Electronic Articles of Incorporation For

JEREMY BROWN DEFENSE OF CONSTITUTIONAL RIGHTS CORPORATION

N22000000863
FILED
January 19, 2022
Sec. Of State
tscott

The undersigned incorporator, for the purpose of forming a Florida not-for-profit corporation, hereby adopts the following Articles of Incorporation:

## Article I
The name of the corporation is:
JEREMY BROWN DEFENSE OF CONSTITUTIONAL RIGHTS CORPORATION

## Article II
The principal place of business address:
4804 10TH AVE S
TAMPA, FL.   33619

The mailing address of the corporation is:
P.O. BOX 89011
TAMPA, FL.   33689

## Article III
The specific purpose for which this corporation is organized is:
TO PROMOTE AND PROTECT THE CONSTITUTIONAL RIGHTS OF AMERICANS AND FUND ACTIVITIES TO PROMOTE PUBLIC AWARENESS

## Article IV
The manner in which directors are elected or appointed is:
AS PROVIDED FOR IN THE BYLAWS.

## Article V
The name and Florida street address of the registered agent is:
TYLENE  ALDRIDGE
4804 10TH AVE S
TAMPA, FL.   33619

I certify that I am familiar with and accept the responsibilities of registered agent.

Registered Agent Signature:   TYLENE ALDRIDGE

N22000000863
FILED
January 19, 2022
Sec. Of State
tscott

## Article VI

The name and address of the incorporator is:

TYLENE ALDRIDGE
~~[address redacted]~~

TAMPA  FL  33619

Electronic Signature of Incorporator:   TYLENE ALDRIDGE

I am the incorporator submitting these Articles of Incorporation and affirm that the facts stated herein are true.  I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S.  I understand the requirement to file an annual report between January 1st and May 1st in the calendar year following formation of this corporation and every year thereafter to maintain "active" status.

## Article VII

The initial officer(s) and/or director(s) of the corporation is/are:

Title:   DIR
TYLENE  ALDRIDGE
P.O. BOX 89011
TAMPA, FL.   33689

Title:   DIR
MEREDITH  JONES
P.O. BOX 89011
TAMPA, FL.   33689

Title:   DIR
JEREMY  BROWN
P.O. BOX 89011
TAMPA, FL.   33689

## Article VIII

The effective date for this corporation shall be:
  01/12/2022