

Archived screenshot of http://givesendgo.com/jeremybrowndefense

Date: October 9, 2021

Funds raised $4,337 of $250,000



Archived screenshot of http://givesendgo.com/jeremybrowndefense

Date: October 20, 2021

Funds raised $10,951 of $250,000

The last known time "legal defense" was confirmed to be used on GiveSendGo by word search.



Archived screenshot of http://givesendgo.com/jeremybrowndefense

Date: December 10, 2021

Funds raised $44,793 of $250,000

The word "legal" was not located on the GiveSendGo page when performing a word search.



Archived screenshot of http://givesendgo.com/jeremybrowndefense

Date: January 30, 2022

Funds raised $58,001 of $250,000

The word "legal" was not located on the GiveSendGo page when performing a word search.



Archived screenshot of http://givesendgo.com/jeremybrowndefense

Date: November 10, 2021

Funds raised $23,980 of $250,000

No indication of the word "Legal" included when searching the archived page.