DocuSign Envelope ID: 8543905A-D761-4644-B666-B72BE51BAD76

United States District Court for the Middle District of Florida

|  | Case/Docket No. 8:21-cr-348-SCB-SPF<br>Division: Tampa Division<br>Courtroom: 11B<br>Judge: Magistrate Flynn |
|---|---|
| United States of America<br>v.<br>Jeremy Brown<br>Defendant | [ABOVE FOR COURT USE ONLY] |

# Affidavit of Tylene Aldridge

State of Florida
County of Hillsborough

**BEFORE ME**, the undersigned Notary Public, personally appeared Tylene Aldridge, who makes the following statement and affidavit upon oath and affirmation of belief and personal knowledge that the following matters, facts, and things set forth are true and correct to the best of his or her knowledge:

1. My name is Tylene Aldridge, and I currently reside at ▮▮▮▮▮▮▮▮▮▮▮▮ Florida 33619 in Hillsborough County.

2. I am over the age of 18.

3. I am the Trustee as shown on the attached Certificate of Trust. The legal title for the donations from the Give Send Go account have always been held by me. The Give Send Go fundraising was established after Jeremy Brown was incarcerated and donations have never been deposited to any account controlled or accessed by Jeremy Brown. Jeremy Brown never had any authority to direct disposition of any funds. Any recordings the AUSA presents that depict any agreement to Jeremy Brown's suggestions did not result in any expenditure of trust funds. I have attached a Trust accounting. It includes more than Give Send Go donations; the Trust receives donations outside of Give Send Go. The Give Send Go site has referenced both Jeremy Brown's "defense" and his "defense of Constitutional Rights." The word "defense" in plain English is not the same as "legal defense." For example, "defense" can be defined as protecting or keeping something safe that is being attacked. As Trustee, it is my discretion as to whether to expend Trust funds for example for any restitution or fines that may be later imposed, or to allow for monetary

supplementation should Jeremy Brown lose VA benefits - under "defense." The subject matter jurisdiction for the Trust, whether examining validity, attempting to direct distributions, or challenging it, falls under Florida state civil courts according to Florida statutes - unless there is a federal law that applies to the Trust.

4. Attached to this affidavit are copies of:

    a. Certificate of Trust

    b. Trust Accounting

I declare under penalty of perjury under the laws of the State of Florida that the foregoing is true and correct.

_____  Date: 3/22/22
(Affiant's signature)

# Notary Public

STATE OF FLORIDA
COUNTY OF HILLSBOROUGH

On this the <u>23</u> day of <u>MARCH</u>, 20<u>22</u>, the foregoing instrument was sworn to (or affirmed) and subscribed before me by **Tylene Aldridge**, known or proven to me to be the person whose name is subscribed to the within instrument.

WITNESS my hand and official seal.

<u>Angel R Harrelson</u>
(Print Name)

*DocuSigned by:*
<u>Angel R Harrelson</u> [Affix seal]
26EBC9EFF4E04C3...
(Signature)

*NOTARY PUBLIC*

My Commission Expires: <u>03/23/2022</u>



DocuSigned by:

Notary seal: ANGEL R. HARRELSON, MY COMMISSION EXPIRES MAY 9, 2025, #HH 127417, Bonded thru Troy Fain Insurance, NOTARY PUBLIC, STATE OF FLORIDA

# Certificate of Trust

Pursuant to Florida Statutes Section 736.1017

The undersigned hereby declare(s) the following to be true and correct:

1. The TYLENE ALDRIDGE REVOCABLE TRUST FOR JEREMY BROWN a.k.a. The Tylene Aldridge Revocable Trust, is currently in existence, was initially created in October 2021, and was merged into and memorialized in a written Trust Agreement under the name above as a revocable, discretionary, inter-vivos, spend-thrift, private Trust in 2022.

2. The Grantor and current Trustee of the trust is as follows:

   Name: Tylene Aldridge

3. The co-successor Trustees of the Trust are:

   Name: ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

   Name: ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

4. The Secondary Successor of the Trust is: ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

5. The Trustee(s) of the Trust have the following powers, a verbatim reproduction of provisions of the Trust Agreement:

   a. **Representation.** Any person or entity serving as a Trustee under this Trust is empowered to act for or represent this Living Revocable Trust in any transaction concerning the Living Trust. Any Trustee serving hereunder, or third party transacting with a Trustee, may transact on behalf of or with the Trust using the following identifier: [Name], as Trustee of The Tylene Aldridge Revocable Trust, dated [month day, year].

   b. **Powers Under State Law.** Trustee shall have all authority and powers allowed or conferred on a trustee under state law, subject to Trustee's fiduciary duty to Grantor(s) and the Beneficiary. Furthermore, no entity dealing with Trustee shall be required to investigate or to confirm Trustee's authority to enter into any transaction or to administer the application of the proceeds of any transaction.

   c. **Specified Powers.** Trustee's powers include, but are not limited to:

      i. The power to sell and purchase Trust Property.

20

ii. The power to manage Trust real estate as if Trustee were the absolute owner of it, including the power to lease (even if the lease term may extend beyond the period of any trust) or grant options to lease the property, to make repairs or alterations, and to insure against loss.

iii. The power to sell or grant options for the sale or exchange of any trust property, including stocks, bonds, debentures, and any other form of security or security account, at public or private sale for cash or on credit.

iv. The power to invest Trust Property in, but not limited to, real estate, reputable funds, bonds, and stocks. The trustee shall not buy on margin.

v. The power to receive additional property from any source and to administer such additional property as a portion of the appropriate trust hereunder, if Trustee shall not be required to receive such additional property without her consent unless such property is transferred to Trustee by Grantor or devised or bequeathed to Trustee in her capacity as Trustee.

vi. The power to employ and pay reasonable fees to accountants, lawyers, or investment experts for information or advice relating to the Trust.

vii. The power to deposit and hold trust funds in both interest-bearing and non-interest-bearing accounts.

viii. The power to deposit funds in bank or other accounts uninsured by FDIC coverage.

ix. The power to enter into electronic funds transfer or safe deposit arrangements with financial institutions.

x. The power to vote shares of stock owned by any trust created hereunder at shareholder's meetings in person or by special, limited, or general proxy, with or without power of substitution.

xi. The power to institute or defend legal actions concerning this Trust or Grantor's or Trustee's good faith and legally conducted affairs related to the Trust.

xii. The power to compromise, adjust, arbitrate, sue on or defend, or otherwise deal with and settle claims in favor of or against any trust established hereunder as Trustee may deem advisable, and the decision of Trustee shall be conclusive between Trustee and the beneficiaries of any such trust in the absence of fraud, bad faith or gross negligence of Trustee.

xiii. The power to commingle assets by: acquiring, receiving, holding, and retaining the principal of any or all trusts created hereunder undivided until

    division becomes necessary in order to make a distribution; holding, managing, investing, reinvesting, and accounting for the several shares or parts of shares by appropriate entries in the books of account maintained by Trustee, and to allocate to each share or part of a share its proportionate part of all receipts and expenses, provided that this subparagraph shall not defer the vesting in possession of any share or part of a share of the Trust Property.

 xiv. The power to employ and compensate persons deemed by the Trustee as advisable or necessary in the administration of any trust created hereunder including, but not limited to, agents, accountants, brokers, attorneys, real estate managers, rental agents, appraisers, and investment counsel and other professional advisers as may be required or desired in managing, protecting and investing the property of any such Trust Property.

 xv. The power to carry such insurance coverage including, but not limited to, public liability, fire, rent, title, or casualty insurance for such hazards and in such amounts, either in stock companies or in mutual companies, as Trustee may deem advisable for Trust property.

 xvi. The power to execute any documents necessary to administer any trust created by this revocable living Trust.

 xvii. The power to diversify investments, including authority to decide that some or all of the Trust Property need not produce income.

 xviii. The power to maintain reasonable reserves for depreciation and for amortization and obsolescence.

 xix. The power to perform all other acts necessary for the proper management, investment, and distribution of the property of any trust created hereunder.

 xx. The power to complete and use a Trust certification.

6. The trust is revocable, with the following party having the power to revoke:

Tylene Aldridge

7. The Trust does not presently have multiple Trustees. If the trust has multiple Trustees, the signature of all co-Trustees or of any one of the Trustees is required to exercise the powers of the trust.

8. The trust identification number is as follows:

Social Security Number ███████████

22

9. Title of the trust assets shall be in the following fashion:

The Tylene Aldridge Revocable Trust for Jeremy Brown

The undersigned Trustee hereby declares that the Trust has not been revoked, modified, or amended in any manner which would cause the representations contained herein to be incorrect.

Signed: _[signature]_  Dated: 2/9/22

Trustee

## NOTARY ACKNOWLEDGMENT

State of Florida

County of Hillsborough

Before me personally appeared together Tylene Aldridge as Grantor and Trustee, personally known to me or who produced satisfactory identification; and Tylene signed the instrument as Trustee of The Tylene Aldridge Revocable Trust in my presence on February 9, 2022.

DENNIS CROUSE
MY COMMISSION # HH 115924
EXPIRES: April 10, 2025
Bonded Thru Notary Public Underwriters

_[signature]_
Notary Public, State of Florida
(Stamp Name, Commission # and Expiration below)

23