# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

# CLERK'S MINUTES

| | |
|---|---|
| CASE NO. 8:21-cr-348-SCB-SPF | DATE: March 25, 2021 |
| HONORABLE: Sean P. Flynn, U.S. Magistrate Judge | |
| UNITED STATES OF AMERICA | Risha Asokan<br>Cherie Krigsman<br>Assistant U.S. Attorney |
| v. | |
| JEREMY BROWN | William Sansone, CJA<br>Attorney for Defendant |
| INTERPRETER / LANGUAGE: N/A | COURT RPTR: David Collier |
| DEPUTY CLERK: Eric Calderon | COURTROOM: 11B |
| TIME: 10:12 – 12:06 / 12:17 – 1:35 / 2:22 – 4:21 | TOTAL: 5:11 |

PROCEEDINGS: EVIDENTIARY HEARING

Defendant Oral Motion to Continue Evidentiary Hearing.
Court: Endorsed Order denying Motion was previously entered.
Defendant Oral Moton to Withdraw as Counsel
Court: Defendant's Oral Motion to Withdraw as Counsel was denied by U.S. District Judge.

Government Oral Motion to admit into evidence Exhibits 1A, 1B, 1C, 1D, 1E, 1F, 1G, 2A, 2B, 2C, 2D, 2E, 2F, 2G, 2H, 2I, 3, 4A, 4B, 4C, 5A, 5B, 5C, 5D, 5E, 6A, 6B, 6C, 6D, 6E, 6F, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19A, 19A-T, 19B, 19B-T, 19C, 19C-T, 19D, 19D-T, 19E, 19E-T, 19F, 19F-T, 19G, 19G-T, 19H, 19H-T, 20, 21A, 21B, 21C, 21D.
Government Oral Motion to admit into Evidence Sealed Exhibits 22, 23 and 24.

Court Oral Order admits into evidence Government Exhibits 1A, 1B, 1C, 1D, 1E, 1F, 1G, 2A, 2B, 2C, 2D, 2E, 2F, 2G, 2H, 2I, 3, 4A, 4B, 4C, 5A, 5B, 5C, 5D, 5E, 6A, 6B, 6C, 6D, 6E, 6F, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19A, 19A-T, 19B, 19B-T, 19C, 19C-T, 19D, 19D-T, 19E, 19E-T, 19F, 19F-T, 19G, 19G-T, 19H, 19H-T, 20, 21A, 21B, 21C, 21D.

Court Oral Order admits into evidence Government Sealed Exhibits 22, 23 and 24.

Court Oral Order denying Movant's Motion to Quash Subpoenas (doc. 134)

Government direct examination of witness Attorney Carolyn Stewart (sworn).
Defendant cross examination of witness Attorney Carolyn Stewart.
Government redirect examination of witness Attorney Carolyn Stewart.

Government Oral argument.

Defendant Oral Motion to admit into evidence Exhibit 1 (Defendant's notes 4 pages).
Court Oral granting Defendant's Oral Motion to admit into evidence Exhibit 1 (Defendant's notes 4 pages).

Defendant oral argument.

Court finds Defendant is in contempt of Court Order (doc. 97).

Court Order to follow.

Adjourned.