FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

2022 MAR 29  AM 9: 17

CLERK, US DISTRICT COURT
MIDDLE DISTRICT FLORIDA
TAMPA, FLORIDA

**TYLENE ALBRIDGE**

Petitioner

v.

**UNITED STATES OF AMERICA**

Respondent.

Case No:

8:21-CR-348-T-SCB-SPF

_____

### TYLENE ALDRIDGE'S MOTION FOR RETURN OF A FIREARM

September 30, 2021, a search warrant and an arrest warrant for Jeremy Brown were executed by the Federal Bureau of Investigation's Joint Terrorism Task Force (JTTF) in conjunction with local law enforcement agencies.

Among the property seized was a Daniel Defense rifle (Rifle), serial number DD5024944, that was recently purchased by myself, Tylene Aldridge. The Rifle in question is my personal property, and I am not a defendant nor connected to the case against Mr. Brown. The Rifle was purchased on September 4, 2021. Therefore, the Rifle cannot be deemed evidence of any allegation levied against Mr. Brown because I purchased and took possession of the Rifle 242 days after the events that occurred on January 6, 2021.[1]

---

[1] See attached Shoot Straight receipt highlighting the purchase of Daniel Defense rifle on September 4, 2021.

The Rifle has never been involved in any form of criminal activity. In fact, the Rifle in question was never fired by myself nor Mr. Brown since it was purchased and received from Shoot Straight.

I am not disqualified from purchasing nor possessing a firearm under any state or federal law and I further attest that to the best of my knowledge:

1. I am the legal owner of the described firearm;
2. I have not been found guilty of a felony in Florida or any other state;
3. I have not been found guilty of a misdemeanor crime of domestic violence in Florida or any other state;
4. There is no injunction or protective order in effect against me in Florida or any other state;
5. There is no forfeiture action pending against me in another court;
6. I have never been adjudicated mentally defective nor been committed to a mental institution;
7. I am legally or lawfully in the United States;
8. I have not been dishonorably discharged from the United States Armed Forces;
9. I have not renounced United States Citizenship;
10. I am not currently under indictment for a felony;
11. I have never been convicted, been on probation, or pre-trial diversion or had adjudication withheld for an act of domestic violence in any state, or in Florida, for a crime involving violence within the past 3 years; and

12. There is no other legal impediment preventing me from owning or possessing a firearm, including but not limited to those mentioned above.

Wherefore, I, Tylene Aldridge, request this honorable Court issue an order for the return of the firearm described above.

**I understand I am swearing or affirming under oath to the truthfulness of the claims made in this motion and that the punishment for knowingly making a false statement includes fines and/or imprisonment.**

_____  *Tylene Aldridge*   3/21/2022 | 9:43:00 AM PDT

Tylene Aldridge
4804 10th Ave. S.
Tampa, Florida 33619
Phone: (813) 690-9608
E-Mail: tyleneald@protonmail.com

STATE OF FLORIDA

COUNTY OF __BREVARD__

The foregoing instrument was acknowledged before me by means of ☐ physical presence or ☒ online notarization, this __21__ (numeric date) day of __March__ (month), __2022__ (year), by __Tylene Aldridge__ (name of person acknowledging).

(Seal)

*Angel R Harrelson*
3/21/2022 | 10:43:07 AM PDT
Signature of Notary Public
Print, Type/Stamp Name of Notary

Personally known: _____

OR Produced Identification: __A436804686430__

Type of Identification Produced: __Driver license__

3

## CERTIFICATE OF SERVICE

I certify a true and correct copy of Tylene Aldridge's Motion for Return of a Firearm has been served by mail on FBI Agent Katie Hill at 5525 W. Gray St., Tampa, FL 33609 and Assistant United States Attorney Risha Asokan at 400 N. Tampa St., Suite 3200, Tampa, FL 33602 on this March 26, 2022.

*Tylene Aldridge*    3/21/2022 | 9:43:00 AM PDT

Tylene Aldridge
4804 10th Ave. S.
Tampa, Florida 33619
Phone: (813) 690-9608
E-Mail: tyleneald@protonmail.com

4

Receipt



**SHOOT STRAIGHT TAMPA**
3909 N US HWY 301
TAMPA  FL  33619
813-627-8550

Receipt Date: 09/04/2021
Receipt#: 45599
Store: 4
Register: 401
Clerk: Jada
Ship Method:

Bill To:
TYLENE ALDRIDGE
4804 10TH AVE S
TAMPA  FL  33619
813-690-9608

Ship To:

| Barcode | Brand | Style | Description | Size | Color | Qty | Price | Total |
|---|---|---|---|---|---|---|---|---|
| 100010118... | MAXIM DE... | 082921PDX904XFER | XFER MAXIM PDX 556M... | | | 1 | 0.00 | 0.00 |
| Serial Num: | MXM-18-15904 | | | | | | | |
| 100010118... | SIPAHI HU... | 082921B512088X... | XFER SIPAHI B512 12GA(... | | | 1 | 0.00 | 0.00 |
| Serial Num: | BS-12-10088 | | | | | | | |
| 100010118... | DANIEL DE... | 082921DD5V4944... | XFER DANIEL DEFENSE ... | | | 1 | 0.00 | 0.00 |
| Serial Num: | DD5024944 | | | | | | | |
| 100010118... | HECKLER ... | 082921HK45T600... | XFER HECKLER & KOCH ... | | | 1 | 0.00 | 0.00 |
| Serial Num: | HKU-055600 | | | | | | | |

Total Units:4

Subtotal: 0.00
Tax: 0.00
Total: 0.00
Total Due: 0.00

REGISTER TO WIN A $50 SS GIFT CARD by letting us know how your Shoot Straight Experience was today. Send an email to: comments.tampa@shoot-straight.com

WHY WAIT 5 DAYS TO PICK UP YOUR FIREARMS? Register now for our Concealed Weapons Class.
Ask any sales associate for assistance.

All Non-Approvals and Cancellations are subject to a 25% Restock Fee, and all shipping, transfer, and background check fees. _____ (Initial Here)

Once a customer takes possession of a firearm, it is considered used from that point on and NO REFUNDS are given. Shoot Straight will consider purchasing the firearm back at a value determined by Management.
All used guns are sold AS-IS. No Refunds or Exchanges.
All defective merchandise must be returned to the factory or an authorized service center.

IT IS UNLAWFUL AND PUNISHABLE BY IMPRISONMENT AND FINE FOR ANY ADULT TO STORE OR LEAVE A FIREARM IN ANY PLACE WITHIN THE REACH OR EASY ACCESS OF A MINOR.

5 DAY WAIT PICK UP DATE_____

***CUSTOMER COPY***

*45599-4*