Proposed Order

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**UNITED STATES OF AMERICA**

v.  Case No: 8:21-cr-348-SCB

**JEREMY BROWN**
*Defendant*
_____/

## ORDER APPROVING DEFENDANT'S MOTION TO DEPOSIT FUNDS UNDER OBJECTIONS WITH FREEZE INTO COURT REGISTRY

The Defendant, JEREMY BROWN, asks the Court to freeze the funds he deposited to the Clerk's Registry as ordered by Magistrate Flynn on March 25, 2022. For the purposes of preserving a criminal defendant's right to appeal and in the interest of justice, Defendant's motion is **APPROVED**.

## DISCUSSION

Defendant has been incarcerated for over 180 days, and under the circumstances Defendant undertook a herculean effort to ensure he complied with the Court's oral order issued March 25. Defendant rallied supporters to raise $12,300.00 to avoid incurring additional damages from a failure to comply with the Court's oral order. This was a necessary act because it is alleged Defendant has no dominion or control over assets held in a Florida discretionary trust for his benefit and has no other assets to meet this financial obligation. Defendant has made clear that he intends to submit a timely objection to the March 25 order once a written order has been posted and provided to him.

## ORDER

Accordingly, it is **ORDERED** as follows:

1. The Defendant's Motion to Deposit Funds Under Objections with a Freeze, is **APPROVED**.

2. The funds deposited by Mr. Brown shall not be transferred or distributed elsewhere until either 14 days after publication of the magistrate's written order from March 25, 2022, or until the district court judge issues a decision on a motion timely submitted by the defendant by 14 days after delivery to the defendant of the written order for the March 25 hearing.

3. The Defendant may rely on this order when submitting a subsequent more complete objection challenging the magistrate's March 25 order because (1) no written order was posted or officially provided to the Defendant and (2) the Defendant was not provided a copy of the March 25 hearing transcript denying him the ability to submit a comprehensive objection to the order.

DONE and ORDERED in Chambers, in Tampa, Florida this ___ day of April, 2022.

                                          HONORABLE SUSAN C. BUCKLEW
                                          UNITED STATES DISTRICT JUDGE