CJA 7
(Rev. 9/05)

LOCATION CODE _____

Docket No. _____

_____ vs. _____

ORDER TERMINATING
APPOINTMENT OF COUNSEL      ☐
and/or                                        Check
AUTHORIZATION FOR              one or
DISTRIBUTION OF                   both
AVAILABLE PRIVATE
FUNDS                                        ☐

WHEREAS, _____ was appointed as counsel for the above defendant/petitioner, on the _____ day of _____ , _____ ; and

WHEREAS, the court finds that funds are available from or on behalf of the above named defendant/petitioner for payment of compensation and expenses of court-appointed counsel and/or for other services necessary for adequate representation, and that the above defendant/petitioner is therefore financially able to obtain counsel or to make partial payment for representation, and/or for other services necessary for adequate representation;

IT IS THEREFORE:

Check one or both

☐ ORDERED that the appointment of said counsel is hereby terminated.

☐ AUTHORIZED/DIRECTED that such funds in the amount of $ _____ be paid by said defendant/petitioner or by _____ as follows:

*(enter specific terms of repayment, i.e., date due if lump-sum payment; schedule and amounts of each payment if installment payment.)*

Dated this _____ day of _____ , _____ .

_____
United States Judge/Magistrate

**DISTRIBUTION:**   COURT'S FILE        COURT APPOINTED COUNSEL        PERSON REPRESENTED        CLERK'S FILE