UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,                    Case No. 8:21-cr-348-SCB-SPF

    Plaintiff,         ☐
    Government,       ☒         ☒ Evidentiary
                                  ☐ Trial
                                  ☐ Other

v.

JEREMY BROWN

    Defendant         ☐

# EXHIBIT LIST

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 1A | 3/25/22 | 3/25/22 | | Screen Print: GiveSendGo_001 bank account information - First Citizens Bank & Trust Company |
| 1B | | | | Screen Print: GiveSendGo_002 bank account information – GTE Federal Credit Union |
| 1C | | | | Screen Print: GiveSendGo_003 payouts 10/18/21–03/14/22 |
| 1D | | | | Screen Print: GiveSendGo_004 payouts 04/14/21–10/12/21 |
| 1E | | | | Screen Print: GiveSendGo_005 payouts 04/9/21–4/12/21 |
| 1F | | | | Spreadsheet: GiveSendGo account and campaign summary |
| 1G | | | | Declarations of Authentication of Business Records: GiveSendGo |
| 2A | | | SEALED | Bank Statement: Tylene Aldridge GTE Federal Credit Union 10/01/21–10/31/21 |
| 2B | | | SEALED | Bank Statement: Tylene Aldridge GTE Federal Credit Union 11/01/21–11/30/21 |
| 2C | | | SEALED | Bank Statement: Tylene Aldridge GTE |

Case 8:21-cr-00348-SCB-SPF   Document 148   Filed 04/04/22   Page 2 of 5 PageID 1601
Case 8:21-cr-00348-SCB-SPF   Document 135   Filed 03/25/22   Page 2 of 5 PageID 1572

Case No.: 8:21-cr-348-SCB-SPF                                    Page 2 of 5 Pages

# EXHIBIT LIST - Continuation Sheet

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
|  |  |  |  | Federal Credit Union 12/01/21–12/31/21 |
| 2D | 3/25/22 | 3/25/22 | SEALED | Bank Statement: Tylene Aldridge GTE Federal Credit Union 01/01/22–01/31/22 |
| 2E |  |  | SEALED | Photo of Check: Paid to Gainesville Coins by Tylene Aldridge dated 10/12/21 |
| 2F |  |  | SEALED | Photo of Check: Paid to Gainesville Coins by Tylene Aldridge dated 10/18/21 |
| 2G |  |  | SEALED | Photo of Check: Paid to Gainesville Coins by Tylene Aldridge dated 12/13/21 |
| 2H |  |  | SEALED | Bank Records: GTE Federal Credit Union customer documents for Tylene Aldridge |
| 2I |  |  |  | Business Records Certification: GTE Federal Credit Union |
| 3 |  |  | SEALED | Consolidated Bank Statements: Jeremy Brown Navy Federal Credit Union 09/22/21–10/21/21; 11/22/21–12/21/21; 12/22/21–01/21/22; 01/22/22–02/21/22 |
| 4A |  |  | SEALED | Spreadsheet: Account application for Stripe account linked to www.givesendgo.com/jeremybrowndefense |
| 4B |  |  | SEALED | Spreadsheet: Transfers history for Stripe account linked to www.givesendgo.com/jeremybrowndefense |
| 4C |  |  |  | Certification of Record: Stripe |
| 5A |  |  | SEALED | Invoice: Gainesville Coins order 10/11/21 |
| 5B |  |  | SEALED | Invoice: Gainesville Coins order 10/17/21 |
| 5C |  |  | SEALED | Invoice: Gainesville Coins order 12/10/21 |
| 5D |  |  | SEALED | Invoice: Gainesville Coins order 2/26/22 |
| 5E |  |  |  | Declaration of Authentication of Business Records: Gainesville Coins |
| 6A |  |  |  | Screen Print: WayBack Machine capture of www.givesendgo.com/jeremybrowndefense 10/5/21 |
| 6B |  |  |  | Screen Print: WayBack Machine capture of www.givesendgo.com/jeremybrowndefense 10/20/21 |
| 6C |  |  |  | Screen Print: WayBack Machine capture of www.givesendgo.com/jeremybrowndefense 11/10/21 |

Case 8:21-cr-00348-SCB-SPF   Document 148   Filed 04/04/22   Page 3 of 5 PageID 1602
Case 8:21-cr-00348-SCB-SPF   Document 135   Filed 03/25/22   Page 3 of 5 PageID 1573

Case No.: 8:21-cr-348-SCB-SPF                                Page 3 of 5 Pages

## EXHIBIT LIST - Continuation Sheet

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 6D | 3/25/22 | 3/25/22 | | Screen Print: WayBack Machine capture of www.givesendgo.com/jeremybrowndefense 11/24/21 |
| 6E | | | | Screen Print: WayBack Machine capture of www.givesendgo.com/jeremybrowndefense 12/10/21 |
| 6F | | | | Screen Print: WayBack Machine capture of www.givesendgo.com/jeremybrowndefense 01/30/22 |
| 7 | | | | Screen Print: www.givesendgo.com/jeremybrowndefense, last accessed 03/22/22 |
| 8 | | | | Certified Copy: Articles of Incorporation for Jeremy Brown Defense of Constitutional Rights Corporation |
| 9 | | | | Filing: 01/03/22 Motion to prevent dissipation of assets (Doc. 80) |
| 10 | | | | Transcript: 01/05/22 Hearing on Motion to Prevent Dissipation of Assets |
| 11 | | | | Clerk's Minutes: Minutes for 01/05/22 Hearing on Motion to Prevent Dissipation of Assets |
| 12 | | | | Inmate Email: 01/05/22 email from Tylene Aldridge to Jeremy Brown |
| 13 | | | | Inmate Email: 01/14/22 emails from Cathi Chamberlain to Jeremy Brown |
| 14 | | | | Transcript: 01/19/22 Continued hearing on Motion to Prevent Dissipation of Assets |
| 15 | | | | Filing: 01/24/22 Order on Motion to Prevent Dissipation of Assets (Doc. 97) |
| 16 | | | | Filing: 02/02/22 Endorsed Order to Show Cause (Doc. 100) |
| 17 | | | | Filing: 02/08/22 Defendant's response to order to show cause (Doc. 103, 103-1) |
| 18 | | | | Filing: 03/12/22 Defense counsel notice of CJA compensation exceeding statutory cap (Doc. 117) |
| 19A | | | | Recording: 01/18/22 jail call between Jeremy Brown and Tylene Aldridge |

Case 8:21-cr-00348-SCB-SPF   Document 148   Filed 04/04/22   Page 4 of 5 PageID 1603
Case 8:21-cr-00348-SCB-SPF   Document 135   Filed 03/25/22   Page 4 of 5 PageID 1574

Case No.: 8:21-cr-348-SCB-SPF                                                  Page 4 of 5 Pages

## EXHIBIT LIST - Continuation Sheet

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 19A-T | 3/25/22 | 3/25/22 | | Transcript: 01/18/22 jail call between Jeremy Brown and Tylene Aldridge |
| 19B | | | | Recording: 01/19/22 jail call between Jeremy Brown and Tylene Aldridge |
| 19B-T | | | | Transcript: 01/19/22 jail call between Jeremy Brown and Tylene Aldridge |
| 19C | | | | Recording: 01/24/22 jail call between Jeremy Brown and Tylene Aldridge |
| 19C-T | | | | Transcript: 01/24/22 jail call between Jeremy Brown and Tylene Aldridge |
| 19D | | | | Recording: 01/29/22 jail call between Jeremy Brown and Tylene Aldridge |
| 19D-T | | | | Transcript: 01/29/22 jail call between Jeremy Brown and Tylene Aldridge |
| 19E | | | | Recording: 02/08/22 jail call between Jeremy Brown and Tylene Aldridge |
| 19E-T | | | | Transcript: 02/08/22 jail call between Jeremy Brown and Tylene Aldridge |
| 19F | | | | Recording: 02/09/22 jail call between Jeremy Brown and Tylene Aldridge |
| 19F-T | | | | Transcript: 02/09/22 jail call between Jeremy Brown and Tylene Aldridge |
| 19G | | | | Recording: 02/24/22 jail call between Jeremy Brown and Tylene Aldridge |
| 19G-T | | | | Transcript: 02/24/22 jail call between Jeremy Brown and Tylene Aldridge |
| 19H | | | | Recording: 03/6/22 jail visit between Jeremy Brown and Tylene Aldridge |
| 19H-T | | | | Transcript: 03/6/22 jail visit between Jeremy Brown and Tylene Aldridge |
| 20 | | | | Trust Document: Certificate of Trust for Tylene Aldridge Revocable Trust for Jeremy Brown |
| 21A | | | | Subpoena: Copy of subpoena issued to Carolyn Stewart |
| 21B | | | | Subpoena: Copy of subpoena issued to Tylene Aldridge |
| 21C | | | | Subpoena: Copy of subpoena issued to Jeremy Brown Defense of Constitutional |

Case 8:21-cr-00348-SCB-SPF   Document 148   Filed 04/04/22   Page 5 of 5 PageID 1604
Case 8:21-cr-00348-SCB-SPF   Document 135   Filed 03/25/22   Page 5 of 5 PageID 1575

Case No.: 8:21-cr-348-SCB-SPF                                Page 5 of 5 Pages

## EXHIBIT LIST - Continuation Sheet

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
|  |  |  |  | Rights Corporation |
| 21D | 3/25/22 | 3/25/22 |  | Subpoena: Copy of subpoena issued to Meredith Jones |
| 22 |  |  | SEALED | Summary exhibit: Transfers from GiveSendGo account to linked bank accounts |
| 23 |  |  | SEALED | TRUST AGREEMENT |
| 24 |  |  | SEALED | Tylene Aldridge Trust Balance Sheet |