U.S. District Court
Middle District of Florida
Tampa Division

## GOVERNMENT EXHIBIT

**Exhibit No.:** _____1G_____

Case No.: 8:21-cr-348-SCB-SPF

UNITED STATES OF AMERICA

vs.

JEREMY BROWN

Date Identified: _____03/25/22_____

Date Admitted: _____03/25/22_____

## DECLARATION OF AUTHENTICATION OF BUSINESS RECORDS

I, ___Heather Wilson_____, am the custodian of records or am otherwise
        (name)
qualified to authenticate the records of ____GiveSendGo LLC_____
                                     (company or business)
I have provided the following records to the United States pursuant to Subpoena No.

8:21-cr-348-SCB-SPF.

List of records provided:
_____Excel Spreadsheet (CSV format) of Db tables referring to Campaign Owner,
_____Campaign description, prayer messages and donations_____
_____
_____
_____

I certify that the above records are business records of regularly conducted activity and that I
am a custodian or am otherwise qualified as to the authentication of these records. I also
certify that the records: (1) were made at or near the time of the occurrence of the matters set
forth in the records by a person with knowledge of those matters or from information
transmitted by a person with knowledge of those matters; (2) were kept in the course of a
regularly conducted activity; and (3) were made by the regularly conducted activity as a
regular practice. I make these claims under penalty of perjury.

☐ **Please check if appropriate**
       Additionally, such records were generated by _____ electronic process or
system that produces an accurate result, to wit:
       The records were copied from electronic device(s), storage medium(s), or file(s) in the
custody of _____, in a manner to ensure that they are true duplicates of the
original records; and
       The process or system is regularly verified by _____, and at all times
pertinent to the records certified here the process and system functioned properly and
normally.

The address and phone number where I can be reached are:

_____Heather Wilson_____
_____5382 Nithsdale Drive_____
_____Salisbur Md 21801  4439442039_____

_____Heather Wilson_____         *Heather Wilson*_____
**Printed Name**                      Signature
_____3/7/22_____
**Date**

## DECLARATION OF AUTHENTICATION OF BUSINESS RECORDS

I, _HEATHER WILSON_____, am the custodian of records or am otherwise
　　　　　　(name)
qualified to authenticate the records of _GiveSendGo_____
　　　　　　　　　　　　　　　　　(company or business)
I have provided the following records to the United States pursuant to Subpoena No.
DATED 2/11/2022___.

List of records provided:
_BUSINESS RECORDS BATES NO. GIVESENDGO_001 - 005_
_ATTACHED HERETO._
_____
_____
_____
_____

I certify that the above records are business records of regularly conducted activity and that I
am a custodian or am otherwise qualified as to the authentication of these records. I also
certify that the records: (1) were made at or near the time of the occurrence of the matters set
forth in the records by a person with knowledge of those matters or from information
transmitted by a person with knowledge of those matters; (2) were kept in the course of a
regularly conducted activity; and (3) were made by the regularly conducted activity as a
regular practice. I make these claims under penalty of perjury.

☑ **Please check if appropriate**
　　　Additionally, such records were generated by _SCREEN PRINT___ electronic process or
system that produces an accurate result, to wit:
　　　The records were copied from electronic device(s), storage medium(s), or file(s) in the
custody of _GIVESEND GO___, in a manner to ensure that they are true duplicates of the
original records; and
　　　The process or system is regularly verified by _GIVESENDGO___, and at all times
pertinent to the records certified here the process and system functioned properly and
normally.

The address and phone number where I can be reached are:
_C/O MICHAEL B. COLE, ESQ_
_ONE LIBERTY SQ., STE 410_
_BOSTON, MA 02109_
_(617) 728-0888_

_HEATHER WILSON_____　　　　　　　　　　_____
Printed Name　　　　　　　　　　　　　　　　　　Signature
_3-18-22_____
Date