U.S. District Court
Middle District of Florida
Tampa Division

GOVERNMENT EXHIBIT

Exhibit No.: 2I

Case No.: 8:21-cr-348-SCB-SPF

UNITED STATES OF AMERICA

vs.

JEREMY BROWN

Date Identified: 03/25/22

Date Admitted: 03/25/22



# Certification of Authenticity of Business Records

  I, Cindy F. Orozco, the undersigned, do hereby certify and declare, subject to criminal penalties for making false official statements under the laws of the State of Florida, that:

1. I am currently employed with GTE Federal Credit Union, 711 E. Henderson Ave., Tampa, FL 33602.

2. I am a custodian of records maintained by our business or I am a person otherwise qualified to make these representations contained herein as my job responsibilities include the gathering of records pursuant to subpoena or other requests.

3. The attached records are duplicate copies described as:

   **For the time frame requested – bank statement copies, copies of cancelled checks; signature card and member application for ▮▮▮▮▮▮▮▮ CN: 2021R01937002**

4. The attached records were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person having knowledge of those matters.

5. The attached records were kept in the course of the regularly conducted activity of our business.

6. The attached records were made as a regular practice in the course of the regularly conducted activity of our business.

7. I am aware that falsely making this certification or declaration would subject me to criminal penalty under the laws of the foreign or domestic location in which this certification or declaration was signed.

8. I have signed this certificate in accordance with the provisions of Florida Statute 92.525(2).

Under penalties of perjury, I declare that I have read the foregoing Certification of Authenticity of Business Records and that the facts stated in it are true.

DocuSigned by:
*Cindy Orozco*
56FD47C32B6547F...

2/23/2022

Cindy F. Orozco, AAP, NCP, CAMS              Date
GTE Federal Credit Union