U.S. District Court
Middle District of Florida
Tampa Division

# GOVERNMENT EXHIBIT

Exhibit No.: 5E

Case No.: 8:21-cr-348-SCB-SPF

UNITED STATES OF AMERICA

vs.

JEREMY BROWN

Date Identified: 03/25/22

Date Admitted: 03/25/22

## DECLARATION OF AUTHENTICATION OF BUSINESS RECORDS

I, __Shirley Yaffe__, am the custodian of records or am otherwise
        (name)
qualified to authenticate the records of __Gainesville Coins__
                                              (company or business)
I have provided the following records to the United States pursuant to Subpoena No.

**2021R01937015**.

List of records provided:

__Sales order, Invoices and Payments__

Under Federal Rules of Evidence 803(6) and 902(11), as amended December 1, 2000, I certify that the above records are business records of regularly conducted activity and that I am a custodian or am otherwise qualified as to the authentication of these records. I also certify that the records: (1) were made at or near the time of the occurrence of the matters set forth in the records by a person with knowledge of those matters or from information transmitted by a person with knowledge of those matters; (2) were kept in the course of a regularly conducted activity; and (3) were made by the regularly conducted activity as a regular practice. I make these claims under penalty of perjury.

The address and phone number where I can be reached are:

__17860 N US Hwy 41__
__Lutz FL 33549__
__813-924-5407__

Shirley Yaffe  /s/ Shirley Yaffe
Printed Name and Signature

3/4/2022
Date

A brief explanation of the paperwork I have sent you for both ▮

I have included the sales orders which have been placed online, then the Invoice created, in the case of ▮ she always paid with a personal check which she would bring into our showroom sometime after placing the Sales Order, you will see we take a photo of her Drivers License and the check.

The next group of photos are of the day she would come and pick up her order we photo all the products she ordered and again her photo ID.

The exception to this is with Sales Order 461997 which was placed online on 4/21/2021 but this time ▮ came into our Showroom on 4/22/2021 with the check payment and that is why his ID (military) was photo'd. ▮ did then pick up her order on 6/11/2021 and you will see her ID and the coins photo'd.

The other exception is SO 448157 and 448186 which was in the middle of Covid and our Showroom was closed we arranged pickup in our parking lot with our Off Duty Deputy and we visually check ID's but were not able to photo the ID. There is Vault pictures of the products ordered.

If you have any further questions please feel free to contact me anytime at 813-924-5407

Shirley Yaffe

Gainesville Coins