U.S. District Court
Middle District of Florida
Tampa Division

# GOVERNMENT EXHIBIT

Exhibit No.: 19A-H

Case No.: 8:21-cr-348-SCB-SPF

UNITED STATES OF AMERICA

vs.

JEREMY BROWN

Date Identified: 03/25/22

Date Admitted: 03/25/22

