U.S. District Court
Middle District of Florida
Tampa Division

## GOVERNMENT EXHIBIT

Exhibit No.: 19A

Case No.: 8:21-cr-348-SCB-SPF

UNITED STATES OF AMERICA

vs.

JEREMY BROWN

Date Identified: 03/25/22

Date Admitted: 03/25/22

1  **Case:** 21-cr-348-SCB-SPF

2  **Case Agent:** TFO Lindsey

3  **Date:** 01/18/22

4  **PARTICIPANTS:**

5  JB: Jeremy Michael Brown

6  TA:  Tylene Aldridge

7  **TRASLATION KEY:**

8  UI: UNINTELLIGIBLE

9  IA: IAUDIBLE

10 PH: PHONETIC

11 SC: SIMULTANEOUS CONVERSATION

12 OV: OVERLAPPING VOICES

13 []: NOISE NOTATIONS OR TRANSLATOR'S NOTES

14 RC: RECORDED MESSAGE

15 

16 1D#, Session 1642554357_363_12_71_303

17 [BEGIN TAPE]

18 6:13 to 6:37

19 [00:06:13]

20 TA: Listen, for your hearing tomorrow, um Meredith submitted all of the
21     um non-profit all of the information to Bill for all of that.

22 JB: Um hum. Ok.  And did you give em the total amount that we've spent on
23     jail?

24 TA: Yeah.

25 JB: Ok. Alright.

26 TA: Now whether he checks his email or not, that's a different story.

27 JB: Well, text him and tell him to check his email.

28 TA: Ok.

29 [END TAPE]