U.S. District Court
Middle District of Florida
Tampa Division

## GOVERNMENT EXHIBIT

Exhibit No.: 19B

Case No.: 8:21-cr-348-SCB-SPF

UNITED STATES OF AMERICA

vs.

JEREMY BROWN

Date Identified: 03/25/22

Date Admitted: 03/25/22

1. **Case:** 21-cr-348-SCB-SPF
2. **Case Agent:** TFO Lindsey
3. **Date:** 01/19/22
4. **PARTICIPANTS:**
5. JB: Jeremy Michael Brown
6. TA:  Tylene Aldridge
7. **TRASLATION KEY:**
8. UI: UNINTELLIGIBLE
9. IA: IAUDIBLE
10. PH: PHONETIC
11. SC: SIMULTANEOUS CONVERSATION
12. OV: OVERLAPPING VOICES
13. []: NOISE NOTATIONS OR TRANSLATOR'S NOTES
14. RC: RECORDED MESSAGE
15. 
16. 1D#, Session 1642624732_363_13_156_847
17. [BEGIN TAPE]
18. 2:40 to 7:09
19. [00:02:40]
20. JB: Um, so [OV] the Judge ordered that the government can seize our funds
21.     in order to reimburse themselves – because you know you wouldn't want
22.     the government to actually – you know have to be responsible for
23.     paying for legal fees such as..um.  The bottom line is you and
24.     Meredith and Bill need to get together because Bill, Bill is not
25.     clear on what the hell y'all have done.
26. TA: I know.  He and Meredith have talked.
27. JB: Right.  And he's more confused now than when they first started
28.     talking.
29. TA: I know.
30. JB: But, he believes [OV]
31. TA: Who did you
32. JB: that the Judge can't order – because apparently if the funds are in
33.     the name of the 501(c)(3)then the Judge can't order me to do anything
34.     with them cause they belong to the 501(c)(3).

| | | |
|---|---|---|
| 35 | TA: | That's right.  That's correct. |
| 36 | JB: | Um. But, I don't know how y'all managed to do all this stuff without |
| 37 | | letting me know what the hell you're doing. Because the fact that |
| 38 | | Bill had no idea how to explain anything because y'all just got |
| 39 | | information to him yesterday when the Judge had granted two weeks' |
| 40 | | worth of time to get everything straight. [OV] pissed the Judge off… |
| 41 | TA: | No, that's not true…the day that they ordered that emergency whenever |
| 42 | | that was – that was not two weeks ago. |
| 43 | JB: | I can barely hear you. [00:04:00] |
| 44 | TA: | The day that they ordered the emergency for all of this stuff, I sent |
| 45 | | him all of the non-profit stuff.  He doesn't look at stuff. |
| 46 | JB: | I know. [OV] |
| 47 | TA: | He's had it [OV]but he didn't have anyone to [UI] |
| 48 | JB: | I've told you this a thousand times…it doesn't mean anything to send |
| 49 | | a text, to send an email [OV] |
| 50 | TA: | I know, I know… |
| 51 | JB: | Because until the person under..reads it and understands it, then you |
| 52 | | have not actually communicated. |
| 53 | TA: | I know. So, right but anyway… |
| 54 | JB: | Everyone can say I sent stuff, but it doesn't matter…I mean I send |
| 55 | | stuff in the mail but if you don't get it, then it doesn't matter. |
| 56 | TA: | I know. I get it…anyway.  He called me…it's 6 o'clock this morning |
| 57 | | screaming at me. |
| 58 | JB: | I can barely hear you, Tylene.  You're gonna have to speak louder, or |
| 59 | | speak into the phone, or get the headset, or do something. |
| 60 | TA: | Ok.  Let me find the headset, okay?  Hold on. |
| 61 | JB: | No, that's better.  Whatever you're doing…now I can hear you. |
| 62 | TA: | Ok, well I've got it right up to my mouth. |
| 63 | JB: | Ok, well that's [OV] |
| 64 | TA: | He called me at 6 o'clock this morning yelling at me about |
| 65 | | everything. [00:05:00] So finally I'm like, "You need to talk to |
| 66 | | Meredith. I can't explain it like she can."  So, he finally spoke to |
| 67 | | her then he called me back and told me we were a shit show and that |
| 68 | | we better get our shit together.  And so, we've got everything |
| 69 | | straight. |
| 70 | JB: | Well, no!  We don't have everything straight cause literally the |
| 71 | | Judge said [OV] that |
| 72 | TA: | Well, we do…I know. |

73  JB:  it was unacceptable to try to claim this and that – but it doesn't
74       matter because the Judge made a ruling that it isn't gonna be
75       enforceable because he's ordering me to do something that I don't
76       have the ability to do.

77  TA:  Exactly.

78  JB:  Cause I don't control the funds.

79  TA:  Right.

80  JB:  So…that would just be another, another fight.

81  TA:  Right.

82  JB:  My main point is that you guys are doing things and not properly
83       explaining them to the people that need to have them explained to.

84  TA:  Ok, I know.

85  JB:  Literally me and Bill are in the hearing before arguing with each
86       other.  Because what I'm telling Bill, Bill is saying,[00:06:00]
87       "Well Meredith says that that's not correct."  And what I was telling
88       Bill is I don't control those funds – they've not ever been in my
89       account, they're not given directly to me…that's the bottom line.

90  TA:  Right.

91  JB:  But the Judge doesn't see it that way – the Judge believes that you
92       know, because my name is associated with them that gives the
93       government the right to seize them in violation of the 4th amendment,
94       uh and they just don't. So, uh.. it'll just be one more battle so…

95  TA:  Okay.  Man, it is loud in there today.

96  JB:  Right. And apparently, there's a board of directors for this
97       501(c)(3)?  Who's on it?  I don't even know.  Apparently Meredith is
98       on it.

99  TA:  Me, you and Meredith.

100 JB:  Who?

101 TA:  You and I and Meredith.

102 JB:  Oh, well I didn't know that.

103 TA:  I know, Jeremy.  We've had to do things --- I can never [UI] it's not
104      like I can pick up the phone and talk to you. [00:07:00] I haven't
105      been able to communicate with you.

106 JB:  Well, you can send me text messages on the kiosk?

107 TA:  I know…I'm just I'm gonna tell you..

108 JB:  At any time of the day.

109 TA:  I'm very, very overwhelmed right now.

110

111    [END TAPE]