U.S. District Court
Middle District of Florida
Tampa Division

**GOVERNMENT EXHIBIT**

Exhibit No.: 19C

Case No.: 8:21-cr-348-SCB-SPF

UNITED STATES OF AMERICA

vs.

JEREMY BROWN

Date Identified: 03/25/22

Date Admitted: 03/25/22

1  **Case:** 21-cr-348-SCB-SPF

2  **Case Agent:** TFO Lindsey

3  **Date:** 01/24/22

4  **PARTICIPANTS:**

5  JB: Jeremy Michael Brown

6  TA:  Tylene Aldridge

7  **TRASLATION KEY:**

8  UI: UNINTELLIGIBLE

9  IA: IAUDIBLE

10 PH: PHONETIC

11 SC: SIMULTANEOUS CONVERSATION

12 OV: OVERLAPPING VOICES

13 []: NOISE NOTATIONS OR TRANSLATOR'S NOTES

14 RC: RECORDED MESSAGE

15 

16 1D#, Session 1643054590_363_13_167_732

17 [BEGIN TAPE]

18 6:03 to 8:02

19 [00:06:03]

20 TA:  What, so I need to prepare for is financially.  So, as far as your
21      [OV] truck

22 JB:  What is there to prepare for? You have money and you spend money on
23      things.

24 TA:  Oh, ok but once I'm not getting a paycheck anymore I'm gonna have
25      your truck payment, the trailer payment.  If I didn't have those two,
26      I'd be fine but I'm gonna have to figure out financially how I'm
27      gonna do that.

28 JB:  Um, that's easy [OV]

29 TA:  Without digging, without dipping into my 401[OV]

30 JB:  Take the money that we have and you spend it on things.

31 TA:  I know, but I really don't want to dip into my 401, so…

32 JB:  Well, Tylene, [laughter] what the fuck do you think you have that
33      for? [laughter]

34 TA:  [laughter]

| | | |
|---|---|---|
| 35 | JB: | What do you think it's for? Do you think it's just to go on vacation? |
| 36 | TA: | [laughter] A rainy day. |
| 37 | JB: | Like when you're old that you think that money is just to go on |
| 38 | | vacation when you're old?  No, it's to live on when you no longer |
| 39 | | have a job.  That's what money is for. |
| 40 | TA: | I know.  Okay, well that's what I'll do. |
| 41 | JB: | And that's why y'all need to be raising funds because the funds can |
| 42 | | be used for [00:07:00] living expenses.  It can be used for whatever |
| 43 | | we need it to be. |
| 44 | TA: | Well, we have to follow the non-profit rules and I'm…so..Meredith |
| 45 | | [OV] |
| 46 | JB: | Alright, well if the non-profit rules are set up in a way that we |
| 47 | | can't use the money then I want the non-profit disbanded.  Because |
| 48 | | that's the purpose of the Jeremy Brown defense fund |
| 49 | TA: | Ok, let's talk about this…let's not talk about this over the phone. |
| 50 | JB: | Well, no...what the hell, what the hell did y'all setup? |
| 51 | TA: | We have it figured out. |
| 52 | JB: | I mean I'm already pissed that this was setup without my knowledge |
| 53 | | and now I'm being told |
| 54 | TA: | Well, we didn't want to talk about it over the phone because they |
| 55 | | monitor everything you do [OV] |
| 56 | JB: | Well, it doesn't matter.  Why didn't you tell Bill to tell me?  I |
| 57 | | mean… |
| 58 | TA: | I told Bill.  I don't know why he didn't tell you. |
| 59 | JB: | Now you're telling me that they that the money that's being raised |
| 60 | | for me has been set up in something that I can't use. |
| 61 | TA: | I'm not saying that, Jeremy.  Let's not talk about this…I'll, I'll |
| 62 | | [00:08:00] you can communicate with Bill about all this. |

67  [END TAPE]