U.S. District Court
Middle District of Florida
Tampa Division

**GOVERNMENT EXHIBIT**

**Exhibit No.:** 19D

Case No.: 8:21-cr-348-SCB-SPF

UNITED STATES OF AMERICA

vs.

JEREMY BROWN

Date Identified: 03/25/22

Date Admitted: 03/25/22

1  **Case:** 21-cr-348-SCB-SPF

2  **Case Agent:** TFO Lindsey

3  **Date:** 01/29/22

4  **PARTICIPANTS:**

5  JB: Jeremy Michael Brown

6  TA:  Tylene Aldridge

7  **TRASLATION KEY:**

8  UI: UNINTELLIGIBLE

9  IA: IAUDIBLE

10 PH: PHONETIC

11 SC: SIMULTANEOUS CONVERSATION

12 OV: OVERLAPPING VOICES

13 []: NOISE NOTATIONS OR TRANSLATOR'S NOTES

14 RC: RECORDED MESSAGE

15 

16 1D#, Session 1643509875_363_12_186_545

17 [BEGIN TAPE]

18 16:35 to 16:51; 24:55-26:00

19 [00:16:35]

20 TA:  Ok, you want us to invite him to come down to speak?

21 JB:  Yeah, I would call him and ask him if he would be willing to come to
22      the rally and speak.  We'll you know, uh…we should have the funds out
23      of our defense funds to pay for his travel.

24 [00:24:55]

25 JB:  We need to figure out a way to pay the team.  This is the third
26      period coming up.

27 TA:  Ok, listen to me.  Stop talking right now.  We're dealing with a non-
28      profit and voting and everything so just leave that for another
29      conversation, okay?

30 JB:  Alright, well the people deserve [OV]

31 TA:  Listen to me.  Don't talk about that over the phone because we've got
32      it handled.

33 JB:  Why?  It's not illegal.  I'm just saying, I want everybody to be
34      paid.

35  TA: Ok.

36  JB: So my vote is to pay the people what we said that we were gonna pay
37      them because they deserve it.

38  TA: Ok, ok.

39  JB: So, all I'm saying that it needs to be…whatever y'all are doing out
40      there that needs to be made done.

41  TA: I know.  We got your recommendation.

42  JB: The U.S. government has not sued the non-profit.  When they do then
43      worry about that.  Until then conduct business [OV]

44  TA: Okay.

45  JB: the way it's meant to be conducted.

46  TA: Alright, I got your recommendation.  Got it.  Alright, what else?

47  JB: This will be the third period coming up here.

48  TA: Ok, what else?

49  JB: So, if you need me to do [recording: you have one minute]

50  [END TAPE]