U.S. District Court
Middle District of Florida
Tampa Division

## GOVERNMENT EXHIBIT

Exhibit No.:_____19E_____

Case No.: 8:21-cr-348-SCB-SPF

UNITED STATES OF AMERICA

vs.

JEREMY BROWN

Date Identified:_____03/25/22_____

Date Admitted:_____03/25/22_____

1   **Case:** 21-cr-348-SCB-SPF

2   **Case Agent:** TFO Lindsey, SA Hill

3   **Date:** 02/08/22

4   **PARTICIPANTS:**

5   JB: Jeremy Michael Brown

6   TA:  Tylene Aldridge

7   **TRASLATION KEY:**

8   UI: UNINTELLIGIBLE

9   IA: IAUDIBLE

10  PH: PHONETIC

11  SC: SIMULTANEOUS CONVERSATION

12  OV: OVERLAPPING VOICES

13  []: NOISE NOTATIONS OR TRANSLATOR'S NOTES

14  RC: RECORDED MESSAGE

15

16  1D#, Session 1644373886_363_13_171_377

17  [BEGIN TAPE]

18  10:57 to 11:16

19  [00:10:57]

20  TA:  I just finished [OV]

21  JB:  Ask Jeff to do it.

22  TA:  everything I needed to do with, with my other attorney so I just
23       finished all of that today.  So now I will get [OV] working on…

24  JB:  What other attorney?

25  TA:  My, my angel [UI]  I will get on that tomorrow, ok?

26  JB:  Alright, I'm just saying we're running out of time here.

27   [END TAPE]