U.S. District Court
Middle District of Florida
Tampa Division

**GOVERNMENT EXHIBIT**

**Exhibit No.:** 19F

Case No.: 8:21-cr-348-SCB-SPF

UNITED STATES OF AMERICA

vs.

JEREMY BROWN

Date Identified: 03/25/22

Date Admitted: 03/25/22

**Case:** 21-cr-348-SCB-SPF

**Case Agent:** TFO Lindsey, SA Hill

**Date:** 02/09/22

**PARTICIPANTS:**

JB: Jeremy Michael Brown

TA:  Tylene Aldridge

**TRASLATION KEY:**

UI: UNINTELLIGIBLE

IA: IAUDIBLE

PH: PHONETIC

SC: SIMULTANEOUS CONVERSATION

OV: OVERLAPPING VOICES

[]: NOISE NOTATIONS OR TRANSLATOR'S NOTES

RC: RECORDED MESSAGE

---

1D#, Session 1644457614_363_12_185_628

[BEGIN TAPE]

10:10 to 11:07

[00:10:10]

TA: Um, well I got all my stuff done that I've been doing with my angel so that's all good.

JB: Oh, so that was the good news? Oh, um [OV] so Bill had her letter [laughter] which I was like, "I like her already and I haven't even met her. [OV]

TA: Did he, oh [OV]

JB: He read me the letter to the Judge cause apparently, um they filed claiming they're gonna hold me in contempt or whatever.  Like okay…

TA: Um-hum.

JB: What are you gonna do?  Poke me in the eye?  I mean…I'm in maximum security [laughter] jail because

TA: Um-hum.

JB: of you, Sir.

TA: Um-hum.  What are they gonna do?  Garnish your wages? [laughter]

```
34  JB:   Ah, yeah. [chuckles]  Oh, yeah, they definitely don't like that—they,
35        they, they've made numerous mentions of how I'm unemployed.  I like
36        to call it retired, but hey.  You know what the..[laughter]

37  TA:   [laughter]

38  JB:   What's adjectives between friends? Um…

39  TA:   [chuckles]

40  [END TAPE]
```