U.S. District Court
Middle District of Florida
Tampa Division

**GOVERNMENT EXHIBIT**

**Exhibit No.:** 19G

Case No.: 8:21-cr-348-SCB-SPF

UNITED STATES OF AMERICA

vs.

JEREMY BROWN

Date Identified: 03/25/22

Date Admitted: 03/25/22

**Case:** 21-cr-348-SCB-SPF

**Case Agent:** TFO Lindsey

**Date:** 02/24/2022

**PARTICIPANTS:**

JB: Jeremy Brown

TA:  Tylene Aldridge

**TRASLATION KEY:**

UI: UNINTELLIGIBLE

IA: IAUDIBLE

PH: PHONETIC

SC: SIMULTANEOUS CONVERSATION

OV: OVERLAPPING VOICES

[]: NOISE NOTATIONS OR TRANSLATOR'S NOTES

RC: RECORDED MESSAGE

---

1D#, Session 1645726163_363_164_197

[BEGIN TAPE]

10:34 to 17:43

[00:10:34]

JB: I want you to look up -- go to Gainesville Coins and I want you to look up the current price of one ounce American Gold Eagle -- Gold American Eagle and give me that number.

TA: Okay…hold on a minute. [00:11:00] Ok, you said one ounce American Eagle?

JB: Yeah, Gold American Eagle.  It should be under the Gold Coin Tab.

TA: Okay…half-ounce, half-ounce, half-ounce, one ounce? $2,013.70.

JB: Say again?

TA: 2000 – well, there's two of them here – it's two different ones.

JB: No, there's only one.

TA: Hold on – let me look down a little bit further down.

JB: Alright, are you talking to me? Or are you mumbling to yourself?

TA: Yes, yes.  Okay, I've got the one ounce American Gold Eagle and it says dates of our choice then there's a 2022 one ounce. [OV]

| | | |
|---|---|---|
| 34 | JB: | Whichever ones cheaper.  The dates don't matter.[00:12:00] |
| 35 | TA: | Ok, the cheapest one is $2008.87. |
| 36 | JB: | $8.00? |
| 37 | TA: | Two thousand – 2-0-0-8.87 [spells out] |
| 38 | JB: | Alright.  Now, go to uh – Silver American Eagle. |
| 39 | TA: | One ounce? |
| 40 | JB: | Yeah. |
| 41 | TA: | Okay…2022…Silver American Eagle…one ounce. |
| 42 | JB: | Hello? |
| 43 | TA: | Hold on, I'm just making sure I've got the right thing here.  One |
| 44 | | ounce American Silver Eagle [UI] – $33.88. |
| 45 | JB: | How much? |
| 46 | TA: | Thirty-three dollars and 88 cents. |
| 47 | JB: | $33.88? [00:13:00] |
| 48 | TA: | Yeah. |
| 49 | JB: | Okay, now I want you to divide 2008.87 by 33.88 and tell me what you |
| 50 | | come up with. |
| 51 | TA: | Hold on, let me use my phone – hold on. |
| 52 | TA: | 59.29. |
| 53 | JB: | 59? |
| 54 | TA: | Uh-huh. |
| 55 | JB: | Okay.  Alright, now I want you to go CNBC.com and tell me what the |
| 56 | | market is at. |
| 57 | TA: | CNBC… |
| 58 | JB: | The Dow Jones.  Or just type in Dow Jones and it'll probably come up |
| 59 | | onto some screen that gives you the current... |
| 60 | TA: | Ok, now do what?  I'm on CNBC. |
| 61 | JB: | I wanna know what the Dow Jones is currently trading at. |
| 62 | TA: | Um…hum.  That's the DJIA? |
| 63 | JB: | Yeah. |
| 64 | TA: | DJIA is um…it says 32,479.31 |
| 65 | JB: | 32,479? |
| 66 | TA: | 479.31 |

| | | |
|---|---|---|
| 67 | JB: | How much is it down today? |
| 68 | TA: | 1.97. |
| 69 | JB: | No, points. |
| 70 | TA: | Oh.  -652.45 |
| 71 | JB: | Okay.  Now I want you to listen to me and I want you to listen very |
| 72 | | closely.  Do not argue with me [OV] |
| 73 | TA: | Wait, let me get my |
| 74 | JB: | and do not give me any bullshit. |
| 75 | TA: | Ok. [00:15:00] |
| 76 | JB: | Are you ready? |
| 77 | TA: | Yes. |
| 78 | JB: | So, you know Russia invaded Ukraine last night. |
| 79 | TA: | Yes. |
| 80 | JB: | Well, they started it last night but now they're actually moving |
| 81 | | fully into, into Ukraine. |
| 82 | TA: | Yes, I've been watching it. Yep. |
| 83 | JB: | On what? |
| 84 | TA: | On um…on everything. On One American News, on Fox. |
| 85 | JB: | Alright, so…I want you to 1) All the additional cash that we have |
| 86 | | short of the money necessary to pay for bills |
| 87 | TA: | Uh huh. |
| 88 | JB: | need to put an order in now.  Okay? |
| 89 | TA: | Ok. |
| 90 | JB: | For any assets that are under government scrutiny they should be |
| 91 | | purchased in American Eagles.  Any assets that are ours solely, yours |
| 92 | | or mine |
| 93 | TA: | [00:16:00] Wait…hold on a second.  American Eagle…gold or silver? |
| 94 | JB: | Just listen to me, Tylene. |
| 95 | TA: | Okay, go… |
| 96 | JB: | You don't need to write this down because this is exactly what we've |
| 97 | | always done our whole life, but what I'm telling you is that gold has |
| 98 | | spiked almost $150 in the last month.  Alright. |
| 99 | TA: | Um-hum. |
| 100 | JB: | Because bad things are happening, okay? |

101  TA:  Um-hum.

102  JB:  So, every dollar that you have or that exists within the realm of our
103       influence, or your influence or whoever else's influence – if it's
104       under the court's scrutiny at this present time needs to be converted
105       into American Eagles. Okay?

106  TA:  Okay.

107  JB:  Everything else needs to be converted into the cheapest product that
108       you can find. [00:17:00] And all you do is calculate the price of
109       that item – or just use the item that I've been using, alright? You
110       have those lists. Alright – the three products.

111  TA:  Yeah.

112  JB:  Okay.

113  TA:  Um-hum.

114  JB:  Do you understand what I'm saying?

115  TA:  Yeah.

116  JB:  Alright. That needs to be done immediately.

117  TA:  Okay.

118  JB:  Alright. Literally gold is up over yesterday significantly.

119  TA:  Yeah.

120  JB:  Because we're in – we're going into hyperinflation and so if you just
121       leave it there sitting as money you're gonna lose your ass, okay?

122  TA:  Okay. Um-hum.

123  [END TAPE]