U.S. District Court
Middle District of Florida
Tampa Division

**GOVERNMENT EXHIBIT**

Exhibit No.: 19H

Case No.: 8:21-cr-348-SCB-SPF

UNITED STATES OF AMERICA

vs.

JEREMY BROWN

Date Identified: 03/25/22

Date Admitted: 03/25/22

1  **Case:** 21-cr-348-SCB-SPF
2  **Case Agent:** TFO Lindsey
3  **Date:** 03/06/2022
4  **PARTICIPANTS:**
5  JB: Jeremy Michael Brown
6  TA: Tylene Aldridge
7  **TRASLATION KEY:**
8  UI: UNINTELLIGIBLE
9  IA: IAUDIBLE
10 PH: PHONETIC
11 SC: SIMULTANEOUS CONVERSATION
12 OV: OVERLAPPING VOICES
13 []: NOISE NOTATIONS OR TRANSLATOR'S NOTES
14 RC: RECORDED MESSAGE
15
16 1D#, Session 03-06-22
17 [BEGIN TAPE]
18 30:52-35:02
19 TA: I need to know if we need to do what we said we're going to do with
20     Bill so that this hearing gets canceled on the 25th.  Is
21     that..?[00:31:00]
22 JB: All the plans that I came up with, I would like them to be executed
23     the way that I said I want them executed.
24 TA: Okay.
25 JB: Because no one else is coming up with any plans.
26 TA: Okay.
27 JB: Everyone else is sitting on their hands [OV] making excuses and not
28     doing anything.
29 TA: I've asked Bill to send me an invoice and he hasn't done it.
30 JB: Cause he doesn't send you the invoice.  Why would he send you an
31     invoice?
32 TA: If we're gonna do the plan I need it.
33 JB: No. It…it…aw God.

| | | |
|---|---|---|
| 34 | TA: | Then I'm confused. |
| 35-36 | JB: | Yes, apparently everyone is confused. But there's nothing I can do about that. |
| 37-39 | TA: | Okay, well Bill discussed it with Chris, so I'm gonna talk to Chris because clearly I'm not understanding it right. The way he explained it to me [OV]I don't understand. [00:32:00] |
| 40-41 | JB: | Okay, here – I will explain it.  The entire issue with the money is a reimbursement to the government for what Bill is charging them. |
| 42 | TA: | Right. |
| 43 | JB: | Bill is authorized by law to charge up to $12,700 or so. |
| 44 | TA: | Uh-huh. |
| 45-46 | JB: | Okay?  That's what the Judge said.  That's why he said, "Well, then we're going to take $1200, or $12,000 from Mr. Brown." |
| 47 | TA: | Right…I don't understand that. |
| 48-52 | JB: | in lieu of Bill submitting an invoice to the government, okay?  So there the Judge stated that the maximum amount is $12,000 which is why he said $12,000.  Bill said, "I don't know. [00:33:00] Maybe $7,000.  I haven't prepared an invoice yet."  That's what he said in court. |
| 53 | TA: | Okay, I didn't know that. |
| 54 | JB: | Alright. |
| 55 | TA: | Okay. |
| 56-61 | JB: | I told Bill this can all go away by you simply -- I remove you as my CJA counsel, you send an invoice to the government for $1.00.  I'll pay you or the government $1.00 and then this will all go away. Then we can file an appeal to the ruling that we even owed the $1.00 on the grounds that he violates the 4th amendment, that he violates the 6th amendment. |
| 62 | TA: | Okay. |
| 63-64 | JB: | and then we simply pay Bill what his time has been worth so he doesn't lose out on what he's worked. |
| 65 | TA: | Right, so I asked Bill to tell me what that amount is. |
| 66-68 | JB: | [00:34:00] Well, he doesn't know yet cause he hasn't calculated the invoice.  But it doesn't matter, it's going to be less than $12,000 of which the Judge is already trying to make us pay |
| 69 | TA: | Right…okay. |
| 70-71 | JB: | which he can't do.  This is nothing but sticking a finger in their eye.  Okay, you want to play games – and I told Bill, "You have the |

| | | |
|---|---|---|
| 72 | | opportunity to be the most popular defense attorney in America by |
| 73 | | sticking this in the government's eye and showing that this case is a |
| 74 | | travesty and that because it's such a travesty you're willing to do |
| 75 | | this. |
| 76 | TA: | Right. |
| 77 | JB: | That was the plan. |
| 78 | TA: | Okay. |
| 79 | JB: | Now how it got so confused and discombobulated between here and |
| 80 | | there, I don't know. |
| 81 | TA: | 5 minutes. |
| 82 | JB: | [Heavy sigh] Once again. I have to come up with ways around all this |
| 83 | | stuff cause everyone is paralyzed [00:35:00] by the inability to do |
| 84 | | anything. |
| 85 | | [END TAPE] |