# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:21-cr-348-SCB-SPF

JONATHAN WAINWRIGHT,

      Defendant.
_____/

## O R D E R

**UPON DUE CONSIDERATION**, Defendant Jeremy Brown's *pro se* Motion for Leave to Deposit Funds Under Objections and Freeze Into Court Registry to Comply With Magistrate's Order (Doc. 147) is **STRICKEN**. Pursuant to Local Rule 2.02(b)(3), if a lawyer represents a person in an action, the person can appear through the lawyer only. As such, the Clerk is directed to return the Motion to Defendant along with a copy of this order.

**DONE AND ORDERED** at Tampa, Florida, this 4th day of April 6, 2022.

_____
SUSAN C. BUCKLEW
United States District Judge

**Copy furnished to:**
Jeremy Brown