UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

    v.                                CASE NO. 8:21-cr-348-SCB-SPF

JEREMY BROWN

## UNITED STATES' RESPONSE TO NON-PARTY TYLENE ALDRIDGE'S MOTION FOR RETURN OF FIREARM

Non-party Tylene Aldridge filed a motion for return of a Daniel Defense rifle (serial # DD5024944) that she had purchased on September 4, 2021. The firearm at issue was validly seized in connection with a search warrant that was executed at Ms. Aldridge and Defendant Jeremy Brown's shared residence on September 30, 2021.

In accordance with its policies and procedures governing the return of firearms validly seized pursuant to a search warrant, the FBI returned Ms. Aldridge's firearm to her on April 11, 2022, at her residence. *See* Exhibit A, Receipt for Property Returned.

Accordingly, because the United States has already provided the requested relief sought in Ms. Aldridge's motion, the United States respectfully requests that the Court dismiss her motion as moot.

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By:  /s/ Risha Asokan
Risha Asokan
Assistant United States Attorney
Florida Bar No. 1003398
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone:  (813) 274-6000
Facsimile:   (813) 274-6358
E-mail:       risha.asokan2@usdoj.gov

U.S. v. Jeremy BrownCase No. 8:21-cr-348-SCB-SPF

## CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2022, a true and correct copy of the foregoing document and the notice of electronic filing were sent by United States Mail to the following non-CM/ECF participant(s):

Tylene Aldridge
4804 10th Ave. S.
Tampa, Florida 33619

/s/ Risha Asokan
Risha Asokan
Assistant United States Attorney
Florida Bar No. 1003398
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone:  (813) 274-6000
Facsimile:  (813) 274-6358
E-mail:  risha.asokan2@usdoj.gov