# Exhibit A

FD-597 (Rev 8-11-94)                                                                Page 1 of 1

## UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # _____

On (date) 4/11/2022  2:16 pm

item(s) listed below were:
- ☐ Received From
- ☒ Returned To
- ☐ Released To
- ☐ Seized

(Name) Tylene Aldridge
(Street Address) _____
(City) _____

Description of Item(s):

#8A  1B43 - Daniel Defense Rifle Model DDM4, S/N DD5024944
#8B  1B44 - Gun Case

Received By: _Tylene Aldridge_ (Signature)  
Received From: _Brett Lindsey_ TFA (Signature)