UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:21-cr-348-SCB-SPF

JEREMY BROWN

## NOTICE OF APPEARANCE

The United States of America, by Roger B. Handberg, United States Attorney for the Middle District of Florida, files this Notice of Appearance of the undersigned as counsel for the United States in the above-captioned case.

Assistant United States Attorney Daniel J. Marcet has been assigned as co-counsel in this case.   Please forward all materials in this case to both counsel and co-counsel from this date forward.

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By:  s/ Daniel J. Marcet
Daniel J. Marcet
Assistant United States Attorney
Florida Bar No. 0114104
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Daniel.Marcet@usdoj.gov

U.S. v. JEREMY BROWN                    Case No. 8:21-cr-348-SCB-SPF

## CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

    William Sansone, Esq.

                      *s/ Daniel J. Marcet*
                      Daniel J. Marcet
                      Assistant United States Attorney
                      Florida Bar No. 0114104
                      400 N. Tampa St., Ste. 3200
                      Tampa, FL 33602-4798
                      Telephone: (813) 274-6000
                      Facsimile: (813) 274-6358
                      E-mail: Daniel.Marcet@usdoj.gov