UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

    *Plaintiff,*

vs.                                            Case No.: 8:21-CR-348-SCB-SPF

JEREMY BROWN

    *Defendant.*
_____/

## NOTICE OF APPEARANCE

**COMES NOW**, ROGER FUTERMAN, Attorney for the Defendant, and hereby enters this Notice of Appearance on behalf of Jeremy Brown, in the above styled cause.

The Clerk is requested to enter the appearance of the undersigned attorney as counsel for the Defendant.

Dated 4/19/2022

ROGER FUTERMAN, ESQUIRE

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the original of the foregoing has been furnished by Electronic Filing the Clerk of Court, and that e-mail notification of this filing will be sent to all interested persons on this 19 day of April, 2022.

ROGER FUTERMAN, ESQUIRE
Roger D. Futerman & Associates
13620 49th Street North
Clearwater, FL 33762
(727) 344-5511, Fax (727) 561-7454
FBN 0149179
Attorney for Defendant
futermanlaw@yahoo.com