UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

    *Plaintiff,*

vs.                                          Case No.: 8:21-CR-348-SCB-SPF

JEREMY BROWN

    *Defendant.*
_____/

## MOTION TO ALLOW SUBSTITUTION OF COUNSEL

The DEFENDANT, Jeremy Brown, respectfully requests this Honorable Court that Roger Futerman be allowed to substitute for court appointed counsel. Mr. Futerman has been privately retained by friends of the Defendant. Mr. Sansone has been contacted and is graciously preparing a copy of Discovery for Mr. Futerman.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the original of the foregoing has been furnished by Electronic Filing the Clerk of Court, and that e-mail notification of this filing will be sent to all interested persons on this __17__ day of April, 2022.

*/s/ Roger Futerman*
ROGER FUTERMAN, ESQUIRE
Roger D. Futerman & Associates
13620 49th Street North
Clearwater, FL 33762
(727) 344-5511, Fax (727) 561-7454
FBN 0149179
Attorney for Defendant
futermanlaw@yahoo.com