UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

    *Plaintiff,*

vs.                                    Case No.: 8:21-CR-348-SCB-SPF

JEREMY BROWN

    *Defendant.*
_____/

## WAIVER OF ARRAIGNMENT AND ENTRY OF NOT GUILTY PLEA

Pursuant to Rule 10(b), the Defendant, JEREMY BROWN, hereby waives his rights to be present at his upcoming arraignment on the Superseding Indictment herein and enter a plea of not guilty to the charges. The defendant has received a copy of the Superseding Indictment.

Defendant gave permission to
electronically sign his signature.
/x/ *Jeremy Brown*
_____

Jeremy Brown
Defendant
Date: 4/19/2022

Roger Futerman
Counsel for defendant
Date: 4/19/2022

## REQUEST TO PARTICIPATE IN DISCOVERY

Defendant, Jeremy Brown, by and through undersigned counsel requests to participate in discovery pursuant to the Federal Rules of Criminal Procedures.

Respectfully Submitted,

ROGER D. FUTERMAN
Counsel for the Defendant

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April _19_, 2022 I electronically filed the following with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to counsel for all parties.

ROGER FUTERMAN, ESQUIRE
Roger D. Futerman & Associates
13620 49th Street North
Clearwater, FL 33762
(727) 344-5511, Fax (727) 561-7454
FBN 149179
Attorney for Defendant
futermanlaw@yahoo.com