**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA**

vs.                                                     Case No: 8:21-CR-348-SCB-SPF

**JEREMY BROWN**
_____/

### NOTICE OF APPEARANCE AS CO-COUNSEL

**COMES NOW**, MELISSA LOESCH, Attorney for the Defendant, and hereby enters this Notice of Appearance as Co-Counsel on behalf of Jeremy Brown in the above styled cause. The Clerk is requested to enter the appearance of the undersigned attorney as co-counsel for the Defendant.

Dated 4/20/22

Melissa Loesch

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the original of the foregoing has been furnished by Electronic Filing the Clerk of Court, and that e-mail notification of this filing will be sent to all interested persons on this 20 day of April, 2022.

MELISSA LOESCH
Fla. Bar No. 884251
Roger Futerman & Associates
13620 49th Street North,
Clearwater, Florida 33762
(727) 344-5511
Attorneys for the Defendant
futermanlaw@yahoo.com