UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

    *Plaintiff,*

vs.                                       Case No.: 8:21-CR-348-SCB-SPF

JEREMY BROWN

    *Defendant.*
_____/

## NOTICE OF FILING ACKNOWLEDGEMENT
## TO PROTECTIVE ORDER GOVERNING DISCOVERY

Pursuant to (Doc.99) Protective Order Governing Discovery dated February 2nd, 2022 please see attached Acknowledgement for Defense Attorneys Roger Futerman and Melissa Loesch.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April __28__, 2022 I electronically filed the following with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to counsel for all parties.

                                                   ROGER FUTERMAN, ESQUIRE
                                                   Roger D. Futerman & Associates
                                                   13620 49th Street North
                                                   Clearwater, FL  33762
                                                   (727) 344-5511, Fax (727) 561-7454
                                                   FBN 149179
                                                   Attorney for Defendant
                                                   futermanlaw@yahoo.com