UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO: 8:21-CR-348-SCB-SPF

JEREMY BROWN
_____/

**O R D E R**

Pursuant to the order of the Court (Doc. 97), Defendant Jeremy Brown deposited $12,300 into the registry of the Court to repay the CJA fund for the services of Brown's court-appointed attorney William Sansone. Mr. Sansone represented Defendant Brown from October 1, 2021, to April 19, 2022, when Defendant Brown retained the services of private counsel. (Doc. 165)

Mr. Sansone has submitted a CJA voucher requesting payment for his services. The request for payment substantially exceeds the $12,300 currently in the Court's registry. The Court has determined that the CJA voucher is fair and reasonable and has approved the payment thereof.

Accordingly, the Clerk is directed to transfer the $12,300 currently being held in the registry account into CJA funds to be disbursed as payment to William Sansone, Defendant Jeremy Brown's court-appointed attorney.

**DONE AND ORDERED** at Tampa, Florida, this 29th day of June 2022.

_/s/ Susan C. Bucklew_
SUSAN C. BUCKLEW
United States District Judge