## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

### CLERK'S MINUTES

| | |
|---|---|
| **CASE NO.:**  8:21-cr-348-SCB-SPF | **DATE:**  July 20, 2022 |
| **HONORABLE SUSAN C. BUCKLEW** | **INTERPRETER:** N/A |
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**JEREMY BROWN** | **GOVERNMENT'S COUNSEL:**<br>Daniel J. Marcet, AUSA<br><br>**DEFENDANT'S COUNSEL:**<br>Roger Futerman (Retained) |
| **COURT REPORTER:**  Rebekah Lockwood | **COURTROOM:** 10B *via* Zoom |
| **TIME:** 9:53 A.M. – 10:07 A.M. | **TOTAL:** 14 Minutes |
| **DEPUTY CLERK:** Charmaine A. Black | |

**PROCEEDING: ZOOM STATUS CONFERENCE**

Counsels are present *via* Zoom video conference and identified for the record.

Defendant Brown is also present *via* Zoom.

Security clearances have not yet been completed.

The Court might consider severing out some of the counts and proceed to trial on the remaining counts.

Estimated length of trial: 4 days.

For the reasons articulated on the record, the Court finds, pursuant to 18 U.S.C. §3161(h)(7)(A), that the ends of justice served by the granting of a continuance outweigh the best interests of the public and the defendant in a speedy trial; and the period of delay resulting from this continuance shall be excludable.

A Date Certain Trial is scheduled for Monday, October 3, 2022.

A Zoom status conference is set for Wednesday, September 21, 2022, at 9:00 A.M.