UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                              CASE NO. 8:21-cr-348-SCB-SPF

JEREMY BROWN

## NOTICE OF APPEARANCE

The United States of America, by Roger B. Handberg, United States Attorney for the Middle District of Florida, files this Notice of Appearance of the undersigned as counsel for the United States in the above-captioned case.

Trial Attorney Menno Goedman has been assigned as co-counsel in this case. Please forward all materials in this case to both counsel and co-counsel from this date forward.

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By:    /s/ *Menno Goedman*
        Menno Goedman
        Trial Attorney
        National Security Division
        U.S. Department of Justice
        950 Pennsylvania Ave. NW
        Washington, D.C. 20530
        Telephone: (202) 514-2147
        E-mail: Menno.Goedman@usdoj.gov

2

U.S. v. Jeremy Brown                                    Case No. 8:21-cr-348-SCB-SPF

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Roger Futerman, Esq.

>  /s/ Menno Goedman
> Menno Goedman
> Trial Attorney
> National Security Division
> U.S. Department of Justice
> 950 Pennsylvania Ave. NW
> Washington, D.C. 20530
> Telephone: (202) 514-2147
> E-mail: Menno.Goedman@usdoj.gov