# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No.: 8:21-CR-348-T-SCB-SPF |
| v. ) | |
| ) | |
| JEREMY BROWN ) | |

## JOINT MOTION TO CONTINUE TRIAL BY ONE WEEK

The parties, by and through the undersigned Assistant United States Attorney, hereby files this Motion to Continue Trial by One Week, and in support thereof, state as follows.

1.  The Defendant is charged by Superseding Indictment with two counts of possessing unregistered firearms and two counts of possession of unregistered explosive devices, in violation of 26 U.S.C. §§ 5861(d) and 5871; improper storage of grenades, in violation of 18 U.S.C. §§ 842(j) and 844(b); and four counts of unauthorized retention of national defense information, in violation of 18 U.S.C. § 793(e). Doc. 159.

2.  After the July 20, 2022 status conference, the Court entered an order scheduling a Date Certain Jury Trial for October 3, 2022, at 9:00 a.m.

3.  At least three essential witnesses for the United States are on pre-paid family vacation during the week of October 3, and are not available to testify during that week.[1] These witnesses are: the FBI Task Force Officer who recovered most of

---

[1] The undersigned AUSA apologizes for not raising this to the Court's attention at the status conference. The undersigned AUSA did not understand that the Court had intended to set a date-certain trial, and had not yet confirmed witness availability through October of 2022.

the relevant evidence in this case; the FBI forensic examiner who determined that the Defendant's grenades were, in fact, grenades; and the FBI DNA analyst who identified the Defendant's DNA on some items seized in this case, but not others. Defense counsel has also stated that he wishes for the DNA analyst to testify at trial.

4. All witnesses on behalf of the United States are available for the weeks of October 10 and 17, 2022. Accordingly, the parties request that the Court continue the trial date in this case by one week, to October 11, 2022.[2]

5. Counsel for the Defendant joins in this Motion.

Respectfully submitted,

By: s/ Daniel J. Marcet
Daniel J. Marcet
Assistant United States Attorney
Florida Bar No. 0114104
400 N. Tampa St., Suite 3200, Tampa, FL
Daniel.Marcet@usdoj.gov | (813) 274-6028

---

[2] October 10, 2022, is the Columbus Day holiday.

**U.S. v. Jeremy Brown**  Case No. 8:21-CR-348-T-SCB-SPF

## CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Roger Futerman, Esq.

By:   s/ Daniel J. Marcet
Daniel J. Marcet
Assistant United States Attorney
Florida Bar No. 0114104
400 N. Tampa St., Suite 3200, Tampa, FL
Daniel.Marcet@usdoj.gov | (813) 274-6028