

**DEPARTMENT OF THE ARMY**
U.S ARMY HUMAN RESOURCES COMMAND
1600 SPEARHEAD DIVISION AVENUE
FORT KNOX, KY 40122

April 7, 2022

## STATEMENT OF FREDERICK W. DRUMM

I am a Freedom of Information and Privacy Act Government Information Specialist with the U.S. Army Human Resources Command. In such position, I have access to the Official Military Personnel File (OMPF) of Army personnel. Such files are maintained in the ordinary course of the government's operation. These files include the OMPF of **Jeremy Michael Brown**.

Under the provisions of the Freedom of Information and Privacy Acts, I have provided one (1) copy of documents from the Official Military Personnel File of **Jeremy Michael Brown**, consisting of (161) pages. I certify that these are true and correct copies of documents contained in the OMPF.

I declare under penalty of perjury that the above is true and correct.

The foregoing statement was executed on the 6th day of April 2022.

**ON BEHALF OF THE ARMY HUMAN RESOURCES COMMAND**

Frederick W. Drumm
Government Information Specialist

DISC-09820