UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

Case No.: 8:21-cr-348-SCB-SPF

v.

JEREMY BROWN

### UNITED STATES' NOTICE OF INTENT TO INTRODUCE RECORDS OF A REGULARLY CONDUCTED ACTIVITY

The United States of America, by and through the undersigned Assistant United States Attorney, hereby files this Notice of Intent to Introduce Records of a Regularly Conducted Activity, pursuant to Federal Rules of Evidence 803(6) and 902(11). Specifically, the United States intends to introduce trace records relating to two M67 fragmentation grenades, which is located at Bates Numbers 13085 to 13095. A certificate pursuant to Rule 902(11) is attached hereto as Exhibit 1.

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By: /s/ *Daniel J. Marcet*
Daniel J. Marcet, AUSA
Florida Bar No. 0114104
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
E-mail: Daniel.Marcet@usdoj.gov

U.S. v. Jeremy Brown								Case No. 8:21-cr-348-SCB-SPF

## CERTIFICATE OF SERVICE

I hereby certify that on September 2, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Roger Futerman, Esq.

>							*/s/ Daniel J. Marcet*
>							Daniel J. Marcet
>							Assistant United States Attorney
>							Florida Bar No. 0114104
>							400 N. Tampa St., Ste. 3200
>							Tampa, FL 33602-4798
>							Telephone: (813) 274-6000
>							Facsimile: (813) 274-6358
>							E-mail: Daniel.Marcet@usdoj.gov