## BUSINESS RECORDS CERTIFICATE OF AUTHENTICITY

I, __Mark J. Featherston_____,
am employed by the United States Army, Joint Munitions Command, Rock Island Arsenal, Illinois. My official title is __Chief, QAS Division_____

I am familiar with the type of documents and records received, created, and relied upon by the United States Army, Joint Munitions Command, in the ordinary course of its business. I certify that the U.S. Army, Joint Munitions Command, produced business records to the United States Attorney's Office for the Middle District of Florida, to include trace records for the M213 fuze with lot number ME185A009-001 and trace records for the M67 Hand Grenade with lot number MA-11-12F, totaling 11 pages.

I further certify that: A) such records were made, at or near the time of the occurrence of the matters set forth, by (or from information transmitted by) a person with knowledge of those matters; B) such records were kept in the course of a regularly conducted business activity: C) the business activity made such records as a regular practice; and D) if such record is not an original, such record is a duplicate of the original. I certify under penalty of perjury that the foregoing is true and correct.

_____     __16 Sept 2022__
SIGNATURE                              DATE