

SPECIAL OPERATIONS COMMAND CENTRAL
OFFICE OF THE COMMANDER
7115 SOUTH BOUNDARY BOULEVARD
MACDILL AIR FORCE BASE, FLORIDA 33621-5101

29 SEP 2011

TO: MASTER SERGEANT JEREMY M. BROWN, U.S. ARMY

SUBJECT: General Officer Memorandum of Reprimand

REF: (a) AR 600-37

1. This memorandum is delivered to you in accordance with the above reference. Between 30 September 2010 and 29 April 2011, you knowingly and willfully placed approximately 67 unauthorized files on the NIPR shared drive. On 9 September 2011, these files were discovered by the J6 during a data transfer to remove large duplicate music and movies files during the server migration. It was determined that these files contained pornographic photos and videos and that you placed the files on the NIPR shared drive.

2. You have compromised the high standards of personal conduct and exemplary behavior expected of a Senior Noncommissioned Officer and Special Forces. As a Senior Noncommissioned Officer within this command, you are a leader charged with living the Army Values and enforcing policies and standards. Your behavior is inexcusable and incompatible with the maintenance of high standards of performance, military discipline and readiness. You demonstrated extremely poor judgment, a lack of self-discipline, lack of professionalism and set an extremely poor example for all Soldiers. Your misconduct is a discredit to you, your fellow Noncommissioned Officers, and the U.S. Army.

3. This reprimand is imposed as an administrative measure pursuant to AR 600-37 and not as punishment under the Uniform Code of Military Justice. I will wait until you have had an opportunity to respond before deciding whether to file this reprimand in your local unit file or Official Military Personnel File.

4. Acknowledge receipt by signing below and indicate whether you intend to submit additional information on your behalf. Provide this to your chain of command no later than seven days from receipt of this reprimand. Your reply will contain one of the three (3) statements in paragraph 3-6, Army Regulation 600-37, and may contain any written information you would like me to consider.

KENNETH E. TOVO
Brigadier General, U.S. Army
Commanding

DISC-09546

SUBJECT: General Officer Memorandum of Reprimand

I have read and understand the unfavorable information presented against me and I _____ intend/ __✓__ do not intend to submit information on my behalf.

_____  3 Oct 11
Signature                                    Date

2

DISC-09547



**SPECIAL OPERATIONS COMMAND CENTRAL
OFFICE OF THE COMMANDER
7115 SOUTH BOUNDARY BOULEVARD
MACDILL AIR FORCE BASE, FLORIDA 33621-5101**



5 OCT 2011

TO: STAFF JUDGE ADVOCATE, SOCCENT

SUBJECT: Reprimand Filing – MSG Jeremy M. Brown, U.S. ARMY

I have reviewed the matters before me. After careful consideration, I direct that the reprimand be:

[X] Filed in the Soldier's Official Military Personnel File (OMPF). A copy of the reprimand, any matters submitted by the Soldier, and this filing determination will be forwarded to the OMPF in accordance with AR 600-37, Para 3-4b.

[ ] Filed in the Soldier's Local Personnel File. A copy of the reprimand, any matters submitted by the Soldier, and this filing determination will be filed locally in accordance with AR 600-37, paragraph 3-4a for a period of 2 years or reassignment to another general courts-martial jurisdiction, whichever is sooner.

[ ] Rescinded.

KENNETH E. TOVO
Brigadier General, U.S. Army
Commanding

CF:
MSG Brown

DISC-09548