| FD-1023 | FEDERAL BUREAU OF INVESTIGATION<br>CHS REPORTING DOCUMENT |  OFFICIAL RECORD |
|---|---|---|

## HEADER

**Source ID:** ▮▮▮▮▮▮
**Date:** 12/07/2021
**Case Agent Name:** FRANCK, CHRISTOPHER S
**Field Office/Division:** Tampa
**Squad:** SQUAD FIVE

## SOURCE REPORTING

**Date of Contact:** 12/07/2021

**List all present including yourself (do not include the CHS):**
SA Christopher Franck

**Type of Contact:** e-Mail

**Date of Report:** 12/07/2021

**Substantive Case File Number**
▮▮▮▮▮▮

**Check here if additional reporting is in Echo**
No

**Source Reporting:**
On 12/07/2021, an established CHS with excellent access provided the following information:

Jeremy Brown stated during a recent jail house phone interview that "But then the third charge is something that is much more diabolical, and again I won't go into the details. But let's just say things magically appeared that they found in the search warrant."

Due to the vague sketchy way Brown stated that, other patriots are debating what this could be and why he does not want to talk about it. This seems to be holding back support for Brown. The thoughts on this are child porn, and other patriots are thinking its child porn related. During the interview Brown also stated that he is working with other inmates of all economic and racial backgrounds. Brown said the government does not want "us all to work together". Brown is pushing this to gain support.

As of 10/21/2021, Brown's personal fund raiser page has raised $13,205. Many patriot followers refuse to use this fund raiser page out of fear of government retaliation and being placed "on the list", so they are looking for ways to donate directly.

Jeremy Brown fund raiser page:

https://www.givesendgo.com/JeremyBrownDefense

| FD-1023 | | Page 1 of 3 | FEDERAL BUREAU OF INVESTIGATION |
|---|---|---|---|

Exhibit A        DISC-03459