UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

Case No.: 8:21-cr-348-SCB-SPF

v.

JEREMY BROWN

**UNITED STATES' RESPONSE TO DEFENDANT'S MOTION IN LIMINE REGARDING CHILD PORNOGRAPHY**

The United States of America, by and through the undersigned Assistant United States Attorney, hereby files this Response to the Defendant's Motion in Limine #1, regarding child pornography. The United States does not oppose the Defendant's request that the occurrences in the report located at Bates DISC-03459, in which a CHS stated that certain individuals were speculating that the Defendant may have alluded to possessing child pornography during a phone interview, be excluded from evidence at trial.

The undersigned AUSA misunderstood what evidence defense counsel was asking about when asked for a position on this motion, as defense counsel did not provide any citations to the discovery or a copy of the motion. The undersigned AUSA understood defense counsel to be referencing the pornography that is the subject of the United States Notice of Intent to Use Evidence (Doc. 216), which was the only reference to pornography that the undersigned AUSA recalled from the discovery.

The United States does not intend to elicit any testimony or other evidence relating to the CHS's discussions in DISC-03459, and has no objection to a Court

Order to that effect.

          Respectfully submitted,

          ROGER B. HANDBERG
          United States Attorney

By:  */s/ Daniel J. Marcet*
    Daniel J. Marcet, AUSA
    Florida Bar No. 0114104
    400 N. Tampa St., Ste. 3200
    Tampa, FL 33602-4798
    Telephone: (813) 274-6000
    E-mail: Daniel.Marcet@usdoj.gov

**U.S. v. Jeremy Brown**         **Case No. 8:21-cr-348-SCB-SPF**

## CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Roger Futerman, Esq.

          */s/ Daniel J. Marcet*
          Daniel J. Marcet
          Assistant United States Attorney
          Florida Bar No. 0114104
          400 N. Tampa St., Ste. 3200
          Tampa, FL 33602-4798
          Telephone: (813) 274-6000
          Facsimile: (813) 274-6358
          E-mail: Daniel.Marcet@usdoj.gov