UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

Case No.: 8:21-cr-348-SCB-SPF

v.

JEREMY BROWN

## UNITED STATES' NOTICE OF INTENT TO INTRODUCE RECORDS OF A REGULARLY CONDUCTED ACTIVITY

The United States of America, by and through the undersigned Assistant United States Attorney, hereby files this Notice of Intent to Introduce Records of a Regularly Conducted Activity, pursuant to Federal Rules of Evidence 803(6) and 902(11). Specifically, the United States intends to introduce the Defense Information System for Security – Subject Details and Incident History for the Defendant Jeremy Brown, produced in discovery at Bates 12856-12857.   A records certificate is attached hereto as Exhibit 1.

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By:   */s/ Daniel J. Marcet*
Daniel J. Marcet, AUSA
Florida Bar No. 0114104
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
E-mail: Daniel.Marcet@usdoj.gov

U.S. v. Jeremy Brown                                   Case No. 8:21-cr-348-SCB-SPF

## CERTIFICATE OF SERVICE

I hereby certify that on September 2, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Roger Futerman, Esq.

                                            */s/ Daniel J. Marcet*
                                            Daniel J. Marcet
                                            Assistant United States Attorney
                                            Florida Bar No. 0114104
                                            400 N. Tampa St., Ste. 3200
                                            Tampa, FL 33602-4798
                                            Telephone: (813) 274-6000
                                            Facsimile: (813) 274-6358
                                            E-mail: Daniel.Marcet@usdoj.gov