BUSINESS RECORDS CERTIFICATE OF AUTHENTICITY

I, Joy F. Greene, am employed by the Defense Counterintelligence and Security Agency. My official title is Supervisory Government Information Specialist.

I am familiar with the type of documents and records received, created, and relied upon by the Defense Counterintelligence and Security Agency in the ordinary course of its business. I certify that I produced the Defense Information System for Security (DISS) printouts – Subject Details and Incident History, totaling 2 pages, to the United States Attorney's Office for the Middle District of Florida.

I further certify that: A) such records were made, at or near the time of the occurrence of the matters set forth, by (or from information transmitted by) a person with knowledge of those matters; B) such records were kept in the course of a regularly conducted business activity: C) the business activity made such records as a regular practice; D) such records were generated by an electronic process or system that produces an accurate result, that is, the DISS computer system, which is routinely used for retention of such records; and (E) if such record is not an original, such record is a duplicate of the original. I certify under penalty of perjury that the foregoing is true and correct.

_____   September 20, 2022
SIGNATURE                                      DATE