UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

Case No.: 8:21-cr-348-SCB-SPF

v.

JEREMY BROWN

## UNITED STATES' NOTICE OF INTENT TO INTRODUCE RECORDS OF THE ABSENCE OF A RECORD OF A REGULARLY CONDUCTED ACTIVITY

The United States of America, by and through the undersigned Assistant United States Attorney, hereby files this Notice of Intent to Introduce Records of the Absence of a Regularly Conducted Activity, pursuant to Federal Rules of Evidence 803(6), 803(7), and 902(11). Specifically, the United States intends to introduce the attached Court Certificate Qualification Cover Sheet and National Firearms Registration and Transfer Record (NFRTR) Search Certificate, which establishes that the Defendant did not have any items registered to him in the NFRTR.

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By: /s/ Daniel J. Marcet
Daniel J. Marcet, AUSA
Florida Bar No. 0114104
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
E-mail: Daniel.Marcet@usdoj.gov

U.S. v. Jeremy Brown                                   Case No. 8:21-cr-348-SCB-SPF

## CERTIFICATE OF SERVICE

I hereby certify that on September 2, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Roger Futerman, Esq.

                                                */s/ Daniel J. Marcet*
                                                Daniel J. Marcet
                                                Assistant United States Attorney
                                                Florida Bar No. 0114104
                                                400 N. Tampa St., Ste. 3200
                                                Tampa, FL 33602-4798
                                                Telephone: (813) 274-6000
                                                Facsimile: (813) 274-6358
                                                E-mail: Daniel.Marcet@usdoj.gov