UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CLERK'S MINUTES

| CASE NO.: 8:21-cr-348-SCB-SPF | DATE: September 21, 2022 |
|---|---|
| HONORABLE SUSAN C. BUCKLEW | INTERPRETER: N/A |
| UNITED STATES OF AMERICA<br><br>v.<br><br><br>JEREMY BROWN | GOVERNMENT'S COUNSEL:<br>Daniel J. Marcet, AUSA and<br>Menno Goedman, DOJ-Nsd with<br>Carli Rodriguez-Feo and Patrice King, CISOs<br><br>DEFENDANT'S COUNSEL:<br>Roger Futerman and<br>Melissa A. Loesch (Retained) |
| COURT REPORTER: Melissa Pierson | COURTROOM: 10B *via* Zoom |
| TIME: 9:45 A.M. – 10:50 A.M. | TOTAL: 1 Hour, 5 Minutes |
| DEPUTY CLERK: Charmaine A. Black | |

**PROCEEDING: ZOOM STATUS CONFERENCE**

Counsel for both parties, the CISOs and the defendant are present *via* Zoom video conference and identified for the record.

The case is currently scheduled for a Date Certain Trial on Monday, October 3, 2022.

Discussions are held.

The defendant requests a continuance to the December 2022 Trial Term commencing on December 5, 2022.

For the reasons articulated on the record, the Court finds, pursuant to 18 U.S.C. §3161(h)(7)(A), that the ends of justice served by the granting of a continuance outweigh the best interests of the public and the defendant in a speedy trial; and the period of delay resulting from this continuance shall be excludable.

The Date Certain Trial is reset for Monday, December 5, 2022.

A Zoom status conference is scheduled for Wednesday, October 19, 2022, at 9:00 A.M.

The Court will enter an amended scheduling order.