## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**UNITED STATES OF AMERICA**

**vs.**                                        **Case No: 21-cr-00348-SCB**

**JEREMY BROWN**
_____/

## DEFENSE'S UNOPPOSED AMENDED MOTION FOR EXTENSION OF TIME TO FILE NOTICE PURSUANT TO CIPA SECTION 5

**COMES NOW, the Defendant**, Jeremy Brown, by and through undersigned counsel, hereby respectfully submits this unopposed amended motion for extension of time to file the CIPA Section 5 Notice by no later than October 21, 2022. The Defense seeks to amend its Motion filed on October 10, 2022.

The Government and the Defense have discussed this Notice and the classified information that the Defense would be describing in the Notice. The Notice may become unnecessary as the Government presently is considering filing a charge against the Defendant for possession of the classified information which the Defense seeks to disclose to the jury. Attorney Marcet has indicated to the Defense he will know whether another count is being filed within the next 10 days. Attorney Marcet had no

1

objection to an extension of time to October 21, 2022 to file the CIPA Section 5 Notice, should it still be necessary.

**WHEREFORE**, the Defense respectfully submits this Amended Unopposed Motion for Extension of Time to file the CIPA Section 5 Notice.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished to the Clerk of Court for e-filing and service on all interested parties on this 11th day of October, 2022.

Respectfully submitted,

*/s/ Melissa A. Loesch*

Melissa A. Loesch
Fla. Bar No. 0884251
**For the Law Offices of Roger Futerman & Associates**
13620 49th Street North, Suite 201
Clearwater, Florida 33762
(727) 344-5511
futermanlaw@yahoo.com