# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

## CLERK'S MINUTES

| | |
|---|---|
| **CASE NO.:** 8:21-cr-348-SCB-SPF | **DATE:** October 19, 2022 |
| **HONORABLE SUSAN C. BUCKLEW** | **INTERPRETER:** N/A |
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**JEREMY BROWN** | **GOVERNMENT'S COUNSEL:**<br>Daniel J. Marcet, AUSA and<br>Menno Goedman, DOJ-Nsd<br><br>**DEFENDANT'S COUNSEL:**<br>Roger Futerman (Ret.) |
| **COURT REPORTER:** Tana Hess | **COURTROOM:** 10B *via* Zoom |
| **TIME:** 9:09 A.M. – 9:35 A.M. | **TOTAL:** 26 Minutes |
| **DEPUTY CLERK:** Charmaine A. Black | |

**PROCEEDING: ZOOM STATUS CONFERENCE**

Counsel for both parties and the defendant are present *via* Zoom video conference and identified for the record.

A Date Certain jury trial is set for Monday, December 5, 2022, at 9:00 A.M.

Discussions are held.

The parties anticipate that the trial will take about two (2) weeks to complete.

Approximately 50 jurors will be called up for trial.

For the reasons articulated on the record, the Government may file a *Daubert* motion out of time.

Another Zoom status conference is set for Wednesday, November 16, 2022, at 9:00 A.M.