UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

vs.                                                    Case No: 21-cr-00348-SCB

JEREMY BROWN
_____/

## NOTICE OF FILING

**COMES NOW, the Defendant**, Jeremy Brown, by and through undersigned counsel, hereby gives notice that on the 21st day of October, 2022, the Defendant's Notice pursuant to Section V of the Classified Information Procedures Act was filed with the Court.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished to the Clerk of Court for e-filing and service on all interested parties on this 21st day of October, 2022.

Respectfully submitted,

/s/ Melissa A. Loesch

_____

Melissa A. Loesch
Fla. Bar No. 0884251
**For the Law Offices of Roger Futerman & Associates**
Attorneys for the Defendant
13620 49th Street North, Suite 201
Clearwater, Florida 33762
(727) 344-5511
futermanlaw@yahoo.com