Roger D. Futerman, Esq.*[1234567]　　*Former State Prosecutor　　[1] Recognized as
Melissa A. Loesch, Esq. [67]　　　　　　　　　　　　　　　　　　"AV Preeminent Rated"
Daniela N. Tolliver, Esq.*[67]　　　　　　　　　　　　　　　　　　by Martindale-Hubbell
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　"The highest possible rating in
**Office Locations:**　　　　　　　　　　　　　　　　　　　　　　legal ability & ethical standards
Clearwater Office　　　　　　　　　　　　　　　　　　　　　　　reflecting the opinions of members
13620 49th St. North, Suite 201　　　　　　　　　　　　　　　　　of the Judiciary and Bar"
Clearwater, Florida 33762
(727) 344-5511　　　　　　　　**The Roger Futerman**　　[2] Board Certified
　　　　　　　　　　　　　　　　　　**Law Firm**　　　　　　　　　in Criminal
　　　　　　　　　　　　　　　　　Attorneys-at-Law　　　　　　　　　Trial Law
Tampa Office　　　　　　　　[6]Licensed in Florida State
3641 W. Kennedy Blvd.　　　　[7]and Federal Court
Tampa, Florida 33609　　　　www.criminalattorneytampa.com　　Recognized Expert
(813) 221-4400　　　　　　　　futermanlaw@yahoo.com　　　　　in Criminal Law.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　[3] Nationally Board Certified
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　in Criminal Law by the NBTA.









[4] Selected for
**Super Lawyers**
2016

September 12, 2022

　　　　　RE: United Stated v. Jeremy Brown

Dear Daniel,

　　Pursuant to our reciprocal discovery I hereby list and notice Robert Henry as an expert witness. His CV is attached. Also, while not explicitly spelled out in his CV Mr. Henry does and has reviewed hundreds of classified top secret and/or secret documents. He is expected to testify about whether the documents that the Defendant is charged with are truly classified. Accordingly, he will need to be screened to allow access with us when we go view the documents. He currently has a top security clearance. Mr. Henry is also expected to testify and explain the path of the grenades as it related to the computer-generated documents you provided me. Finally, Mr. Henry will testify as to any relevant evidence as it relates to the Defendant, his military personnel records as well as path of the grenades. He is expected to explain to the jury what the document you provided to me states and what it means as to each grenade.

　　　　　　　　　　　　　　　　　　　　　　　　　　Yours Sincerely,

　　　　　　　　　　　　　　　　　　　　　　　　　　Roger D. Futerman

# ROBERT HENRY



## PROFESSIONAL SUMMARY

Operations Manager offering 23+ years of leadership experience in staff development, performance management and curriculum design. Extensive experience with training both soldiers and civilians in military and traditional environments. Supervised teams of up to 45 direct reports and directed organizations of up to 4000 personnel. Managed risk while maintaining accountability of $1.3M in defense assets. Served as the Police Transition Team leadership in Iraq, led successful transitions for training over 800 Iraqi Police officers. Demonstrated expertise in personal and high-profile security with exemplary record leading security details for high ranking military personnel, U.S. and foreign dignitaries, and even supporting presidential security details. Career is supported by an active Top-Secret Security Clearance.

- Compliance
- Team Leadership
- Key Management Infrastructure
- Physical Security
- Industrial Security
- Military Liaison
- Conflict Resolution
- Written and Verbal
- Communication Skills
- Project Management
- Personnel Management
- Training and Development

## PROFESSIONAL EXPERIENCE

### Industrial Security Specialist, Boeing – 
Aug 2019 – Present

- Operates KMI system and responsible for Air Force Account
- Executes Internal Security Controls through performance of compliance assessment reviews and self-inspections to ensure compliance with government and company regulations/requirements. • Identifies deficiencies, develops and implements corrective action.
- Communicates results to security management and customers.
- Conducts Communication Security (COMSEC) duties and responsibilities (including inventory, distribution and destruction), in compliance with government regulations/requirements.
- Protects government, intellectual, third party and company information from unauthorized disclosures.
- Develops, implements and administers an Operational Security program, security education, procedures and physical controls to ensure compliance with government and company regulations/requirements on large and/or complex programs.
- Establishes and implements a security awareness training and education program to educate, refresh, and motivate personnel to protect people, property and information.
- Qualified to perform Physical Security duties and responsibilities within Boeing facilities to ensure compliance with company and government regulations/requirements.
- Performs Sub-Contractor Management to ensure compliance with government regulations/requirements.
- Communicates results to security management and customers.
- Participates, as requested, on enterprise Integrated Product Team (IPT).
- Current Top-Secret Clearance

### Deputy Sheriff, Cumberland County Sheriff Department – 
Jul 2017 – Aug 2019

- Performed professional sworn law enforcement work to protect citizens and property within the Cumberland County area; general law enforcement duties include patrolling the county during shifts in a vehicle; preventing, detecting, and investigating disturbances and crimes
- Responded to calls, apprehending and arresting suspects; transported suspects and criminals to the county detention center, other detention, and mental health facilities
- Participated in community policing functions and served various civil and criminal papers
- Assisted other law enforcement agencies with investigations and emergencies
- Rendered aid and executed related assignments; additionally, served various civil and criminal papers

### Whitestone Group, Physical Security Professional
Sep 2016 - Jul 2017

- Conducted access control for restricted access locations on Fort Bragg insuring the maintenance of physical security standards; enforcement of federal, state, and local laws and official orders and regulations; protection of government property, control of movement of personnel and vehicles through restricted locations on the installation; support of the implementation of emergency plans
- Conducted vehicle searches/inspections (to include cargo areas, engine compartments, and undercarriages), in accordance with standard operating procedures
- Inspected containers, personal property, and documents on private, commercial, and government vehicles using tact, courtesy, and firmness in the performance of all force protection duties
- Served as an initial point of contact and answered visitor questions and patrolling of restricted and limited access areas
- Reviewed daily reports from other guards and provides thorough reporting of shift events to oncoming guards

## MILITARY EXPERIENCE

**United States Army |1995 - 2017**
**Upper-Level Management / Safety Officer - Fort Bragg, NC**  Nov 2015 - Jul 2017
- Streamlined operational efficiencies, implementing process improvements relating to law enforcement, fire prevention and protection, criminal investigations, physical security and military police development, health, welfare and safety
- Boosted operational planning efficiencies, directing dispatch movement for unit training events, range support including accountability for ammunition, as well as organization, execution, and evaluation of airborne operation for brigade
- Set schedules, delegated assignments and monitored productivity for 5 military installations

**Mid-Level Management / Operations Manager - Fort Bragg, NC**  Oct 2014 - Nov 2015
- Received recognition by Operations Officer for streamlining schools packet processing resulting in an increase in attendance by 50%
- Mentored, trained, and provided expert advice to entire Brigade Headquarters as one of only two Digital Master Gunners for a Brigade exercise
- Received recognition by Operations Officer for enhancing unit readiness by planning and executing a course that certified 20 Law Enforcement Weapons Trainer and Qualifier instructors
- Performed staff and project management tasks, including Range Safety Officer for 3 small arms ranges to train and qualify 30 soldiers
- Managed due diligence leading training and operations for more than 4,000 staff in 5 military installations. Served as the Law and Order and Mobility Support leadership for the 16th Military Police Brigade supporting worldwide contingency missions for the XVIII Airborne Corps consisting of 4,000 soldiers and five battalions in five states on Forts Bragg, Campbell, Drum, Polk, and Stewart

**Mid-Planning Manager of Operations - Fort Bragg, NC**  May 2014 - Oct 2014
- Provided maneuver mobility support for the Army's only Airborne Military Police Battalion
- Coordinated all airborne and movement operations for three combat support Military Police companies, a headquarters, and headquarters detachment comprising over 550 soldiers
- Managed movements of over 1,000 soldiers throughout three different task force battlespaces using fixed wing and rotary wing aircraft

**Senior Management Anti-Terrorism Supervisor - Fort Bragg, NC**  Oct 2013 - May 2014
- Served as XVIII Airborne Corps Anti-terrorism officer and Corps Provost Marshal Office Operations Sergeant; developed the standard operating procedures for the XVIII Airborne Corps Headquarters building improving security posture and corrected security deficiencies noted during an external assessment
- Conducted anti-terrorism risk assessments for two major off-post events and three high risk targets resulting in sound strategies and reduced vulnerabilities
- Planned and coordinated the execution of six Anti-terrorism Level II Mobile Training Team courses resulting in the training and certification of 180 students
- Collaborated with and continually tracked and managed monthly Random Anti-terrorism Program reporting requirements for 25 subordinate units and achieved a 99% compliance rate

**Senior Manager / Detachment Sergeant - Ft Belvoir, VA**  Aug 2011 - Oct 2013
- Led six high profile Presidential security missions on Fort Belvoir and two support missions for the President of the United States State of the Union Address and Joint Address to Congress
- Served as Senior Advisor for the Directorate of Emergency Services with responsibility for law and order, fire and emergency services, physical security, anti-terrorism and force protection for an installation of over 128,000 people encompassing ten major army commands and 168 partner organizations
- Led a flawless Military Police response to four natural disasters that crippled the Fort Belvoir community. Coordinated, planned, and successfully executed combined total of six M4 and M9 ranges for the unit and the Directorate of Emergency Services at Fort Belvoir, Virginia that enhanced weapons proficiency for the MP and DACP personnel and resulted in a 90% esparto rating for Military Police on the 9mm pistol qualification
- Chosen to lead detachment of 45 soldiers selected to work with the United States Secret Service to provide security for the President of the United States over a three-year period.

**Senior Military Science Instructor, Southern Illinois University - Edwardsville, IL**  Nov 2009 - Aug 2011
- Planned, resourced and executed a cluster field training exercise and leader development course operations
- Planned, resourced and executed a joint military ball, ranger challenge, and student leadership development program
- Managed $25K in funds for a Reserve Officers' Training Corps program consisting of 105 students and nine training officials
- Mentored and trained 105 direct and 9 indirect reports

## EDUCATION & TRAINING

Fayetteville Technical Community College - Fayetteville, NC, Basic Law Enforcement Training Certification
Basic Law Enforcement Certification in North Carolina

## ACCOMPLISHMENTS

Earned the US Army Commendation Medal for Valor, 2004 for actions taken in fire fight during combat operations in Iraq.
Earned the US Army Bronze Star Medal (2nd Award)