# QAS Trace Request Information

Trace Request: 2022-016
Request Received: 22 August 2022



## Findings:

DODIC: G877, NSN: 1330-00-182-3570; Nomenclature: FUZE, M213, HAND GRENADE; LOT Number: MEI86A009-001. This munition is not tracked by serial number. It is tracked by LOT number, National Stock number, and DODIC.

## Current assets in the stockpile:

NONE

## Previous Storage Sites:

| DODIC | NSN | Lot # | DODAAC | LOCATION |
|---|---|---|---|---|
| G877 | 1330001823570 | MEI86A009-001 | | BLUE GRASS ARMY DEPOT |
| G877 | 1330001823570 | MEI86A009-001 | | RED RIVER ARMY DEPOT |

## Manufacturer:

| NAME AND ADDRESS | STATUS | SYMBOL | REMARKS |
|---|---|---|---|
| MARTIN ELECTRONICS INC<br>R R 1<br>PERRY, FL 32347 | ACTIVE | MEI | |

**End Item ADC:**

CUI

\*\*\*\* AMMUNITION DATA CARD \*\*\*\*

NSN: 1330001823570 G877
Nomenclature: FUZE, , M213, HAND GRENADE
Lot Number: MEI86A009-001
Contractor: MARTIN ELECTRON
Net Quantity: 350120
Packing: 360/BOX
Contract/Order Num: 0985C0120
Purchase Order Num:
Drawing Number: 8822131
Drawing Tab:
Drawing Rev: P
Spec Num: MIL-F-45437
Spec Rev: D
Spec Amend: 1
Date Started: 01/06/1986
Date Completed: 01/24/1986
Date Inspected: 01/24/1986
Line: BLDG
Zone Weight: 0
Charge Weight:
Index of Powder:
MAX Pack Depth (US):
MAX Pack Depth (Metric):
Prod Pack Depth:
Net Explosive Wt (US):
Net Explosive Wt (Metric):
Test Samp: 850
Test Site:
TS Date Shipped:
TS Mode Shipped: TRUCK
UN Proper Shipping Name:
Hazard Class:
Gov't QA Activity: 060
Disposition: AC
Gov't Inspector: DAROLD G. KELLY
Date Signed: 01/24/1986

\*\*\*\* SERIALS \*\*\*\*

| SERIAL NUMBER | SHELF LIFE | SERIAL NUMBER | SHELF LIFE | SERIAL NUMBER | SHELF LIFE | SERIAL NUMBER | SHELF LIFE |
|---|---|---|---|---|---|---|---|

\*\*\*\* COMPONENTS \*\*\*\*

| | COMPONENT | DRAWING NO | REV | MANUFACTURER | DATE | LOT NO | QTY MANUFACTURED |
|---|---|---|---|---|---|---|---|
| 1 | BARRIER BAG | 9251666-3 | | EDCO SUPPLY | 1285 | ESC-7-1 | 7781 |
| 2 | BODY | 8822132-G | | MARTIN ELECT | 1185 | MEI-4-10 | 3494 |
| 3 | BODY | 8822132-G | | MARTIN ELECT | 0186 | MEI-9-1 | 346626 |
| 4 | BOX, PACKING | 9251665-4 | | GREAT SOUTHERN | 1285 | GSW-7-1 | 973 |
| 5 | DESICCANT BAG | 9251666-2 | | HARSHAW/FILTROL | 1085 | HFP-2-2 | 31144 |
| 6 | DETONATOR ASSY C70 | 8822376 | | E I DUPONT | 0185 | EID-1-5 | 22110 |
| 7 | DETONATOR ASSY C70 | 8822376 | | E I DUPONT | 1185 | EID-3-1 | 328010 |
| 8 | FILLER SIDE | 9251665-7 | | CON-PAC INC | 1185 | CPI-19-1 | 1946 |
| 9 | FILLER, END | 9251666-6 | | INT'L PAPER CO | 1185 | IPC-17-1 | 1946 |
| 10 | FILLER, TOP | 9251665-8 | | CON PAC INC | 1185 | CPI-20-1 | 1946 |
| 11 | HINGE PIN | 7548579-F | | ROWLEY SPRING | 1185 | RSC-12-1 | 200000 |
| 12 | HINGE PIN | 7548579-F | | ROWLEY SPRING | 1285 | RSC-12-2 | 150120 |
| 13 | LEVERS | 8822378-F | | MARTIN ELECT | 0186 | MEI-9-1 | 350120 |
| 14 | PALLET | MIL-P-15011 | | STERLING LBR | 0186 | SLS-15-1 | 81 |
| 15 | PRIMER HOLDER | 7548591-F | | BOWERSOX PREC | 0685 | BPC-2-4 | 162961 |
| 16 | PRIMER HOLDER | 7548591-F | | BOWERSOX PREC | 0885 | BPC-2-6 | 186159 |
| 17 | PRIMERS, M42 | 8799925-F | | OLIN CORP | 0985 | WCC-1-1003 | 161001 |

CUI

CUI

| 18 | PRIMERS, M42 | 8799925-F | | OLIN CORP | 0985 | WCC-1-1008 | 189119 |
| 19 | PULL RING ASSEMBLY | 7548577-F | | ROWLEY SPRING | 1185 | RSC-14-1 | 194300 |
| 20 | PULL RING ASSEMBLY | 7548577-F | | ROWLEY SPRING | 1185 | RSC-14-2 | 155820 |
| 21 | SAFETY CLIP | 9235366-D | | ROWLEY SPRING | 1185 | RSC-13-1 | 151200 |
| 22 | SAFETY CLIP | 9235366-D | | ROWLEY SPRING | 1185 | RSC-13-2 | 151200 |
| 23 | SAFETY CLIP | 9235366-D | | ROWLEY SPRING | 1185 | RSC-13-3 | 47720 |
| 24 | SPRING | 7548585-K | | ROWLEY SPRING | 1185 | RSC-14-1 | 118000 |
| 25 | SPRING | 7548585-K | | ROWLEY SPRING | 1185 | RSC-14-2 | 115000 |
| 26 | SPRING | 7548585-K | | ROWLEY SPRING | 1285 | RSC-14-3 | 117120 |
| 27 | STRIKER ASSEMBLY | 7548578-F | | MARTIN ELECT | 1285 | MEI-9-1 | 350120 |

\* \* \* \* REMARKS \* \* \* \*

| REMARK |
|---|

\* \* \* \* WAIVERS AND DEVIATION \* \* \* \*

| RFW/RFD | DESCRIPTION |
|---|---|

CUI

**Foreign Military Sales**:

This lot has not been sold as FMS.

**Additional Information:**

### MUNITIONS TRACE REQUEST

The Law Enforcement Section, Headquarters, US Army Joint Munitions Command (JMC) is the central point of contact for tracing of US origin military munitions items by law enforcement and intelligence agencies. Please forward requests via e-mail as depicted below: jacob.j.pries.civ@mail.mil.

1. Items to be traced: Please provide as much detail as possible. Photos are very helpful. Please refrain from tracing smoke grenades, inert munitions, trip flares, etc unless they are related to a more serious matter. PLEASE VERIFY ACCURACY OF LOT NUMBERS SUBMITTED.

| Nomenclature/Item Name | Lot Number | Serial Number | Color coding and other markings on Item. |
|---|---|---|---|
| FUZE, M213, HAND GRENADE | MEI86A009-001 | 1330-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 | |
| | | | |
| | | | |
| | | | |

2. Circumstances of Recovery/Investigation: Please provide a brief UNCLASSIFIED summary regarding when and where these items were recovered and any other details which you deem appropriate.

Evidence in upcoming federal criminal trail.

3. Please indicate with an "X" specific information you are seeking:

[X] Ammunition Data Card (ADC) – Contains manufacturer, date manufactured, quantity manufactured, certain technical specifications, information regarding inspection and acceptance by the government.

[X] Current Stock Locations – Listing of storage depots/facilities where items matching your query are currently stored.

[X] Foreign Military Sales (FMS) Transaction History – Depicts sales of items matching your query to foreign governments.

[X] Other data: Please specify

Include any record of loss or theft.

4. Point of contact for munitions tracing actions are INV Jacob Pries, jacob.j.pries.civ@army.mil; 309-782-1527; cell 309-206-3456

JMC FORM 525-1, DEC 2011

DISC-013088