# QAS Trace Request Information

Trace Request: 2022-029
Request Received: 29 August 2022

**Findings:**

DODIC: G881, NSN: 1330-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; Nomenclature: GRENADE, M67, HAND FRAG; LOT Number: MA-11-12F. This munition is not tracked by serial number. It is tracked by LOT number, National Stock number, and DODIC.

**Current assets in the stockpile:**

| DODIC | NSN | Lot # | DODAAC | LOCATION |
|---|---|---|---|---|
| G881 | 1330001338244 | MA-11-12F | W81P6D | W47T AREA SPT GRP KUWAIT ASP CL V AE 09366 |
| G881 | 1330001338244 | MA-11-12F | W91TQM | BLUE GRASS SPECIAL PROJECTS OFFICE |

**Previous Storage Sites:**

| DODIC | NSN | Lot # | DODAAC | LOCATION |
|---|---|---|---|---|
| G881 | 1330001338244 | MA-11-12F | W22PVK | AMC - BLUE GRASS |
| G881 | 1330001338244 | MA-11-12F | W560JZ | FOB WILSON AFGHANISTAN |
| G881 | 1330001338244 | MA-11-12F | W565XP | SHINDAND ASA (OEF) |
| G881 | 1330001338244 | MA-11-12F | W5J9CG | BASTION ASP |
| G881 | 1330001338244 | MA-11-12F | W81P6D | W47T AREA SPT GRP KUWAIT ASP CL V AE 09366 |
| G881 | 1330001338244 | MA-11-12F | W904XO | TEMP AL ASAD IRAQ S/BE W904X0 |
| G881 | 1330001338244 | MA-11-12F | W90BCJ | 3/3 BCT BALAD IRAQ |
| G881 | 1330001338244 | MA-11-12F | W90RPJ | 3RD HQ HHC PRT SHARANA AF |
| G881 | 1330001338244 | MA-11-12F | W9119L | HQ ARCENT BAGRAM AFGHANISTAN |
| G881 | 1330001338244 | MA-11-12F | W9119Z | HQ ARCENT KANDAHAR AFGHANISTAN |
| G881 | 1330001338244 | MA-11-12F | W911A4 | 189TH ORD CO ANACONDA IRAQ |
| G881 | 1330001338244 | MA-11-12F | W913J5 | WARHORSE ASP/ATHP |
| G881 | 1330001338244 | MA-11-12F | W913W1 | 8TH ORD CO RIDGEWAY IRAQ |
| G881 | 1330001338244 | MA-11-12F | W91806 | OTH CONTINGENCIES - CAMP SALERNO AFGHANI |
| G881 | 1330001338244 | MA-11-12F | W9188Q | IRAQ - HQ, ARCENT, TALLIL AB, IRAQ |
| G881 | 1330001338244 | MA-11-12F | W91K7K | CAMP LIBERTY IRAQ |
| G881 | 1330001338244 | MA-11-12F | W91MRK | 172ND STRYKER BDE (SB) IRAQ |
| G881 | 1330001338244 | MA-11-12F | W91NZC | 3RD BCT (FC) IRAQ |
| G881 | 1330001338244 | MA-11-12F | W91RQ8 | 4TH AVN BDE TAJI, IRAQ |
| G881 | 1330001338244 | MA-11-12F | W91VKS | CAMP BUEHRING, KUWAIT |

**Manufacturer:**

| NAME AND ADDRESS | STATUS | SYMBOL | REMARKS |
|---|---|---|---|
| US ARMY AMMUNITION DEPOT MIESAU, GERMANY | INACTIVE | MA | |

DISC-013091

## End Item ADC:

CUI

\*\*\*\* AMMUNITION DATA CARD \*\*\*\*

NSN: 1330001338244 G881
Nomenclature: GRENADE, , M67, HAND FRAG
Lot Number: MA-11-12F
Contractor: US ARMY MIESAU
Net Quantity: 34828
Packing: SEE REMARKS
Contract/Order Num: SEEREMARK
Purchase Order Num:
Drawing Number:
Drawing Tab:
Drawing Rev:
Spec Num: 9235492
Spec Rev: B
Spec Amend:
Date Started: 12/18/1986
Date Completed: 02/17/1987
Date Inspected: 02/17/1987
Line: E
Zone Weight: 0
Charge Weight: 0000GM
Index of Powder:
MAX Pack Depth (US): 00IN
MAX Pack Depth (Metric):
Prod Pack Depth: 00IN
Net Explosive Wt (US): 12.2LB
Net Explosive Wt (Metric):
Test Samp: 0
Test Site:
TS Date Shipped:
TS Mode Shipped:
UN Proper Shipping Name:
Hazard Class:
Gov't QA Activity: RHN
Disposition: AC
Gov't Inspector: PETER MAISANO
Date Signed: 02/17/1987

\*\*\*\* SERIALS \*\*\*\*

| SERIAL NUMBER | SHELF LIFE | SERIAL NUMBER | SHELF LIFE | SERIAL NUMBER | SHELF LIFE | SERIAL NUMBER | SHELF LIFE |
|---|---|---|---|---|---|---|---|

\*\*\*\* COMPONENTS \*\*\*\*

| | COMPONENT | DRAWING NO | REV | MANUFACTURER | DATE | LOT NO | QTY MANUFACTURED |
|---|---|---|---|---|---|---|---|
| 1 | BOX WOOD PRESRV | 8800490C | | CENTURY BOX CO | 0669 | UNK | UNK |
| 2 | CNTR FIBER | 8800493B | | CLEVEPORT CORP | 0569 | CCN-MIXED | UNK |
| 3 | COMP B GR A | MIL-C-401 | | HOLSTON ORD WKS | UNK | HOL-35-1777 | UNK |
| 4 | COMP B GR A | MIL-C-401 | | HOLSTON ORD WKS | UNK | HOL-35-2134 | UNK |
| 5 | COMP B GR A | MIL-C-401 | | HOLSTON ORD WKS | UNK | HOL-35-336 | UNK |
| 6 | COMP B GR A | MIL-C-401 | | HOLSTON ORD WKS | UNK | HOL-35-8594 | UNK |
| 7 | FUZE W/CLIP M213 | 8822131 | | MARTIN ELECT | 0186 | MEI86A009-001 | UNK |
| 8 | METAL PARTS ASSY | 8810743 | | AVCO ORD DIV | UNK | CSY-5-11 | UNK |
| 9 | METAL PARTS ASSY | 8810743 | | AVCO ORD DIV | UNK | CSY-5-12 | UNK |
| 10 | SUPPORTS PLASTIC | 8800493 | | HOLLAND PLASTIC | 0669 | UNK | UNK |
| 11 | WASHER | 8800486 | | STALWART RUBBER | 0280 | UNK | UNK |
| 12 | WASHER RETAINER | 9242622 | | EYELEST F/IND | 0669 | EII-1-4 | UNK |

\*\*\*\* REMARKS \*\*\*\*

| | REMARK |
|---|---|
| 1 | PACKING OF LOT: 1/FBRCNTR M415A1; 30 CNTR (30 GREN) WDNBX; 24 BXS (720 GREN/PALLET. |
| 2 | ORDER NO: M176W519M17E. AM #2 SPECIFICATION: MIL-G-14933 (MU) |

CUI

CUI

| | |
|---|---|
| 3 | ORIGINAL LOT DATA: LOT NUMBER MA-11-12D, QTY 34,865 EA, DOM JUL 69 (RENOVATED AT RRAD APR 81). FUNCTIONAL ACCEPTABILITY BASED ON FINAL ACCEPTANCE OF ORIGINAL LOT. |
| 4 | QTY OF 34,865 FORMERLY MA-11-12 RENOVATED AT RRAD DURING APR 81 IAW F.P.J02PF8. RENOVATION C/O DEFUZING, REAMING AND GAGING FUZE CAVITY, |
| 5 | DRYING BODY AND REFUZING W/NEW M213 FUZE IAW DMWR 9-1330-G881-F1. FUZE LOT 100% HARD PLATE X-RAYED DURING APR 81. SUFFIX "D" ADDED IAW MSG, ARRCOM, DRSAR-QAD, ROCK ISLAND, IL 131700Z APR 81. AUTHORIZATION: PRON |
| 6 | M11AR88102H018. 34,828 EA PROCESSED AT MIESAU ARMY DEPOT, GERMANY IN DEC 86 THRU FEB 87. |
| 7 | AUTH: MSG, 200TH TAMMC, ZWEIBRUECKEN GE, AEAGD-MMC-VP, 0610000Z AUG 86 TO LTR, AEROD-MI-SMP, MIAD, 27 JUN 86, SUBJ: FY87 AMMUNITION MAINTENANCE PROGRAM (R1). |
| 8 | REQUIRED FIX APPLIED: SUSPENDED FUZE (LOT #MEI79D001-003). 100% REMOVED AND REPLACED WITH NEW FUZE M213, LOT #MEI86A009-001, RECEIVED FROM RED RIVER AD, TEXARKANA. 100% FUZES X-RAYED AT RRAD, 4/86. FURTHER, DEPTH |
| 9 | GAGING AND REAMING OF SHALLOW GRENADE BODY CAVITIES PERFORMED AS REQUIRED. EXPLOSIVE MATERIAL CLEANED FROM GRENADE FUZE WELL. NEW ASSEMBLED FUZES TORQUED TO 60 IN-PDS IN ORDER TO WITHSTAND A DISASSY TORQUE BETWEEN 26-30 |
| 10 | IN-PDS. P&P ON AMMO AND PACKING PERFORMED WHERE REQUIRED. TEST SAMPLES NOT REQUIRED AND SUFFIX LTR "F" ADDED TO AMMO LOT NUMBER IAW MSG, 200TH TAMMC, AEAGD-MMC-VQ, R021504Z OCT 86, SUBJ: LOT SUFFIXES. |
| 11 | AMMO LOT NUMBER CHANGED FROM MA-11-12D TO MA-11-12F. |

\* \* \* \* WAIVERS AND DEVIATION \* \* \* \*

| RFW/RFD | DESCRIPTION |
|---|---|

CUI

**Foreign Military Sales**:

This item has not been sold as FMS.

**Additional Information:**

### MUNITIONS TRACE REQUEST

The Law Enforcement Section, Headquarters, US Army Joint Munitions Command (JMC) is the central point of contact for tracing of US origin military munitions items by law enforcement and intelligence agencies. Please forward requests via e-mail as depicted below: jacob.j.pries.civ@mail.mil.

1. Items to be traced: Please provide as much detail as possible. Photos are very helpful. Please refrain from tracing smoke grenades, inert munitions, trip flares, etc unless they are related to a more serious matter. PLEASE VERIFY ACCURACY OF LOT NUMBERS SUBMITTED.

| Nomenclature/Item Name | Lot Number | Serial Number | Color coding and other markings on Item. |
|---|---|---|---|
| GRENADE, M67, HAND FRAG G881 | MA-11-12F | 1330-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 | |
| | | | |
| | | | |
| | | | |

2. Circumstances of Recovery/Investigation: Please provide a brief UNCLASSIFIED summary regarding when and where these items were recovered and any other details which you deem appropriate.

Evidence in upcoming federal criminal trial.

3. Please indicate with an "X" specific information you are seeking:

[X] Ammunition Data Card (ADC) – Contains manufacturer, date manufactured, quantity manufactured, certain technical specifications, information regarding inspection and acceptance by the government.

[X] Current Stock Locations – Listing of storage depots/facilities where items matching your query are currently stored.

[X] Foreign Military Sales (FMS) Transaction History – Depicts sales of items matching your query to foreign governments.

[X] Other data: Please specify

Include any record of loss or theft.

4. Point of contact for munitions tracing actions are INV Jacob Pries, jacob.j.pries.civ@army.mil; 309-782-1527; cell 309-206-3456

JMC FORM 525-1, DEC 2011

DISC-013094