UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JEREMY BROWN,<br><br>Defendant. | CASE NO. 8:21-cr-348-SCB-SPF<br><br>**FILED *IN CAMERA* AND UNDER SEAL WITH THE CLASSIFIED INFORMATION SECURITY OFFICER OR DESIGNEE** |

**GOVERNMENT'S CLASSIFIED, *IN CAMERA*, UNDER SEAL RESPONSE TO DEFENDANT'S CIPA SECTION 5 NOTICE**