UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

vs.  Case No: 21-cr-00348-SCB

JEREMY BROWN
_____/

## DEFENSE WITNESS LIST

1. Kristal Breslin as an expert witness

2. Kimberly Reubush as an expert witness

3. Jill Capistrant as an expert witness

4. OST Elyssa Gonzalez

    THE ABOVE WITNESSES MAY BE CALLED BY THE GOVERNMENT AND MAY NOT BE CALLED BY THE DEFENSE DEPENDING ON THE SCOPE OF DIRECT AND CROSS EXAMINATION, BUT BY AGREEMENT THE GOVERNMENT WILL HAVE THESE WITNESSES AVAILABLE FOR TRIAL FOR THE DEFENSE

5. Tylene Aldridge

6. Brian Ferraraccio

7. Tommy Stafford

8. Scott Olsen

9. Matthew Mcconeghy

10. Potentially any of the testifying Government witnesses.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished to the Clerk of Court for e-filing and service on all interested parties on this 16th day of November, 2022.

Respectfully submitted,

*/s/ Roger Futerman*

Roger Futerman
Fla. Bar No. 0149179
**For the Law Offices of Roger Futerman & Associates**
Attorneys for the Defendant
13620 49th Street North, Suite 201
Clearwater, Florida 33762
(727) 344-5511
futermanlaw@yahoo.com