# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**UNITED STATES OF AMERICA**

v.　　　　　　　　　　　　　　　Case No.: 8:21-cr-348-T-SCB-SPF

**JEREMY BROWN**

_____/

## NOTICE OF POTENTIAL USE OF HEARSAY UNDER FEDERAL RULE OF EVIDENCE 807

The Defendant, by and through undersigned Counsel, hereby gives notice of the use of potential hearsay of the following pieces of evidence.

1. Audio recording of conversation between federal agents Lindsey and Ura and Defendant Brown, as well as redacted version of call in December of 2020. (The Defense hopes to come to an agreement with the Government on which parts of the recording are inadmissible, under 403).

2. Transcript of recording and redacted version of transcript.

1

In support of the admittance of 1). A copy has been provided to the Government, the recording speaks for itself, and it is clear and can be corroborated by Mr. Brown or the Federal Agents.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing notice has been furnished by electronic filing using the CM/ECF system to all interested parties on this 16th day of November, 2022.

> Respectfully submitted,
>
> /s/ *Roger Futerman*
>
> ---
>
> Roger Futerman
> FL Bar No: 0149179
> Roger Futerman & Associates
> 13620 49th Street North
> Clearwater, FL 33762
> Telephone: (727) 344-5511
> futermanlaw@yahoo.com