# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) Case No.: 8:21-CR-348-T-SCB-SPF |
| **v.** | ) |
| | ) |
| **JEREMY BROWN** | ) |

## UNITED STATES' EXHIBIT LIST

The United States of America, by and through the undersigned Assistant United States Attorney, hereby files the United States' Exhibit List, which lists the exhibits that the United States may introduce during its case-in-chief at trial. The United States respectfully requests that it be permitted to amend this list as may become necessary during the course of trial preparation or trial.

Respectfully submitted,

By:    s/ Daniel J. Marcet
Daniel J. Marcet
Assistant United States Attorney
Florida Bar No. 0114104
400 N. Tampa St., Suite 3200, Tampa, FL
Daniel.Marcet@usdoj.gov | (813) 274-6028

U.S. v. Jeremy Brown          Case No. 8:21-CR-348-T-SCB-SPF

### CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Roger Futerman, Esq.

By:   s/ Daniel J. Marcet
Daniel J. Marcet
Assistant United States Attorney
Florida Bar No. 0114104
400 N. Tampa St., Suite 3200, Tampa, FL
Daniel.Marcet@usdoj.gov | (813) 274-6028