UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,     Case No. 21-cr-00348-SCB-SPF

    Plaintiff, ☐
    Government ☒      ☐ Evidentiary
                                      ☒ Trial
                                      ☐ Other

v.

JEREMY MICHAEL BROWN,

    Defendant ☒

# EXHIBIT LIST

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| **Charged Items (Organized by Count)** | | | | |
| 1 | | | | CBC Industries shotgun, 410 Gauge, model SB42Y, serial number C1247014 (Item 23) |
| 2 | | | | Palmetto Armory rifle, 5.56 caliber, model PA-15, serial number LW257921 (Item 15) |
| 3 | | | | Photograph of explosive grenade, Model M67, Lot # 7-69 COMP B MA-11-12F, in R.V. |
| 4 | | | | Photograph of explosive grenade, Model M67, Lot # 7-69 COMP B MA-11-12F |
| 5 | | | | Ammo Belt (Item 39) |
| 6 | | | | Threat Frequency Report – Combined Explosives Exploitation Cell (CEXC) – Afghanistan dated October 13, 2004 (REDACTED) |

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 7A | | | | IED Incident Report – CEXC and Addendum dated January 6, 2005 (REDACTED) |
| 7B | | | | Addendum to IED Incident Report dated January 6, 2005 (REDACTED) |
| 8 | | | | Spider Device Testing Procedures and Results dated November 1, 2004 (REDACTED) |
| 9 | | | | Fragmentary Order dated January 14, 2005 (REDACTED) |
| 10 | | | | Trip Report and Attachments, dated September 1, 2011 (REDACTED) |
| **September 30, 2021 Search of RV and Residence** | | | | |
| 11A-11O | | | | Photographs of Search of RV |
| 12A-12M | | | | Photographs of Search of Residence |
| 13A-13M | | | | Photographs of Recovery of Grenades |
| 14A-14C | | | | Photographs of Measurements of Shotgun |
| 15A-15C | | | | Photographs of Measurements of Rifle |
| 16 | | | | Photograph of CD marked "SECRET" |
| 17A-17S | | | | Photographs of Evidence from Briefcase (Item 43) |
| 18A | | | | Aerial Map of Residence, 4804 10th Avenue South, Tampa, Florida |
| 18B | | | | Front photograph of residence, 4804 10th Avenue South, Tampa, Florida |
| 19 | | | | Seized Photograph of Jeremy Brown from RV sofa (Item 24) |
| **Search Logs** | | | | |
| 21 | | | | ERT Photographic Log |

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 22 | | | | Evidence Collected Item Log |
| 23 | | | | Receipt for Property Received |
| **Firearm and Explosive Documents** | | | | |
| 24 | | | | NFTR Records Search, Jeremy Brown |
| 25 | | | | ATF Form 4473 for CBC Industries shotgun, 410 Gauge, model SB42Y, serial number C1247014 |
| 26 | | | | M213 Fuze Trace Record (NSN 1330-00-182-3570), Lot Number MEI86A009-001 |
| 27 | | | | M67 Grenade Trace Record (NSN 1330-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, Lot Number MA-11-12F) |
| 28 | | | | U.S. Army TM 43-0001-29, Grenade, Hand: Fragmentation, Delay, M67 |
| 29 | | | | U.S. Army FM3-23.30, Grenade, Hand: Fragmentation, Delay, M67 |
| 30 | | | | ATF Trace Record for Palmetto State Armory PA-15, SN LW257921 |
| **Examination of Classified CD** | | | | |
| 31A-31F | | | | Photographs of Files on Classified C.D. |
| 32 | | | | QTP54 Analysis of Classified C.D. Metadata |
| 33 | | | | Classified C.D. File Log |
| **Department of Defense Documents** | | | | |
| 34 | | | | 1996 Non-Disclosure Agreement, Defendant Jeremy Brown |
| 35 | | | | DCSA Clearance Records, Defendant Jeremy Brown |
| 36 | | | | Release from Active Duty, Defendant Jeremy Brown |
| 37 | | | | Enlisted Record Brief, Defendant Jeremy Brown |

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 38 | | | | General Officer Memorandum of Reprimand, Defendant Jeremy Brown |
| 39 | | | | 1998 NCO Evaluation |
| 40 | | | | 1999 NCO Evaluation |
| 41 | | | | 2000 NCO Evaluation |
| 42 | | | | 2001 NCO Evaluation |
| 43 | | | | 2002 NCO Evaluation |
| 44 | | | | 2003 NCO Evaluation |
| 45 | | | | 2004 NCO Evaluation |
| 46 | | | | 2005 NCO Evaluation |
| 47 | | | | 2006 NCO Evaluation |
| 48 | | | | 2007 NCO Evaluation |
| 49 | | | | 2008 NCO Evaluation |
| 50 | | | | 2009 NCO Evaluation |
| 51 | | | | 2009 NCO Evaluation- Nonconcurrence |
| 52 | | | | 2010 NCO Evaluation |
| 53 | | | | 2011 NCO Evaluation |
| 54 | | | | 2012 NCO Evaluation |
| | | | **Stipulations** | |
| 61 | | | | Stipulation re: National Firearms Registration and Transaction Record |
| 62 | | | | Stipulation re: Forensic Examinations |
| 63 | | | | Stipulation re: Destructive Devices |
| 64 | | | | Stipulation re: National Defense Information |
| 65 | | | | Stipulation re: Business Records |
| | | | **Expert Examination Photographs/Exhibits** | |
| 66 | | | | Fingerprint Presentation (Capistrant) |
| | | | **Executive Orders** | |
| 67 | | | | Executive Order 13526 |