UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CLERK'S MINUTES

| | |
|---|---|
| **CASE NO.:** 8:21-cr-348-SCB-SPF | **DATE:** November 16, 2022 |
| **HONORABLE SUSAN C. BUCKLEW** | **INTERPRETER:** N/A |
| **UNITED STATES OF AMERICA** <br><br> v. <br><br> **JEREMY BROWN** | **GOVERNMENT'S COUNSEL:** <br> Daniel J. Marcet, AUSA and <br> Menno Goedman, DOJ-Nsd <br><br> **DEFENDANT'S COUNSEL:** <br> Roger Futerman (Ret.) |
| **COURT REPORTER:** Tana Hess | **COURTROOM:** 10B *via* Zoom |
| **TIME:** 9:38 A.M. – 9:56 A.M. | **TOTAL:** 18 Minutes |
| **DEPUTY CLERK:** Charmaine A. Black | |

**PROCEEDING: ZOOM STATUS CONFERENCE**

Counsel for both parties are present *via* Zoom video conference and identified for the record.

CISO Officers are also present *via* Zoom.

A Date Certain jury trial is set for Monday, December 5, 2022, at 9:00 A.M.

A Second Superseding Indictment was returned on November 9, 2022.

Discussions are held.

If needed, the Court is available to conduct a hearing on any issues before the trial date either *via* Zoom or in person.