UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

Case No.: 8:21-cr-348-SCB-SPF

v.

JEREMY BROWN

## UNITED STATES' WITNESS LIST

The United States of America, by and through the undersigned Assistant United States Attorney, hereby files this list of witness's that it may call at trial. The United States respectfully requests that it be permitted to amend or supplement this list as becomes necessary during the course of trial preparation or trial.

1. Travis McCrady, FBI Forensic Examiner- will call- Expert
2. Kerri Giroux, FBI Forensic Examiner- will call- Expert
3. Jill Capistrant, FBI Forensic Examiner- will call- Expert
4. Krystal Breslin, FBI Forensic Examiner- will call- Expert
5. Kimberly Reubush, FBI Forensic Examiner- will call- Expert
6. Michael Van Arsdale, FBI Forensic Examiner- may call- Expert
7. Elyssa Gonzalez, FBI Operational Support Technician- will call
8. Belvin Sanchez, Hillsborough County Sheriff's Office- will call
9. Chris Nicolussi, ATF Special Agent- will call
10. Christopher Franck, FBI Special Agent- may call
11. Corrine Tullos, FBI Task Force Officer- may call
12. Joshua Reilly- may call

13. Shawn Walsh, FBI Task Force Officer- may call

14. Charles George, Tampa Police Department- will call

15. Keith Drummer, FBI Special Agent- may call

16. Ronald Brown- will call

17. Doarin Lewis, USCENTCOM- will call- Expert

18. Michael Land, USCENTCOM- will call- Expert

19. Richard Chorpening, USCENTCOM- will call- Expert

20. Paul Ura, Homeland Security Investigations- may call

21. Jacob Pries, U.S. Army Joint Munitions Command- will call

22. Michael O'Lena, ATF- will call- Expert

23. Andrew Koundarakis, AFOSI Special Agent- will call

24. Michael Klepac- FBI Special Agent/Computer Forensic Examiner- will call

25. Eddie Mitchell- may call

26. Heather Osborne- may call

27. Jamie Van Orden- may call

28. John Nader- may call

29. Ryan Horn- may call

30. Trish Rithman- may call

31. Any witnesses listed by the Defense, and such additional witnesses as may be necessary in a rebuttal case.

                Respectfully submitted,

                ROGER B. HANDBERG
                United States Attorney

By: */s/ Daniel J. Marcet*
Daniel J. Marcet, AUSA
Florida Bar No. 0114104
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
E-mail: Daniel.Marcet@usdoj.gov

Menno Goedman
Trial Attorney
National Security Division
U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530
Telephone: (202) 541-2147
Email: Menno.Goedman@usdoj.gov

**U.S. v. Jeremy Brown**                                  Case No. 8:21-cr-348-SCB-SPF

## CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Roger Futerman, Esq.

                                          */s/ Daniel J. Marcet*
                                        Daniel J. Marcet
                                        Assistant United States Attorney
                                        Florida Bar No. 0114104
                                        400 N. Tampa St., Ste. 3200
                                        Tampa, FL 33602-4798
                                        Telephone: (813) 274-6000
                                        Facsimile: (813) 274-6358
                                        E-mail: Daniel.Marcet@usdoj.gov