1  **Case:** 266T-TP-3439052 - Jeremy-Brown_Original_JTTF_Interview
2  **Case Agent:** TFO Lindsey
3  **PARTICIPANTS:**
4  JMB: Jeremy Brown, TFO Paul Ura, TFO Brett Lindsey
5  **TRASLATION KEY:**
6  UI: UNINTELLIGIBLE
7  IA: INAUDIBLE
8  PH: PHONETIC
9  SC: SIMULTANEOUS CONVERSATION
10 OV: OVERLAPPING VOICES
11 []: NOISE NOTATIONS OR TRANSLATOR'S NOTES
12 RC: RECORDED MESSAGE
13
14 ================================================================
15 [BEGIN TAPE]
16 [walking]
17 JB: I'm approaching the meet now. I've already visually identified them
18     and spotted both of their vehicles. [walking]
19 JB: Hey, what's going on guys?
20 P:  [UI] How are you?
21 JB: Well, [01:00] I'm normally in bed by now, but ah [OV]
22 B:  [chuckles] I hear you. Oh, you work at night?
23 JB: Nah, I'm just a night owl. What's going on guys?
24 B:  Have a seat, buddy. I'm Brett. This is Paul.
25 JB: Well, you don't mind if I pull out my recorder. Do you?
26 B:  Do what you gotta do.
27 JB: Alright. I don't wanna get General Flynn'd[OV]
28 B:  [laughter]
29 JB: Okay.
30 B:  We're with Homeland Security. We work um with JTTF and the FBI.
31 JB: Okay, I noticed that.
32 [chuckles]

Exhibit 1

| | | |
|---|---|---|
| 33 | B: | So, it's no big deal. We decided to come out. [OV] |
| 34 | JB: | I've worked with JTTF before so I'm familiar. |
| 35 | B: | Um, you might in the future too. We'll see how this goes. |
| 36 | JB: | Ah! [chuckles] |
| 37 | B: | But, like I was saying. This is no big deal. We just have to touch |
| 38 | | base with you. Um, we just got some reporting about some comments |
| 39 | | that you made about civil war. So… |
| 40 | JB: | Like -- like what kind of comments? |
| 41 | P: | [OV] |
| 42 | JB: | Like what kind of comment would make the DHS show up at my door on |
| 43 | | 7'oclock or [02:00] oh, it's almost 8'oclock. It's 7:40 I think it |
| 44 | | was it says. |
| 45 | B: | It's early. Um, yeah just some comments about trying to recruit |
| 46 | | people for civil war. |
| 47 | JB: | Do you have those comments with you? |
| 48 | B: | I do not. |
| 49 | JB: | Okay. So then where did you get that report from? |
| 50 | B: | I'm asking the questions. |
| 51 | JB: | Okay. |
| 52 | [laughter] | |
| 53 | JB: | Cause I have the actual tweet if you wanna look at it. [OV] |
| 54 | B: | And the way it works – I don't know if you know this. Uh, Facebook |
| 55 | | and Twitter both push stuff down [OV] |
| 56 | JB: | Oh, man! |
| 57 | B: | [OV] and we have to come look at it. |
| 58 | P: | And we do this all day long. |
| 59 | P: | You're like one in the queue [OV] |
| 60 | JB: | So Facebook and Twitter directly push information to you? |
| 61 | B: | Both sides. So we have the far right, we have the far left. We don't |
| 62 | | just sit --- cause you're first amendment/2nd amendment you're |
| 63 | B: | You have the right to say whatever you want. You know, you know. |
| 64 | P: | Your ideology, your right to do whatever. |
| 65 | JB: | Right. |
| 66 | P: | We do both sides equally. Just so you know, we're not [OV] |

| | | |
|---|---|---|
| 67 | JB: | I just find it interesting that with everything going on right now |
| 68 | | you guys are two agents – which are probably making way more than I |
| 69 | | am – are sitting here. |
| 70 | | [chuckles] |
| 71 | B: | Well, it's our job! |
| 72 | P: | Trust me, we've had to go on a couple of these [03:00] and it's – I |
| 73 | | think it's the political climate right now. Honestly, it's since |
| 74 | | everything's up in the air. Um, you know, obviously you know what our |
| 75 | | political leaning is. |
| 76 | JB: | Well no, I don't. |
| 77 | P: | A lot of people aren't happy. |
| 78 | JB: | [chuckles] I don't. [chuckles] Well, if you would've pulled up the |
| 79 | | actual tweet you would've found that there's no mention of that. So, |
| 80 | | I apologize but Twitter and Facebook have wasted government time. |
| 81 | P: | I think. But just trust us. This is not the first time we've gone |
| 82 | | out. We've gone all the way up to Spring Hill. It's the same thing. |
| 83 | | People put stuff on their cars and stuff. It's just the political |
| 84 | | climate right now. |
| 85 | JB: | Right. |
| 86 | P: | We just have to come out and make sure you're okay. I can tell right |
| 87 | | now, you're fine. |
| 88 | JB: | Right. |
| 89 | P: | Like you're a good guy. You came out, we met up, you write well. So |
| 90 | | as long as you don't – you not out to hurt anybody -- you don't want |
| 91 | | to hurt yourself. |
| 92 | JB: | Did you just say I write well? |
| 93 | P: | Yes. |
| 94 | JB: | [chuckles] You mean from the emails? |
| 95 | P: | Yeah. |
| 96 | JB: | Oh! [laughter] Well, I was a US Congressional candidate so… I don't |
| 97 | | work at 7'Eleven. Not that there's anything wrong. |
| 98 | P: | Nothing against the 7 Eleven worker. We just want to make sure… |
| 99 | | [04:00] Whatever the outcome is in January -- your online presence or |
| 100 | | anything that you do. You don't want to hurt yourself, or you don't |
| 101 | | want to hurt anybody. And we get that warm and fuzzy that you're |
| 102 | | good. Like you're upset. Either way it happens and we don't care |
| 103 | | which way you lean… |
| 104 | JB: | Right. |

| | | |
|---|---|---|
| 105 | P: | We just wanna make sure that you're not targeting anybody and |
| 106 | | nobody's gonna get hurt over the outcome in January. Again, you'll |
| 107 | | never see us again and this could be closed on our side. Just making |
| 108 | | sure that you're okay and everybody's upset in different ways. But |
| 109 | | that's not why we're here. We're just making sure that you don't want |
| 110 | | to hurt yourself or hurt anybody else. |
| 111 | JB: | Well, trust me if I wanted to hurt somebody they'd already be hurt. |
| 112 | | [chuckles] |
| 113 | | Um, but see there's actually a history of false claims made by my ex- |
| 114 | | wife. In fact, I've recently lost visitation with my 5 daughters over |
| 115 | | bullshit like this. |
| 116 | B: | Yeah, I'm sorry to hear that. |
| 117 | JB: | And so while I do find it kinda of interesting that ya'll stated that |
| 118 | | it was Twitter and Facebook [05:00]. I'm more suspicious that it was |
| 119 | | another false report by her. Because I mean, I've had 2 restraining |
| 120 | | orders filed against me. I've had my guns taken. It's cost me 50,000 |
| 121 | | dollars [OV] |
| 122 | B: | I'm sorry to hear that. |
| 123 | JB: | in legal bills which is exactly what I mentioned in [OV] |
| 124 | P: | and it is some of it here [OV][UI] |
| 125 | JB: | Uh-huh. [OV] See, yeah so… |
| 126 | P: | And I read it. I wasn't concerned about it, but we're just required |
| 127 | | just because of the primary right now to come out and talk to you. |
| 128 | JB: | Right. |
| 129 | B: | Again, we all know about a scorned wife |
| 130 | JB: | Yeah. |
| 131 | B: | We know about a scorned wife. I have an ex-wife, so I know the BS |
| 132 | | that comes with that. And that's all we're here. |
| 133 | JB: | Right. |
| 134 | B: | We checked the box. We're like, "Jeremy's good" and we move to the |
| 135 | | next guy. |
| 136 | JB: | Okay. |
| 137 | P: | I'm not concerned. Like I said. We finished on the phone. That had |
| 138 | | been enough for me, but I just need to put eyes on it. |
| 139 | JB: | Right. |
| 140 | P: | Make sure, you know that I can sit and write it up and say, hey |
| 141 | | listen [OV] |

| | | |
|---|---|---|
| 142 | JB: | So ya'll didn't have anything to do with the woman that was outside |
| 143 | | of my house this morning with a SLR taking photographs? |
| 144 | | [chuckles] |
| 145 | P: | Honestly, we didn't know if that was your house cause we didn't [OV] |
| 146 | B: | Cause both [06:00] of those people said they didn't know you or |
| 147 | | weren't related to you. |
| 148 | JB: | Well, one of those people was me. |
| 149 | P: | Right. |
| 150 | B: | Oh. [Chuckles] |
| 151 | JB: | [chuckles] Then why didn't you say [OV] |
| 152 | P: | Because we don't wanna get [UI]. |
| 153 | JB: | [chuckles] |
| 154 | P: | You want everybody to take their own little steps. |
| 155 | JB: | So… |
| 156 | P: | But for her to say, "They're here for Jeremy" and you look at her. |
| 157 | | And we know who you are. We're like, "This is how it wants to go |
| 158 | | down. It;s how it goes down." |
| 159 | JB: | No, see. One: As a Trump supporter, I'm already on multiple Antifa |
| 160 | | BLM lists. I've already looked them up myself, okay? Look, I'm a |
| 161 | | retired SF guy. Like if I was you guys I would've parked farther |
| 162 | | away, okay? That's just that how you do on personal meets. So, we've |
| 163 | | had an – when I – when I ran for Congress here in this district… |
| 164 | P: | Right. |
| 165 | JB: | since then, I've had all kinds of fucking harassment and bullshit |
| 166 | | which I'm fine with. |
| 167 | P: | Right. |
| 168 | JB: | I've got 14 cameras on our property because of the bullshit we've had |
| 169 | | to put up with. [07:00] |
| 170 | P: | Yeah. |
| 171 | JB: | Which that's fine. Um, so I just wanted to make sure that this isn't |
| 172 | | something like – I kinda think this is comical. My girlfriend is like |
| 173 | | scared to death. She thinks I'm not coming back. |
| 174 | P: | Right. Well, here's the deal. You can see the level – and again, not |
| 175 | | that you're not [UI]. But you see the level of us just leaving and |
| 176 | | wanna meet you on your own time. |
| 177 | JB: | Right. |

| | | |
|---|---|---|
| 178 | P: | If this was a criminal matter and we thought in any way like that |
| 179 | | time's ticking and it's sensitive. We would've – you could've told us |
| 180 | | want to meet next week after Christmas. |
| 181 | JB: | Right. |
| 182 | P: | We don't care. We just have a job right now… |
| 183 | JB: | No, I know. |
| 184 | P: | with the JTTF. They say, "This is on the radar" and we are able to at |
| 185 | | our level this is off the radar. |
| 186 | JB: | Right. |
| 187 | B: | [OV] The election has a lot of people spun up and then we have a |
| 188 | | stand up command post. We all [OV] |
| 189 | JB: | I'm hoping that ya'll are more spun up than you seem to be. |
| 190 | P: | [chuckles] So, we did work through election week and ah – so that's – |
| 191 | | honestly, this probably wouldn't be a concern if it wasn't around the |
| 192 | | election. You know? I have no issues [OV] |
| 193 | JB: | Well those comments weren't [08:00] around the election, were they? |
| 194 | P: | No. Not that I saw. |
| 195 | JB: | Because I got rid of Twitter. Cause I thought it was kind of comical |
| 196 | | that now that I no longer have it. |
| 197 | | [chuckles] |
| 198 | P: | So, I wouldn't worry about it. Just wanted to sit down with you [OV] |
| 199 | JB: | You mind if I see which tweets you're referencing? [OV] I only |
| 200 | | printed a couple out. |
| 201 | P: | [OV] The only two tweets that I printed out. |
| 202 | JB: | I mean I am a relatively vocal guy when [OV] |
| 203 | B: | You can be as vocal as you want. |
| 204 | P: | Hey, you got 1st amendment right to say whatever you want.[UI] These |
| 205 | | are the only I printed out. There were others. Just so I had these |
| 206 | | for the record. |
| 207 | B: | Cause we don't even know like if these groups or different things. |
| 208 | | And Jeremy, this is even more of the point. [OV] |
| 209 | JB: | [laughs] Well, this doesn't even mention it. This doesn't even |
| 210 | | mention it. This is poker! This is poker now. |
| 211 | P: | This is even more so. And this is what we do and you being a former |
| 212 | | guy or whatever. If you're hearing stuff and you being around your |
| 213 | | group. And someone's like, "Hey, we're training tonight and tomorrow. |

| | | |
|---|---|---|
| 214 | | Some shit's gonna go down." You calling us and letting us know and we |
| 215 | | can prevent the next big thing. |
| 216 | JB: | Are you… |
| 217 | P: | That would be great. So we're gonna – we're not here adversarial |
| 218 | | [09:00]. We're here to clear your name and we're also here if you |
| 219 | | wanna work with us in the future and you hear stuff in your circles |
| 220 | | that [OV] Not ex-wife, your stuff like we can't get involved in civil |
| 221 | | matters. |
| 222 | JB: | Um-hum. |
| 223 | P: | But if you hear of a pending, imminent situation in Tampa. We would |
| 224 | | love to hear from you. And if we – and again, I can't make any |
| 225 | | promises, but like if you provide information that prevents something |
| 226 | | big. The government pays for that. The government – we would love |
| 227 | | [OV] |
| 228 | JB: | Yeah, I know how CI's work. [chuckles] |
| 229 | P: | That's what I'm saying. And I don't wanna overwhelm you and I don't |
| 230 | | wanna say we'll get your fingerprints and picture and sign you up |
| 231 | | today, but we think that we can help you. You can help us and we can |
| 232 | | definitely on this side of things, less aggravation. But personally |
| 233 | | this morning, I can 100% tell you it's nothing to do with our office, |
| 234 | | Homeland Security or FBI. So, that's why we're here. |
| 235 | JB: | Right. |
| 236 | P: | You got our number. We're 24/7. |
| 237 | JB: | Okay. |
| 238 | B: | And like he said, we weren't concerned. But, I do see this happening. |
| 239 | | In order to close out this lead, we just gotta sit down with you and |
| 240 | | say it's fine. I knew it from the second I was emailing you that you |
| 241 | | were a normal person…[10:00] |
| 242 | JB: | Right. |
| 243 | B: | and it was bullshit. So, that's where it is. If you have something |
| 244 | | call my desk, I can come over to talk to you about it. Ah, especially |
| 245 | | if something that's going on in Tampa. We're on the domestic side, so |
| 246 | | anything domestic terrorism. |
| 247 | P: | There's international and domestic. |
| 248 | JB: | Right. |
| 249 | B: | If anything, anything on the 3-4 counties around here, we can take |
| 250 | | care of it. |
| 251 | JB: | Okay. |

| | | |
|---|---|---|
| 252<br>253 | P: | Alright? I appreciate – yeah, I appreciate you coming out and I know it's kinda a pain in the ass. |
| 254<br>255<br>256<br>257 | B: | And again, we like to tell you you're one of 19 people that we're gonna knock on the door, they're gonna say they're not home. But they are home and we're like, "Can we just talk at some point?" Cause we can't close this out until there's actually an interview. |
| 258<br>259 | JB: | Right. Well, I – yeah – and I'll apologize for my girlfriend. Uh, we were expecting the AC guy. |
| 260 | P: | That's what she said. |
| 261 | JB: | [OV] And she's a horrible liar. |
| 262<br>263<br>264<br>265<br>266 | B: | [OV] If I knew more about. I'm like, "Are you related?" She's like, "No." She's not allowed. I tell her because. Look, here's the bottom line. She's just a pharmaceutical rep. She's scared to death, alright? She knows what's going on because I tell her what's going on, right? |
| 267<br>268<br>269<br>270<br>271 | | I mean, I'm triple retired. [11:00] I'm retired from the military, retired as a business owner and then I retired as a politician. Um, so I just – I'm like a stay-at-home boyfriend. I sit at home, I conduct open source analysis all day long to try to track what's going on. |
| 272<br>273<br>274<br>275<br>276 | | 90 percent of it is bullshit, but you know, like I tell people all the time. You have to take observations, not conclusions. Listen for what is the observation in the statement. Not what that jackass thinks it means, right? And then you gotta put together your own picture. |
| 277<br>278<br>279<br>280<br>281 | | Ah, I mean I'm concerned. I've got 5 daughters that are in St. Louis. I don't have much control over what they're exposed to or their safety if something happens. You know St. Louis isn't the safest place in the world. Thank god you're in Tampa, right? Where the cops actually try to arrest the looters. |
| 282<br>283<br>284 | | Um, and so she – I've told her, "Don't ever answer the door for anybody." I mean we've got cameras up and everything, but because you guys came right[12:00] when we were expecting the AC guy… |
| 285 | B: | Yeah, yeah. |
| 286<br>287<br>288 | JB: | she automatically assumed that you were the AC guy and came in and said, "Hey, the AC guy's here." So, I come to the door and then you guys are standing there. |
| 289 | P: | Yeah, I'm like that really looks like…[OV] |
| 290 | JB: | I'm like… |
| 291 | B: | After holding your picture up. I'm like, "Well" [OV] |

| | | |
|---|---|---|
| 292 | JB: | Well, hey you don't ask a question you don't get an answer. |
| 293 | | [chuckles] |
| 294 | P: | We only came early because it [OV] |
| 295 | B: | People gotta work. |
| 296 | JB: | But I am concerned about one thing. |
| 297 | B: | Yeah. |
| 298 | JB: | One. Why do they give you shitty cards? |
| 299 | P: | What do you think I'm driving? |
| 300 | JB: | You guys are – cards? |
| 301 | P: | Oh, card. |
| 302 | B: | Oh, I [OV] I saw you looking at that pretty hard. [chuckles] |
| 303 | P: | We do a lot of things different. |
| 304 | JB: | I'm like… |
| 305 | P: | We do a lot of things different and just to be truthful with you, I'm |
| 306 | | [OV] |
| 307 | JB: | I mean you guys deserve better cards than that. |
| 308 | B: | I write hand personal notes and people are like, "Oh my gosh, there's |
| 309 | | two fake agents out here." And we'll get called and we've got an |
| 310 | | appointment this afternoon just to confirm because I wrote it on a |
| 311 | | note my name and who I worked for. And the attorney doesn't believe |
| 312 | | we're federal agents but he gets a lot of call back. He gets [OV] |
| 313 | JB: | Oh yeah. When you hand somebody a card like that I'm like [OV] I |
| 314 | | don't know [13:00] about this. |
| 315 | P: | Hey, I'm sure you're aware we're under a continuing resolution. |
| 316 | JB: | [chuckles] |
| 317 | P: | We have no – we can't get car washes. |
| 318 | B: | We do things a little different. [OV] |
| 319 | JB: | Yeah, I'm like he's in an old Ford Fusion. |
| 320 | P: | I'm getting a new car though. Next week, so. |
| 321 | B: | He is. That's the Homeland Security. I've got a blue pickup truck. |
| 322 | JB: | I know. I saw that. [OV] |
| 323 | B: | Yeah, yeah. No, I'm just saying. [OV] |
| 324 | JB: | Look, I did all my SDRs okay? I don't walk into ambushes without at |
| 325 | | least knowing. |

| | | |
|---|---|---|
| 326 | B: | You picked the arena. |
| 327 328 | P: | You know like if it was going down. We would not have left that day. Like [OV] |
| 329 | JB: | Oh, I know. |
| 330 331 | P: | It's – there's a level and I don't wanna make light of this. But if there's a level of 1 -10, we're like at a zero. |
| 332 | JB: | Right. |
| 333 334 335 | P: | This clears up what we do and this makes you – cause when he says, "I don't wanna use that loosely." We've got people that live in driveways, we got people that live in the park… |
| 336 | JB: | Right. |
| 337 338 | P: | We've got people, those people that are making claims that they're gonna blow shit up. |
| 339 | B: | And they make a lot more [OV] |
| 340 | P: | But I'm saying again, you're not that guy and we can [UI] |
| 341 342 343 344 | B: | We just want to document that. Memorialize that in a report. You go on about your life. Deal with your stuff and just [14:00] if anything – and you can tell me to "F" off. Like on social media, big brother, conspiracy theories whatever. They do monitor that. |
| 345 346 | P: | I don't. I'm not that smart. He's not that smart. I'm just saying when you put stuff in anonymous emails or [OV] |
| 347 | B: | They use key words. A lot of key words. |
| 348 349 | P: | People smarter than us – that's how it gets filtered to Tampa to go knock on this guy's door. We don't do that. |
| 350 351 352 353 354 355 356 357 358 | JB: | I was the NCOIC of the special activities branch at SOCCENT so I know all about that. [chuckles][OV] In fact when I had my hearing with my ex in St. Louis back in June or July, her attorney – because you know I tried to train my daughters. I tried to teach them things that might be helpful. I say, "Hey, if you're ever in a situation where there's trouble you know you can do these certain things." And, you know so I didn't explain the technical aspects, but I said, "Here's the thing. Just know that anytime you have your phone on you somebody can find you, right?" |
| 359 | P: | Yeah, yeah. [15:00] |
| 360 361 362 | JB: | So her attorney brings that up in court. "Did you tell them this?" I said, "Well, in accordance with you know U.S. code Title 18, you know, blah, blah, blah I can't answer that question." |
| 363 | P: | [chuckles] |

| | | |
|---|---|---|
| 364 | JB: | Because that was a direct – our office was directly – you know – I'm |
| 365 | | very familiar with everything that is out there. Even stuff that's |
| 366 | | not out there. |
| 367 | B: | And you know the Internet's forever. So once you put anything out |
| 368 | | there… |
| 369 | JB: | Yeah. And I never say anything that I'm -- that I'm not willing to |
| 370 | | sit down and talk with two DHS agents about. |
| 371 | B: | And that's why I wasn't concerned. It wasn't a big thing to us at |
| 372 | | all. |
| 373 | P: | Compared to what we went on a couple that you know [OV] |
| 374 | JB: | But the bad guy's are here. You know that right? |
| 375 | P: | Oh yeah. We had one guy. He's a great guy but he had Biden is a |
| 376 | | pedophile in the back of his truck. [OV] |
| 377 | JB: | But Biden is a pedophile. |
| 378 | B: | Yeah, well… there's 30 people in ours. |
| 379 | JB: | You guys should know that. Ya'll have the laptop. [chuckles] |
| 380 | P: | There's 60 people devoted to this with that in mind that they're bad |
| 381 | | guys in Tampa. |
| 382 | JB: | Yeah, I'm sure. |
| 383 | P: | [UI] and probably [16:00] a 100 support people. |
| 384 | B: | Oh yeah. No, no…[OV] |
| 385 | JB: | St. Pete is worse. I mean look -- I'm a member of the SFA here the |
| 386 | | Special Forces Association and you know guys – you know we all |
| 387 | | exercise our skill set for the betterment of our communities, right? |
| 388 | | Like you said if you know – we've got guys that are tracking BLM and |
| 389 | | Antifa and other groups that are running those groups. I mean I don't |
| 390 | | know how much you guys know about insurgents and stuff, but those |
| 391 | | guys are being run just like you guys are being run. |
| 392 | | Like you're not making the decisions, you're answering the task |
| 393 | | force, right? I mean it comes down to you – hey, go check this guy |
| 394 | | out. Well, that's what Antifa and BLM are doing, right? They say, |
| 395 | | "Hey…" |
| 396 | B: | It's organized. Yeah, we know. |
| 397 | JB: | Yeah, but they don't even know. They don't realize [OV] |
| 398 | B: | Yeah, there's a box of rocks under there and like they don't go pick |
| 399 | | it up. |
| 400 | JB: | They're like, "Ah, those evil Trump supporters." I walk with a group… |
| 401 | B: | That's a bigger picture. |

(handwritten annotations: "5" circled next to lines 375-378; "6" circled next to lines 385-395)

| | | |
|---|---|---|
| 402 | JB: | not this last weekend, but the weekend before [17:00]. They do a walk in Clearwater and they started [U/I]. They just walk down – a bunch of old, mostly old ladies and some old men. But, you know a few of us go there and we walk along to provide security. And of course one of the jackasses – I mean they're walking – these old ladies just wanna support the President. |
| 408 | P: | Yeah. |
| 409 | JB: | Right? So they're walking along. They're live streaming on their little Twitter or whatever they're doing. And this off duty stripper walks up and just slaps the phone out of her hands. So now we're there you know Clearwater PD shows up. |
| 413 | P: | Yeah. |
| 414 | B: | You have to be a witness. |
| 415 | JB: | But, yeah because we're wearing body cams and things like that because we know we have to document. Good guys always have to have more evidence than bad guys, right? So see, you know Clearwater PD shows up and they are literally like in this old woman's face. So finally we had to step in [OV] |
| 420 | P: | And try to explain what happened… |
| 421 | JB: | and say hey… |
| 422 | B: | Yeah, yeah. |
| 423 | JB: | and then her boyfriend bowed up and I'm like, "I don't think you wanna do that." |
| 425 | P: | Right, right. |
| 426 | JB: | Cause see they're used to |
| 427 | B: | Getting their way? [18:00] |
| 428 | JB: | Well, I mean they're bullies. |
| 429 | P: | Entitled. |
| 430 | JB: | They're used to people backing down, but the minute that you don't back down they back down because they're pussies basically. |
| 432 | B: | [chuckles] |
| 433 | JB: | But, yeah, I'm sure you guys all know that. |
| 434 | P: | For this climate in society and the younger people that were protesting and doing their own thing. The sense of entitlement, the sense of I don't have to follow the norms. The rules don't apply to me – that is the problem. And it's not gonna be so much our problem, but your 5 daughter's problems. |
| 439 | JB: | Um-hum. |

```
440   P:    And our kids problems. The society that when we're old men that
441         they're living in is gonna be the fruits of what's happening.

442   JB:   Yeah, I mean it's sad to see. You know frankly I'm mad at civilians
443         but -- cause they're the ones that let it get this way while we're
444         all fighting all over the fucking place. But, it is what it is. We
445         just have to monitor [OV]

446   B:    Hey, definitely like Paul said. If you hear anything just call me.
447         Shoot me an emai - actually just shoot me an email. I'll respond
448         right away.

449   P:    We can meet on a monthly basis. Or we can chat when things are open.
450         Get a coffee. But again, we are - we don't' have a crystal ball and
451         so the [19:00] news or whatever [OV]

452   JB:   Nah, I know. Like I said. I know you're just doing your job.

453   B:    That's all we got. I don't wanna take any more of your time. I want
454         you to get back to your girlfriend [OV]

455   JB:   Well look, I appreciate it guys. I'm gonna turn this off cause I
456         don't think ya'll are gonna put me in cuffs.

457   P:    Thanks, man. [chuckles]

458   JB:   Aye, ya'll be safe.

459   B:    You too.

460   P:    Take care of yourself.

461   JB:   And uh if I hear anything, I'll let you guys know.

462   B:    Yep.

463   P:    Appreciate it.

464   B:    Send me an email, call me, whatever.

465   JB:   Alright have a good one.

466   [walking][background noise]

467   [END TAPE]
```