UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA
Tampa Division

United States of America

v.

Jeremy Brown

Defendant.

Case: 8:21-cr-348-SCB-SPF

## AMENDED EXHIBIT LIST

☐ Government  ☐ Plaintiff(s)  ☑ Defendant  ☐ Court  ☐ Other:

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 1 | | | | Picture of Home |
| 2 | | | | Picture of Home |
| 3 | | | | Picture of living room area |
| 4 | | | | Picture of dining room area |
| 5 | | | | Picture of furniture storage area within the house |
| 6 | | | | Picture of kitchen |
| 7 | | | | Picture of bedroom door B |

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 8 | | | | Picture of bedroom B |
| 9 | | | | Picture of bedroom B |
| 10 | | | | Picture of room door C |
| 11 | | | | Picture of room C - Office |
| 12 | | | | Picture of room C - Office |
| 13 | | | | Picture of room C - Office |
| 14 | | | | Picture of room door D |
| 15 | | | | Picture of room D - Bathroom |
| 16 | | | | Picture of room door E |
| 17 | | | | Picture of room E |
| 18 | | | | Picture of room E |
| 19 | | | | Picture of room E |

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 20 | | | | Picture of room door G |
| 21 | | | | Picture of Asus Laptop |
| 22 | | | | Binder of Special Forces Sniper Training and Employment |
| 23 | | | | Picture of firearm |
| 24 | | | | Picture of Tactical Vest |
| 25 | | | | Picture of handgun |
| 26 | | | | Picture of cell phone # 1 |
| 27 | | | | Picture of cell phone # 2 |
| 28 | | | | Picture of Asus laptop # 3 |
| 29 | | | | Picture of binder of Special Forces Sniper Training and Employment # 4 |
| 30 | | | | Picture of closet |
| 31 | | | | Picture of Serial number on firearm |

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 32 | | | | Picture of storage area |
| 33 | | | | Picture of storage area |
| 34 | | | | Picture of the ground |
| 35 | | | | Picture inside of the RV |
| 36 | | | | Picture inside of the RV |
| 37 | | | | Picture inside of the RV |
| 38 | | | | Picture inside of the RV |
| 39 | | | | Picture of Ammunition |
| 40 | | | | Picture of various firearms / rifles |
| 41 | | | | Picture of hat #11 |
| 42 | | | | Picture close up of hand gun |
| 43 | | | | Picture of helmet # 16 |

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 44 | | | | Picture of tactical vest |
| 45 | | | | Picture of grenade |
| 46 | | | | Picture of grenade |
| 47 | | | | Picture of grenade |
| 48 | | | | Picture of grenade |
| 49 | | | | Picture close up of tactical vest |
| 50 | | | | Picture of grenade in tactical vest |
| 51 | | | | Picture of grenade |
| 52 | | | | Picture of grenade |
| 53 | | | | Picture of grenade next ATF Lab Ruler |
| 54 | | | | Picture of grenade next to ATF Lab ruler |
| 55 | | | | Picture of grenade next to ATF Lab Ruler |

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 56 | | | | Picture of grenade next to ATF Lab Ruler |
| 57 | | | | Picture of grenade next to ATF Lab Ruler |
| 58 | | | | Picture of grenade next to ATF Lab Ruler |
| 59 | | | | Picture of grenade x-ray |
| 60 | | | | Picture of grenade x-ray |
| 61 | | | | Picture of Flag # 20 |
| 62 | | | | Picture of firearm # 23 |
| 63 | | | | Picture of picture of Jeremy Brown in tactical gear |
| 64 | | | | Picture of room door E |
| 65 | | | | Picture inside of room R |
| 66 | | | | Picture of inside of room R |
| 67 | | | | Picture of inside of room R |

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 68 | | | | Picture of room F |
| 69 | | | | Picture of room F |
| 70 | | | | Picture of room F |
| 71 | | | | Picture of room door D - bathroom |
| 72 | | | | Picture of room door C - Office |
| 73 | | | | Picture of office |
| 74 | | | | Picture of whiteboard in office |
| 75 | | | | Picture of room door B – with view inside room |
| 76 | | | | Picture of bathroom |
| 77 | | | | Picture of bedroom |
| 78 | | | | Picture of bedroom |
| 79 | | | | Picture of bedroom |

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 80 | | | | Picture of money stacked on bed |
| 81 | | | | Picture of outside compartments of RV |
| 82 | | | | Picture of outside compartments of RV |
| 83 | | | | Picture of inside RV |
| 84 | | | | Picture of inside of RV |
| 85 | | | | Picture of inside of RV |
| 86 | | | | Picture of inside of RV |
| 87 | | | | Picture of various items laid out on couch |
| 88 | | | | Picture of same various items laid on couch |
| 89 | | | | Picture closer up of items, picture and Unconventional Warfare Pocket Guide |
| 90 | | | | Picture closer up of items, picture and Unconventional Warfare Pocket Guide |
| 91 | | | | Picture of screenshot – agents at Mr. Brown's door |

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 92 | | | | Picture of inside of RV from Dec Search |
| 93 | | | | Picture of inside of RV from Dec Search |
| 94 | | | | Picture of carpet sample removal from Dec Search |
| 95 | | | | Picture of carpet sample removal from Dec Search |
| 96 | | | | Picture of black dog and agents (taking hair sample) from Dec Search |
| 97 | | | | Picture of black dog and agents (taking hair sample) from Dec Search |
| 98 | | | | Picture of brown dog from Dec Search |
| 99 | | | | Picture of brown dog and agent (taking hair sample) from Dec Search |
| 100; 100a; 100b; 100c; 100d | | | | Picture of inside and outside of RV |
| 101; 101a | | | | Picture of Evidence Bag and Picture of Item 43 |
| 102 | | | | Picture showing partial SECRET / INOFORN – doc. |

| No. | Identified | Admitted | Witness | Description |
|---|---|---|---|---|
| 103 | | | | Picture showing partial SECRET / INOFORN – doc. |
| 104 | | | | Picture of SECRET cd with Handwriting on it Bates # DISC - 013167 |
| 105 | | | | Picture of classified redacted documents – bates # DISC - 012932 |
| 106 | | | | Google Image of flashbang grenade |
| 107 | | | | Google Image of flashbang grenade |
| 108 | | | | Google Image of flashbang grenade |
| 109 | | | | DA Form 5692 |
| 110 | | | | Picture of SECRET cd Bates # DISC - 09552 |
| 111 | | | | Trace report 10pgs – bates number DISC - 0130085 |
| 112 | | | | Evidence log – 5pgs |
| 113 | | | | Property Receipt – 1pg |
| 114 | | | | Photograph Log 6pgs – bates number DISC - 09889 |

| 115 |  |  |  | Jeremy Brown Redacted JTTF Interview - Audio |
|---|---|---|---|---|

\*All images/documents previously provided by the Government in Discovery except Exhibit 106-108 and Exhibit 115

\* Amended Exhibit List filed December 5, 2022 altered the Exhibit List filed on November 16, 2022 by the following: Exhibit 100 added four (4) pictures labeled as "100a; 100b; 100c; 100d"; and Exhibit 101 added one (1) picture labeled as "101a".