# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

### CLERK'S MINUTES

| | |
|---|---|
| **CASE NO.:** 8:21-cr-348-SCB-SPF | **DATE:** December 6, 2022 |
| **HONORABLE SUSAN C. BUCKLEW** | **INTERPRETER:** N/A |
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**JEREMY BROWN** | **GOVERNMENT'S COUNSEL:**<br>Daniel J. Marcet, AUSA &<br>Menno Goedman, SAUSA with<br>HSI Case Agent Brett Lindsey<br><br>**DEFENDANT'S COUNSEL:**<br>Roger Futerman &<br>Melissa A. Loesch (Retained) |
| **COURT REPORTER:** Rebekah Lockwood | **COURTROOM:** 10B |
| **TIME:** 9:00 A.M. – 10:33 A.M.;<br>10:54 A.M. – 12:15 P.M.;<br>1:30 P.M. – 2:41 P.M. &<br>2:57 P.M. - 4:10 P.M. | **TIME:** 5 Hours, 18 Minutes |
| **DEPUTY CLERK:** Charmaine A. Black | |

**PROCEEDINGS: JURY TRIAL (DAY 2)**

9:00   Court is in session.
       All parties are present in the courtroom.
       Discussions are held.
       The jurors enter the courtroom.

   **Government's Witnesses**:
   - **HCSO Detective Belvin Sanchez'** testimony resumes.
   - **ATF Special Agent Christopher Nicolussi** is called to the stand, sworn and testifies.

   The jurors exit the courtroom.
10:33  Break in proceedings.

*~Comfort Break~*

10:54  The proceedings resume.
       The jurors are recalled.

        **Government's Witnesses**:
- **ATF Special Agent Christopher Nicolussi's** testimony resumes.
- **FBI Special Agent Christopher Scott Franck** is called to the stand, sworn and testifies.
- **FBI Forensic Examiner Travis McCrady** is called to the stand, sworn and testifies.
- **FBI Chemist Forensic Examiner Kerri Giroux** is called to the stand, sworn and testifies.

        The jurors are excused for lunch.

12:15    Break in proceedings.

*~Lunch Recess~*

1:30    The proceedings resume.
        The jurors are recalled.

        **Government's Witnesses**:
- **FBI Physical Scientist Forensic Examiner Jill Capistrant** is called to the stand, sworn and testifies.
- **FBI Forensic Biologist Examiner Krystal Breslin** is called to the stand, sworn and testifies.

        The jurors exit the courtroom.

2:41    Break in proceedings.

*~Comfort Break~*

2:57    The proceedings resume.
        The jurors are recalled.

        **Government's Witnesses**:
- **FBI Supervisory Physical Scientist Forensic Examiner Kimberly Reubush** is called to the stand, sworn and testifies.
- **FBI Special Agent Keith Drummer** is called to the stand, sworn and testifies.

        The jurors are excused for the evening and instructed to return tomorrow at 9:00 A.M.
        The Court stands in recess until tomorrow, Wednesday, December 7, 2022, at 9:00 A.M.

4:10    Court is adjourned.