# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:21-cr-348-SCB-SPF

JEREMY BROWN
_____/

## ORDER

Before the Court is the United States' Motion to Exclude Certain Evidence and Argument at Trial (Doc. 292), which was addressed by the Court during the hearing conducted on December 8, 2022. For the reasons stated by the Court at the hearing, the United States' Motion is due to be granted. Therefore, the Court will exclude from the trial any evidence and argument that Defendant had a supposed motive or justification for possessing the classified national defense information charged in Count 10 of the second superseding indictment, as they are irrelevant to the elements of the offense. The Court will also exclude from the trial any arguments and statements by Defendant that the failure-to-register firearm statutes charged in Counts 1 and 2 of the second superseding indictment are inconsistent with the Second Amendment and therefore cannot support a conviction. Defendant cannot testify about the law and his opinion about the law is not relevant. The Court instructs the jury on the law.

**ACCORDINGLY**, it is **ORDERED AND ADJUDGED**:

The United States' Motion to Exclude Certain Evidence and Argument at Trial (Doc. 292) is **GRANTED**.

**DONE AND ORDERED** in Tampa, Florida, on this 8th day of December, 2022.

_____
SUSAN C. BUCKLEW
United States District Judge