# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

## CLERK'S MINUTES

| CASE NO.: 8:21-cr-348-SCB-SPF | DATE: December 9, 2022 |
|---|---|
| HONORABLE SUSAN C. BUCKLEW | INTERPRETER: N/A |
| UNITED STATES OF AMERICA<br><br>v.<br><br><br>JEREMY BROWN | GOVERNMENT'S COUNSEL:<br>Daniel J. Marcet, AUSA and<br>Menno Goedman, SAUSA with<br>HSI Case Agent Brett Lindsey<br><br>DEFENDANT'S COUNSEL:<br>Roger Futerman and<br>Melissa A. Loesch (Retained) |
| COURT REPORTER: Rebekah Lockwood | COURTROOM: 10B |
| TIME: 8:58 A.M. – 11:07 A.M.;<br>    11:20 A.M. – 12:25 P.M.;<br>    1:35 P.M. –   2:49 P.M. and<br>    2:54 P.M. -   4:02 P.M. | TIME: 5 Hours, 36 Minutes |
| DEPUTY CLERK: Charmaine A. Black | |

**PROCEEDINGS: JURY TRIAL (DAY5)**

8:58    Court is in session.
    All parties are present in the courtroom.
    Discussions are held.
    The jurors enter the courtroom.

   **Government's Witness**:
   - **USCENTCOM Human Intelligence Desk Officer Richard Chorpening** is called to the stand, sworn and testifies.

   The classified notebooks are distributed.
   The classified notebooks are collected.
   The Government rests.
9:43   The jurors exit the courtroom.

*~Jury Comfort Break~*

   Defense counsel addresses the Court.
   The defendant requests that the Court dismiss Counts 1 and 2 as unconstitutional under the Second Amendment to the United States Constitution.

        The Government responds.
        For the reasons set forth on the record, the defendant's request to dismiss Counts 1 and 2 is **DENIED**.
        As to Counts 3, 4 and 5, as well as Counts 6, 7, 8 and 9, the defendant submits that there is insufficient evidence to go before the jury and the defendant moves for a Rule 29 judgment of acquittal.
        *Note*: A Rule 29 argument is not made as to Count 10.
        Government's counsel responds.
        For the reasons articulated on the record, the defendant's Rule 29 motion is **DENIED**.

        The defendant informs the Court that he wishes to take the stand and testify on his own behalf.
        Discussions are held.
10:02    The jurors reenter the courtroom.

        **Defendant's Witness:**
- **Defendant's Witness Tylene Aldridge** is called to the stand, sworn and testifies.

*~Sidebar~*

        The jurors exit the courtroom.
11:07    Break in proceedings.

*~Comfort Break~*

11:20    The proceedings resume.
        The jurors are recalled

        **Defendant's Witnesses:**
- **Defendant's witness Retired Special Forces Green Beret Sergeant Major Scott Olson** is called to the stand, sworn and testifies on his own behalf.
- **Defendant Jeremy Michael Brown** is called to the stand, sworn and testifies on his own behalf.

        The jurors are excused for lunch.
12:25    Break in proceedings.

*~Lunch Recess~*

1:35     The proceedings resume.
        The jurors are recalled

        **Defendant's Witness:**
- **Defendant Jeremy Michael Brown's** testimony resumes.

        The jurors exit the courtroom.

*~Sidebar~*

        A discussion is held.

| | |
|---|---|
| 2:49 | Break in proceedings. |

~Comfort Break~

| | |
|---|---|
| 2:54 | The proceedings resume.<br>The jurors are recalled. |

**Defendant's Witness:**
- **Defendant Jeremy Michael Brown's** testimony resumes.

~Sidebar~

The defense rests.
The Government has a rebuttal witness.

**Government's Rebuttal Witness**:
- **PCSO Detective and Task Force Officer with the Tampa FBI Shawn Michael Walsh** is called to the stand, sworn and testifies.

The Government rests.

| | |
|---|---|
| 3:55 | The Court addresses the jurors and instructs them to return on Monday, December 12, 2022, at 9:00 A.M.<br>The jurors exit the courtroom.<br><br>A charge conference is held.<br>The defendant's Rule 29 motion is renewed.<br>For the reasons articulated on the record, the renewed Rule 29 motion is **DENIED**.<br>The Court is in recess until Monday, December 12, 2022, at 9:00 A.M. |
| 4:02 | Court is adjourned. |