UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA  )
                          )  Case No.: 8:21-CR-348-T-SCB-SPF
v.                        )
                          )
JEREMY BROWN              )

## VERDICT FORM

As to **Count 1**: knowing possession of an unregistered shotgun having a barrel less than 18 inches in length, we, the Jury in the above-captioned case, unanimously find the Defendant:

GUILTY   ✓   NOT GUILTY _____

As to **Count 2**: knowing possession of an unregistered rifle having a barrel less than 16 inches in length, we, the Jury in the above-captioned case, unanimously find the Defendant:

GUILTY   ✓   NOT GUILTY _____

As to **Count 3**: knowing possession of an unregistered explosive grenade, we, the Jury in the above-captioned case, unanimously find the Defendant:

GUILTY   ✓   NOT GUILTY _____

As to **Count 4:** knowing possession of an unregistered explosive grenade, we, the Jury in the above-captioned case, unanimously find the Defendant:

GUILTY ___✓___     NOT GUILTY _____

As to **Count 5:** knowing storage of explosive material, two grenades, in violation of Attorney General regulations, we, the Jury in the above-captioned case, unanimously find the Defendant:

GUILTY ___✓___     NOT GUILTY _____

As to **Count 6**: willful retention of a document relating to the national defense, that is, Threat Frequency Report --- Combined Explosives Exploitation Cell (CEXC) – Afghanistan dated October 13, 2004, we, the Jury in the above-captioned case, unanimously find the Defendant:

GUILTY _____     NOT GUILTY ___✓___

As to **Count 7**, willful retention of a document relating to the national defense, that is, IED Incident Report – CEXC and Addendum dated January 6, 2005, we, the Jury in the above-captioned case, unanimously find the Defendant:

GUILTY _____     NOT GUILTY ___✓___

As to **Count 8**, willful retention of a document relating to the national defense, that is, Spider Device Testing Procedures and Results dated November 1, 2004, we, the Jury in the above-captioned case, unanimously find the Defendant:

GUILTY  _____   NOT GUILTY  \_\_✓_____

As to **Count 9**, willful retention of a document relating to the national defense, that is, Fragmentary Order dated January 14, 2005, we, the Jury in the above-captioned case, unanimously find the Defendant:

GUILTY  _____   NOT GUILTY  \_\_✓_____

As to **Count 10**, willful retention of a document relating to the national defense, that is, Trip Report dated September 1, 2011, we, the Jury in the above-captioned case, unanimously find the Defendant:

GUILTY  \_\_✓_____   NOT GUILTY  _____

SO SAY WE ALL

_____
FOREPERSON OF THE JURY

12/12/22
DATE