The Jury wishes to listen to the audio recording of the telephone call however the cd will not play in the Jury Room.

[redacted]

12-12-/22

Ct. Exh 1

We the jury have Reached a verdict in all 10 counts

[redacted]

12/12/22

Ct. Exh. 2