# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA

v.   Case No. 8:21-cr-348-SCB-SPF

JEREMY BROWN

## PRELIMINARY ORDER OF FORFEITURE

THIS CAUSE comes before the Court upon the United States of America's Motion for a Preliminary Order of Forfeiture for the following assets seized from the defendant at his residence on or about September 30, 2021:

(1) a CBC Industries shotgun, 410 Gauge, model SB42Y, serial number C1247014;

(2) a Palmetto Armory rifle, 5.56 caliber, model PA-15, serial number LW257921; and

(3) two military hand grenades (grenades), model M67, Lot # 7-69 COMP B MA-11-12F.

The Court hereby finds that, based on the facts at trial and the jury's finding of guilt on Counts One through Five, the unregistered firearms and grenades, identified above, were involved in the offenses for which the defendant has been convicted.

Accordingly, it is hereby:

ORDERED, ADJUDGED, and DECREED that for good cause shown, the United States= motion is GRANTED.

It is FURTHER ORDERED that, pursuant to 18 U.S.C. § 844(c), 26 U.S.C. § 5872, 28 U.S.C. § 2461(c), and Rule 32.2(b)(2) of the Federal Rules of Criminal

Procedure, the assets identified above are hereby forfeited to the United States for disposition according to law.

It is FURTHER ORDERED that the preliminary order of forfeiture become final as to the defendant at sentencing.

The Court retains jurisdiction to address any third-party claim that may be asserted in these proceedings, and to enter any further order necessary for the forfeiture and disposition of such property.

DONE and ORDERED in Tampa, Florida, this 2nd day of February, 2023.

_____
SUSAN C. BUCKLEW
United States District Judge

Copies to:
Suzanne C. Nebesky, AUSA
Counsel of Record