Honorable Susan Bucklew,

My name is Jonathon Michael Kuhn and I am writing this letter on behalf of Jeremy Brown, Case #821-cr348-SCB-SPF, to ask for leniency for him. I am a veteran of the U.S. Army and I served with Jeremy for about a year or so, including a deployment to Iraq, on an Operational Detachment Alpha with 5th Special Forces Group in 2008 through 2009. During that time we trained together, did ~~missions~~ missions together and occasionally spent time together with ~~the~~ other team members during off duty hours. I was the junior of two communications sergeants on a team that he managed as the team sergeant. I've seen him only once since I was honorably discharged from the Army in 2009. It was at the funeral of one of our team members in 2017.

I am requesting leniency for Jeremy Brown because I believe that he is a good man. I believe that he is a Patriot and an honorable man. I would not say that I know him very well, but during my time with him on our team, I perceived that he was an excellent soldier, a mature and responsible human being, a kind and reasonable man; a loving human being, a family oriented person who loves God and his country. He managed our team very well, and I had no doubts about his ability to do his job, and I had no worries about being on his team and under his leadership. I knew I could count on him and I believe that he is an honest and trustworthy human being who deserves leniency. I spoke to him once last year while he was in prison or jail. He sounded good and it was good to talk to him and hear from him and I do not think it sounded like he needed to be in prison. I do not think that he is a danger to himself, this country or to others.

I remember a time during a training exercise when I had my leg hanging out of the open door of a parked vehicle. He told me to put my foot in the vehicle. After I did not comply, he ordered me out of the vehicle and starnly and fairy loudly verbally disciplined me. He was lenient towards me then, and I think he made it clear why he was correcting me and what he wanted me to correct and what not. I think I remember that the safety and performance of our team was important to him. I believe that Jeremy is someone who would understand if he needed to be corrected and I do not believe that he needs to be in jail, prison, or in any correctional facility. Thank you.

Sincerely,
Jonathon Michael Kuhn
jmkuhn08@outlook.com
(334) 675-3192

709 Fountain Lane
Prattville, AL 36067

Case # 8:21-cr348-SCB-SPF