# NCO EVALUATION REPORT

For use on this form, see AR 623-205; the proponent agency is DCSPER

*SEE PRIVACY ACT STATEMENT IN AR 623-205, APPENDIX E.*

## PART I - ADMINISTRATIVE DATA

| a. NAME (Last, First, Middle Initial) | b. SSN | c. RANK | d. DATE OF RANK | e. PMOSC |
|---|---|---|---|---|
| BROWN, JEREMY M. | 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 | SGT | 950501 | 11B2V |

**f. UNIT, ORG., STATION, ZIP CODE OR APO, MAJOR COMMAND**
B CO, 1st Bn, 75th Rgr Regt, Hunter AAF, GA  31409  USASOC

**g. REASON FOR SUBMISSION**
03   Change of Rater

| h. PERIOD COVERED | | | | i. RATED MONTHS | j. NON-RATED CODES | k. NO. OF ENCL | l. RATED NCO COPY (Check one and Date) | | m. PSC Initials | n. CMD CODE | o. PSC CODE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| FROM | | THRU | | 9 | | | 1. Given to NCO | | | F1 | FS11 |
| YY | MM | YY | MM | | | | 2. Forwarded to NCO ☒ | Date 960118 | MLS | | |
| 95 | 05 | 96 | 01 | | | | | | | | |

## PART II - AUTHENTICATION

| a. NAME OF RATER (Last, First, Middle Initial) | SSN | SIGNATURE | |
|---|---|---|---|
| SCHMID, LELAND A. | 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 | *Leland A. Schmid* | |
| RANK, PMOSC/BRANCH, ORGANIZATION, DUTY ASSIGNMENT | | | DATE |
| SGT, 11B2V, B CO, 1st Bn, 75th Rgr Regt, HAAF, GA  31409  Squad Leader | | | 960118 |

| b. NAME OF SENIOR RATER (Last, First, Middle Initial) | SSN | SIGNATURE | |
|---|---|---|---|
| HARLAN, RANDY E. | 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 | *Randy E Harlan* | |
| RANK, PMOSC/BRANCH, ORGANIZATION, DUTY ASSIGNMENT | | | DATE |
| SSG, 11B3V, B CO, 1st Bn, 75th Rgr Regt, HAAF, GA  31409  Platoon Sergeant | | | 960118 |

**c. RATED NCO:** I understand my signature does not constitute agreement or disagreement with the evaluations of the rater and senior rater. Part I height/weight and APFT entries are verified. I have seen this report completed through Part V. I am aware of the appeals process (AR 623-205).

SIGNATURE *Jeremy M. Brown*   DATE 960118

| d. NAME OF REVIEWER (Last, First, Middle Initial) | SSN | SIGNATURE | |
|---|---|---|---|
| ULRICH, ANDREW C. | 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 | *Andr C. Ulrich* | |
| RANK, PMOSC/BRANCH, ORGANIZATION, DUTY ASSIGNMENT | | | DATE |
| CPT, IN, B CO, 1st Bn, 75th Rgr Regt, HAAF, GA  31409  Platoon Leader | | | 960118 |

**e.** ☒ CONCUR WITH RATER AND SENIOR RATER EVALUATIONS    ☐ NONCONCUR WITH RATER AND/OR SENIOR RATER EVAL (See attached comments)

## PART III - DUTY DESCRIPTION (Rater)

**a. PRINCIPAL DUTY TITLE**
Fire Team Leader

**b. DUTY MOSC**
11B2V

**c. DAILY DUTIES AND SCOPE** (To include, as appropriate, people, equipment, facilities and dollars)  Responsible for a 4-man airborne ranger fire team capable of deploying world-wide within 18 hours to conduct direct action missions which include airborne assaults, airfield seizures, air assault raids, ambushes and other special military operations to achieve the goals, policies and objectives of the United States; further responsible for all mission essential equipment valued at over $43,000.

**d. AREA OF SPECIAL EMPHASIS**  Cobra Gold 95, Thailand; Rotary Wing and Fixed Wing Special Operations Training

**e. APPOINTED DUTIES**  Assistant Instructor on M16 range; Emergency Medical Technician

| f. Counseling dates from checklist/record | INITIAL | LATER | LATER | LATER |
|---|---|---|---|---|
| | 950504 | 950803 | 951107 | |

## PART IV - VALUES/NCO RESPONSIBILITIES (Rater)

**a. Complete each question.** (Comments are mandatory for "No" entries; optional for "Yes" entries.)

| | YES | NO |
|---|---|---|
| 1. Places dedication and commitment to the goals and missions of the Army and nation above personal welfare. | ☒ | |
| 2. Is committed to and shows a sense of pride in the unit - works as a member of the team. | ☒ | |
| 3. Is disciplined and obedient to the spirit and letter of a lawful order. | ☒ | |
| 4. Is honest and truthful in word and deed. | ☒ | |
| 5. Maintains high standards of personal conduct on and off duty. | ☒ | |
| 6. Has the courage of convictions and the ability to overcome fear - stands up for and does, what's right. | ☒ | |
| 7. Supports EO/EEO | ☒ | |

**PERSONAL**
Commitment
Competence
Candor
Courage

**ARMY ETHIC**
Loyalty
Duty
Selfless Service
Integrity

V A L U E S

*Bullet comments*

o totally dedicated to the Army, its mission and his men

o leads by example; sets and maintains the highest standards for appearance and conduct

o a top professional whose integrity is above reproach

**DA FORM 2166-7, SEP 87**    REPLACES DA FORM 2166-6, OCT 81, WHICH IS OBSOLETE

*Exhibit D*    DISC-09556

| RATED NCO'S NAME (Last, First, Middle Initial) BROWN, JEREMY M. | SSN 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 | THRU DATE 96 01 |
|---|---|---|

| PART IV (Rater) - VALUES/NCO RESPONSIBILITIES | Specific Bullet examples of "EXCELLENCE" or "NEEDS IMPROVEMENT" are mandatory |
|---|---|
| Specific Bullet examples of "SUCCESS" are optional | |

**b. COMPETENCE**
- Duty proficiency; MOS competency
- Technical & tactical; knowledge, skills, and abilities
- Sound judgment
- Seeking self-improvement; always learning
- Accomplishing tasks to the fullest capacity; committed to excellence

EXCELLENCE (Exceeds std) ☒   SUCCESS (Meets std) ☐   NEEDS IMPROVEMENT (Some) ☐ (Much) ☐

o successfully completed Special Forces Assessment and Selection course and was selected to attend Q course

o earned his Thailand Parachutist Badge

o participated in a hand-to-hand demonstration celebrating the 50 year anniversary of WWII

**c. PHYSICAL FITNESS & MILITARY BEARING**
- Mental and physical toughness
- Endurance and stamina to go the distance
- Displaying confidence and enthusiasm; looks like a soldier

EXCELLENCE (Exceeds std) ☐   SUCCESS (Meets std) ☒   NEEDS IMPROVEMENT (Some) ☐ (Much) ☐

APFT  PASS  9510    HEIGHT/WEIGHT 72/168   YES

o scored 284 on last APFT

o routinely completes 12 mile roadmarch carrying a rucksack in excess of 35 lbs in under 3 hours

o always looks and displays the positive appearance and attitude of an infantry soldier

**d. LEADERSHIP**
- Mission first
- Genuine concern for soldiers
- Instilling the spirit to achieve and win
- Setting the example; Be, Know, Do

EXCELLENCE (Exceeds std) ☐   SUCCESS (Meets std) ☒   NEEDS IMPROVEMENT (Some) ☐ (Much) ☐

o a sound leader who is effective in influencing soldiers to complete the most difficult missions

o consistently teaches the hard right attitude and win-win philosophy

o successfully led his team through squad external evaluation rotation

**e. TRAINING**
- Individual and team
- Mission focused; performance oriented
- Teaching soldiers how; common tasks, duty-related skills
- Sharing knowledge and experience to fight, survive and win

EXCELLENCE (Exceeds std) ☒   SUCCESS (Meets std) ☐   NEEDS IMPROVEMENT (Some) ☐ (Much) ☐

o entire team qualified expert on assigned weapons

o team's APFT average is 270

o uses experience to improve the knowledge of soldiers

**f. RESPONSIBILITY & ACCOUNTABILITY**
- Care and maintenance of equip./facilities
- Soldier and equipment safety
- Conservation of supplies and funds
- Encouraging soldiers to learn and grow
- Responsible for good, bad, right & wrong

EXCELLENCE (Exceeds std) ☒   SUCCESS (Meets std) ☐   NEEDS IMPROVEMENT (Some) ☐ (Much) ☐

o conducted over 12 live fire operations with no accidents or loss of equipment

o accepts responsibility for his own actions and those of his subordinates

o maintains all weapons and equipment at 100% combat readiness

| PART V - OVERALL PERFORMANCE AND POTENTIAL |
|---|

**a. RATER.** Overall potential for promotion and/ or service in positions of greater responsibility.

AMONG THE BEST ☒   FULLY CAPABLE ☐   MARGINAL ☐

**b. RATER.** List 3 positions in which the rated NCO could best serve the Army at his/her current or next higher grade.

Squad Leader
Drill Sergeant
Ranger Instructor

**e. SENIOR RATER BULLET COMMENTS**

o unlimited potential

o send to BNCOC and promote now

o a tactically and technically proficient NCO

**c. SENIOR RATER.** Overall performance

☒ 1  2  3 ☐  4 ☐  5 ☐
Successful   Fair   Poor

**d. SENIOR RATER.** Overall potential for promotion and/or service in positions of greater responsibility.

☒ 1  2  3 ☐  4 ☐  5 ☐
Superior   Fair   Poor

DISC-09557

## NCO EVALUATION REPORT
For use of this form, see AR 623-205; the proponent agency is DCSPER

SEE PRIVACY ACT STATEMENT
IN AR 623-205, APPENDIX E.

### PART I - ADMINISTRATIVE DATA

| a. NAME (Last, First, Middle Initial) | b. SSN | c. RANK | d. DATE OF RANK | e. PMOSC |
|---|---|---|---|---|
| Brown, Jeremy | 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 | SGT | 950501 | 18B3V00TH |

| f. UNIT, ORG., STATION, ZIP CODE OR APO, MAJOR COMMAND | g. REASON FOR SUBMISSION |
|---|---|
| A Co, 3rd Bn, 1st SFG (A), Ft. Lewis, WA 98433 (USASOC) | 03 Change of Rater |

| h. PERIOD COVERED | | i. RATED MONTHS | j. NON-RATED CODES | k. NO. OF ENCL | l. RATED NCO COPY (Check one and Date) | | m. PSC Initials | n. CMD CODE | o. PSC CODE |
|---|---|---|---|---|---|---|---|---|---|
| FROM | THRU | | | | 1. Given to NCO | Date | | | |
| YY MM | YY MM | 07 | | Ø | X 2. Forwarded to NCO | 980211 | RB | SP | FS06 |
| 97  07 | 98  01 | | | | | | | | |

### PART II - AUTHENTICATION

| a. NAME OF RATER (Last, First, Middle Initial) | SSN | SIGNATURE | |
|---|---|---|---|
| Musick, Horise D. | 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 | *[signature]* | |

| RANK, PMOSC/BRANCH, ORGANIZATION, DUTY ASSIGNMENT | | | DATE |
|---|---|---|---|
| MSG, 18Z50, A Co, 3rd Bn, 1st SFG(A), Ft. Lewis, WA 98433, Special Forces Operations Sergeant | | | 980211 |

| b. NAME OF SENIOR RATER (Last, First, Middle Initial) | SSN | SIGNATURE | |
|---|---|---|---|
| Chamness, Jason B. | 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 | *[signature]* | |

| RANK, PMOSC/BRANCH, ORGANIZATION, DUTY ASSIGNMENT | | | DATE |
|---|---|---|---|
| CPT, SF, A Co, 3rd Bn, 1st SFG(A), Ft. Lewis, WA 98433, Special Forces Detachment Commander | | | 980211 |

| c. RATED NCO: I understand my signature does not constitute agreement or disagreement with the evaluations of the rater and senior rater. Part I, height/weight and APFT entries are verified. I have seen this report completed through Part V. I am aware of the appeals process (AR 623-205). | SIGNATURE | DATE |
|---|---|---|
| | Jeremy M. Brown | 980211 |

| d. NAME OF REVIEWER (Last, First, Middle Initial) | SSN | SIGNATURE | |
|---|---|---|---|
| Sabin, Paul J. | 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 | *[signature]* | |

| RANK, PMOSC/BRANCH, ORGANIZATION, DUTY ASSIGNMENT | | | DATE |
|---|---|---|---|
| MAJ, SF, A Co, 3rd Bn, 1st SFG(A), Ft. Lewis, WA 98433, Special Forces Company Commander | | | 980211 |

e. ☒ CONCUR WITH RATER AND SENIOR RATER EVALUATIONS        ☐ NONCONCUR WITH RATER AND/OR SENIOR RATER EVAL (See attached comments)

### PART III - DUTY DESCRIPTION (Rater)

| a. PRINCIPAL DUTY TITLE | b. DUTY MOSC |
|---|---|
| Special Forces Weapons Sergeant | 18B3V |

c. DAILY DUTIES AND SCOPE (To include, as appropriate, people, equipment, facilities and dollars)
**Assists in preparation of operations orders and plans; coordinates for training sites and ranges for all detachment training; applies conventional and unconventional warfare principles in training and employment of small arms, crew served, anti-armor, air defense and foreign weapons for Special Operations missions; responsible for maintenance and accountability of detachment weapons with a value in excess of $100,000; monitors and manages all detachment Class V allocations.**

d. AREAS OF SPECIAL EMPHASIS **Detachment train-up and participation in JCS Exercise Foal Eagle in the Republic of Korea; primary planner for coordination, preparations and conduct of detachment OPT Able Pyrrhic deployment to the Republic of Panama; attendance of 1st SFG(A) SOTIC Special Reconnaissance Course.**

e. APPOINTED DUTIES

| f. Counseling dates from checklist/record | INITIAL | LATER | LATER | LATER |
|---|---|---|---|---|
| | 970729 | 971002 | 971203 | |

### PART IV - VALUES/NCO RESPONSIBILITIES (Rater)

a. Complete each question. (Comments are mandatory for "No" entries; optional for "Yes" entries.)

| | | | YES | NO |
|---|---|---|---|---|
| | 1. Places dedication and commitment to the goals and missions of the Army and nation above personal welfare. | 1 | ☒ | |
| | 2. Is committed to and shows a sense of pride in the unit - works as a member of the team. | 2 | ☒ | |
| | 3. Is disciplined and obedient to the spirit and letter of a lawful order. | 3 | ☒ | |
| | 4. Is honest and truthful in word and deed. | 4 | ☒ | |
| | 5. Maintains high standards of personal conduct on and off duty. | 5 | ☒ | |
| | 6. Has the courage of convictions and the ability to overcome fear - stands up for and does, what's right. | 6 | ☒ | |
| | 7. Supports EO/EEO. | 7 | ☒ | |

**V A L U E S**

PERSONAL
Commitment
Competence
Candor
Courage

ARMY ETHIC
Loyalty
Duty
Selfless Service
Integrity

Bullet comments
o Mission focused NCO

o Dedicated to mission accomplishment and his detachment

DA FORM 2166-7, SEP 87        REPLACES DA FORM 2166-6, OCT 81, WHICH IS OBSOLETE        USAPPC V2.10

| RATED NCO'S NAME *(Last, First, Middle Initial)* | SSN | THRU DATE |
|---|---|---|
| **Brown, Jeremy** | 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 | 9801 |

| PART IV *(Rater)* - VALUES/NCO RESPONSIBILITIES | *Specific Bullet examples of "EXCELLENCE" or "NEEDS IMPROVEMENT" are mandatory.* *Specific Bullet examples of "SUCCESS" are optional.* |
|---|---|

**b. COMPETENCE**
- Duty proficiency; MOS competency
- Technical & tactical; knowledge, skills, and abilities
- Sound judgment
- Seeking self-improvement; always learning
- Accomplishing tasks to the fullest capacity; committed to excellence

| EXCELLENCE *(Exceeds std)* | SUCCESS *(Meets std)* [X] | NEEDS IMPROVEMENT *(Some)* | *(Much)* |

o Competence and experience made immeasurable contributions to overall detachment readiness and mission accomplishment

o Tactical knowledge was a significant contribution to the detachment's successful mission during JCS Exercise Foal Eagle

o Displayed in-depth knowledge of small unit tactics during conduct of several detachment live fire training missions

**c. PHYSICAL FITNESS & MILITARY BEARING**
- Mental and physical toughness
- Endurance and stamina to go the distance
- Displaying confidence and enthusiasm; looks like a soldier

| APFT **PASS 9708** | HEIGHT/WEIGHT **73/175 YES** |

| EXCELLENCE *(Exceeds std)* | SUCCESS *(Meets std)* [X] | NEEDS IMPROVEMENT *(Some)* | *(Much)* |

o Scored 291 on latest APFT

o Displayed admirable physical toughness during an arduous eight day special reconnaissance mission in the Republic of Korea

o Sets the standard during detachment daily physical fitness

**d. LEADERSHIP**
- Mission first
- Genuine concern for soldiers
- Instilling the spirit to achieve and win
- Setting the example; Be, Know, Do

| EXCELLENCE *(Exceeds std)* | SUCCESS *(Meets std)* [X] | NEEDS IMPROVEMENT *(Some)* | *(Much)* |

o Performance as a student small group advisor during a Target Analysis Course in ROK was a major factor in course success

o Leadership during three detachment live fire FTXs was a critical determinant in safely achieving all detachment training objectives

**e. TRAINING**
- Individual and team
- Mission focused; performance oriented
- Teaching soldiers how; common tasks, duty-related skills
- Sharing knowledge and experience to fight, survive and win

| EXCELLENCE *(Exceeds std)* [X] | SUCCESS *(Meets std)* | NEEDS IMPROVEMENT *(Some)* | *(Much)* |

o Superbly managed portions of a live fire demolitions range for members of a National Guard Engineer unit at YFC

o Safely and effectively instructed three days of live fire mortar and 106mm RCRL training during a detachment off post mission

o Abilities as a trainer and experience far exceed the levels normally associated with an NCO of his rank

**f. RESPONSIBILITY & ACCOUNTABILITY**
- Care and maintenance of equip./facilities
- Soldier and equipment safety
- Conservation of supplies and funds
- Encouraging soldiers to learn and grow
- Responsible for good, bad, right & wrong

| EXCELLENCE *(Exceeds std)* | SUCCESS *(Meets std)* [X] | NEEDS IMPROVEMENT *(Some)* | *(Much)* |

o Ensured all Army and detachment weapons maintenance procedures were followed and all records were maintained

o Maintained 100% accountability of detachment weapons and associated equipment worth in excess of $100,000

| PART V - OVERALL PERFORMANCE AND POTENTIAL |

**a. RATER.** Overall potential for promotion and/or service in positions of greater responsibility.

| AMONG THE BEST [X] | FULLY CAPABLE | MARGINAL |

**e. SENIOR RATER BULLET COMMENTS**

o Promote to SSG now

o Ready to assume positions with increased reponsiblity

o Superb knowledge and expertise with all detachment weapons

**b. RATER.** List 3 positions in which the rated NCO could best serve the Army at his/her current or next higher grade.

SF Company  Asst. Opns SGT
Instructor USAJFKSWCS
Special Forces Wpns SGT 18B4

**c. SENIOR RATER.** Overall performance

| 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|
| | [X] | | | |
| Successful | | | Fair | Poor |

**d. SENIOR RATER.** Overall potential for promotion and/or service in positions of greater responsibility.

| 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|
| [X] | | | | |
| Superior | | | Fair | Poor |

USAPPC V2.10

# NCO EVALUATION REPORT
For use of this form, see AR 623-205; the proponent agency is DCSPER

SEE PRIVACY ACT STATEMENT
IN AR 623-205, APPENDIX E.

## PART I - ADMINISTRATIVE DATA

| a. NAME (Last, First, Middle Initial) | b. SSN | c. RANK | d. DATE OF RANK | e. PMOSC |
|---|---|---|---|---|
| BROWN, JEREMY M. | 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 | SSG | 980401 | 18B3V |

**f. UNIT, ORG., STATION, ZIP CODE OR APO, MAJOR COMMAND**
A CO, 3RD BN, 1ST SFG(A), FT. LEWIS, WA. 98433 USASOC

**g. REASON FOR SUBMISSION**
02 | ANNUAL

| h. PERIOD COVERED | | | | i. RATED MONTHS | j. NON-RATED CODES | k. NO. OF ENCL | l. RATED NCO COPY (Check one and Date) | | | m. PSC Initials | n. CMD CODE | o. PSC CODE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FROM | | THRU | | 11 | S | Ø | 1. Given to NCO | | Date | | SP | FS06 |
| YY | MM | YY | MM | | | | X | 2. Forwarded to NCO | 990302 | IDRI | | |
| 98 | 02 ✓ | 99 | 01 | | | | | | | | | |

## PART II - AUTHENTICATION

| a. NAME OF RATER (Last, First, Middle Initial) | SSN | SIGNATURE | |
|---|---|---|---|
| TABIOS, ANDRES S. | 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 | Andres S. Tabio | |

| RANK, PMOSC/BRANCH, ORGANIZATION, DUTY ASSIGNMENT | | | DATE |
|---|---|---|---|
| MSG, 18Z50, A CO, 3RD BN, 1ST SFG(A), Special Forces Detachment Sergeant | | | 990302 |

| b. NAME OF SENIOR RATER (Last, First, Middle Initial) | SSN | SIGNATURE | |
|---|---|---|---|
| CHAMNESS, JASON B. | 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 | | |

| RANK, PMOSC/BRANCH, ORGANIZATION, DUTY ASSIGNMENT | | | DATE |
|---|---|---|---|
| CPT, SF, A CO, 3RD BN, 1ST SFG(A), Special Forces Detachment Commander | | | 990302 |

c. RATED NCO: I understand my signature does not constitute agreement or disagreement with the evaluations of the rater and senior rater. Part I, height/weight and APFT entries are verified. I have seen the report completed through Part V. I am aware of the appeals process (AR 623-205).

SIGNATURE: Jeremy M. Brown
DATE: 990302

| d. NAME OF REVIEWER (Last, First, Middle Initial) | SSN | SIGNATURE | |
|---|---|---|---|
| D'AMBROSIO, JOHN | 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 | | |

| RANK, PMOSC/BRANCH, ORGANIZATION, DUTY ASSIGNMENT | | | DATE |
|---|---|---|---|
| MAJ, SF, A CO, 3RD BN, 1ST SFG(A), Special Forces Company Commander | | | 990302 |

e. [X] CONCUR WITH RATER AND SENIOR RATER EVALUATIONS   [ ] NONCONCUR WITH RATER AND/OR SENIOR RATER EVAL (See attached comments)

## PART III - DUTY DESCRIPTION (Rater)

**a. PRINCIPAL DUTY TITLE**
Special Forces Weapons NCO

**b. DUTY MOSC**
18B4VTH

**c. DAILY DUTIES AND SCOPE** (To include, as appropriate, people, equipment, facilities and dollars)
Serves as senior weapons sergeant for a Special Operations Detachment; proficient in maintenance, operation, and employment of US and foreign direct and indirect fire weapons systems; provides the detachment and indigenous forces with expertise in small unit tactics; responsible for both light and heavy weapons utilization; advises the commander in the employment of supporting weapons, conventional and unconventional tactics; capable of instructing light infantry tactics up to Company level; assist in writing OPLANs and OPORDs.

**d. AREAS OF SPECIAL EMPHASIS** JCS Exercise Foal Eagle in Republic of Korea; JCET Exercise Balance Style; detachment OPT Able Pyhric in Panama; SOT, and SERE schools

**e. APPOINTED DUTIES** Range Safety NCO; Ammo NCO; Hazardous Material NCO

| f. Counseling dates from checklist/record | INITIAL | LATER | LATER | LATER |
|---|---|---|---|---|
| | 980216 | 980518 | 980910 | 990114 |

## PART IV - VALUES/NCO RESPONSIBILITIES (Rater)

**a. Complete each question.** (Comments are mandatory for "No" entries; optional for "Yes" entries.)

| | YES | NO |
|---|---|---|
| 1. Places dedication and commitment to the goals and missions of the Army and nation above personal welfare. | X | |
| 2. Is committed to and shows a sense of pride in the unit - works as a member of the team. | X | |
| 3. Is disciplined and obedient to the spirit and letter of a lawful order. | X | |
| 4. Is honest and truthful in word and deed. | X | |
| 5. Maintains high standards of personal conduct on and off duty. | X | |
| 6. Has the courage of convictions and the ability to overcome fear - stands up for and does, what's right. | X | |
| 7. Supports EO/EEO. | X | |

**VALUES**

**PERSONAL**
Commitment
Competence
Candor
Courage

**ARMY ETHIC**
Loyalty
Duty
Selfless Service
Integrity

**Bullet comments**

o Tireless commitment to unit mission accomplishment

o Highly competent instructor

o Places mission and peers ahead of personal interests

DA FORM 2166-7, SEP 87 | REPLACES DA FORM 2166-6, OCT 81, WHICH IS OBSOLETE | USAPPC V3.10

DISC-09572

| RATED NCO'S NAME (Last, First, Middle Initial) | | SSN | THRU DATE |
|---|---|---|---|
| + BROWN, JEREMY M. | | 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 | 9901 + |

**PART IV (Rated) - VALUES/NCO RESPONSIBILITIES**  *Specific Bullet examples of "EXCELLENCE" or "NEEDS IMPROVEMENT" are mandatory.*  *Specific Bullet examples of "SUCCESS" are optional.*

**b. COMPETENCE**
- o Duty proficiency; MOS competency
- o Technical & tactical; knowledge, skills, and abilities
- o Sound judgment
- o Seeking self-improvement; always learning
- o Accomplishing tasks to the fullest capacity; committed to excellence

EXCELLENCE (Exceeds std) [X]   SUCCESS (Meets std) [ ]   NEEDS IMPROVEMENT (Some) [ ] (Much) [ ]

o Successfully completed the Special Operations Training  SOT course

o Technical and tactical knowledge sought out by superiors and peers alike

o Wrote concept for detachment OPT Able Pyhric

---

**c. PHYSICAL FITNESS & MILITARY BEARING**
- o Mental and physical toughness
- o Endurance and stamina to go the distance
- o Displaying confidence and enthusiasm; looks like a soldier

EXCELLENCE (Exceeds std) [ ]   SUCCESS (Meets std) [X]   NEEDS IMPROVEMENT (Some) [ ] (Much) [ ]

| APFT | PASS 9811 | HEIGHT/WEIGHT | 72/175 YES |
|---|---|---|---|

o Scored 287 on last APFT

o Projects self-confidence, enthusiasm and a strong personal desire for excellence

---

**d. LEADERSHIP**
- o Mission first
- o Genuine concern for soldiers
- o Instilling the spirit to achieve and win
- o Setting the example; Be, Know, Do

EXCELLENCE (Exceeds std) [ ]   SUCCESS (Meets std) [X]   NEEDS IMPROVEMENT (Some) [ ] (Much) [ ]

o Maintains mission focus and professional bearing during stressful situations

o Graduated from the USAJFKSWCS SERE course

---

**e. TRAINING**
- o Individual and team
- o Mission focused; performance oriented
- o Teaching soldiers how; common tasks, duty-related skills
- o Sharing knowledge and experience to fight, survive and win

EXCELLENCE (Exceeds std) [X]   SUCCESS (Meets std) [ ]   NEEDS IMPROVEMENT (Some) [ ] (Much) [ ]

o Developed marksmanship cross-training plan that resulted in a 100% of the team qualifying expert

o Provides the detachment with realistic and challenging weapons training

o Trained, mentored and evaluated 32 foreign soldiers during an OCONUS JCET in a medium threat Asian country

---

**f. RESPONSIBILITY & ACCOUNTABILITY**
- o Care and maintenance of equip./facilities
- o Soldier and equipment safety
- o Conservation of supplies and funds
- o Encouraging soldiers to learn and grow
- o Responsible for good, bad, right & wrong

EXCELLENCE (Exceeds std) [X]   SUCCESS (Meets std) [ ]   NEEDS IMPROVEMENT (Some) [ ] (Much) [ ]

o Maintains 100% accountability and readiness of all detachment weapons and optics

o Ensures safety is top priority during all team training

o Works independently without direct supervision

---

**PART V - OVERALL PERFORMANCE AND POTENTIAL**

**a. RATER.** Overall potential for promotion and/or service in positions of greater responsibility.

AMONG THE BEST [X]    FULLY CAPABLE [ ]    MARGINAL [ ]

**b. RATER.** List 3 positions in which the rated NCO could best serve the Army at his/her current or next higher grade.

Senior Weapons NCO
SWC Instructor
JRTC Observer/Controller

**e. SENIOR RATER BULLET COMMENTS**

o Exceptionally tactically and technically proficient

o Unlimited potential in any endeavor

o Constantly seeks opportunities to continue his professional development

o Promote ahead of peers

---

**c. SENIOR RATER.** Overall performance

1 [ ] 2 [X] 3 [ ] 4 [ ] 5 [ ]
Successful    Fair    Poor

**d. SENIOR RATER.** Overall potential for promotion and/or service in positions of greater responsibility.

1 [ ] 2 [X] 3 [ ] 4 [ ] 5 [ ]
Superior    Far    Poor

USAPPC V3.10

DISC-09573

# NCO EVALUATION REPORT

For use of this form, see AR 623-205; the proponent agency is DCSPER

*SEE PRIVACY ACT STATEMENT IN AR 623-205, APPENDIX E.*

## PART I - ADMINISTRATIVE DATA

| a. NAME (Last, First, Middle Initial) | b. SSN | c. RANK | d. DATE OF RANK | e. PMOSC |
|---|---|---|---|---|
| Brown, Jeremy M. | 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 | SSG | 970104 | 18B3VW8TH |

| f. UNIT, ORG., STATION, ZIP CODE OR APO, MAJOR COMMAND | g. REASON FOR SUBMISSION |
|---|---|
| A Co, 3rd Bn, 1st SFG(A), Ft. Lewis, WA 98433 USASOC | 02   Annual |

| h. PERIOD COVERED | | i. RATED MONTHS | j. NON-RATED CODES | k. NO. OF ENCL | l. RATED NCO COPY (Check one and Date) | | m. PSC Initials | n. CMD CODE | o. PSC CODE |
|---|---|---|---|---|---|---|---|---|---|
| FROM YY MM 99 02 | THRU YY MM 00 01 | 11 | S | 0 | 1. Given to NCO | | JMB | SP | FS06 |
| | | | | | X 2. Forwarded to NCO | Date B00228 | | | |

## PART II - AUTHENTICATION

| a. NAME OF RATER (Last, First, Middle Initial) | SSN | SIGNATURE |
|---|---|---|
| Tabios, Andres S. | 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 | Andres S. Tabios |

| RANK, PMOSC/BRANCH, ORGANIZATION, DUTY ASSIGNMENT | DATE |
|---|---|
| MSG, 18Z5PW8, A Co, 3rd Bn, 1st SFG(A), Special Forces Detachment Operations Sergeant | 28 FEB 00 |

| b. NAME OF SENIOR RATER (Last, First, Middle Initial) | SSN | SIGNATURE |
|---|---|---|
| Pelleriti, John A. | 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 | John A. Pelleriti |

| RANK, PMOSC/BRANCH, ORGANIZATION, DUTY ASSIGNMENT | DATE |
|---|---|
| CPT, SF, A Co, 3rd Bn, 1st SFG(A), Special Forces Detachment Commander | 28 FEB 00 |

| c. RATED NCO I understand my signature does not constitute agreement or disagreement with the evaluations of the rater and senior rater  Part I, height/weight and APFT entries are verified. I have seen the report completed through Part V  I am aware of the appeals process (AR 623-205). | | SIGNATURE Jeremy Michael Brown | DATE 28 FEB 00 |
|---|---|---|---|

| d. NAME OF REVIEWER (Last, First, Middle Initial) | SSN | SIGNATURE |
|---|---|---|
| Burwell, Daniel G. | 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 | Daniel G. Burwell |

| RANK, PMOSC/BRANCH, ORGANIZATION, DUTY ASSIGNMENT | DATE |
|---|---|
| MAJ, SF, A Co, 3rd Bn, 1st SFG(A), Special Forces Company Commander | 28 FEB 00 |

| e. ☒ CONCUR WITH RATER AND SENIOR RATER EVALUATIONS | ☐ NONCONCUR WITH RATER AND/OR SENIOR RATER EVAL (See attached comments) |
|---|---|

## PART III - DUTY DESCRIPTION (Rater)

| a. PRINCIPAL DUTY TITLE | b. DUTY MOSC |
|---|---|
| Special Forces Weapons NCO | 18B4V |

**c. DAILY DUTIES AND SCOPE** *(To include, as appropriate, people, equipment, facilities and dollars)*
Serves as senior weapons sergeant for a Special Operations Detachment; proficient in maintenance, operation, and employment of US and foreign direct and indirect fire weapons systems; provides the detachment and indigenous forces with expertise in small unit tactics; responsible for both light and heavy weapons utilization; advises the commander in the employment of supporting weapons, conventional and unconventional tactics; capable of instructing light infantry tactics up to Company level; assist in writing OPLANs and OPORDs.

**d. AREAS OF SPECIAL EMPHASIS** JCS Exercise Cobra Gold, Thailand; Detachment OPTs Able Nectar I and II, Albuquerque, New Mexico; SFQC Phase III Support, Fort Bragg, North Carolina; Military Free Fall Parachutist Course, SOTIC and Static Line Jumpmaster.

**e. APPOINTED DUTIES** Static Line Jumpmaster; Range Safety NCO; Ammo NCO; Hazardous Material NCO

| f. Counseling dates from checklist/record | INITIAL 990215 | LATER 990520 | LATER 990913 | LATER 000120 |
|---|---|---|---|---|

## PART IV - VALUES/NCO RESPONSIBILITIES (Rater)

**a. Complete each question.** *(Comments are mandatory for "No" entries; optional for "Yes" entries.)*

| | | YES | NO |
|---|---|---|---|
| **PERSONAL** *Commitment Competence Candor Courage* | 1. Places dedication and commitment to the goals and missions of the Army and nation above personal welfare. 1 | ☒ | |
| | 2. Is committed to and shows a sense of pride in the unit - works as a member of the team. 2 | ☒ | |
| | 3. Is disciplined and obedient to the spirit and letter of a lawful order. 3 | ☒ | |
| | 4. Is honest and truthful in word and deed. 4 | ☒ | |
| | 5. Maintains high standards of personal conduct on and off duty. 5 | ☒ | |
| | 6. Has the courage of convictions and the ability to overcome fear - stands up for and does, what's right. 6 | ☒ | |
| | 7. Supports EO/EEO 7 | ☒ | |

V A L U E S

**ARMY ETHIC** *Loyalty Duty Selfless Service Integrity*

*Bullet comments*

o Totally committed to the Special Forces mission

o Highly competent instructor

o Displays the highest degree of honesty, loyalty, and integrity

DA FORM 2166-7, SEP 87   REPLACES DA FORM 2166-6, OCT 81, WHICH IS OBSOLETE   USAPPC V4.00

DISC-09574

| RATED NCO'S NAME *(Last, First, Middle Initial)* | SSN | THRU DATE |
|---|---|---|
| Brown, Jeremy M. | 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 | 0001 |

| PART IV *(Rater)* - VALUES/NCO RESPONSIBILITIES | *Specific Bullet examples of "EXCELLENCE" or "NEEDS IMPROVEMENT" are mandatory.*<br>*Specific Bullet examples of "SUCCESS" are optional.* |
|---|---|

**b  COMPETENCE**
- o Duty proficiency; MOS competency
- o Technical & tactical; knowledge, skills, and abilities
- o Sound judgment
- o Seeking self-improvement; always learning
- o Accomplishing tasks to the fullest capacity; committed to excellence

EXCELLENCE *(Exceeds std)* [ ]  SUCCESS *(Meets std)* [ ]  NEEDS IMPROVEMENT *(Some)* [ ] *(Much)* [ ]

o Graduated top 10% from the rigorous Static Line Jumpmaster Course

o Successfully completed the SOTIC and Military Free Fall Parachutist Courses

o Qualified expert with all assigned weapons; consistently employs primary and secondary weapons in CQC with 100% accuracy

**c. PHYSICAL FITNESS & MILITARY BEARING**
- o Mental and physical toughness
- o Endurance and stamina to go the distance
- o Displaying confidence and enthusiasm; looks like a soldier

EXCELLENCE *(Exceeds std)* [ ]  SUCCESS *(Meets std)* [X]  NEEDS IMPROVEMENT *(Some)* [ ] *(Much)* [ ]

| APFT | PASS 9910 | HEIGHT/WEIGHT | 72/165 YES |
|---|---|---|---|

o Scored 278 on last APFT

o Possesses the mental and physical stamina to accomplish any given mission

**d  LEADERSHIP**
- o Mission first
- o Genuine concern for soldiers
- o Instilling the spirit to achieve and win
- o Setting the example; Be, Know, Do

EXCELLENCE *(Exceeds std)* [ ]  SUCCESS *(Meets std)* [X]  NEEDS IMPROVEMENT *(Some)* [ ] *(Much)* [ ]

o Always put the mission and detachment ahead of personal needs

o Developed extremely realistic CQC shooting scenarios which greatly improved the team's level of proficiency

o Excelled in training and leading; always inspired confidence in the team's shooting ability

**e. TRAINING**
- o Individual and team
- o Mission focused; performance oriented
- o Teaching soldiers how; common tasks, duty-related skills
- o Sharing knowledge and experience to fight, survive and win

EXCELLENCE *(Exceeds std)* [X]  SUCCESS *(Meets std)* [ ]  NEEDS IMPROVEMENT *(Some)* [ ] *(Much)* [ ]

o His expertise was responsible for the detachment qualifying expert on both the M-4 rifle and the M-9 pistol

o Recognized by SWC Commander for excellence during SFQC Phase III Red Cycle Support

o Primary instructor for two detachment CQC OPTs which resulted in the team receiving 100% go on all CTEs and stress test

**f. RESPONSIBILITY & ACCOUNTABILITY**
- o Care and maintenance of equip./facilities
- o Soldier and equipment safety
- o Conservation of supplies and funds
- o Encouraging soldiers to learn and grow
- o Responsible for good, bad, right & wrong

EXCELLENCE *(Exceeds std)* [X]  SUCCESS *(Meets std)* [ ]  NEEDS IMPROVEMENT *(Some)* [ ] *(Much)* [ ]

o Supervised over 250 hours of advanced marksmanship CQC live-fire resulting in no accidents or lost man hours

o Maintained 100% accountability and readiness of all detachment weapons and optics

o Worked independently without direct supervision and achieved impressive results

| PART V - OVERALL PERFORMANCE AND POTENTIAL |
|---|

**a. RATER**  Overall potential for promotion and/ or service in positions of greater responsibility.

AMONG THE BEST [X]   FULLY CAPABLE [ ]   MARGINAL [ ]

**b  RATER.**  List 3 positions in which the rated NCO could best serve the Army at his/her current or next higher grade.

SFODA Senior Weapons NCO
USAJKKSWC SFARTEAC Instructor
JRTC Observer/Controller

**e. SENIOR RATER BULLET COMMENTS**

o Promote ahead of peers

o Exceptionally tactically and technically proficient

o Outstanding teacher whose knowledge of Close Quarter Combat is highly sought after by peers and superiors

o Constantly seeks opportunities to continue his personal and professional development

o Unlimited potential for positions of greater responsibility

| c. SENIOR RATER  Overall performance | | [X] | [ ] | [ ] | [ ] | [ ] | d. SENIOR RATER.  Overall potential for promotion and/or service in positions of greater responsibility. | | [X] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4<br>Fair | 5<br>Poor | | | 1<br>Superior | 2 | 3 | 4<br>Fair | 5<br>Poor |

USAPPC V4.00

DISC-09575

# NCO EVALUATION REPORT

For use of this form, see AR 623-205; the proponent agency is DCSPER

OCT 2 5 2000

SEE PRIVACY ACT STATEMENT IN AR 623-205, APPENDIX E.

## PART I - ADMINISTRATIVE DATA

| a. NAME (Last, First, Middle Initial) | b. SSN | c. RANK | d. DATE OF RANK | e. PMOS |
|---|---|---|---|---|
| Brown, Jeremy M. | 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 | SSG | 970104 | 18B3VW8TH |

| f. UNIT, ORG., STATION, ZIP CODE OR APO, MAJOR COMMAND | | g. REASON FOR SUBMISSION |
|---|---|---|
| A Co, 3rd Bn, 1st SFG(A), Ft Lewis WA 98433 USASOC | | 03 Change of Rater |

| h. PERIOD COVERED | | i. RATED MONTHS | j. NON-RATED CODES | k. NO. OF ENCL | l. RATED NCO COPY (Check one and Date) | | | m. PSC Initials | n. PSC CODE | o. PSC CODE |
|---|---|---|---|---|---|---|---|---|---|---|
| FROM YY MM | THRU YY MM | | | | | | Date | | | |
| 00 02 | 00 09 | 08 | | X | 1. Given to NCO | | | PNS | SP | FS06 |
| | | | | | 2. Forwarded to NCO | X | 001020 | | | |

## PART II - AUTHENTICATION

| a. NAME OF RATER (Last, First, Middle Initial) | SSN | SIGNATURE | DATE |
|---|---|---|---|
| Douglass, Scott | 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 | Scott Douglas | 20 Oct 00 |
| RANK, PMOSC/BRANCH, ORGANIZATION, DUTY ASSIGNMENT | | | |
| MSG, 18Z5VW3, A Co, 3rd Bn, 1st SFG(A), Special Forces Operations Sergeant | | | |

| b. NAME OF SENIOR RATER (Last, First, Middle Initial) | SSN | SIGNATURE | DATE |
|---|---|---|---|
| Walker, Eric L. | 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 | Eric L Walker | 20 Oct 00 |
| RANK, PMOSC/BRANCH, ORGANIZATION, DUTY ASSIGNMENT | | | |
| CPT, SF, A Co, 3rd Bn, 1st SFG(A), Special Forces Detachment Commander | | | |

c. RATED NCO: I understand my signature does not constitute agreement or disagreement with the evaluations of the rater and senior rater. I have also been counseled concerning Part V of this report and have my official file. I am aware of the appeals process (AR 623-205).

| | SSN | SIGNATURE | DATE |
|---|---|---|---|
| | | Jeremy M. Brown | 20 Oct 00 |
| d. NAME OF REVIEWER (Last, First, Middle Initial) | SSN | SIGNATURE | DATE |
| Carlson, Mark J. | 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 | M J Carlson | 20 Oct 00 |
| RANK, PMOSC/BRANCH, ORGANIZATION, DUTY ASSIGNMENT | | | |
| MAJ, SF, A Co, 3rd Bn, 1st SFG(A), Special Forces Company Commander | | | |

e. [X] CONCUR WITH RATER AND SENIOR RATER EVALUATIONS   [ ] NONCONCUR WITH RATER AND/OR SENIOR RATER EVAL. (See attached comment)

## PART III - DUTY DESCRIPTION (Rater)

a. PRINCIPAL DUTY TITLE
Special Forces Weapons NCO

b. DUTY MOSC
18B4V

c. DAILY DUTIES AND SCOPE (To include, as appropriate, people, equipment, facilities and dollars)
Serves as senior weapons sergeant for a Special Forces Operational Detachment Alpha (A); proficient in maintenance, operation, and employment of US and foreign direct and indirect fire weapons systems; provides the detachment and indigenous forces with expertise in small unit tactics; responsible for both light and heavy weapons utilization; advises the commander in the employment of supporting weapons, conventional and unconventional tactics; capable of instruction in light infantry tactics up to Company level.

d. AREAS OF SPECIAL EMPHASIS   Counter Drug Exercise Baker Mint, Malaysia; Detachment OPTs Able Windslab and Able Yukon.

e. APPOINTED DUTIES   Static Line Jumpmaster; Range Safety NCO; Detachment Ammunition Accountability NCO; Company Close Quarter Combat instructor.

| f. Counseling dates from checklist/record | INITIAL 000428 | LATER 000715 | LATER | LATER |
|---|---|---|---|---|

## PART IV - VALUES/NCO RESPONSIBILITIES (Rater)

a. Complete each question. (Comments are mandatory for "No" entries; optional for "Yes" entries.)

| | | YES | NO |
|---|---|---|---|
| **PERSONAL** Commitment Competence Candor Courage | 1. Place dedication and commitment to the goals and welfare of the Army and nation above personal welfare. | 1 | X |
| | 2. Is committed to and shows a sense of pride in the unit - works as a member of the team. | 2 | X |
| | 3. Is disciplined and obedient to the spirit and letter of a lawful order. | 3 | X |
| | 4. Is honest and truthful in word and deed. | 4 | X |
| | 5. Maintains high standards of personal conduct on and off duty. | 5 | X |
| | 6. Has the courage of convictions and the ability to overcome fear - stands up for and does, what's right. | 6 | X |
| | 7. Supports EO/EEO. | 7 | X |

**V A L U E S**

ARMY ETHIC
Loyalty
Duty
Selfless Service
Integrity

Rater comments
o Extremely mature and disciplined soldier
o Integrity and ethical standards of highest caliber
o Willingly sacrifices own time for mission accomplishment

DA FORM 2166-7, SEP 87   REPLACES DA FORM 2166-8, OCT 81, WHICH IS OBSOLETE   USAPPC V3.10

DISC-09576

| RATED NCO'S NAME (Last, First, Middle Initial) | | SSN | THRU DATE |
|---|---|---|---|
| + Brown, Jeremy M. | | 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 | 00 09 + |

**PART IV (Rater) - VALUES/NCO RESPONSIBILITIES** — Specific Bullet examples of "EXCELLENCE" or "NEEDS IMPROVEMENT" are mandatory. Specific Bullet examples of "SUCCESS" are optional.

**b. COMPETENCE**
- o Duty proficiency; MOS competency
- o Technical & tactical; knowledge, skills, and abilities
- o Sound judgment
- o Seeking self-improvement; always learning
- o Accomplishing tasks to the fullest capacity; committed to excellence

EXCELLENCE (Exceeds std) [X]   SUCCESS (Meets std)   NEEDS IMPROVEMENT (Some) (Much)

o Commended by the U.S. Ambassador to Malaysia for his training of 52 senior ranking Royal Malaysian Police during Baker Mint 00-02

o Conducted superior marksmanship training resulting in the entire ODA scoring expert with the M-4 rifle and the M-9 pistol

**c. PHYSICAL FITNESS & MILITARY BEARING**
- o Mental and physical toughness
- o Endurance and stamina to go the distance
- o Displaying confidence and enthusiasm; looks like a soldier

EXCELLENCE (Exceeds std) [X]   SUCCESS (Meets std)   NEEDS IMPROVEMENT (Some) (Much)

APFT  PASS 0005   HEIGHT/WEIGHT  72/176

o Scored 300 on his last APFT

o Maintains vigorous off-duty weight training program

o Always maintains the highest standards of military bearing and appearance · sets the standard for others to achieve

**d. LEADERSHIP**
- o Mission first
- o Genuine concern for soldiers
- o Instilling the spirit to achieve and win
- o Setting the example; Be, Know, Do

EXCELLENCE (Exceeds std)   SUCCESS (Meets std) [X]   NEEDS IMPROVEMENT (Some) (Much)

o Safely led his assault team in 30 high risk live fire CQC training scenarios which enhanced mission readiness

o Outstanding group leader of 12 Royal Malaysian Police officers for two weeks of instruction on the military decision making process

o Always puts mission and detachment ahead of his personal needs

**e. TRAINING**
- o Individual and team
- o Mission focused; performance oriented
- o Teaching soldiers how; common tasks, duty-related skills
- o Sharing knowledge and experience to fight, survive and win

EXCELLENCE (Exceeds std) [X]   SUCCESS (Meets std)   NEEDS IMPROVEMENT (Some) (Much)

o Planned, coordinated, and executed over 100 hours of high risk CQC training which greatly increased unit readiness

o Responsible for planning and conducting ten airborne operations without incident, loss of equipment, or loss of man hours

o Trained three Special Forces Detachments in advanced marksmanship and Close Quarters Combat tactics and techniques

**f. RESPONSIBILITY & ACCOUNTABILITY**
- o Care and maintenance of equip./facilities
- o Soldier and equipment safety
- o Conservation of supplies and funds
- o Encouraging soldiers to learn and grow
- o Responsible for good, bad, right & wrong

EXCELLENCE (Exceeds std)   SUCCESS (Meets std) [X]   NEEDS IMPROVEMENT (Some) (Much)

o Maintained and accounted for $137,000 worth of ammunition and demolitions for two quarters without incident

o Personally ensured 100% accountability of over $100,000 of SFODA equipment

o Implemented strict maintenance standards for the detachment which ensured all weapons systems were 100% "go to war" ready

**PART V - OVERALL PERFORMANCE AND POTENTIAL**

**a. RATER.** Overall potential for promotion and/ or service in positions of greater responsibility.

AMONG THE BEST [X]   FULLY CAPABLE   MARGINAL

**b. RATER.** List 3 positions in which the rated NCO could best serve the Army at his/her current or next higher grade.

Instructor    USAJFKSWCS
JRTC O/C
Company Asst OPNS sergeant

**e. SENIOR RATER BULLET COMMENTS**

o Promote immediately and send to ANCOC

o His experience, knowledge, and leadership will benefit any Special Forces team

o Assign him challenging tasks, jobs, and assignments

o Unlimited potential in Special Forces

**c. SENIOR RATER.** Overall performance

[X]   1 2 3 Successful   4 Fair   5 Poor

+

**d. SENIOR RATER.** Overall potential for promotion and/or service in positions of greater responsibility.

[X]   1 2 3 Superior   4 Fair   5 Poor

USAPPC  V4 00

## NCO EVALUATION REPORT
For use of this form, see AR 623-205; the proponent agency is ODCSPER

*SEE PRIVACY ACT STATEMENT IN AR 623-205, APPENDIX C.*

### PART I - ADMINISTRATIVE DATA

| a. NAME *(Last, First, Middle Initial)* | b. SSN | c. RANK | d. DATE OF RANK | e. PMOSC |
|---|---|---|---|---|
| BROWN, JEREMY M. | 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 | SSG | 980401 | 18E3PW8QB |

| f. UNIT, ORG., STATION, ZIP CODE OR APO, MAJOR COMMAND | g. REASON FOR SUBMISSION |
|---|---|
| CO A, 3RD BN, 7TH SFG(A), FT BRAGG NC 28310   (USASOC) | 03   CHANGE OF RATER |

| h. PERIOD COVERED | | i. RATED MONTHS | j. NON-RATED CODES | k. NO. OF ENCL | l. RATED NCO COPY *(Check and Date)* | | | m. PSC Initials | n. CMD CODE | o. PSB CODE |
|---|---|---|---|---|---|---|---|---|---|---|
| FROM | THRU | 09 | | | 1. Given to NCO | | *Date* | RD | SP | FS27 |
| YYYY MM 2001 10 | YYYY MM 2002 06 | | | | X 2. Forwarded to NCO | | 10 JUL 02 | | | |

### PART II - AUTHENTICATION

| a. NAME OF RATER *(Last, First, Middle Initial)* | SSN | SIGNATURE |
|---|---|---|
| KLUCK, CHRISTOPHER D. | 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 | |

| RANK, PMOSC/BRANCH, ORGANIZATION, DUTY ASSIGNMENT | | DATE |
|---|---|---|
| MSG, 18Z5O, CO A, 3RD BN, 7TH SFG(A)   COMPANY OPERATIONS SERGEANT | | 10 JUL 02 |

| b. NAME OF SENIOR RATER *(Last, First, Middle Initial)* | SSN | SIGNATURE |
|---|---|---|
| HUNTER, EDWARD D. | 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 | |

| RANK, PMOSC/BRANCH, ORGANIZATION, DUTY ASSIGNMENT | | DATE |
|---|---|---|
| MSG(P), 18Z5O, CO A, 3RD BN, 7TH SFG(A)   COMPANY SERGEANT MAJOR | | 10 JUL 02 |

c. RATED NCO: I understand that my signature does not constitute agreement or disagreement with the evaluations of the rater and senior rater. I further understand my signature verifies that the administrative data in Part I, the rating officials in Part II, the duty description to include the counseling dates in Part III, and the APFT and height/weight entries in Part IVc are correct. I have seen the report completed through Part V, except Parts IId and IIe. I am aware of the appeals process of AR 623-205.

| SIGNATURE | DATE |
|---|---|
| | 10 JUL 02 |

| d. NAME OF REVIEWER *(Last, First, Middle Initial)* | SSN | SIGNATURE |
|---|---|---|
| QUIROS, ALFREDO R. | 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 | |

| RANK, PMOSC, ORGANIZATION, DUTY ASSIGNMENT | | DATE |
|---|---|---|
| MAJ, SF, CO A, 3RD BN, 7TH SFG(A)   COMPANY COMMANDER | | 10 JUL 02 |

| e. [X] CONCUR WITH RATER AND SENIOR RATER EVALUATIONS | [ ] NONCONCUR WITH RATER AND/OR SENIOR RATER EVAL *(See attached comments)* |
|---|---|

### PART III - DUTY DESCRIPTION *(Rater)*

| a. PRINCIPAL DUTY TITLE | b. DUTY MOSC |
|---|---|
| Company Senior Communications Sergeant | 18E4PQB |

c. DAILY DUTIES AND SCOPE *(To include, as appropriate, people, equipment, facilities and dollars)*
Serves as the senior communications NCO of a ten man ODB detachment; advises the Commander and Sergeant Major on all communications matters in an 82 man company; supervises, plans and instructs personnel and organizations up to battalion size; performs communications duties during Foreign Internal Defense (Light Infantry/Counter Narcotics), Direct Action, and Special Reconnaissance missions; responsible for equipment valued at $400,000; capable of performing all duties in English and Spanish

d. AREAS OF SPECIAL EMPHASIS   Prepare and execute coomo support for Joint Planning and Assistance Team Bolivia; Prepare and coordinate communications requirements for JRTC AOB deployment and 12 ODA OCONUS deployments. Rater; christopher.kluck@ S/R; edward.hunter@ Rev; alfredo.quiros@

e. APPOINTED DUTIES   Company Schools/Language NCO; Company Fire Marshall; Company EMS NCO; Company Safety NCO

| f. COUNSELING DATES | INITIAL | LATER | LATER | LATER |
|---|---|---|---|---|
| | 20011010 | 20020115 | 20020325 | |

### PART IV - ARMY VALUES/ATTRIBUTES/SKILLS/ACTIONS *(Rater)*

a. ARMY VALUES. Check either "YES" or "NO". *Comments are mandatory for "No" entries; optional for "Yes" entries.*

| | | YES | NO |
|---|---|---|---|
| **V A L U E S** Loyalty Duty Respect Selfless-Service Honor Integrity Personal Courage | 1. LOYALTY: Bears true faith and allegiance to the U.S. Constitution, the Army, the unit, and other soldiers. | X | |
| | 2. DUTY: Fulfills their obligations. | X | |
| | 3. RESPECT/EO/EEO: Treats people as they should be treated. | X | |
| | 4. SELFLESS-SERVICE: Puts the welfare of the nation, the Army, and subordinates before their own. | X | |
| | 5. HONOR: Lives up to all the Army values. | X | |
| | 6. INTEGRITY: Does what is right - legally and morally. | X | |
| | 7. PERSONAL COURAGE: Faces fear, danger, or adversity (physical or moral). | X | |

Bullet comments

o loyalty to the Company and the United States Army is above reproach

o demonstrates a high standard of respect for others under all circumstances

o the epitome of selfless service; lives by the motto "mission first"

DA FORM 2166-8, OCT 2001   REPLACES DA FORM 2166-7, SEP 87, WHICH IS OBSOLETE   USAPA V1.00

DISC-09609

| RATED NCO'S NAME (Last, First, Middle Initial) | | | SSN | THRU DATE |
|---|---|---|---|---|
| BROWN, JEREMY M. jeremy.brown@ | | | 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 | 2002 06 |

**PART IV (Rater) - VALUES/NCO RESPONSIBILITIES**  *Specific Bullet examples of "EXCELLENCE" or "NEEDS IMPROVEMENT" are mandatory. Specific Bullet examples of "SUCCESS" are optional.*

### b. COMPETENCE
- Duty proficiency; MOS competency
- Technical & tactical; knowledge, skills, and abilities
- Sound judgment
- Seeking self-improvement; always learning
- Accomplishing tasks to the fullest capacity; committed to excellence

| EXCELLENCE (Exceeds std) | SUCCESS (Meets std) | NEEDS IMPROVEMENT (Some) | (Much) |
|---|---|---|---|
| ☒ | | | |

o provided superb commo support to the Joint Planning and Assistance Team in Bolivia making 100% of all scheduled contacts

o lauded by the BN Commander for a unique and comprehensive commo plan (PACE) during a "first ever" urban JRTC rotation

o single-handedly coordinated commo efforts for a company level urban reconnaissance mission which required multiple commo systems

### c. PHYSICAL FITNESS & MILITARY BEARING
- Mental and physical toughness
- Endurance and stamina to go the distance
- Displaying confidence and enthusiasm; looks like a soldier

| EXCELLENCE (Exceeds std) | SUCCESS (Meets std) | NEEDS IMPROVEMENT (Some) | (Much) |
|---|---|---|---|
| | ☒ | | |

| APFT | PASS 0206 | HEIGHT/WEIGHT | 72/168 YES |
|---|---|---|---|

o scored 262 on APFT

o team member of an endurance event team which placed 3rd in Company events and 5th in Battalion events

### d. LEADERSHIP
- Mission first
- Genuine concern for soldiers
- Instilling the spirit to achieve and win
- Setting the example; Be, Know, Do

| EXCELLENCE (Exceeds std) | SUCCESS (Meets std) | NEEDS IMPROVEMENT (Some) | (Much) |
|---|---|---|---|
| | ☒ | | |

o consistently sought out by his fellow communicators as the SME on the newest communications equipment

o his natural leadership characteristics allowed him to positively influence the other 18E's, both peers and those senior

o supervised six 31 series radio operators during demanding JRTC rotation

### e. TRAINING
- Individual and team
- Mission focused; performance oriented
- Teaching soldiers how; common tasks, duty-related skills
- Sharing knowledge and experience to fight, survive and win

| EXCELLENCE (Exceeds std) | SUCCESS (Meets std) | NEEDS IMPROVEMENT (Some) | (Much) |
|---|---|---|---|
| ☒ | | | |

o willingly augmented 5 of the 6 company ODA's for deployments and training, expertly supplying them with first rate commo support

o expertly trained all company 18E's on newly acquired detachment MTOE communications systems

o ensured all ODB personnel were capable of establishing communications with each assigned radio system

### f. RESPONSIBILITY & ACCOUNTABILITY
- Care and maintenance of equipment/facilities
- Soldier and equipment safety
- Conservation of supplies and funds
- Encouraging soldiers to learn and grow
- Responsible for good, bad, right & wrong

| EXCELLENCE (Exceeds std) | SUCCESS (Meets std) | NEEDS IMPROVEMENT (Some) | (Much) |
|---|---|---|---|
| ☒ | | | |

o flawlessly maintained 100% accountability of over $400,000 dollars of Special Forces Company MTOE communications equipment

o totally restructured the company's communication assets and facilities for increased efficiency of maintenance and accountability

**PART V - OVERALL PERFORMANCE AND POTENTIAL**

### a. RATER. Overall potential for promotion and/or service in positions of greater responsibility.

| AMONG THE BEST | FULLY CAPABLE | MARGINAL |
|---|---|---|
| ☒ | | |

### b. RATER. List 3 positions in which the rated NCO could best serve the Army at his/her current or next higher grade.

Detachment Senior Commo Sergeant
Signal Detachment Platoon Sergeant
SWCS Senior Commo Instructor

### e. SENIOR RATER BULLET COMMENTS
o must promote to SFC now

o must select to attend ANCOC now

o will best serve the Army in any position of the next higher grade; especially as an ODA senior communications sergeant

o displays unparalleled technical and tactical proficiency in two 18 series MOS's; possesses a vast arsenal of warrior skills

| c. SENIOR RATER. Overall performance | ☒ | | | | | | d. SENIOR RATER. Overall potential for promotion and/or service in positions of greater responsibility. | ☒ | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 | | | 1 | 2 | 3 | 4 | 5 |
| | | | | Successful | Fair | Poor | | | | | Superior | Fair | Poor |

DA FORM 2166-8, OCT 2001

USAPA V1.00

DISC-09610

| NCO EVALUATION REPORT | | SEE PRIVACY ACT STATEMENT |
|---|---|---|
| For use of this form, see AR 623-205; the proponent agency is ODCSPER | | IN AR 623-205, APPENDIX C. |

## PART I - ADMINISTRATIVE DATA

| a. NAME (Last, First, Middle Initial) | b. SSN | c. RANK | d. DATE OF RANK | e. PMOSC |
|---|---|---|---|---|
| BROWN, JEREMY M. | 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 | SFC | 030101 | 18E4PW8QB |

**f. UNIT, ORG., STATION, ZIP CODE OR APO, MAJOR COMMAND**
CO A, 3RD BN, 7TH SFG(A), FT BRAGG, NC 28310  (USASOC)

**g. REASON FOR SUBMISSION**
02   ANNUAL

| h. PERIOD COVERED | | i. RATED MONTHS | j. NON-RATED CODES | k. NO. OF ENCL | l. RATED NCO COPY (Check one and Date) | | m PSC Initials | n. CMD CODE | o. PSB CODE |
|---|---|---|---|---|---|---|---|---|---|
| FROM | THRU | 12 | | | 1. Given to NCO | Date | RSB | SP | FS27 |
| YYYY MM 2002 07 | YYYY MM 2003 06 | | | | X 2. Forwarded to NCO | 11.1.03 | | | |

## PART II - AUTHENTICATION

| a. NAME OF RATER (Last, First, Middle Initial) | SSN | SIGNATURE |
|---|---|---|
| BACK, JOSEPH W. | 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 | |

| RANK, PMOSC/BRANCH, ORGANIZATION, DUTY ASSIGNMENT | DATE |
|---|---|
| SFC, 18F40, CO A, 3RD BN, 7TH SFG(A)  COMPANY OPERATIONS SERGEANT | 11.1.03 |

| b. NAME OF SENIOR RATER (Last, First, Middle Initial) | SSN | SIGNATURE |
|---|---|---|
| HUNTER, EDWARD D. | 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 | |

| RANK, PMOSC/BRANCH, ORGANIZATION, DUTY ASSIGNMENT | DATE |
|---|---|
| SGM, 18Z50, CO A, 3RD BN, 7TH SFG(A)  COMPANY SERGEANT MAJOR | 11.1.03 |

c. RATED NCO: I understand my signature does not constitute agreement or disagreement with the evaluations of the rater and senior rater. I further understand my signature verifies that the administrative data on Part I, the rating officials in Part II, the duty description to include the counseling dates in Part III, and the APFT and height/weight entries in Part IV are correct. I have seen the report completed through Part V, except Parts IId and IIe. I am aware of the appeals process of AR 623-205.

| SIGNATURE | DATE |
|---|---|
| Jeremy M. Brown | 11.1.03 |

| d. NAME OF REVIEWER (Last, First, Middle Initial) | SSN | SIGNATURE |
|---|---|---|
| WHITE, WILLIAM F. | 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 | |

| RANK, PMOSC/BRANCH, ORGANIZATION, DUTY ASSIGNMENT | DATE |
|---|---|
| MAJ, SF, CO A, 3RD BN, 7TH SFG(A)  COMPANY COMMANDER | 11.1.03 |

e. ☒ CONCUR WITH RATER AND SENIOR RATER EVALUATIONS    ☐ NONCONCUR WITH RATER AND/OR SENIOR RATER EVAL (See attached comments)

## PART III - DUTY DESCRIPTION  (Rater)

| a. PRINCIPAL DUTY TITLE | b. DUTY MOSC |
|---|---|
| COMPANY SENIOR COMMUNICATIONS SERGEANT | 18E40 |

**c. DAILY DUTIES AND SCOPE** (To include, as appropriate, people, equipment, facilities and dollars)
Serves as the senior communications NCO of a ten man Operational Detachment Bravo; advises the Commander on all communications matters in an 82 man company; supervises, plans and instructs personnel and organizations up to battalion size; performs communications duties during Foreign Internal Defense (Light Infantry/Counter Narcotics), Direct Action, and Special Reconnaissance missions; responsible for equipment valued at $400,000; capable of performing all duties in English and Spanish

**d. AREAS OF SPECIAL EMPHASIS**   Prepare and execute communications support for 6 ODA OCONUS deployments; prepare and coordinate communications requirements for JRTC '02 deployment. Rater: joseph.w.back@; S/R: edward.hunter@; Rev: william.white6@

**e. APPOINTED DUTIES**   Company EMS NCO; Company Safety NCO: Range Safety NCO; Static Line Jumpmaster; Drop Zone Safety Officer

| f. COUNSELING DATES | INITIAL 020703 | LATER 021102 | LATER 030201 | LATER |
|---|---|---|---|---|

## PART IV - ARMY VALUES/ATTRIBUTES/SKILLS/ACTIONS  (Rater)

**a. ARMY VALUES. Check either "YES" or "NO".** Comments are mandatory for "No" entries; optional for "Yes" entries.)

| | | | YES | N |
|---|---|---|---|---|
| **V A L U E S** | Loyalty Duty Respect Selfless-Service | 1  LOYALTY. Bears true faith and allegiance to the U. S. Constitution, the Army, the unit, and other soldiers | X | |
| | | 2. DUTY. Fulfills their obligations | X | |
| | | 3 RESPECT/EEO/EO: Treats people as they should be treated | X | |
| | | 4. SELFLESS-SERVICE: Puts the welfare of the nation, the Army, and subordinates before their own. | X | |
| | | 5. HONOR: Lives up to all the Army values | X | |
| | | 6  INTEGRITY. Does what is right - legally and morally. | X | |
| | | 7  PERSONAL COURAGE. Faces fear, danger, or adversity (physical and moral). | X | |
| | Honor Integrity Personal Courage | Bullet comments<br>o demonstrates consistent and high standards of performance in all aspects of his professional and personal life<br><br>o displays honesty, loyalty and a hard working persistence<br><br>o totally committed to mission and soldiers | | |

| DA FORM 2166-8, OCT 2001 | REPLACES DA FORM 2166-7, SEP 87, WHICH IS OBSOLETE | USAPA V1 |
|---|---|---|

DISC-09614

| RATED NCO'S NAME (Last, First, Middle Initial) | | SSN | THRU DATE |
|---|---|---|---|
| BROWN, JEREMY M.   jeremy.brown@ | | 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 | 2003 06 |

| PART IV (Rater) - VALUES/NCO RESPONSIBILITIES | Specific Bullet examples of "EXCELLENCE" or "NEEDS IMPROVEMENT" are mandatory. Specific Bullet examples of "SUCCESS" are optional. |
|---|---|

**b. COMPETENCE**
- o Duty proficiency; MOS competency
- o Technical & tactical; knowledge, skills, and abilities
- o Sound judgment
- o Seeking self-improvement; always learning
- o Accomplishing tasks to the fullest capacity; committed to excellence

EXCELLENCE (Exceeds std) [X]   SUCCESS (Meets std) [ ]   NEEDS IMPROVEMENT (Some) [ ] (Much) [ ]

o superbly trained ODB detachment members on the PSC-5 radio assisting in their winning the grueling battalion endurance event

o achieved a 3.5 gpa earning 21 college credit hours

o a true communications professional, always makes communication

---

**c. PHYSICAL FITNESS & MILITARY BEARING**
- o Mental and physical toughness
- o Endurance and stamina to go the distance
- o Displaying confidence and enthusiasm; looks like a soldier

EXCELLENCE (Exceeds std) [X]   SUCCESS (Meets std) [ ]   NEEDS IMPROVEMENT (Some) [ ] (Much) [ ]

APFT  PASS 0212          HEIGHT/WEIGHT  71/183 YES

o key member of winning team for the challenging battalion endurance event beating 18 other SF ODA's

o personally commended by CDR USASOC for bearing and tactical knowledge as the MFF MOD DEMO team member

---

**d. LEADERSHIP**
- o Mission first
- o Genuine concern for soldiers
- o Instilling the spirit to achieve and win
- o Setting the example; Be, Know, Do

EXCELLENCE (Exceeds std) [ ]   SUCCESS (Meets std) [X]   NEEDS IMPROVEMENT (Some) [ ] (Much) [ ]

o flawlessly supervised, coordinated and managed the company's communications plan for all teams deployed to Colombia for CD-005

o motivated team members to a first place finish for the battalion endurance event; commended by Battalion Commander

o consistently places mission first, an example for others

---

**e. TRAINING**
- o Individual and team
- o Mission focused; performance oriented
- o Teaching soldiers how; common tasks, duty-related skills
- o Sharing knowledge and experience to fight, survive and win

EXCELLENCE (Exceeds std) [ ]   SUCCESS (Meets std) [X]   NEEDS IMPROVEMENT (Some) [ ] (Much) [ ]

o thoroughly trained ODB members on new multi band SAT radio

o dominated the SFAUC shooting competition with a score of 98%

o his marksmanship training ability was instrumental in securing 1st place for the battalion endurance/shooting event

---

**f. RESPONSIBILITY & ACCOUNTABILITY**
- o Care and maintenance of equipment/facilities
- o Soldier and equipment safety
- o Conservation of supplies and funds
- o Encouraging soldiers to learn and grow
- o Responsible for good, bad, right & wrong

EXCELLENCE (Exceeds std) [X]   SUCCESS (Meets std) [ ]   NEEDS IMPROVEMENT (Some) [ ] (Much) [ ]

o expertly maintained $400,000 dollars worth of communications equipment with 100% accountability

o always takes responsibility for his actions; never takes the easy wrong over the hard right

o continuously stressed safety as an integral part of unit mission success

---

**PART V - OVERALL PERFORMANCE AND POTENTIAL**

**a. RATER.** Overall potential for promotion and/or service in positions of greater responsibility.

AMONG THE BEST [X]    FULLY CAPABLE [ ]    MARGINAL [ ]

**b. RATER.** List 3 positions in which the rated NCO could best serve the Army at his/her current or next higher grade.

Senior SWCS Instructor
NCOIC SIGDET
SFODA Operations Sergeant

**e. SENIOR RATER BULLET COMMENTS**

o promote to MSG ahead of peers

o extremely competent soldier; will excel in any position of greater responsibility

o his dedication to personal and professional development set the example for all to emulate

o the most technically proficient communications NCO in the company

---

**c. SENIOR RATER.** Overall performance

[X]  [ ]  [ ]  [ ]  [ ]
1  2  3  4  5
Successful      Fair   Poor

**d. SENIOR RATER.** Overall potential for promotion and/or service in positions of greater responsibility.

[X]  [ ]  [ ]  [ ]
1  2  3  4
Superior      Fair   P

DA FORM 2166-8, OCT 2001

USAPA V1

DISC-09615

**NCO EVALUATION REPORT**
For use of this form, see AR 623-205; the proponent agency is ODCSPER

*SEE PRIVACY ACT STATEMENT IN AR 623-205, APPENDIX C.*

## PART I - ADMINISTRATIVE DATA

**a. NAME** *(Last, First, Middle Initial)*
BROWN, JEREMY M.

**b. SSN** 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

**c. RANK** SFC

**d. DATE OF RANK** 030101

**e. PMOSC** 18E4VW8QB

**f. UNIT, ORG., STATION, ZIP CODE OR APO, MAJOR COMMAND**
CO A, 3RD BN, 7TH SFG(A), FORT BRAGG, NC 28310   (USASOC)

**g. REASON FOR SUBMISSION**
3   CHANGE OF RATER

| h. PERIOD COVERED | | i. RATED MONTHS | j. NON-RATED CODES | k. NO. OF ENCL | l. RATED NCO COPY *(Check one and Date)* | | m. PSC Initials | n. CMD CODE | o. PSB CODE |
|---|---|---|---|---|---|---|---|---|---|
| **FROM** | **THRU** | | | | 1. Given to NCO | Date | | | |
| YYYY 2003  MM 07 | YYYY 2004  MM 05 | 8 | S | | X 2. Forwarded to NCO | 17 Jun 04 | RB | SP | FS27 |

## PART II - AUTHENTICATION

**a. NAME OF RATER** *(Last, First, Middle Initial)*
THIBEAU, MARK

**SSN** 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

**SIGNATURE** *Mark Thibeau*

**RANK, PMOSC/BRANCH, ORGANIZATION, DUTY ASSIGNMENT**
MSG, 18Z5M, CO A, 3RD BN, 7TH SFG(A)   DETACHMENT OPERATIONS SERGEANT

**DATE** 17 Jun 04

**b. NAME OF SENIOR RATER** *(Last, First, Middle Initial)*
LOCHNER, ERIC E.

**SSN** 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

**SIGNATURE**

**RANK, PMOSC/BRANCH, ORGANIZATION, DUTY ASSIGNMENT**
CPT, CO A, 3RD BN, 7TH SFG(A)   DETACHMENT COMMANDER

**DATE** 17 Jun 04

**c. RATED NCO:** I understand my signature does not constitute agreement or disagreement with the evaluations of the rater and senior rater. I further understand that my signature verifies that the administrative data in Part I, the rating officials in Part II, the duty description to include the counseling dates in Part III, and the APFT and height/weight entries in Part IVc are correct. I have seen the report completed through Part V, except Parts IId and IIe. I am aware of the appeals process of AR 623-205.

**SIGNATURE** *Jeremy M. Brown*

**DATE** 17 Jun 04

**d. NAME OF REVIEWER** *(Last, First, Middle Initial)*
SHUMATE, ALAN J.

**SSN** 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

**SIGNATURE**

**RANK, PMOSC/BRANCH, ORGANIZATION, DUTY ASSIGNMENT**
MAJ, SF, CO A, 3RD BN, 7TH SFG(A)   COMPANY COMMANDER

**DATE** 17 Jun 04

**e.** [X] CONCUR WITH RATER AND SENIOR RATER EVALUATIONS   [ ] NONCONCUR WITH RATER AND/OR SENIOR RATER EVAL *(See attached comments)*

## PART III - DUTY DESCRIPTION *(Rater)*

**a. PRINCIPAL DUTY TITLE**
SPECIAL FORCES SENIOR COMMUNICATIONS SERGEANT

**b. DUTY MOSC** 18E4O

**c. DAILY DUTIES AND SCOPE** *(To include, as appropriate, people, equipment, facilities and dollars)*
Serves as senior communications sergeant on a Special Forces Operational Detachment "Alpha"; supervises, plans, leads and instructs FM, AM, VHF and UHF/SHF radio communications to US and Allied forces in Spanish; performs duties on Unconventional Warfare, Direct Action, Special Reconnaissance, Humanitarian and Counternarcotics Missions; senior advisor to the commander on all communication issues; accountable for 300K of detachment communications equipment; maintains his specialty in Close Quarter Combat Operations.

**d. AREAS OF SPECIAL EMPHASIS**   Battalion EXEVAL; Detachment Advanced Marksmanship and Close Quarter Combat Training; Company Level Advanced Urban Combat Training
Rater: mark.thibeau@        S/R: eric.lochner@        Rev: alan.shumate@

**e. APPOINTED DUTIES**   Detachment Sniper Instructor; Ammunition Handler; Hazardous Material NCO; Range NCOIC and Safety; Static Line Jumpmaster; DZSO; Fast Rope Master; Detachment Close Quarter Combat Instructor; Detachment Advanced Marksmanship Instructor

| f. COUNSELING DATES | INITIAL | LATER | LATER | LATER |
|---|---|---|---|---|
| | 030708 | 031001 | 040112 | 040512 |

## PART IV - ARMY VALUES/ATTRIBUTES/SKILLS/ACTIONS   *(Rater)*

**a. ARMY VALUES. Check either "YES" or "NO".**   *Comments are mandatory for "No" entries; optional for "Yes" entries.*

| | | YES | NO |
|---|---|---|---|
| **V A L U E S** Loyalty Duty Respect Selfless-Service Honor Integrity Personal Courage | 1. LOYALTY: Bears true faith and allegiance to the U. S. Constitution, the Army, the unit, and other soldiers. | X | |
| | 2. DUTY: Fulfills their obligations. | X | |
| | 3. RESPECT/EO/EEO: Treats people as they should be treated. | X | |
| | 4. SELFLESS-SERVICE: Puts the welfare of the nation, the Army, and subordinates before their own. | X | |
| | 5. HONOR: Lives up to all the Army values. | X | |
| | 6. INTEGRITY: Does what is right - legally and morally. | X | |
| | 7. PERSONAL COURAGE: Faces fear, danger, or adversity (physical and moral). | X | |

Bullet comments
o extremely hard worker, dedicated to the mission and to the team

o displays the highest degree of professionalism and demands the same of others

o always seeks out and assumes additional responsibilities

**DA FORM 2166-8, OCT 2001**   REPLACES DA FORM 2166-7, SEP 87, WHICH IS OBSOLETE   USAPA V1.01

DISC-09617

| RATED NCO'S NAME (Last, First, Middle Initial) | | SSN | THRU DATE |
|---|---|---|---|
| + BROWN, JEREMY M.    jeremy.brown@ | | 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 | 200405 + |

**PART IV (Rater) - VALUES/NCO RESPONSIBILITIES** — *Specific Bullet examples of "EXCELLENCE" or "NEEDS IMPROVEMENT" are mandatory. Specific Bullet examples of "SUCCESS" are optional.*

**b. COMPETENCE**
- o Duty proficiency; MOS competency
- o Technical & tactical; knowledge, skills, and abilities
- o Sound judgment
- o Seeking self-improvement; always learning
- o Accomplishing tasks to the fullest capacity; committed to excellence

EXCELLENCE (Exceeds std) [X]   SUCCESS (Meets std) [ ]   NEEDS IMPROVEMENT (Some) [ ] (Much) [ ]

o received an AAM for his superior performance during a Special Forces Modular Demonstration for over 3000 civilian personnel

o completed 9 college credit hours with a 3.0 GPA while simultaneously performing all military duties in an impeccable manner

o prepared and briefed the communications annex and two seperate link up annexes for the battalion exeval briefback

**c. PHYSICAL FITNESS & MILITARY BEARING**
- o Mental and physical toughness
- o Endurance and stamina to go the distance
- o Displaying confidence and enthusiasm; looks like a soldier

EXCELLENCE (Exceeds std) [X]   SUCCESS (Meets std) [ ]   NEEDS IMPROVEMENT (Some) [ ] (Much) [ ]

APFT **PASS 0402**    HEIGHT/WEIGHT **71/183 YES**

o earned the Army Physical Fitness Badge; scored 290 on the APFT

o ran both the 7th Special Forces Group Organizational Day 10K and the Jingle Bell Jog 10K in under 43:00

o possesses the strength and mental toughness to go the extra mile

**d. LEADERSHIP**
- o Mission first
- o Genuine concern for soldiers
- o Instilling the spirit to achieve and win
- o Setting the example; Be, Know, Do

EXCELLENCE (Exceeds std) [X]   SUCCESS (Meets std) [ ]   NEEDS IMPROVEMENT (Some) [ ] (Much) [ ]

o received an AAM for planning, organizing and executing company level Advanced Marksmanship Training in preparation for SFAUC

o led the safe execution of multiple high risk live fire exercises, FRIES and airborne operations during Green Cycle Training

o sought by other detachment members for advice and guidance due to his institutional and professional knowledge

**e. TRAINING**
- o Individual and team
- o Mission focused; performance oriented
- o Teaching soldiers how; common tasks, duty-related skills
- o Sharing knowledge and experience to fight, survive and win

EXCELLENCE (Exceeds std) [ ]   SUCCESS (Meets std) [X]   NEEDS IMPROVEMENT (Some) [ ] (Much) [ ]

o conducted 40 hours of communications training which greatly enhanced the detachment's ability to perform its war time mission

o successfully completed both the Military Mobile Force Protection Course and the JPRA Personnel Recovery 101 Course

o excels in training, leading and motivating soldiers

**f. RESPONSIBILITY & ACCOUNTABILITY**
- o Care and maintenance of equipment/facilities
- o Soldier and equipment safety
- o Conservation of supplies and funds
- o Encouraging soldiers to learn and grow
- o Responsible for good, bad, right & wrong

EXCELLENCE (Exceeds std) [ ]   SUCCESS (Meets std) [X]   NEEDS IMPROVEMENT (Some) [ ] (Much) [ ]

o maintained 100% accountability of all assigned detachment communications equipment worth over $300,000

o performed Jumpmaster duties on numerous airborne operations with zero incidents or injuries

o continuously stressed safety as an integral part of unit mission success

**PART V - OVERALL PERFORMANCE AND POTENTIAL**

**a. RATER.** Overall potential for promotion and/or service in positions of greater responsibility.

AMONG THE BEST [X]   FULLY CAPABLE [ ]   MARGINAL [ ]

**b. RATER.** List 3 positions in which the rated NCO could best serve the Army at his/her current or next higher grade.

SFODA Asst Opns/Intel Sergeant
USAJFKSWCS Instructor/Writer
SFODA Operations Sergeant

**e. SENIOR RATER BULLET COMMENTS**
o promote to MSG ahead of peers

o unlimited potential to serve in positions of greater responsibility at Company and Battalion level

o send to the First Sergeants Course upon promotion to MSG

o displays character traits that will make him a true asset to any organization in Special Operations

**c. SENIOR RATER.** Overall performance

[X] [ ] [ ] [ ] [ ]
1   2   3   4   5
Successful    Fair    Poor

**d. SENIOR RATER.** Overall potential for promotion and/or service in positions of greater responsibility.

[X] [ ] [ ] [ ] [ ]
1   2   3   4   5
Superior    Fair    Poor

+

DA FORM 2166-8, OCT 2001                                      USAPA V1.01

DISC-09618

## NCO EVALUATION REPORT
For use of this form, see AR 623-205; the proponent agency is ODCSPER

*SEE PRIVACY ACT STATEMENT IN AR 623-205, APPENDIX C.*

### PART I - ADMINISTRATIVE DATA

| a. NAME (Last, First, Middle Initial) | b. SSN | c. RANK | d. DATE OF RANK | e. PMOSC |
|---|---|---|---|---|
| BROWN, JEREMY, M | 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 | SFC | 030101 | 18E4VW8QB |

| f. UNIT, ORG., STATION, ZIP CODE OR APO, MAJOR COMMAND | g. REASON FOR SUBMISSION |
|---|---|
| CO A, 3RD BN, 7TH SFG(A), FORT BRAGG, NC 28310   (USASOC) | 03   Change of Rater |

| h. PERIOD COVERED | | i. RATED MONTHS | j. NON-RATED CODES | k. NO. OF ENCL | l. RATED NCO COPY (Check one and Date) | | m. PSC Initials | n. CMD CODE | o. PSB CODE |
|---|---|---|---|---|---|---|---|---|---|
| FROM | THRU | 11 | | | 1. Given to NCO | Date | | SP | FS27 |
| YYYY  MM | YYYY  MM | | | | 2. Forwarded to NCO | X | | | |
| 2004  06 | 2005  04 | | | | X | 25 MAY05 | RM | | |

### PART II - AUTHENTICATION

| a. NAME OF RATER (Last, First, Middle Initial) | SSN | SIGNATURE |
|---|---|---|
| KENNEDY, JOHNNY L. | 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 | *John L. Kennedy* |

| RANK, PMOSC/BRANCH, ORGANIZATION, DUTY ASSIGNMENT | DATE |
|---|---|
| MSG, 18Z5H, CO A, 3RD BN, 7TH SFG(A)   DETACHMENT OPERATIONS SERGEANT | 25 MAY05 |

| b. NAME OF SENIOR RATER (Last, First, Middle Initial) | SSN | SIGNATURE |
|---|---|---|
| NORDWALL, MARK A. | 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 | |

| RANK, PMOSC/BRANCH, ORGANIZATION, DUTY ASSIGNMENT | DATE |
|---|---|
| CPT, SF, CO A, 3RD BN, 7TH SFG(A)   DETACHMENT COMMANDER | 25 MAY05 |

| c. RATED NCO - I understand my signature does not constitute agreement or disagreement with the evaluations of the rater and senior rater. I further understand that my signature verifies that the administrative data in Part I, the rating officials in Part II, the duty description to include the counseling dates in Part III, and the APFT and height/weight entries on Part IVc are correct. I have seen the completed report through Part V, except Parts IId and IIe. I am aware of the appeals process of AR 623-205. | SIGNATURE | DATE |
|---|---|---|
| | | 25 MAY05 |

| d. NAME OF REVIEWER (Last, First, Middle Initial) | SSN | SIGNATURE |
|---|---|---|
| CODY, ROBERT L. | 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 | |

| RANK, PMOSC/BRANCH, ORGANIZATION, DUTY ASSIGNMENT | DATE |
|---|---|
| MAJ, SF, CO A, 3RD BN, 7TH SFG(A)   COMPANY COMMANDER | 25 MAY05 |

| e. | X CONCUR WITH RATER AND SENIOR RATER EVALUATIONS | NONCONCUR WITH RATER AND/OR SENIOR RATER EVAL (See attached comments) |
|---|---|---|

### PART III - DUTY DESCRIPTION   (Rater)

| a. PRINCIPAL DUTY TITLE | b. DUTY MOSC |
|---|---|
| SPECIAL FORCES SENIOR COMMUNICATIONS SERGEANT | 18E4O |

c. DAILY DUTIES AND SCOPE (To include, as appropriate, people, equipment, facilities and dollars)
Serves as senior communications sergeant on a Special Forces Operational Detachment "Alpha"; supervises, plans, leads and instructs FM, AM, VHF and UHF/SHF radio communications to US and Allied forces in Spanish; performs duties on Unconventional Warfare, Direct Action, Special Reconnaissance, Humanitarian and Counter-narcotics Missions; senior advisor to the commander on all communication issues; accountable for $300,000 of detachment communications equipment; maintains his specialty in Close Quarter Combat Operations.

d. AREAS OF SPECIAL EMPHASIS   Bolivia CNT 004 mission; Company SFAUC; Detachment Advanced Marksmanship and Close Quarters Combat Training Blackwater; Deployment in support of OEF
Rater: johnny.kennedy1@   S/R: mark.a.nordwall@   Rev: robert.cody@

e. APPOINTED DUTIES   Detachment Sniper Instructor; Detachment COMSEC custodian; Static Line Jumpmaster; Fast Rope Master; Range NCOIC and Safety; Ammunition Handler; Detachment Close Quarters Combat Instructor

| f. COUNSELING DATES | INITIAL 040722 | LATER 041015 | LATER 050114 | LATER 050323 |
|---|---|---|---|---|

### PART IV - ARMY VALUES/ATTRIBUTES/SKILLS/ACTIONS   (Rater)

a. ARMY VALUES.  Check either "YES" or "NO".  *Comments are mandatory for "No" entries; optional for "Yes" entries.*

| | | YES | NO |
|---|---|---|---|
| | 1. LOYALTY: Bears true faith and allegiance to the U. S. Constitution, the Army, the unit, and other soldiers | X | |
| | 2. DUTY: Fulfills their obligations. | X | |
| | 3. RESPECT/EO/EEO: Treats people as they should be treated. | X | |
| | 4. SELFLESS-SERVICE: Puts the welfare of the nation, the Army, and subordinates before their own. | X | |
| | 5. HONOR: Lives up to all the Army values. | X | |
| | 6. INTEGRITY: Does what is right - legally and morally | X | |
| | 7. PERSONAL COURAGE: Faces fear, danger, or adversity (physical and moral). | X | |

**V A L U E S**
Loyalty
Duty
Respect
Selfless-Service
Honor
Integrity
Personal Courage

Bullet comments
o dedicated to mission and team

o accepts responsibility for own actions

o loyal, truthful and fair

DA FORM 2166-8, OCT 2001

REPLACES DA FORM 2166-7, SEP 87, WHICH IS OBSOLETE

USAPA V1.01

DISC-09620

| RATED NCO'S NAME *(Last, First, Middle Initial)* | SSN | THRU DATE |
|---|---|---|
| BROWN, JEREMY, M    jeremy.michael.brown@ | 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 | 200504 |

**PART IV *(Rater)* - VALUES/NCO RESPONSIBILITIES**   *Specific Bullet examples of "EXCELLENCE" or "NEEDS IMPROVEMENT" are mandatory*
*Specific Bullet examples of "SUCCESS" are optional.*

**b. COMPETENCE**
- o Duty proficiency; MOS competency
- o Technical & tactical; knowledge, skills, and abilities
- o Sound judgment
- o Seeking self-improvement; always learning
- o Accomplishing tasks to the fullest capacity; committed to excellence

| EXCELLENCE *(Exceeds std)* | SUCCESS *(Meets std)* | NEEDS IMPROVEMENT *(Some)* *(Much)* |
|---|---|---|
| [X] | [ ] | [ ] [ ] |

o recommended for Bronze Star and CIB by the O-5 in charge of his element while serving during OEF

o established emergency tactical communication plan for US Embassy Bolivia during Civil Uprising

o completed 14 credit hours of college during deployment with a 3.8 grade point average

**c. PHYSICAL FITNESS & MILITARY BEARING**
- o Mental and physical toughness
- o Endurance and stamina to go the distance
- o Displaying confidence and enthusiasm; looks like a soldier

| APFT | PASS 0501 | HEIGHT/WEIGHT | 72/188 YES |
|---|---|---|---|

o scored 290 on APFT, earned Army Physical Fitness Badge

o  competed in Bolivian International Practical Shooter Confederation Competition achieving forth place out of 13

o appearance and bearing above reproach

| EXCELLENCE *(Exceeds std)* | SUCCESS *(Meets std)* | NEEDS IMPROVEMENT *(Some)* *(Much)* |
|---|---|---|
| [X] | [ ] | [ ] [ ] |

**d. LEADERSHIP**
- o Mission first
- o Genuine concern for soldiers
- o Instilling the spirit to achieve and win
- o Setting the example; Be, Know, Do

| EXCELLENCE *(Exceeds std)* | SUCCESS *(Meets std)* | NEEDS IMPROVEMENT *(Some)* *(Much)* |
|---|---|---|
| [X] | [ ] | [ ] [ ] |

o led an element from the French SOF as the Coalition LNO resulting in the capture of numerous Taliban members and weapons systems

o served as assistant operations sergeant for CNT-004, his leadership and can do attitude contributed greatly to overall mission success

o lead USSF personnel on numerous multinational combat patrols during Operation Enduring Freedom

**e. TRAINING**
- o Individual and team
- o Mission focused; performance oriented
- o Teaching soldiers how; common tasks, duty-related skills
- o Sharing knowledge and experience to fight, survive and win

| EXCELLENCE *(Exceeds std)* | SUCCESS *(Meets std)* | NEEDS IMPROVEMENT *(Some)* *(Much)* |
|---|---|---|
| [ ] | [X] | [ ] [ ] |

o trained 40 Bolivian Counter Terrorist and Counter-narcotics police in mission planning and small unit tactics during a four week POI

o planned and coordinated a 72 hour FTX for 21 Bolivian Special Counter-Narcotics Police with realistic counter-narcotics scenarios

o primary instructor for two week training of six Bolivian counter-terrorist snipers in advanced sniper techniques

**f. RESPONSIBILITY & ACCOUNTABILITY**
- o Care and maintenance of equipment/facilities
- o Soldier and equipment safety
- o Conservation of supplies and funds
- o Encouraging soldiers to learn and grow
- o Responsible for good, bad, right & wrong

| EXCELLENCE *(Exceeds std)* | SUCCESS *(Meets std)* | NEEDS IMPROVEMENT *(Some)* *(Much)* |
|---|---|---|
| [ ] | [X] | [ ] [ ] |

o maintained accountability of $1,000,000 of coalition equipment and communication gear with no loss

o managed as ordering officer the detachment operational funds of $10,000 for six month deployment to Bolivia with no loss

o maintained accountability of $300,000 worth of detachment communication equipment with no loss

**PART V - OVERALL PERFORMANCE AND POTENTIAL**

**a. RATER.** Overall potential for promotion and/or service in positions of greater responsibility.

| AMONG THE BEST | FULLY CAPABLE | MARGINAL |
|---|---|---|
| [X] | [ ] | [ ] |

**b. RATER.** List 3 positions in which the rated NCO could best serve the Army at his/her current or next higher grade.

SFODA Asst Ops and Intel Sergeant

BN SIGDET NCOIC

Detachment Operations Sergeant

**e. SENIOR RATER BULLET COMMENTS**

o promote to Master Sergeant ahead of peers

o assign as an Intelligence Sergeant

o continue to groom this NCO to be a Detachment Operations Sergeant

o displays character traits that will make him a true asset to any organization in Special Operations

**c. SENIOR RATER.** Overall performance

| | 1 | 2 | 3 Successful | 4 Fair | 5 Poor |
|---|---|---|---|---|---|
| [X] | | | | | |

**d. SENIOR RATER.** Overall potential for promotion and/or service in positions of greater responsibility.

| | 1 | 2 | 3 Superior | 4 Fair | 5 Poor |
|---|---|---|---|---|---|
| [X] | | | | | |

DA FORM 2166-8, OCT 2001                                    USAPA V1.01

## NCO EVALUATION REPORT
For use of this form, see AR 623-205; the proponent agency is ODCSPER

SEE PRIVACY ACT STATEMENT
IN AR 623-205, APPENDIX C.

### PART I – ADMINISTRATIVE DATA

| a. NAME (Last, First, Middle Initial) | b. SSN | c. RANK | d. DATE OF RANK | e. PMOSC |
|---|---|---|---|---|
| BROWN, JEREMY M. | 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 | SFC | 030101 | 18E4VW800 |

| f. UNIT, ORG., STATION, ZIP CODE OR APO, MAJOR COMMAND | | g. REASON FOR SUBMISSION |
|---|---|---|
| HSC, 3RD BN, 7TH SFG(A), FORT BRAGG, NC 28310    USASOC | | 2    ANNUAL |

| h. PERIOD COVERED | | i. RATED MONTHS | j. NON-RATED CODES | k. NO. OF ENCL | l. RATED NCO COPY (Check one and Date) | | | m. PSC Initials | n. CMD CODE | o. PSB CODE |
|---|---|---|---|---|---|---|---|---|---|---|
| FROM | THRU | | | | | | | | | |
| YYYY MM | YYYY MM | 12 | | | 1. Given to NCO | Date | | RM | SP | FS27 |
| 2005 05 | 2006 04 | | | | X 2. Forwarded to NCO | 31 MOY 06 | | | | |

### PART II – AUTHENTICATION

| a. NAME OF RATER (Last, First, Middle Initial) | SSN | SIGNATURE | |
|---|---|---|---|
| WOYTOWICH, ADAM | 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 | | |
| RANK, PMOSC/BRANCH, ORGANIZATION, DUTY ASSIGNMENT | | | DATE |
| CPT, SC, HSC, 3RD BN, 7TH SFG (A) | SIGNAL DETACHMENT CDR | | 31 MOY 06 |

| b. NAME OF SENIOR RATER (Last, First, Middle Initial) | SSN | SIGNATURE | |
|---|---|---|---|
| BJORNSON, CHRISTIAN C. | 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 | | |
| RANK, PMOSC/BRANCH, ORGANIZATION, DUTY ASSIGNMENT | | | DATE |
| CPT, SC, HHD, 3RD BN, 7TH SFG (A) | BATTALION SIGNAL OFFICER | | 31 MOY 06 |

c. RATED NCO: I understand my signature does not constitute agreement or disagreement with the evaluations of the rater and senior rater. I further understand my signature verifies that the administrative data in Part I, the rating officials in Part II, the duty description in Part III, and the APFT and height/weight entries in Part IVc are correct. I have seen the completed report through Part V, except Parts IId and IIe. I also confirm that the senior rater has given me an explanation of the rating philosophy and the evaluation profile.

DATE: 31 MOY 06

| d. NAME OF REVIEWER (Last, First, Middle Initial) | SSN | SIGNATURE | |
|---|---|---|---|
| CODY, ROBERT L. | 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 | | |
| RANK, PMOSC/BRANCH, ORGANIZATION, DUTY ASSIGNMENT | | | DATE |
| MAJ, SF, HHD, 3RD BN, 7TH SFG (A) | BATTALION EXECUTIVE OFFICER | | 31 MAY 06 |

e. ☒ CONCUR WITH RATER AND SENIOR RATER EVALUATIONS   ☐ NONCONCUR WITH RATER AND/OR SENIOR RATER EVAL (See attached comments)

### PART III – DUTY DESCRIPTION (Rater)

| a. PRINCIPAL DUTY TITLE | b. DUTY MOSC |
|---|---|
| Signal Detachment Sergeant | 18E4V |

c. DAILY DUTIES AND SCOPE (To include, as appropriate, people, equipment, facilities and dollars)
Serves as a Platoon Sergeant for a Signal Detachment that provides communications support to a Special Forces Battalion engaged in the Global War on Terror within the SOUTHCOM and CENTCOM AOR's; plans and supervises the installation, operation, and employment of the Tactical Local Area Network (TACLAN), Joint Base Station (JBS), SOF Deployment Node (SDN), High Frequency, Satellite Communication radios; and overall C4I architecture; responsible for 15 soldiers; accounts for $6 million worth of communications property.

d. AREAS OF SPECIAL EMPHASIS  US Army Special Operations Recruiting Battalion (SORB) Tasking; Rear Detachment Signal Detachment (REARDET SIGDET) NCOIC
Rater: adam.woytowich@; S/R: christian.bjornson@; Reviewer: robert.cody@

e. APPOINTED DUTIES  Jumpmaster

| f. COUNSELING DATES | INITIAL | LATER | LATER | LATER |
|---|---|---|---|---|
| | 050510 | 050816 | 051116 | 060222 |

### PART IV – ARMY VALUES/ATTRIBUTES/SKILLS/ACTIONS (Rater)

a. ARMY VALUES. Check either "YES" or "NO". Comments are mandatory for "No" entries; optional for "Yes" entries.

| | | YES | NO |
|---|---|---|---|
| **VALUES** | 1. LOYALTY: Bears true faith and allegiance to the U.S. Constitution, the Army, the unit, and other soldiers. | X | |
| Loyalty | 2. DUTY: Fulfills their obligations. | X | |
| Duty | 3. RESPECT/EO: Treats people as they should be treated. | X | |
| Respect | 4. SELFLESS-SERVICE: Puts the welfare of the nation, the Army, and subordinates before their own. | X | |
| Selfless-Service | 5. HONOR: Lives up to all the Army values. | X | |
| Honor | 6. INTEGRITY: Does what is right – legally and morally. | X | |
| Integrity | 7. PERSONAL COURAGE: Faces fear, danger, or adversity (physical and moral). | X | |
| Personal Courage | | | |

Bullet comments
o demonstrates absolute commitment to mission accomplishment and adherence to the highest standards

o integrity is unquestionable; his word is his bond

o displays the highest degree of personal courage and loyalty to the unit

| DA FORM 2166-8, OCT 2001 | REPLACES DA FORM 2166-7, SEP 87, WHICH IS OBSOLETE | USAPA V1.0 |
|---|---|---|

DISC-09798

| RATED NCO'S NAME (Last, First, Middle Initial) | | SSN | THRU DATE |
|---|---|---|---|
| BROWN, JEREMY M.    jeremy.brown@ | | 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 | 2006 04 |

**PART IV (Rater) - VALUES/NCO RESPONSIBILITIES**  Specific Bullet examples of "EXCELLENCE" or "NEEDS IMPROVEMENT" are mandatory.
Specific Bullet examples of "SUCCESS" are optional.

**b. COMPETENCE**
- Duty proficiency; MOS competency
- Technical & tactical; knowledge, skills, and abilities
- Sound judgment
- Seeking self-improvement; always learning
- Accomplishing tasks to the fullest capacity; committed to excellence

o selected for Special Operations Recruiting tasking; helped positi
unit to achieve 425 recruits for FY05-06; 35 more than the previou

o created a new Special Forces recruiting brief that has become the
standard of use for the SORB

o continually qualified expert on all assigned weapon systems

| EXCELLENCE (Exceeds std) | SUCCESS (Meets std) | NEEDS IMPROVEMENT (Some) (Much) |
|---|---|---|
| X | | |

**c. PHYSICAL FITNESS & MILITARY BEARING**
- Mental and physical toughness
- Endurance and stamina to go the distance
- Displaying confidence and enthusiasm; looks like a soldier

APFT   PASS 0601    HEIGHT/WEIGHT   72/185 YE

o with his proactive involvement; helped increase his detachment's
average APFT score by 30 points

o consistent in his impeccable appearance and confidence

| EXCELLENCE (Exceeds std) | SUCCESS (Meets std) | NEEDS IMPROVEMENT (Some) (Much) |
|---|---|---|
| X | | |

**d. LEADERSHIP**
- Mission first
- Genuine concern for soldiers
- Instilling the spirit to achieve and win
- Setting the example: Be, Know, Do

o awarded the distinguished leadership award at the Army's Basic
Recruiter Course

o his natural leadership abilities led to his selection by the SORB C
serve as the NCOIC of the head recruiting team for FY07

o served as REARDET Signal Detachment NCOIC during the Batt
deployment to Colombia

| EXCELLENCE (Exceeds std) | SUCCESS (Meets std) | NEEDS IMPROVEMENT (Some) (Much) |
|---|---|---|
| X | | |

**e. TRAINING**
- Individual and team
- Mission focused; performance oriented
- Teaching soldiers how; common tasks, duty-related skills
- Sharing knowledge and experience to fight, survive and win

o served as an instructor for the Urban Warfare Course held at Fort
Bragg, NC; trained over 100 support personnel in urban tactics

o attended the Tier One Driver Course; trained subordinates on driv
tactics learned for the unit's upcoming OEF rotation

| EXCELLENCE (Exceeds std) | SUCCESS (Meets std) | NEEDS IMPROVEMENT (Some) (Much) |
|---|---|---|
| | X | |

**f. RESPONSIBILITY & ACCOUNTABILITY**
- Care and maintenance of equipment/facilities
- Soldier and equipment safety
- Conservation of supplies and funds
- Encouraging soldiers to learn and grow
- Responsible for good, bad, right & wrong

o prepared the SIGDET for deployment to Colombia; resulted in al
mission-essential equipment being staged on time

o assistant Jumpmaster for 5 Airborne OPS during this rating perio
attention to detail and genuine care for soldiers led to zero accident

| EXCELLENCE (Exceeds std) | SUCCESS (Meets std) | NEEDS IMPROVEMENT (Some) (Much) |
|---|---|---|
| | X | |

**PART V - OVERALL PERFORMANCE AND POTENTIAL**

**a. RATER** Overall potential for promotion and/or service in positions of greater responsibility.

| AMONG THE BEST | FULLY CAPABLE | MARGINAL |
|---|---|---|
| X | | |

**b. RATER** List 3 positions in which the rated NCO could best serve the Army at his/her current or next higher grade.

Group C&E NCOIC
USASFC Frequency Manager
USASOC Frequency Manager

**e. SENIOR RATER BULLET COMMENTS**

o promote now; send to 1SG Course immediately

o unlimited potential; one of the most technically competent
communications NCOs with whom I have served

o a brilliant performance during this rating period by a knowledgea
NCO; assign him only the toughest and most challenging jobs

o send to technically advanced schooling

**c. SENIOR RATER.** Overall performance

| | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|
| X | | | Successful | Fair | Poor |

**d. SENIOR RATER.** Overall potential for promotion and/or service in positions of greater responsibility.

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| X | | | Superior | Fa |

**DA FORM 2166-8, OCT 2001**

US

# NCO EVALUATION REPORT
For use of this form, see AR 623-3; the proponent agency is DCS, G-1.

FOR OFFICIAL USE ONLY (FOUO)
SEE PRIVACY ACT STATEMENT IN AR 623-3.

## PART I - ADMINISTRATIVE DATA

| a. NAME (Last, First, Middle Initial) | b. SSN | c. RANK | d. DATE OF RANK | e. PMOSC |
|---|---|---|---|---|
| BROWN, JEREMY M. | 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 | SFC ( ) | 20030301 | 18E4V |

| f.1. UNIT   ORG.   STATION   ZIP CODE OR APO | f.2. STATUS CODE | g. REASON FOR SUBMISSION |
|---|---|---|
| B Co, Special Opns Rctg Bn, w/duty Campbell, KY  42223 (USAREC) | 3 | Change of rater |

| h. PERIOD COVERED | | i. RATED MONTHS | j. NON-RATED CODES | k. NO. OF ENCL | l. RATED NCO'S EMAIL ADDRESS (.gov or .mil) | m. UIC | n CMD CODE | o. PSB CODE |
|---|---|---|---|---|---|---|---|---|
| FROM | THRU | | | | | | | |
| YEAR MONTH DAY | YEAR MONTH DAY | 12 | | | jeremy.brown@us.army.mil | W06TAA | TA | RCGA |
| 20060501 | 20070430 | | | | | | | |

## PART II - AUTHENTICATION

| a. NAME OF RATER (Last, First, Middle Initial) | SSN | SIGNATURE | DATE (YYYYMMDD) |
|---|---|---|---|
| SPEAR, JOSEPH D. | 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 | SPEAR.JOSEPH.DALE.1103786X | 20070430 |

| RANK | PMOSC/BRANCH | ORGANIZATION | DUTY ASSIGNMENT | RATER'S AKO EMAIL ADDRESS (.gov or .mil) |
|---|---|---|---|---|
| 1SG | 18Z5V | Co B, Special Opns Rctg Bn | First Sergeant | joseph.spear@us.army.mil |

| b. NAME OF SENIOR RATER (Last, First, Middle Initial) | SSN | SIGNATURE | DATE (YYYYMMDD) |
|---|---|---|---|
| PYRCHALLA, SCOTT M. | 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 | PYRCHALLA.SCOTT.MICHAEL.1088437X | 20070504 |

| RANK | PMOSC/BRANCH | ORGANIZATION | DUTY ASSIGNMENT | SENIOR RATER'S AKO EMAIL ADDRESS (.gov or .mil) |
|---|---|---|---|---|
| CPT | SF | Co B, Special Opns Rctg Bn | Co Commander | scott.pyrchalla@us.army.mil |

| c. NAME OF REVIEWER (Last, First, Middle Initial) | SSN | SIGNATURE | DATE (YYYYMMDD) |
|---|---|---|---|
| RODDENBERRY, DAVID A. JR | 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 | RODDENBERRY.DAVID.A.JR.1034878X | 20070507 |

| RANK | PMOSC/BRANCH | ORGANIZATION | DUTY ASSIGNMENT | REVIEWER'S AKO EMAIL ADDRESS (.gov or .mil) |
|---|---|---|---|---|
| LTC | SF | Special Operations Recruiting Bn | Bn Commander | david_roddenberry@us.army.mil |

d. [X] CONCUR WITH RATER AND SENIOR RATER EVALUATIONS   [ ] NONCONCUR WITH RATER AND/OR SENIOR RATER EVAL (See attached comments)

| e. RATED NCO: I understand my signature does not constitute agreement or disagreement with the evaluations of the rater and senior rater. I further understand my signature verifies that the administrative data in Part I, the rating officials in Part II, the duty description to include the counseling dates in Part III, and the APFT and height/weight entries in Part IVc are correct. I have seen the completed report. I am aware of the appeals process of AR 623-3. | SIGNATURE | DATE (YYYYMMDD) |
|---|---|---|
| | BROWN.JEREMY.MICHAEL.1057683X | 20070510 |

## PART III - DUTY DESCRIPTION (Rater)

| a. PRINCIPAL DUTY TITLE | b. DUTY MOSC |
|---|---|
| Army Special Operations Forces Recruiter | 79R4P |

c. DAILY DUTIES AND SCOPE (To include, as appropriate, people, equipment, facilities and dollars)

Plans and executes a global Army Special Operations Forces (ARSOF) recruiting campaign for qualified in-service Special Forces officer and enlisted volunteers; executes installation level advertising and marketing programs tailored to a target market; utilizes state of the art multimedia and information systems to conduct individual and large group presentations on career opportunities within ARSOF; leads, trains and counsels future candidates through the processing cycle to ensure candidates are mentally and physically prepared for the rigors of training.

d. AREAS OF SPECIAL EMPHASIS

Special Forces Assessment and Selection preparatory physical training program

e. APPOINTED DUTIES

Future SOF soldier program coordinator

| f. COUNSELING DATES | INITIAL | LATER | LATER | LATER |
|---|---|---|---|---|
| | 20060615 | 20060912 | 20061214 | |

## PART IV - ARMY VALUES/ATTRIBUTES/SKILLS/ACTIONS (Rater)

a. ARMY VALUES.  Check either "YES" or "NO".  (Comments are mandatory for "No" entries; optional for "Yes" entries.)

| | YES | NO |
|---|---|---|
| 1. LOYALTY:  Bears true faith and allegiance to the U. S. Constitution, the Army, the unit, and other soldiers. | X | |
| 2. DUTY:  Fulfills their obligations. | X | |
| 3. RESPECT/EO/EEO:  Treats people as they should be treated. | X | |
| 4. SELFLESS-SERVICE:  Puts the welfare of the nation, the Army, and subordinates before their own. | X | |
| 5. HONOR:  Lives up to all the Army values. | X | |
| 6. INTEGRITY:  Does what is right - legally and morally. | X | |
| 7. PERSONAL COURAGE:  Faces fear, danger, or adversity  (physical and moral). | X | |

Loyalty
Duty
Respect
Selfless-Service

Honor
Integrity
Personal Courage

V A L U E S

Bullet comments

o extremely loyal NCO who places team above self

o displays strong mental and moral courage and displays true professionalism

o displays the highest degree of honesty, respect and integrity

DA FORM 2166-8, MAR 2006          PREVIOUS EDITIONS ARE OBSOLETE.          Page 1 of 2
APD PE v3 00ES

DISC-09673

| RATED NCO'S NAME (Last, First, Middle Initial) | SSN | THRU DATE |
|---|---|---|
| BROWN, JEREMY M. | 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 | 20070430 |

**PART IV (Rater) - VALUES/NCO RESPONSIBILITIES**  Bullet comments are mandatory. Substantive bullet comments are required for "EXCELLENCE" or "NEEDS IMPROVEMENT."

**b. COMPETENCE**
- o Duty proficiency; MOS competency
- o Technical & tactical; knowledge, skills, and abilities
- o Sound judgment
- o Seeking self-improvement; always learning
- o Accomplishing tasks to the fullest capacity; committed to excellence

EXCELLENCE (Exceeds std) [ ]   SUCCESS (Meets std) [ ]   NEEDS IMPROVEMENT (Some) [ ] (Much) [ ]

o his personal commitment to excellence was paramount to mission success; resulting in 109% enlisted and 113% officer production for FY 07

o demonstrated in great detail his knowledge and skill as a Special Forces subject matter expert; greatly enhancing the educational process of prospective candidates

o independently accomplished the planning and conduct of three successful outstation recruiting trips in support of another station within the company

**c. PHYSICAL FITNESS & MILITARY BEARING**
- o Mental and physical toughness
- o Endurance and stamina to go the distance
- o Displaying confidence and enthusiasm; looks like a soldier

EXCELLENCE (Exceeds std) [X]   SUCCESS (Meets std) [ ]   NEEDS IMPROVEMENT (Some) [ ] (Much) [ ]

APFT PASS   20070118   HEIGHT/WEIGHT 72 / 189   YES

o scored 282 on APFT

o projects impeccable military bearing and appearance; represented the Army and Special Operations during a nationally televised professional rodeo event

o well-disciplined Soldier who never falters in the face of adversity

**d. LEADERSHIP**
- o Mission first
- o Genuine concern for soldiers
- o Instilling the spirit to achieve and win
- o Setting the example: Be, Know, Do

EXCELLENCE (Exceeds std) [ ]   SUCCESS (Meets std) [X]   NEEDS IMPROVEMENT (Some) [ ] (Much) [ ]

o organized and supervised the stations future SOF soldier program helping to improve the stations overall conversion and select rates

o clearly communicates the Special Forces mission to applicants enabling them to make a sound career decision

o radiates confidence; sets an example for others to emulate

**e. TRAINING**
- o Individual and team
- o Mission focused; performance oriented
- o Teaching soldiers how; common tasks, duty-related skills
- o Sharing knowledge and experience to fight, survive and win

EXCELLENCE (Exceeds std) [X]   SUCCESS (Meets std) [ ]   NEEDS IMPROVEMENT (Some) [ ] (Much) [ ]

o developed a tough and realistic SFAS training program resulting in a 67% select rate for Soldiers who participated; almost doubling the battalion select rate of 38%

o thoroughly prepares his prospective candidates for the rigors of SFAS

o willingly shares his intimate experiences of Special Forces operations with his peers; greatly enhancing their level of product knowledge and credibility

**f. RESPONSIBILITY & ACCOUNTABILITY**
- o Care and maintenance of equipment/facilities
- o Soldier and equipment safety
- o Conservation of supplies and funds
- o Encouraging soldiers to learn and grow
- o Responsible for good, bad, right & wrong

EXCELLENCE (Exceeds std) [ ]   SUCCESS (Meets std) [X]   NEEDS IMPROVEMENT (Some) [ ] (Much) [ ]

o emphasizes safety and continuously monitors all Soldiers while conducting rigorous physical training

o tirelessly encourages young Soldiers to prepare themselves physically and mentally for SFAS

o seeks responsibility and takes responsibility for his actions

**PART V - OVERALL PERFORMANCE AND POTENTIAL**

**a. RATER.** Overall potential for promotion and/or service in positions of greater responsibility.

AMONG THE BEST [X]   FULLY CAPABLE [ ]   MARGINAL [ ]

**b. RATER.** List 3 positions in which the rated NCO could best serve the Army at his/her current or next higher grade.

Detachment Operations Sergeant

Company Operations Sergeant

Battalion Operations NCO

**e. SENIOR RATER BULLET COMMENTS**

o promote with peers

o assign as Company Operations Sergeant

o assign to duties with increased responsibility

o send to DA First Sergeants course

**c. SENIOR RATER.** Overall performance

| 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|
|   |   | [X] Successful | Fair | Poor |

**d. SENIOR RATER.** Overall potential for promotion and/or service in positions of greater responsibility.

| 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|
|   |   | [X] Superior | Fair | Poor |

DA FORM 2166-8, MAR 2006

Page 2 of 2
APD PE v3.00ES

DISC-09674

03832992

## NCO EVALUATION REPORT

For use of this form, see AR 623-3, the proponent agency is DCS, G-1

FOR OFFICIAL USE ONLY (FOUO)
SEE PRIVACY ACT STATEMENT
IN AR 623-3

### PART I - ADMINISTRATIVE DATA

| a NAME (Last, First, Middle Initial) | b SSN | c RANK | d DATE OF RANK | e PMOSC |
|---|---|---|---|---|
| BROWN, JEREMY M | 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 | MSG | 20071001 | 18Z5VW7 |

| f1 UNIT   ORG   STATION   ZIP CODE OR APO,   MAJOR COMMAND | f2 STATUS CODE | g REASON FOR SUBMISSION |
|---|---|---|
| B Co, 1st Bn, 5th SFG (A) Ft Campbell, KY 42223   USASOC | 02 | Annual |

| h PERIOD COVERED | | i RATED MONTHS | j NON-RATED CODES | k NO OF ENCL | l RATED NCO'S EMAIL ADDRESS ( gov or mil ) | m UIC | n CMD CODE | o PSB CODE |
|---|---|---|---|---|---|---|---|---|
| FROM | THRU | 12 | | | jeremy.brown@us army mil | WH04B0 | SP | UA22 |
| YEAR MONTH DAY | YEAR MONTH DAY | | | | | | | |
| 20070501 | 20080430 | | | | | | | |

### PART II - AUTHENTICATION

| a NAME OF RATER (Last, First, Middle Initial) | SSN | SIGNATURE | DATE (YYYYMMDD) |
|---|---|---|---|
| HALL, NED E | 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 | HALL.NED.EDWARD.1110367 | 20080825 |

| RANK | PMOSC/BRANCH | ORGANIZATION | DUTY ASSIGNMENT | RATER'S AKO EMAIL ADDRESS ( gov or mil ) |
|---|---|---|---|---|
| SGM | 18Z5V | B Co, 1st Bn, 5th SFG (A) | Company SGM | ned hall@us army mil |

| b NAME OF SENIOR RATER (Last, First, Middle Initial) | SSN | SIGNATURE | DATE (YYYYMMDD) |
|---|---|---|---|
| KUETHER, JUSTIN | 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 | KUETHER.JUSTIN.PAUL.1182465 | 20080825 |

| RANK | PMOSC/BRANCH | ORGANIZATION | DUTY ASSIGNMENT | SENIOR RATER'S AKO EMAIL ADDRESS ( gov or mil ) |
|---|---|---|---|---|
| CPT | SF | B Co, 1st Bn, 5th SFG (A) | Company XO | justin.kuether@us army,mil |

| c NAME OF REVIEWER (Last, First, Middle Initial) | SSN | SIGNATURE | DATE (YYYYMMDD) |
|---|---|---|---|
| DUGGAN, PATRICK M | 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 | DUGGAN.PATRICK.MICHAEL.1064312 | 20080825 |

| RANK | PMOSC/BRANCH | ORGANIZATION | DUTY ASSIGNMENT | REVIEWER'S AKO EMAIL ADDRESS ( gov or mil ) |
|---|---|---|---|---|
| MAJ | SF | B Co, 1st Bn, 5th SFG (A) | Company CDR | patrick duggan@us army mil |

| d | [X] CONCUR WITH RATER AND SENIOR RATER EVALUATIONS | [ ] NONCONCUR WITH RATER AND/OR SENIOR RATER EVAL (See attached comments) |
|---|---|---|

| e RATED NCO I understand my signature does not constitute agreement or disagreement with the evaluations of the rater and senior rater I further understand that the administrative data in Part I, the rating officials in Part II, the duty description to include the counseling dates in Part III, and the APFT and height/weight entries in Part IVc are correct I have seen the completed report I am aware of the appeals process of AR 623-3 | SIGNATURE | DATE(YYYYMMDD) |
|---|---|---|
| | BROWN.JEREMY.MICHAEL.1057683 | 20080826 |

### PART III - DUTY DESCRIPTION (Rater)

| a PRINCIPAL DUTY TITLE | b DUTY MOSC |
|---|---|
| Company Assistant Operations NCO | 18Z5O |

**c DAILY DUTIES AND SCOPE** (To include, as appropriate, people, equipment, facilities and dollars)

Senior NCO of a 14 Man Special Forces Operational Detachment-Bravo (SFOD-B), responsible for planning, training, and employment of the detachment, coordinates and executes support activities for six operational Detachment-Alphas (SFOD-A) while conducting Direct Action, Special Reconnaissance, Foreign Internal Defense, Counter-Terrorism, and Advanced Special Operations within the CENTCOM AOR, assumes the duties of the Company Sergeant Major in his absence, oversees the employment of the Company's weapons, demolitions, tactical communications, intelligence and medical assets

**d AREAS OF SPECIAL EMPHASIS**

Operation IRAQI FREEDOM (OIF) V

**e APPOINTED DUTIES**

Company Jumpmaster, Air Movement Planner, Company Security NCO, Fire prevention NCO

| f COUNSELING DATES | INITIAL | LATER | LATER | LATER |
|---|---|---|---|---|
| | 20070709 | 20071011 | 20080106 | 20080410 |

### PART IV - ARMY VALUES/ATTRIBUTES/SKILLS/ACTIONS (Rater)

**a ARMY VALUES   Check either "YES" or "NO"** (Bullet Comments are mandatory   Substantive bullet comments are required for "NO" entries )

| | | YES | NO |
|---|---|---|---|
| V A L U E S | Loyalty Duty Respect Selfless-Service | | |
| | 1 LOYALTY  Bears true faith and allegiance to the U S Constitution, the Army, the unit, and other Soldiers | X | |
| | 2 DUTY  Fulfills their obligations | X | |
| | 3 RESPECT/EO/EEO  Treats people as they should be treated | X | |
| | 4 SELFLESS-SERVICE  Puts the welfare of the nation, the Army, and subordinates before their own | X | |
| | 5 HONOR  Lives up to all the Army values | X | |
| | 6 INTEGRITY  Does what is right - legally and morally | X | |
| | 7 PERSONAL COURAGE  Faces fear, danger, or adversity   (physical and moral) | X | |

**Bullet comments**

o demonstrated unwavering dedication to the unit's mission

o an honest and candid advisor to the company leadership

Honor
Integrity
Personal Courage

**DA FORM 2166-8, MAR 2006**        PREVIOUS EDITIONS ARE OBSOLETE        Page 1 of 2
APD PE v6 00ES

DISC-09681

| RATED NCO'S NAME (Last, First, Middle Initial) | SSN | THRU DATE |
|---|---|---|
| BROWN, JEREMY M | 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 | 20080430 |

**PART IV (Rater) - VALUES/NCO RESPONSIBILITIES**

Bullet comments are mandatory
Substantive bullet comments are required for "EXCELLENCE" or "NEEDS IMPROVEMENT"

**b  COMPETENCE**
- Duty proficiency, MOS competency
- Technical & tactical, knowledge, skills, and abilities
- Sound judgment
- Seeking self-improvement, always learning
- Accomplishing tasks to the fullest capacity, committed to excellence

EXCELLENCE (Exceeds std) [X]   SUCCESS (Meets std) [ ]   NEEDS IMPROVEMENT (Some) [ ] (Much) [ ]

o battle tracked up to ten ODAs, two ODBs at seven different geographic locations in Southern Central Iraq

o selected to serve as the Company Operations Sergeant over six other more senior Master Sergeants during OIF V

o Established a Helicopter Landing Zone SOP enhancing the safe conduct of over 50 nighttime rotary wing arrivals and departures

**c  PHYSICAL FITNESS & MILITARY BEARING**
- Mental and physical toughness
- Endurance and stamina to go the distance
- Displaying confidence and enthusiasm, looks like a Soldier

EXCELLENCE (Exceeds std) [ ]   SUCCESS (Meets std) [ ]   NEEDS IMPROVEMENT (Some) [ ] (Much) [ ]

APFT   PASS   20080430   HEIGHT/WEIGHT   72 / 190   YES

o scored 290 on his last record APFT

o conducts himself professionally, morally and ethically at all times

o displayed the stamina necesary to go the distance during a six month OCONUS deployment successfully

**d  LEADERSHIP**
- Mission first
- Genuine concern for Soldiers
- Instilling the spirit to achieve and win
- Setting the example, Be, Know, Do

EXCELLENCE (Exceeds std) [ ]   SUCCESS (Meets std) [X]   NEEDS IMPROVEMENT (Some) [ ] (Much) [ ]

o supervised and mentored ten Special Forces NCOs in a combat environment with success

o managed basecamp response to three indirect fire attacks successfully by creating a base defense plan and rehearsing it repeatedly

o served as part of the unit ministry team by conducting Bible studies in his limited time off

**e  TRAINING**
- Individual and team
- Mission focused, performance oriented
- Teaching Soldiers how, common tasks, duty-related skills
- Sharing knowledge and experience to fight, survive and win

EXCELLENCE (Exceeds std) [X]   SUCCESS (Meets std) [ ]   NEEDS IMPROVEMENT (Some) [ ] (Much) [ ]

o authored and implemented a Base Defense Plan that insured the successful return of 82 soldiers from a combat zone

o ensured everyone on the basecamp knew their responsibilities by continuously rehearsing and refining the Base Defense Plan

o trained five Special Forces NCOs on proper HLZ operations always taking time to share his knowledge

**f  RESPONSIBILITY & ACCOUNTABILITY**
- Care and maintenance of equipment/facilities
- Soldier and equipment safety
- Conservation of supplies and funds
- Encouraging Soldiers to learn and grow
- Responsible for good, bad, right & wrong

EXCELLENCE (Exceeds std) [ ]   SUCCESS (Meets std) [X]   NEEDS IMPROVEMENT (Some) [ ] (Much) [ ]

o served as the CERP Fund paying agent responsible for $120,000 without loss

o served as the "moral compass" for those soldiers in his charge

o encouraged soldiers to expand their knowledge through impromptu classes and additional physical training

**PART V - OVERALL PERFORMANCE AND POTENTIAL**

**a  RATER**  Overall potential for promotion and/or service in positions of greater responsibility

AMONG THE BEST [X]   FULLY CAPABLE [ ]   MARGINAL [ ]

**b  RATER**  List 3 positions in which the rated NCO could best serve the Army at his/her current or next higher grade

Detachment Operations Sergeant

Company Operations Sergeant

First Sergeant

**e  SENIOR RATER BULLET COMMENTS**

o select immediately for First Sergeant

o promote to SGM and select for attendance at the Sergeants Major Academy

o outstanding potential, will make an excellent Company SGM

o his professionalism and dedication to the unit and mission are in keeping with the traditions of the Special Forces NCO Corps

| c  SENIOR RATER  Overall performance | 1 | 2 | 3 | 4 | 5 | d  SENIOR RATER  Overall potential for promotion and/or service in positions of greater responsibility | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | [X] | | Successful | Fair | Poor | | [X] | | Superior | Fair | Poor |

**DA FORM 2166-8, MAR 2006**

Page 2 of 2
APD PE v6 00ES

DISC-09682

04630167

FEB 2 2 2010

| NCO EVALUATION REPORT | FOR OFFICIAL USE ONLY (FOUO) |
|---|---|
| For use of this form, see AR 623-3; the proponent agency is DCS, G-1. | SEE PRIVACY ACT STATEMENT IN AR 623-3. |

## PART I - ADMINISTRATIVE DATA

| a. NAME (Last, First, Middle Initial) | b. SSN | c. RANK | d. DATE OF RANK | e. PMOSC |
|---|---|---|---|---|
| BROWN, JEREMY M. | 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 | MSG ( ) | 20071001 | 18Z5VW8PF |

| f.1. UNIT   ORG.   STATION   ZIP CODE OR APO,   MAJOR COMMAND | f.2. STATUS CODE | g. REASON FOR SUBMISSION |
|---|---|---|
| A CO, 4TH BN, 5TH SFG(A), FORT CAMPBELL, KY 42223     USASOC | 02 | Annual |

| h PERIOD COVERED | | i. RATED MONTHS | j. NON-RATED CODES | k. NO. OF ENCL | l RATED NCO'S EMAIL ADDRESS (gov or .mil) | m UIC | n. CMD CODE | o. PSB CODE |
|---|---|---|---|---|---|---|---|---|
| FROM | THRU | | | | jeremy.michael.brown@ us.army.mil | | | |
| YEAR MONTH DAY | YEAR MONTH DAY | | | | | | | |
| 20080501 | 20090430 | 12 | | 0 | | WJQ3A0 | SP | UA22 |

## PART II - AUTHENTICATION

| a NAME OF RATER (Last, First, Middle Initial) | SSN | SIGNATURE | DATE (YYYYMMDD) |
|---|---|---|---|
| FRANZEN, MARCUS T. | 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 | FRANZEN.MARCUS.TODD.1154688 | 20090706 |

| RANK | PMOSC/BRANCH | ORGANIZATION | DUTY ASSIGNMENT | RATER'S AKO EMAIL ADDRESS (gov or .mil) |
|---|---|---|---|---|
| CPT | SF | A CO, 4TH BN, 5TH SFG(A) | DET CDR | marcus.t.franzen@us.army.mil |

| b. NAME OF SENIOR RATER (Last, First, Middle Initial) | SSN | SIGNATURE | DATE (YYYYMMDD) |
|---|---|---|---|
| DYKE, JOHN R. | 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 | DYKE.JOHN.RAND.III.10078052 | 20090708 |

| RANK | PMOSC/BRANCH | ORGANIZATION | DUTY ASSIGNMENT | SENIOR RATER S AKO EMAIL ADDRESS (gov or .mil) |
|---|---|---|---|---|
| MAJ | SF | A CO, 4TH BN, 5TH SFG(A) | CO CDR | john.dyke@us.army.mil |

| c. NAME OF REVIEWER (Last, First, Middle Initial) | SSN | SIGNATURE | DATE (YYYYMMDD) |
|---|---|---|---|
| RASKIN, WILLIAM A. | 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 | RASKIN.WILLIAM.ALEXANDER.1128584 | 20090715 |

| RANK | PMOSC/BRANCH | ORGANIZATION | DUTY ASSIGNMENT | REVIEWER'S AKO EMAIL ADDRESS (.gov or .mil) |
|---|---|---|---|---|
| LTC | SF | HHD, 4TH BN, 5TH SFG(A) | BN CDR | william.raskin1@us.army.mil |

d. [X] CONCUR WITH RATER AND SENIOR RATER EVALUATIONS     [ ] NONCONCUR WITH RATER AND/OR SENIOR RATER EVAL (See attached comments)

| e. RATED NCO  I understand my signature does not constitute agreement or disagreement with the evaluations of the rater and senior rater  I further understand that my signature verifies that the administrative data in Part I, the rating officials in Part II, the duty description to include the counseling dates in Part III, and the APFT and height/weight entries in Part IVc are correct  I have seen the completed report  I am aware of the appeals process of AR 623-3 | SIGNATURE | DATE (YYYYMMDD) |
|---|---|---|
| | BROWN.JEREMY.MICHAEL.10576839 | 20090716 |

## PART III - DUTY DESCRIPTION (Rater)

| a. PRINCIPAL DUTY TITLE | b. DUTY MOSC |
|---|---|
| Special Forces Operations Sergeant | 18Z5VW8 |

c. DAILY DUTIES AND SCOPE (To include, as appropriate, people, equipment, facilities and dollars)
Detachment Operations Sergeant for a 12 man Military Freefall Special Forces Operational Detachment-Alpha (SFODA) specializing in all Special Forces missions and training in the CENTCOM Area of Responsibility; advises the Detachment Commander on all aspects of the employment of the detachment; supervises all daily activities of the detachment; counsels and mentors all enlisted members of the detachment; develops training plans and concepts in peacetime and detailed operations plans in combat; capable of training and advising an indigenous battalion size force; oversees the accountability and maintenance of all detachment equipment valued in excess of $1,500,000.

d. AREAS OF SPECIAL EMPHASIS
Detachment Standing Operating Procedure (SOP) Training; Operation IRAQI FREEDOM (OIF); Pre-Mission Training (PMT); OIF VI.

e. APPOINTED DUTIES
Static Line Jumpmaster, Drop Zone Safety Officer, Detachment Ammunition Manager, Primary Key Custodian, Team's Primary FID Trainer, Detachment Senior Sniper, Range Safety Officer, NCOPD Coordinator

| f COUNSELING DATES | INITIAL | LATER | LATER | LATER |
|---|---|---|---|---|
| | 20080728 | 20081021 | 20090121 | 20090420 |

## PART IV - ARMY VALUES/ATTRIBUTES/SKILLS/ACTIONS (Rater)

a. ARMY VALUES. Check either "YES" or "NO".   (Comments are mandatory for "No" entries, optional for "Yes" entries.)

| | | YES | NO |
|---|---|---|---|
| 1 | LOYALTY· Bears true faith and allegiance to the U. S. Constitution, the Army, the unit, and other soldiers | X | |
| 2 | DUTY  Fulfills their obligations. | X | |
| 3 | RESPECT/EO/EEO:  Treats people as they should be treated. | X | |
| 4 | SELFLESS-SERVICE· Puts the welfare of the nation, the Army, and subordinates before their own. | X | |
| 5 | HONOR.  Lives up to all the Army values. | X | |
| 6. | INTEGRITY.  Does what is right - legally and morally. | X | |
| 7. | PERSONAL COURAGE  Faces fear, danger, or adversity  (physical and moral). | X | |

V A L U E S

Loyalty
Duty
Respect
Selfless-Service

Honor
Integrity
Personal Courage

Bullet comments
o maintains the highest standard of personal and professional behavior at all times

o sacrifices personal welfare for the unit and mission accomplishment

o dedicated to the values and traditions of the Army

| DA FORM 2166-8, MAR 2006 | PREVIOUS EDITIONS ARE OBSOLETE. | Page 1 of 2 APD PE v3.01ES |
|---|---|---|

| RATED NCO'S NAME (Last, First, Middle Initial) | | SSN | THRU DATE |
|---|---|---|---|
| BROWN, JEREMY M. | | 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 | 20090430 |

**PART IV (Rater) - VALUES/NCO RESPONSIBILITIES**    Bullet comments are mandatory. Substantive bullet comments are required for "EXCELLENCE" or "NEEDS IMPROVEMENT."

**b. COMPETENCE**
- o Duty proficiency; MOS competency
- o Technical & tactical; knowledge, skills, and abilities
- o Sound judgment
- o Seeking self-improvement; always learning
- o Accomplishing tasks to the fullest capacity; committed to excellence

EXCELLENCE (Exceeds std) [X]  SUCCESS (Meets std) [ ]  NEEDS IMPROVEMENT (Some) [ ] (Much) [ ]

o planned and supervised the training of more than 110 Tal Afar SWAT troopers; vastly increased their capability to conduct unilateral COIN operations

o advised the Detachment Commander during 13 engagements with Iraqi government and security officials in a non-Coalition Forces controlled area of Iraq

o displayed sound judgment and timely decisions during combat operations in Iraq that was key to mission success

**c. PHYSICAL FITNESS & MILITARY BEARING**   APFT: PASS   20090226   HEIGHT/WEIGHT 72 / 190   YES
- o Mental and physical toughness
- o Endurance and stamina to go the distance
- o Displaying confidence and enthusiasm, looks like a soldier

EXCELLENCE (Exceeds std) [X]  SUCCESS (Meets std) [ ]  NEEDS IMPROVEMENT (Some) [ ] (Much) [ ]

o scored 290 on the APFT

o always maintained his calm, cool, and collected manner while displaying the needed aggressiveness to succeed on any mission during Operation IRAQI FREEDOM VI

o set the standard for the ODA's exceptional physical fitness with his PT program

**d. LEADERSHIP**
- o Mission first
- o Genuine concern for soldiers
- o Instilling the spirit to achieve and win
- o Setting the example; Be, Know, Do

EXCELLENCE (Exceeds std) [ ]  SUCCESS (Meets std) [X]  NEEDS IMPROVEMENT (Some) [ ] (Much) [ ]

o conducted 55 combat missions to include 10 combined raids resulting in two cache recoveries and seven captured combatants

o mentored 10 junior NCOs, resulting in one promotion to Staff Sergeant, and two promotions to Sergeant First Class

o fostered a professional command climate that resulted in four Detachment Soldiers making the commitment to reenlist prior to and during OIF VI

**e. TRAINING**
- o Individual and team
- o Mission focused; performance oriented
- o Teaching soldiers how; common tasks, duty-related skills
- o Sharing knowledge and experience to fight, survive and win

EXCELLENCE (Exceeds std) [X]  SUCCESS (Meets std) [ ]  NEEDS IMPROVEMENT (Some) [ ] (Much) [ ]

o proved invaluable for instructing 10 Tal Afar SWAT NCOs, with his technical and tactical expertise, to train and conduct for future Counter-Terrorism operations

o planned and executed a Pre-Mission Training plan and SOP refinement resulting in an overwhelmingly successful deployment to Operation IRAQI FREEDOM VI

o ensured fundamental skills training during PMT; his shoot, move, and communicate focus encompassed all vital components for the integration of new team members

**f. RESPONSIBILITY & ACCOUNTABILITY**
- o Care and maintenance of equipment/facilities
- o Soldier and equipment safety
- o Conservation of supplies and funds
- o Encouraging soldiers to learn and grow
- o Responsible for good, bad, right & wrong

EXCELLENCE (Exceeds std) [ ]  SUCCESS (Meets std) [X]  NEEDS IMPROVEMENT (Some) [ ] (Much) [ ]

o encouraged team members to work to strengthen weaknesses and shared knowledge during Operation IRAQI FREEDOM VI

o ensured 100% accountability for $500,000 worth of weapons and classified equipment without loss, despite the demands of the Iraqi operational environment

o integrated practical risk assessment throughout all operations, ensuring mission success; resulting in zero accidents during high-risk combat operations and training

**PART V - OVERALL PERFORMANCE AND POTENTIAL**

**a. RATER** Overall potential for promotion and/or service in positions of greater responsibility.

AMONG THE BEST [X]    FULLY CAPABLE [ ]    MARGINAL [ ]

**b. RATER.** List 3 positions in which the rated NCO could best serve the Army at his/her current or next higher grade

HHC First Sergeant

Battalion Operations Sergeant Major

Company Sergeant Major

**e. SENIOR RATER BULLET COMMENTS**

o promote with peers

o send to the First Sergeant Course

o will excel as a Special Forces Company First Sergeant

o continue to place in positions of increased responsibility

**c. SENIOR RATER.** Overall performance [X]   1 2 3 Successful   4 Fair   5 Poor

**d. SENIOR RATER.** Overall potential for promotion and/or service in positions of greater responsibility. [X]   1 2 3 Superior   4 Fair   5 Poor

DA FORM 2166-8, MAR 2006

Page 2 of 2
APD PE v3 01ES

DISC-09688

04688229

# NCO EVALUATION REPORT
For use of this form, see AR 623-3, the proponent agency is DCS, G-1

FOR OFFICIAL USE ONLY (FOUO)
SEE PRIVACY ACT STATEMENT
IN AR 623-3

## PART I - ADMINISTRATIVE DATA

| a NAME (Last, First, Middle Initial) | b SSN | c RANK | d DATE OF RANK | e PMOSC |
|---|---|---|---|---|
| BROWN, JEREMY M | 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 | MSG ( ) | 20071001 | 18Z5VW8PF |

| f 1 UNIT ORG STATION ZIP CODE OR APO, MAJOR COMMAND | f 2 STATUS CODE | g REASON FOR SUBMISSION |
|---|---|---|
| A CO , 4TH BN, 5TH SFG (A), FT CAMPBELL, KY 42223   USASOC | 03 | Change of Rater |

| h PERIOD COVERED | | i RATED MONTHS | j NON-RATED CODES | k NO OF ENCL | l RATED NCO'S EMAIL ADDRESS ( gov or mil ) | m UIC | n CMD CODE | o PSB CODE |
|---|---|---|---|---|---|---|---|---|
| FROM YEAR MONTH DAY 20090501 | THRU YEAR MONTH DAY 20091031 | 6 | | 1 | jeremy michael brown@ us army mil | WJQ3A0 | SP | UA22 |

## PART II - AUTHENTICATION

| a NAME OF RATER (Last, First, Middle Initial) | SSN | SIGNATURE | DATE (YYYYMMDD) |
|---|---|---|---|
| FRANZEN, MARCUS T | 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 | FRANZEN.MARCUS.TODD.1154638: | 20091208 |

| RANK | PMOSC/BRANCH | ORGANIZATION | DUTY ASSIGNMENT | RATER'S AKO EMAIL ADDRESS ( gov or mil ) |
|---|---|---|---|---|
| CPT | SF | A CO , 4TH BN, 5TH SFG (A) | DET CDR | marcus t franzen@us army mil |

| b NAME OF SENIOR RATER (Last, First, Middle Initial) | SSN | SIGNATURE | DATE (YYYYMMDD) |
|---|---|---|---|
| METCALF, KEYES M | 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 | METCALF.KEYES.MANSFIELD.1007507 | 20091208 |

| RANK | PMOSC/BRANCH | ORGANIZATION | DUTY ASSIGNMENT | SENIOR RATER S AKO EMAIL ADDRESS ( gov or mil ) |
|---|---|---|---|---|
| MAJ | SF | A CO , 4TH BN, 5TH SFG (A) | CO CDR | keyes metcalf@us army mil |

| c NAME OF REVIEWER (Last, First, Middle Initial) | SSN | SIGNATURE | DATE (YYYYMMDD) |
|---|---|---|---|
| RASKIN, WILLIAM A | 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 | RASKIN.WILLIAM.ALEXANDER.1128584 | 20100309 |

| RANK | PMOSC/BRANCH | ORGANIZATION | DUTY ASSIGNMENT | REVIEWER'S AKO EMAIL ADDRESS ( gov or mil ) |
|---|---|---|---|---|
| LTC | SF | A CO , 4TH BN, 5TH SFG (A) | BN CDR | william raskin1@us army mil |

| d | ☐ CONCUR WITH RATER AND SENIOR RATER EVALUATIONS | ☒ NONCONCUR WITH RATER AND/OR SENIOR RATER EVAL (See attached comments) |
|---|---|---|

| e RATED NCO  I understand my signature does not constitute agreement or disagreement with the evaluations of the rater and senior rater  I further understand my signature verifies that the administrative data in Part I, the rating officials in Part II, the duty description to include the counseling dates in Part III, and the APFT and height/weight entries in Part IVc are correct  I have seen the completed report  I am aware of the appeals process of AR 623-3 | SIGNATURE BROWN.JEREMY.MICHAEL.1057683S | DATE (YYYYMMDD) 20100324 |
|---|---|---|

## PART III - DUTY DESCRIPTION (Rater)

| a PRINCIPAL DUTY TITLE | b DUTY MOSC |
|---|---|
| Special Forces Detachment Operations Sergeant | 18Z5OW8 |

c DAILY DUTIES AND SCOPE (To include, as appropriate, people, equipment, facilities and dollars)
Detachment Operations Sergeant for a 12-man Military Freefall Special Forces Operational Detachment-ALPHA (SFOD-A) specializing in all Special Forces missions and training in the CENTCOM area of operations, advises the detachment commander on all aspects of the employment of the detachment, supervises all daily activities of the detachment, counsels and mentors all enlisted members of the detachment, develops training plans and concepts in peacetime and detailed operations plans in combat, capable of training and advising an indigenous battalion size force, oversees the accountability and maintenance of all detachment equipment valued in excess of $1,500,000

d AREAS OF SPECIAL EMPHASIS
Operation IRAQI FREEDOM VI (OIF VI), Deployment Recovery

e APPOINTED DUTIES
Static Line Jumpmaster, Range NCOIC, NCOPD Coordinator, Safety Officer

| f COUNSELING DATES | INITIAL 20090502 | LATER 20090801 | LATER | LATER |
|---|---|---|---|---|

## PART IV - ARMY VALUES/ATTRIBUTES/SKILLS/ACTIONS (Rater)

a ARMY VALUES  Check either "YES" or "NO"  (Bullet Comments are mandatory  Substantive bullet comments are required for "NO" entries )

| | YES | NO |
|---|---|---|
| 1 LOYALTY  Bears true faith and allegiance to the U S  Constitution, the Army, the unit, and other Soldiers | ☒ | |
| 2 DUTY  Fulfills their obligations | ☒ | |
| 3 RESPECT/EO/EEO  Treats people as they should be treated | ☒ | |
| 4 SELFLESS-SERVICE  Puts the welfare of the nation, the Army, and subordinates before their own | ☒ | |
| 5 HONOR  Lives up to all the Army values | ☒ | |
| 6 INTEGRITY  Does what is right - legally and morally | ☒ | |
| 7 PERSONAL COURAGE  Faces fear, danger, or adversity  (physical and moral) | ☒ | |

VALUES — Loyalty, Duty, Respect, Selfless-Service, Honor, Integrity, Personal Courage

Bullet comments
o maintained the highest standard of personal and professional behavior at all times

o sacrificed personal welfare for the unit and mission accomplishment

o dedicated to the values and traditions of the Army

DA FORM 2166-8, MAR 2006    PREVIOUS EDITIONS ARE OBSOLETE    Page 1 of 2    APD PE v6 00ES

DISC-09689

| RATED NCO'S NAME (Last, First, Middle Initial) | SSN | THRU DATE |
|---|---|---|
| BROWN, JEREMY M | 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 | 20091031 |

**PART IV (Rater) - VALUES/NCO RESPONSIBILITIES** — *Bullet comments are mandatory. Substantive bullet comments are required for "EXCELLENCE" or "NEEDS IMPROVEMENT"*

**b  COMPETENCE**
- o Duty proficiency, MOS competency
- o Technical & tactical, knowledge, skills, and abilities
- o Sound judgment
- o Seeking self-improvement, always learning
- o Accomplishing tasks to the fullest capacity, committed to excellence

EXCELLENCE (Exceeds std) [X]   SUCCESS (Meets std) [ ]   NEEDS IMPROVEMENT (Some) [ ]   (Much) [ ]

o planned and conducted over 100 combat patrols and 21 Direct Action raids resulting in the capture of nine HVIs while serving as Detachment Operations Sergeant

o selected as the 4th BN Rear Detachment NCOIC due to demonstrated excellence in administration and accountability

o coordinated and worked with multiple Special Operations units to include Task Force 160th and SEALs

**c  PHYSICAL FITNESS & MILITARY BEARING**
- o Mental and physical toughness
- o Endurance and stamina to go the distance
- o Displaying confidence and enthusiasm, looks like a Soldier

APFT  PASS      20090921     HEIGHT/WEIGHT   72 / 200    YES

EXCELLENCE (Exceeds std) [X]   SUCCESS (Meets std) [ ]   NEEDS IMPROVEMENT (Some) [ ]   (Much) [ ]

o consistently scores above 290 on the APFT

o set the standard for the appearance and professional demeanor of a Special Forces Soldier while dealing with conventional force leadership on a daily basis

o maintained a calm professional manner during all high risk operations and training

**d  LEADERSHIP**
- o Mission first
- o Genuine concern for Soldiers
- o Instilling the spirit to achieve and win
- o Setting the example, Be, Know, Do

EXCELLENCE (Exceeds std) [X]   SUCCESS (Meets std) [ ]   NEEDS IMPROVEMENT (Some) [ ]   (Much) [ ]

o served as acting Detachment Commander for the last month of Operation IRAQI FREEDOM VI to include Transition of Authority and Redeployment

o led his team into it's first combat deployment with seven members who had never deployed and returned with no loss to personnel

o mentored two Soldiers to re-enlist while deployed in a combat environment

**e  TRAINING**
- o Individual and team
- o Mission focused, performance oriented
- o Teaching Soldiers how, common tasks, duty-related skills
- o Sharing knowledge and experience to fight, survive and win

EXCELLENCE (Exceeds std) [X]   SUCCESS (Meets std) [ ]   NEEDS IMPROVEMENT (Some) [ ]   (Much) [ ]

o advised and mentored nine Special Forces NCOs in training the 110 man Tal Afar SWAT, making them the premier Iraqi Counter Terrorist Force in the Ninewa Province

o recognized by the FOB SYKES Commander for his involvement in the betterment of NCO careers as the primary instructor for a 13-week finance course

o implemented a thorough SFOD-A training program during FMP CULEX, successfully preparing 11 Special Forces Soldiers for combat

**f  RESPONSIBILITY & ACCOUNTABILITY**
- o Care and maintenance of equipment/facilities
- o Soldier and equipment safety
- o Conservation of supplies and funds
- o Encouraging Soldiers to learn and grow
- o Responsible for good, bad, right & wrong

EXCELLENCE (Exceeds std) [ ]   SUCCESS (Meets std) [X]   NEEDS IMPROVEMENT (Some) [ ]   (Much) [ ]

o maintained accountability of $1,500,000.00 worth of equipment as the primary hand receipt holder during a combat rotation and re-deployment with no loss or damages

o enforced safety and risk mitigation resulting in zero injuries over the course of over 100 combat operations and numerous airborne operations

o effectively supervised the dispersion, tracking and accountability of Operational Funds and Class I Funds totaling over $50,000 without error, fraud, waste, or abuse

**PART V - OVERALL PERFORMANCE AND POTENTIAL**

**a  RATER**  Overall potential for promotion and/or service in positions of greater responsibility

AMONG THE BEST [X]   FULLY CAPABLE [ ]   MARGINAL [ ]

**b  RATER**  List 3 positions in which the rated NCO could best serve the Army at his/her current or next higher grade

HHC First Sergeant

Battalion Operations Sergeant Major

Company Sergeant Major

**e  SENIOR RATER BULLET COMMENTS**

o promote to Sergeant Major ahead of peers

o send to the United States Army Sergeants Major Academy at first opportunity and continue to groom for future leadership positions

o absolutely unlimited potential in any Special Forces position of responsibility or tactical leadership role within the Special Operations Community

o extraordinary performance by a proven combat leader, technical and tactical knowledge is exceptional and the Soldier is an asset to any unit

o a true professional, a future Special Forces Company Sergeant Major

**c  SENIOR RATER**  Overall performance
[X] 1  2  3  4  5
Successful        Fair     Poor

**d  SENIOR RATER**  Overall potential for promotion and/or service in positions of greater responsibility
[X] 1  2  3  4  5
Superior          Fair     Poor

DA FORM 2166-8, MAR 2006

Page 2 of 2
APD PE v6 00ES

DISC-09690

04694550

## NCO EVALUATION REPORT
For use of this form, see AR 623-3, the proponent agency is DCS, G-1

FOR OFFICIAL USE ONLY (FOUO)
SEE PRIVACY ACT STATEMENT
IN AR 623-3

### PART I - ADMINISTRATIVE DATA

| a NAME (Last, First, Middle Initial) | b SSN | c RANK | d DATE OF RANK | e PMOSC |
|---|---|---|---|---|
| BROWN, JEREMY | 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 | MSG (    ) | 20071001 | 18Z5VW8PF |

| f 1 UNIT   ORG   STATION   ZIP CODE OR APO,   MAJOR COMMAND | f 2 STATUS CODE | g REASON FOR SUBMISSION |
|---|---|---|
| HHD, 4TH BN, 5TH SFG(A), FORT CAMPBELL, KY 42223   USASOC | 04 | PCS |

| h PERIOD COVERED | | i RATED MONTHS | j NON-RATED CODES | k NO OF ENCL | l RATED NCO'S EMAIL ADDRESS (gov or mil) | m UIC | n CMD CODE | o PSB CODE |
|---|---|---|---|---|---|---|---|---|
| FROM | THRU | 5 | | | jeremy michael brown@us army mil | WJQ3T0 | SP | UA22 |
| YEAR MONTH DAY 20091101 | YEAR MONTH DAY 20100331 | | | | | | | |

### PART II - AUTHENTICATION

| a NAME OF RATER (Last, First, Middle Initial) | SSN | SIGNATURE | DATE (YYYYMMDD) |
|---|---|---|---|
| KHOURY, JOSHUA S | 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 | KHOURY.JOSHUA.SHEHADEH.1171223 | 20100322 |

| RANK | PMOSC/BRANCH | ORGANIZATION | DUTY ASSIGNMENT | RATER'S AKO EMAIL ADDRESS (gov or mil) |
|---|---|---|---|---|
| CPT | SF | HHD, 4TH BN, 5TH SFG(A) | REAR DET CDR | joshua khoury@us army mil |

| b NAME OF SENIOR RATER (Last, First, Middle Initial) | SSN | SIGNATURE | DATE (YYYYMMDD) |
|---|---|---|---|
| DYKE, JOHN R | 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 | DYKE.JOHN.RAND.III.10078052 | 20100322 |

| RANK | PMOSC/BRANCH | ORGANIZATION | DUTY ASSIGNMENT | SENIOR RATER'S AKO EMAIL ADDRESS (gov or mil) |
|---|---|---|---|---|
| MAJ | SF | IIID, 4TH BN, 5TH SFG(A) | BN XO | john dyke@us army mil |

| c NAME OF REVIEWER (Last, First, Middle Initial) | SSN | SIGNATURE | DATE (YYYYMMDD) |
|---|---|---|---|
| RASKIN, WILLIAM A | 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 | RASKIN.WILLIAM.ALEXANDER.1126584 | 20100322 |

| RANK | PMOSC/BRANCH | ORGANIZATION | DUTY ASSIGNMENT | REVIEWER'S AKO EMAIL ADDRESS (gov or mil) |
|---|---|---|---|---|
| LTC | SF | HHD, 4TH BN, 5TH SFG(A) | BN CDR | william raskin1@us army mil |

| d | [X] CONCUR WITH RATER AND SENIOR RATER EVALUATIONS | [ ] NONCONCUR WITH RATER AND/OR SENIOR RATER EVAL (See attached comments) |
|---|---|---|

| e RATED NCO   I understand my signature does not constitute agreement or disagreement with the evaluations of the rater and senior rater. I further understand my signature verifies that the administrative data in Part I, the rating officials in Part II, the duty description to include the counseling dates in Part III, and the APFT and height/weight entries in Part IVc are correct. I have seen the completed report. I am aware of the appeals process of AR 623-3 | SIGNATURE BROWN.JEREMY.MICHAEL.10576835 | DATE (YYYYMMDD) 20100324 |
|---|---|---|

### PART III - DUTY DESCRIPTION (Rater)

| a PRINCIPAL DUTY TITLE | b DUTY MOSC |
|---|---|
| REAR DETACHMENT NCOIC | 18Z5O |

**c DAILY DUTIES AND SCOPE** (To include, as appropriate, people, equipment, facilities and dollars)
Responsible for assisting and advising the Rear Detachment Commander, representing the 4/5th SFG(A) OCONUS Command Sergeant Major, maintaining communication between forward and rear elements, representing the Battalion with 5th SFG(A) and USASFC, particularly within senior NCO channels, assist in Casualty Notification Operations and Casualty Assistance Operations, maintain oversight of logistical and administrative functions of the Rear Detachment in support of the deployed unit, maintain oversight of enlisted strength management

**d AREAS OF SPECIAL EMPHASIS**
Casualty Notification Operations(CNO)/Casualty Assistance Operations (CAO), Support to Unit Families and Family Readiness Group (FRG), Property accountability

**e APPOINTED DUTIES**
Alpha Company Rear Detachment hand receipt holder

| f COUNSELING DATES | INITIAL 20091210 | LATER 20100301 | LATER | LATER |
|---|---|---|---|---|

### PART IV - ARMY VALUES/ATTRIBUTES/SKILLS/ACTIONS (Rater)

**a ARMY VALUES** Check either "YES" or "NO" (Bullet Comments are mandatory. Substantive bullet comments are required for "NO" entries.)

| | YES | NO |
|---|---|---|
| 1 LOYALTY  Bears true faith and allegiance to the U.S. Constitution, the Army, the unit, and other Soldiers | X | |
| 2 DUTY  Fulfills their obligations | X | |
| 3 RESPECT/EO/EEO  Treats people as they should be treated | X | |
| 4 SELFLESS-SERVICE  Puts the welfare of the nation, the Army, and subordinates before their own | X | |
| 5 HONOR  Lives up to all the Army values | X | |
| 6 INTEGRITY  Does what is right - legally and morally | X | |
| 7 PERSONAL COURAGE  Faces fear, danger, or adversity  (physical and moral) | X | |

V A L U E S — Loyalty, Duty, Respect, Selfless-Service, Honor, Integrity, Personal Courage

Bullet comments
o completes assigned tasks promptly

o treats Soldiers and unit family members with fairness, equality, and the dignity they deserve

o sets a strong personal moral example for all he works with

**DA FORM 2166-8, MAR 2006**   PREVIOUS EDITIONS ARE OBSOLETE

Page 1 of 2
APD PE v6 00ES

DISC-09692

| RATED NCO'S NAME *(Last, First, Middle Initial)* | SSN | THRU DATE |
|---|---|---|
| BROWN, JEREMY | 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 | 20100331 |

**PART IV *(Rater)* - VALUES/NCO RESPONSIBILITIES**  *Bullet comments are mandatory  Substantive bullet comments are required for "EXCELLENCE" or "NEEDS IMPROVEMENT"*

**b  COMPETENCE**
- o Duty proficiency, MOS competency
- o Technical & tactical, knowledge, skills, and abilities
- o Sound judgment
- o Seeking self-improvement, always learning
- o Accomplishing tasks to the fullest capacity, committed to excellence

| EXCELLENCE *(Exceeds std)* | SUCCESS *(Meets std)* [X] | NEEDS IMPROVEMENT *(Some)* *(Much)* |
|---|---|---|

o selected to serve as the Rear Detachment NCOIC over all other MSGs' in the Battalion

o managed the daily operations of the Rear Detachment personnel and staff sections ensuring that all tasks were accomplished to standard

o supported all Battalion deploying personnel and equipment with the logistics necessary to meet the deployment timeline without incident

**c  PHYSICAL FITNESS & MILITARY BEARING**
- o Mental and physical toughness
- o Endurance and stamina to go the distance
- o Displaying confidence and enthusiasm, looks like a Soldier

| EXCELLENCE *(Exceeds std)* [X] | SUCCESS *(Meets std)* | NEEDS IMPROVEMENT *(Some)* *(Much)* |
|---|---|---|

| APFT  PASS | 20100223 | HEIGHT/WEIGHT  71 / 186 | YES |
|---|---|---|---|

o scored 280 on the APFT, exceeded USASFC standards

o implemented a rigorous and successful physical training program for the Rear Detachment Soldiers

**d  LEADERSHIP**
- o Mission first
- o Genuine concern for Soldiers
- o Instilling the spirit to achieve and win
- o Setting the example, Be, Know, Do

| EXCELLENCE *(Exceeds std)* | SUCCESS *(Meets std)* [X] | NEEDS IMPROVEMENT *(Some)* *(Much)* |
|---|---|---|

o led and mentored three Sergeants First Class on their duties and responsibilities as the senior NCO of a 19-man Battalion Rear Detachment

o advised the Rear Detachment Commander and Battalion CSM on all personnel, administrative and operational matters assisting both to make sound decisions quickly

**e  TRAINING**
- o Individual and team
- o Mission focused, performance oriented
- o Teaching Soldiers how, common tasks, duty-related skills
- o Sharing knowledge and experience to fight, survive and win

| EXCELLENCE *(Exceeds std)* | SUCCESS *(Meets std)* [X] | NEEDS IMPROVEMENT *(Some)* *(Much)* |
|---|---|---|

o ensured that all eligible members of the Rear Detachment were trained on CNO/CAO responsibilities according to Army and 5th SFG(A) standard procedures

o trained Soldiers and the Family Readiness Group on Army and installation services available to deployed Soldiers and their families to increase their quality of care

**f  RESPONSIBILITY & ACCOUNTABILITY**
- o Care and maintenance of equipment/facilities
- o Soldier and equipment safety
- o Conservation of supplies and funds
- o Encouraging Soldiers to learn and grow
- o Responsible for good, bad, right & wrong

| EXCELLENCE *(Exceeds std)* [X] | SUCCESS *(Meets std)* | NEEDS IMPROVEMENT *(Some)* *(Much)* |
|---|---|---|

o managed the accountability and maintenance of over $4 million worth of standard and specialized equipment without incident

o provided accurate and timely logistical and administrative support to a deployed Special Forces Battalion in support of Operation Iraqi Freedom VII

o enforced safety and risk mitigation standards for all Rear Detachment Soldiers, without incident or injury

**PART V - OVERALL PERFORMANCE AND POTENTIAL**

**a  RATER**  Overall potential for promotion and/or service in positions of greater responsibility

| AMONG THE BEST [X] | FULLY CAPABLE | MARGINAL |
|---|---|---|

**b  RATER**  List 3 positions in which the rated NCO could best serve the Army at his/her current or next higher grade

SF Company Operations Sergeant

SF Battalion Support Company First Sergeant

Military Free Fall Course Senior Instructor

**e  SENIOR RATER BULLET COMMENTS**

o continue to groom for promotion

o schedule for joint SOF interoperability professional courses

o successful performance as the Battalion's Rear Detachment NCOIC

o continue to develop for positions of responsibility within USASOC

**c  SENIOR RATER**  Overall performance

| | [X] | | | | |
|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 |
| | | Successful | | Fair | Poor |

**d  SENIOR RATER**  Overall potential for promotion and/or service in positions of greater responsibility

| | [X] | | | | |
|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 |
| | | Superior | | Fair | Poor |

DA FORM 2166-8, MAR 2006

Page 2 of 2
APD PE v6 00ES

DISC-09693

05711487

## NCO EVALUATION REPORT
For use of this form, see AR 623-3; the proponent agency is DCS, G-1

FOR OFFICIAL USE ONLY (FOUO)
SEE PRIVACY ACT STATEMENT
IN AR 623-3

### PART I - ADMINISTRATIVE DATA

| a NAME (Last, First, Middle Initial) | b SSN | c RANK | d DATE OF RANK | e PMOSC |
|---|---|---|---|---|
| BROWN, JEREMY M | 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 | MSG ( ) | 20071001 | 18Z5VW8TH |

| f1 UNIT      ORG      STATION      ZIP CODE OR APO,      MAJOR COMMAND | f2 STATUS CODE | g REASON FOR SUBMISSION |
|---|---|---|
| Special Operations Command-Central, MacDill AFB, FL  33621 CENTCOM | 02 | Annual |

| h PERIOD COVERED | | i RATED MONTHS | j NON-RATED CODES | k NO OF ENCL | l RATED NCO'S EMAIL ADDRESS ( gov or mil ) | m UIC | n CMD CODE | o PSB CODE |
|---|---|---|---|---|---|---|---|---|
| FROM | THRU | 12 | | | jeremy.michael.brown@us.army.mil | W4T3AA | JA | RC02 |
| YEAR MONTH DAY 20100401 | YEAR MONTH DAY 20110331 | | | | | | | |

### PART II - AUTHENTICATION

| a NAME OF RATER (Last, First, Middle Initial) | SSN | SIGNATURE | DATE (YYYYMMDD) |
|---|---|---|---|
| BROWN, RONALD B | 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 | BROWN.RONALD.BRET.1127879750 | 20110929 |

| RANK | PMOSC/BRANCH | ORGANIZATION | DUTY ASSIGNMENT | RATER'S AKO EMAIL ADDRESS ( gov or mil ) |
|---|---|---|---|---|
| CW5 | 180A / SF | J3X SOCCENT | J3X Division Chief | ronald.bret.brown@us.army.mil |

| b NAME OF SENIOR RATER (Last, First, Middle Initial) | SSN | SIGNATURE | DATE (YYYYMMDD) |
|---|---|---|---|
| BLUE, BRYAN H | 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 | BLUE.BRYAN.HAMPTON.1055430833 | 20110929 |

| RANK | PMOSC/BRANCH | ORGANIZATION | DUTY ASSIGNMENT | SENIOR RATER'S AKO EMAIL ADDRESS ( gov or mil ) |
|---|---|---|---|---|
| COL | 18A / SF | J3 SOCCENT | Deputy Director | bryan.blue@us.army.mil |

| c NAME OF REVIEWER (Last, First, Middle Initial ) | SSN | SIGNATURE | DATE (YYYYMMDD) |
|---|---|---|---|
| MIS, JAMES M | 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 | MIS.JAMES.MICHAEL.1016058412 | 20110930 |

| RANK | PMOSC/BRANCH | ORGANIZATION | DUTY ASSIGNMENT | REVIEWER'S AKO EMAIL ADDRESS ( gov or mil ) |
|---|---|---|---|---|
| COL | 18A/SF | J3 SOCCENT | Operations Director | james.m.mis@us.army.mil |

d [X] CONCUR WITH RATER AND SENIOR RATER EVALUATIONS     [ ] NONCONCUR WITH RATER AND/OR SENIOR RATER EVAL (See attached comments)

| e RATED NCO I understand my signature does not constitute agreement or disagreement with the evaluations of the rater and senior rater. I further understand my rating supervisor verifies that the administrative data in Part I, the rating officials in Part II, the duty description to include the counseling dates in Part III, and the APFT and height/weight entries in Part IVc are correct. I have seen the completed report. I am aware of the appeals process of AR 623-3 | SIGNATURE BROWN.JEREMY.MICHAEL.1057683976 | DATE(YYYYMMDD) 20111003 |
|---|---|---|

### PART III - DUTY DESCRIPTION  (Rater)

| a PRINCIPAL DUTY TITLE | b DUTY MOSC |
|---|---|
| J3X Special Activities Division NCOIC | 18Z5O |

c DAILY DUTIES AND SCOPE (To include, as appropriate, people, equipment, facilities and dollars)
Serves as the Special Operations Command Central (SOCCENT) J3X Special Activities Division NCOIC, advises the command on the employment, resourcing, training and operational planning for Special Operations Forces employment, Focal Point and special category action officer for the planning and coordination of sensitive operations and activities, develops, coordinates and advises the command on Personnel Recovery and Nonconventional Assisted Recovery (NAR) activities, assists in the development and acquisition of SOF peculiar equipment, materials and supplies to support OPE and PR efforts

d AREAS OF SPECIAL EMPHASIS
Nonconventional Assisted Recovery (NAR), Command 1208 Policy Development, Refinement of ADVENT LADEN Situation Report (SITREP) Format, Austere Force Protection Kit Fielding, Personnel Recovery 301 Course

e APPOINTED DUTIES
Static Line Jumpmaster

| f COUNSELING DATES | INITIAL | LATER | LATER | LATER |
|---|---|---|---|---|
| | 20100604 | 20100910 | 20101217 | 20110325 |

### PART IV - ARMY VALUES/ATTRIBUTES/SKILLS/ACTIONS  (Rater)

a ARMY VALUES  Check either "YES" or "NO"  (Bullet Comments are mandatory  Substantive bullet comments are required for "NO" entries )

| | | YES | NO |
|---|---|---|---|
| | 1 LOYALTY  Bears true faith and allegiance to the U.S. Constitution, the Army, the unit, and other Soldiers | X | |
| Loyalty | 2 DUTY  Fulfills their obligations | X | |
| Duty | 3 RESPECT/EO/EEO  Treats people as they should be treated | X | |
| Respect | 4 SELFLESS-SERVICE  Puts the welfare of the nation, the Army, and subordinates before their own | X | |
| Selfless-Service | 5 HONOR  Lives up to all the Army values | X | |
| | 6 INTEGRITY  Does what is right - legally and morally | X | |
| | 7 PERSONAL COURAGE  Faces fear, danger, or adversity  (physical and moral) | X | |

V A L U E S
Honor
Integrity
Personal Courage

Bullet comments

o remains calm under pressure

o respectful to superiors and subordinates alike, committed to building the morale of the unit

o exhibits the highest standards of loyalty and personal courage

DA FORM 2166-8, MAR 2006          PREVIOUS EDITIONS ARE OBSOLETE          Page 1 of 2
APD PE v6.00ES

DISC-09694

| RATED NCO'S NAME (Last, First, Middle Initial) | | SSN | THRU DATE |
|---|---|---|---|
| BROWN, JEREMY M | | 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 | 20110331 |

**PART IV (Rater) - VALUES/NCO RESPONSIBILITIES**   *Bullet comments are mandatory*
*Substantive bullet comments are required for "EXCELLENCE" or "NEEDS IMPROVEMENT"*

**b  COMPETENCE**
o Duty proficiency, MOS competency
o Technical & tactical, knowledge, skills, and abilities
o Sound judgment
o Seeking self-improvement, always learning
o Accomplishing tasks to the fullest capacity, committed to excellence

EXCELLENCE (*Exceeds std*) ☐    SUCCESS (*Meets std*) ☒    NEEDS IMPROVEMENT (*Some*) ☐ (*Much*) ☐

o worked to develop, staff and disseminate the updated SOCCENT 1208 policy which ensured SOCCENT and subordinate commands were synchronized

o refined, streamlined and standardized the ADVENT LADEN SITREP format which increased dissemination of information to higher headquarters and the Command

o assisted in the validation and fielding of Austere Force Protection Kits that are being fielded in support of the Village Stability Operations (VSO) in CENTCOM's AOR

**c  PHYSICAL FITNESS & MILITARY BEARING**
o Mental and physical toughness
o Endurance and stamina to go the distance
o Displaying confidence and enthusiasm, looks like a Soldier

APFT  PASS       20110117   HEIGHT/WEIGHT   72 / 196      YES

o scored above 270 on the APFT

o set the standard for the appearance and professional demeanor of a Special Force's Soldier

EXCELLENCE (*Exceeds std*) ☐    SUCCESS (*Meets std*) ☒    NEEDS IMPROVEMENT (*Some*) ☐ (*Much*) ☐

**d  LEADERSHIP**
o Mission first
o Genuine concern for Soldiers
o Instilling the spirit to achieve and win
o Setting the example. Be, Know, Do

o placed the mission first and was ready to deploy at a moments notice

o took time to mentor junior NCOs of all branches of service within the Joint Command of SOCCENT

o self motivated, enthusiastic, always ready to take charge and accomplish the mission

EXCELLENCE (*Exceeds std*) ☐    SUCCESS (*Meets std*) ☒    NEEDS IMPROVEMENT (*Some*) ☐ (*Much*) ☐

**e  TRAINING**
o Individual and team
o Mission focused, performance oriented
o Teaching Soldiers how, common tasks, duty-related skills
o Sharing knowledge and experience to fight, survive and win

o trained the CFSOCC battle staff on personnel recovery staff procedures which greatly increased SOCCENT's personnel recovery capabilities within the AOR

o completed PR 301, JOSFAM course, and Personnel Recovery Management System (PRMS) training which enhanced the overall capabilities of SOCCENT

o shared past experiences as a warfighter while developing SOCCENT"s Personnel Recovery capabilities which gave a different perspective to joint staff officers

EXCELLENCE (*Exceeds std*) ☒    SUCCESS (*Meets std*) ☐    NEEDS IMPROVEMENT (*Some*) ☐ (*Much*) ☐

**f  RESPONSIBILITY & ACCOUNTABILITY**
o Care and maintenance of equipment/facilities
o Soldier and equipment safety
o Conservation of supplies and funds
o Encouraging Soldiers to learn and grow
o Responsible for good, bad, right & wrong

o ensured quality management and reporting of over $15 million in 1208 compartmented funding in support of operations in the USCENTCOM AOR

o managed no-fail SPECAT and Focal Point programs ensuring proper compartmentation of documents and activities

o completed jumpmaster Refresher which provided a much needed additional jumpmaster capability to the unit of few current jumpmasters

EXCELLENCE (*Exceeds std*) ☒    SUCCESS (*Meets std*) ☐    NEEDS IMPROVEMENT (*Some*) ☐ (*Much*) ☐

**PART V - OVERALL PERFORMANCE AND POTENTIAL**

**a  RATER**   Overall potential for promotion and/or service in positions of greater responsibility

AMONG THE BEST ☒    FULLY CAPABLE ☐    MARGINAL ☐

**b  RATER**  List 3 positions in which the rated NCO could best serve the Army at his/her current or next higher grade

SF Battalion Operations Sergeant

CFSOCC First Sergeant

SF Company Sergeant Major

**e  SENIOR RATER BULLET COMMENTS**

o promote to Sergeant Major

o send to First Sergeants course when possible

o excellent performance this rating period while assisting in standing up SOCCENT's Personnel Recovery cell

o unlimited potential, vast knowledge of Special Operations, ready for increased responsibility and demanding operational assignments

**c  SENIOR RATER**  Overall performance

1 ☐  2 ☐  3 ☒  4 ☐  5 ☐
Successful    Fair    Poor

**d  SENIOR RATER**  Overall potential for promotion and/or service in positions of greater responsibility

1 ☒  2 ☐  3 ☐  4 ☐  5 ☐
Superior    Fair    Poor

DA FORM 2166-8, MAR 2006

Page 2 of 2
APD PE v6 00ES

DISC-09695

06093777

## NCO EVALUATION REPORT
For use of this form, see AR 623-3; the proponent agency is DCS, G-1

FOR OFFICIAL USE ONLY (FOUO)
SEE PRIVACY ACT STATEMENT
IN AR 623-3

### PART I - ADMINISTRATIVE DATA

| a NAME (Last, First, Middle Initial) | b SSN | c RANK | d DATE OF RANK | e PMOSC |
|---|---|---|---|---|
| BROWN, JEREMY M | 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 | MSG ( ) | 20071001 | 18Z5VW8 |

| f 1 UNIT    ORG    STATION    ZIP CODE OR APO,    MAJOR COMMAND | f 2 STATUS CODE | g REASON FOR SUBMISSION |
|---|---|---|
| Special Operations Command Central, MacDill AFB, FL  33621 CENTCOM | 02 | Annual |

| h PERIOD COVERED | | i RATED MONTHS | j NON-RATED CODES | k NO OF ENCL | l RATED NCO'S EMAIL ADDRESS (gov or mil) | m UIC | n CMD CODE | o PSB CODE |
|---|---|---|---|---|---|---|---|---|
| FROM YEAR MONTH DAY | THRU YEAR MONTH DAY | 12 | | | jeremy michael brown@us army mil | W4T3AA | JA | RC02 |
| 20110401 | 20120331 | | | | | | | |

### PART II - AUTHENTICATION

| a NAME OF RATER (Last, First, Middle Initial) | SSN | SIGNATURE | DATE (YYYYMMDD) |
|---|---|---|---|
| BROWN, RONALD B | 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 | BROWN.RONALD.BRET.1127879 | 20120501 |

| RANK | PMOSC/BRANCH | ORGANIZATION | DUTY ASSIGNMENT | RATER'S AKO EMAIL ADDRESS (gov or mil) |
|---|---|---|---|---|
| CW5 | 180A/SF | Special Operations Command Central | J3X Division Chief | ronald bret brown@us army mil |

| b NAME OF SENIOR RATER (Last, First, Middle Initial) | SSN | SIGNATURE | DATE (YYYYMMDD) |
|---|---|---|---|
| BESETH, WILLIAM E | 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 | BESETH.WILLIAM.EMMETT.1020422 | 20120501 |

| RANK | PMOSC/BRANCH | ORGANIZATION | DUTY ASSIGNMENT | SENIOR RATER S AKO EMAIL ADDRESS (gov or mil) |
|---|---|---|---|---|
| LTC | 18A/SF | Special Operations Command Central | J35 Division Chief | william beseth@us army mil |

| c NAME OF REVIEWER (Last, First, Middle Initial) | SSN | SIGNATURE | DATE (YYYYMMDD) |
|---|---|---|---|
| MIS, JAMES M | 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 | MIS.JAMES.MICHAEL.1016058 | 20120502 |

| RANK | PMOSC/BRANCH | ORGANIZATION | DUTY ASSIGNMENT | REVIEWER'S AKO EMAIL ADDRESS (gov or mil) |
|---|---|---|---|---|
| COL | 18A/SF | Special Operations Command Central | Dir of Operations | james m mis@us army mil |

| d | [X] CONCUR WITH RATER AND SENIOR RATER EVALUATIONS | [ ] NONCONCUR WITH RATER AND/OR SENIOR RATER EVAL (See attached comments) |
|---|---|---|

e RATED NCO  I understand my signature does not constitute agreement or disagreement with the evaluations of the rater and senior rater. I further understand my signature verifies that the administrative data in Part I, the rating officials in Part II, the duty description to include the counseling dates in Part III, and the APFT and height/weight entries in Part IVc are correct. I have seen the completed report. I am aware of the appeals process of AR 623-3

BROWN.JEREMY.MICHAEL.1057683

DATE (YYYYMMDD)
20120503

### PART III - DUTY DESCRIPTION (Rater)

| a PRINCIPAL DUTY TITLE | b DUTY MOSC |
|---|---|
| J3X Special Activities Division NCO | 18Z50 |

c DAILY DUTIES AND SCOPE (To include, as appropriate, people, equipment, facilities and dollars)
Serves as the Special Operations Command Central (SOCCENT) J3X Special Activities Division NCO, advises the command on the employment, resourcing, training and operational planning for Special Operations Forces employment, Focal Point and special category action officer for the planning and coordination of sensitive operations and activities, develops, coordinates and advises the command on Personnel Recovery (PR) and Nonconventional Assisted Recovery (NAR) activities, assists in the development and acquisition of SOF peculiar equipment, materials and supplies to support OPE and PR efforts

d AREAS OF SPECIAL EMPHASIS
Nonconventional Assisted Recovery (NAR)

e APPOINTED DUTIES
Static Line Jumpmaster

| f COUNSELING DATES | INITIAL | LATER | LATER | LATER |
|---|---|---|---|---|
| | 20110504 | 20110819 | 20111102 | 20120203 |

### PART IV - ARMY VALUES/ATTRIBUTES/SKILLS/ACTIONS (Rater)

a ARMY VALUES  Check either "YES" or "NO" (Bullet Comments are mandatory  Substantive bullet comments are required for "NO" entries)

| | YES | NO |
|---|---|---|
| 1 LOYALTY  Bears true faith and allegiance to the U S Constitution, the Army, the unit, and other Soldiers | X | |
| 2 DUTY  Fulfills their obligations | X | |
| 3 RESPECT/EO/EEO  Treats people as they should be treated | X | |
| 4 SELFLESS-SERVICE  Puts the welfare of the nation, the Army, and subordinates before their own | X | |
| 5 HONOR  Lives up to all the Army values | X | |
| 6 INTEGRITY  Does what is right - legally and morally | X | |
| 7 PERSONAL COURAGE  Faces fear, danger, or adversity  (physical and moral) | X | |

**V A L U E S**
Loyalty
Duty
Respect
Selfless-Service
Honor
Integrity
Personal Courage

Bullet comments

o remains calm under pressure

o respectful to superiors and subordinates alike

DA FORM 2166-8, OCT 2011          PREVIOUS EDITIONS ARE OBSOLETE

Page 1 of 2
APD PE v1 01ES

DISC-09700

| RATED NCO'S NAME (Last, First, Middle Initial) BROWN, JEREMY M | SSN 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 | THRU DATE 20120331 |
|---|---|---|

**PART IV (Rater) - VALUES/NCO RESPONSIBILITIES**   *Bullet comments are mandatory. Substantive bullet comments are required for "EXCELLENCE" or "NEEDS IMPROVEMENT"*

**b  COMPETENCE**
- o Duty proficiency, MOS competency
- o Technical & tactical, knowledge, skills, and abilities
- o Sound judgment
- o Seeking self-improvement, always learning
- o Accomplishing tasks to the fullest capacity, committed to excellence

| EXCELLENCE (Exceeds std) | SUCCESS (Meets std) | NEEDS IMPROVEMENT (Some)   (Much) |
|---|---|---|

o deployed to Afghanistan in support of the recovery of US POW for 90 days and enabled forward movement of operations/intelligence fusion for this effort

o worked to develop, staff and disseminate the updated SOCCENT 1208 policy which ensured SOCCENT and subordinate commands were synchronized on special funding

---

**c  PHYSICAL FITNESS & MILITARY BEARING**
- o Mental and physical toughness
- o Endurance and stamina to go the distance
- o Displaying confidence and enthusiasm, looks like a Soldier

| EXCELLENCE (Exceeds std) | SUCCESS (Meets std) [X] | NEEDS IMPROVEMENT (Some)   (Much) |
|---|---|---|

| APFT  PASS | 20120117 | HEIGHT/WEIGHT | 72 / 196 | YES |
|---|---|---|---|---|

o scored 275 on the APFT

o maintained professionalism and military bearing when interacting with GO/FO level officers both within and outside of the command

---

**d  LEADERSHIP**
- o Mission first
- o Genuine concern for Soldiers
- o Instilling the spirit to achieve and win
- o Setting the example. Be, Know, Do

| EXCELLENCE (Exceeds std) | SUCCESS (Meets std) [X] | NEEDS IMPROVEMENT (Some)   (Much) |
|---|---|---|

o served as the Night Shift Leader for the Non-conventional Assisted Recovery Coordination Center during USCENTCOM exercise INTERNAL LOOK 12-1

o briefed the SOCCENT Commander and the USCENTCOM J3 on recommended solutions for the SGT Bergdahl effort upon redeployment

---

**e  TRAINING**
- o Individual and team
- o Mission focused, performance oriented
- o Teaching Soldiers how, common tasks, duty-related skills
- o Sharing knowledge and experience to fight, survive and win

| EXCELLENCE (Exceeds std) | SUCCESS (Meets std) [X] | NEEDS IMPROVEMENT (Some)   (Much) |
|---|---|---|

o trained the CFSOCC forward staff on Low Visibility Friendly Force Tracking procedures, processes and equipment in anticipation of high risk operations

o completed several civilian training course which propelled him for future success in or out of the military

---

**f  RESPONSIBILITY & ACCOUNTABILITY**
- o Care and maintenance of equipment/facilities
- o Soldier and equipment safety
- o Conservation of supplies and funds
- o Encouraging Soldiers to learn and grow
- o Responsible for good, bad, right & wrong

| EXCELLENCE (Exceeds std) | SUCCESS (Meets std) [X] | NEEDS IMPROVEMENT (Some)   (Much) |
|---|---|---|

o ensured quality management and reporting of over $6.5 million in Section 1208 compartmented funding in support of operations in the USCENTCOM AOR

o took full responsibility for his actions, good or bad

---

**PART V - OVERALL PERFORMANCE AND POTENTIAL**

**a  RATER**   Overall potential for promotion and/or service in positions of greater responsibility

AMONG THE BEST     **FULLY CAPABLE** [X]     MARGINAL

**b  RATER**   List 3 positions in which the rated NCO could best serve the Army at his/her current or next higher grade

Battalion Operations Sergeant

Group Operations Sergeant

MACOM Operations Sergeant

**e  SENIOR RATER BULLET COMMENTS**

o promote to SGM at next opportunity

o send to advanced NCOES schooling once promoted

o has potential to excel in positions of greater responsibility

o performance in support of POW recovery operations was truly noteworthy

---

**c  SENIOR RATER**   Overall performance

| [X] | | | | |
|---|---|---|---|---|
| 1  2  3 Successful | 4 Fair | 5 Poor | | |

**d  SENIOR RATER**   Overall potential for promotion and/or service in positions of greater responsibility

| [X] | | | | |
|---|---|---|---|---|
| 1  2  3 Superior | 4 Fair | 5 Poor | | |

---

DA FORM 2166-8, OCT 2011

Page 2 of 2
APD PE v1.01ES

DISC-09701