UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

vs.  Case No: 21-cr-00348-SCB

JEREMY BROWN
_____/

### DEFENDANT'S NOTICE OF FILING ADDITIONAL CHARACTER LETTER

**COMES NOW, the Defendant**, Jeremy Brown, by and through undersigned counsel, and hereby give notice of filing attached additional character letter.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished to the Clerk of Court for e-filing and service on all interested parties on this 30th day of March 2023.

Respectfully submitted,

Roger Futerman
Fla. Bar No. 1022115
**For the Law Offices of Roger Futerman & Associates**
Attorneys for the Defendant
13620 49th Street North, Suite 201
Clearwater, Florida 33762
(727) 344-5511
futermanlaw@yahoo.com

1

**GUS M. BILIRAKIS**
12TH DISTRICT, FLORIDA

COMMITTEE ON ENERGY AND COMMERCE
SUBCOMMITTEE ON
INNOVATION, DATA, AND COMMERCE, CHAIRMAN
SUBCOMMITTEE ON HEALTH
SUBCOMMITTEE ON
COMMUNICATIONS AND TECHNOLOGY

WASHINGTON OFFICE:
☐ 2306 RAYBURN HOUSE OFFICE BUILDING
WASHINGTON, DC 20515-0912
(202) 225-5755

DISTRICT OFFICES:
☐ 8731 CITIZENS DR
SUITE 135
NEW PORT RICHEY, FL 34654
(727) 232-2921

☐ 19 N. MAIN ST
SUITE B
BROOKSVILLE, FL 34601
(352) 691-1231

☐ 212 W. MAIN ST
SUITE 208A
INVERNESS, FL 34450
(352) 654-1004

# Congress of the United States
## House of Representatives
### Washington, DC 20515-0912

March 30, 2023

Susan Bucklew, District Judge
United States District Court for the Middle District of Florida
Sam M. Gibbons United States Courthouse
801 North Florida Avenue
Tampa, Florida 33602

RE: U.S. v. Jeremy Brown, Case 8:21-cr348-SCB-SPF

Honorable Susan Bucklew:

I write to you today on behalf of Jeremy Brown who was found guilty on four federal charges on December 11, 2022 in the above-styled case. The case is now scheduled for sentencing on April 7, 2023. I urge the Court to consider mitigating factors as it contemplates a sentence.

As the former Vice-Chairman of the U.S. House of Representatives Committee on Veterans' Affairs, I constantly find myself in awe of the sacrifices and efforts that have been made on behalf of our great country by the men and women who have worn the uniform of our Armed Services. My priority has always been, and still remains, the safety and care of those who have fought and sacrificed for our great nation. Jeremy Brown served our nation with distinction for 17 years as a U.S. Special Forces Master Sergeant. He was part of an elite group of soldiers who undertook activities in defense of America that required exceptional courage, discipline, and devotion to country. According to media accounts, even Assistant U.S. Attorney Daniel Marcet noted that Jeremy served his country "honorably."

I had a chance to meet with Jeremy recently and came away impressed with his love of country and willingness to serve his nation again despite his incarceration. He was raised by his grandfather who was a Navy veteran and served in WWII. It is from his grandfather, and an uncle who served in the Army, that Jeremy was instilled with an abiding conviction and loyalty to our Republic and our Constitution. Even as a youngster he displayed leadership by serving as the commander in his Junior ROTC unit in high school. He has lived an exemplary life with no incidents of violence and no criminal history despite a difficult upbringing that lacked a cohesive family unit.

After he tragically lost his brother to suicide, Jeremy immediately stepped in to raise his nephew after being granted legal custody.

It is my hope, for the above reasons, that the Court give full and fair consideration of this petition for leniency consistent with the applicable sentencing guidelines in determining an appropriate sentence for someone with no prior criminal record who has served his country honorably.

Sincerely,

Gus M. Bilirakis
Member of Congress