UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

vs.                                             Case No: 21-cr-00348-SCB

JEREMY BROWN
_____/

**DEFENDANT'S NOTICE OF FILING ADDITIONAL
CHARACTER LETTER**

**COMES NOW, the Defendant**, Jeremy Brown, by and through undersigned counsel, and hereby give notice of filing attached additional character letter.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished to the Clerk of Court for e-filing and service on all interested parties on this 6th day of April 2023.

Respectfully submitted,

_____
Roger Futerman
Fla. Bar No. 149179
**For the Law Offices of Roger Futerman
& Associates**
Attorneys for the Defendant
13620 49th Street North, Suite 201
Clearwater, Florida 33762
(727) 344-5511
futermanlaw@yahoo.com

1



# The Florida House of Representatives
### Representative Berny Jacques
### District 59

March 30, 2023

Honorable Susan Bucklew
Middle District of Florida
801North Florida Avenue
Tampa, Florida

Dear Judge Bucklew,

I hope this letter finds you well.

As you prepare to sentence Jeremy Brown Case #8:21-cr348-SCB-SPF, I am reaching out to request leniency for Mr. Brown. In support for leniency, I ask you to consider Mr. Brown's lack of criminal record, his military service, and his exemplary behavior while incarcerated in the Pinellas County Jail.

To my knowledge, Mr. Brown has never committed a violent crime and is known for his stellar community reputation. Mr. Brown served our nation with distinction in the United States Army. Specifically, he served 20 years as a U.S. Army Green Beret and retired with the rank of Master Sergeant. As a Green Beret, Mr. Brown was deployed four times to combat zones and was twice awarded the Bronze Star. Finally, I've been very impressed by the accounts of Mr. Brown's great conduct while incarcerated during this case. Many have described Mr. Brown as a "model prisoner" for leading Bible study, de-escalating altercations, and for building up morale with fellow inmates by leading certain recreational activities.

In conclusion, please consider Mr. Brown's lack of criminal record, military service, and behavior while incarcerated when making your decision. God bless you and thank you for your public service.

Sincerely,

Berny V. Jacques
State Representative, District 59

**District Address**
Suite 207
4625 East Bay Drive
Clearwater, Florida 33764-6867
(727) 519-0560

**Tallahassee Address**
1301 The Capitol
402 South Monroe Street
Tallahassee, Florida 32399-1300
(850) 717-5059