**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| CASE NO.: 8:21-cr-348-SCB-SPF | DATE: April 7, 2023 |
|---|---|
| HONORABLE SUSAN C. BUCKLEW | INTERPRETER: N/A |
| UNITED STATES OF AMERICA<br><br>v.<br><br>JEREMY BROWN | GOVERNMENT'S COUNSEL:<br>Daniel J. Marcet, AUSA<br>Risha Asokan, SAUSA and<br>Cherie L. Krigsman, AUSA with<br>H.S.I. Special Agent Timothy Campbell<br><br>DEFENDANT'S COUNSEL:<br>Roger Futerman and<br>Melissa A. Loesch (Retained) |
| COURT REPORTER: Tana Hess | PROBATION OFFICER: Tyler Thomas Campbell |
| TIME: 9:02 A.M. – 11:06 A.M. | TOTAL: 2 Hours, 4 Minutes |
| DEPUTY CLERK: Charmaine A. Black | COURTROOM: 7A |

**PROCEEDINGS: CRIMINAL MINUTES –SENTENCING REFORM ACT MINUTES**

Court is in session.

All parties are present in the courtroom and identified for the record.

The defendant's family, friends and supporters are also present.

The defendant is sworn.

The defendant was found guilty after a jury trial on Counts One, Two, Three, Four, Five and Ten of the Second Superseding Indictment and the Court has adjudicated the defendant guilty of those offenses.

Sentencing Memorandums have been filed by both parties in this case and the Court received numerous letters written on behalf of the defendant.

The defendant objects to the following paragraphs of the PSR: Paragraphs 28 and 42 (Obstruction of Justice), Paragraph 75 and Footnote (Part C. Offender Characteristics), and Paragraphs 78, 79, 82, 83 and 84.

The Probation Officer addresses the Court.

The Court hears arguments from counsel on the objections.

The Court rules on each objection and sets forth its reasoning on the record.

The defendant seeks a sentence below the advisory guidelines.

The Government seeks a sentence above the advisory guidelines.

The following defense mitigation witnesses are called to the stand, sworn and testifies:

    Defendant's friend Meredith Jones;

    Podcaster Cathi Chamberlain; and

    Defendant's mother Lisa Brown.

The Court hears arguments from counsel for the Government.

The defendant addresses the Court.

The Court hears arguments from counsel for the defendant.

Government's counsel responds.

The Court instructs the Probation Officer to strike the footnote in the PSR on page 13. (The rest of paragraph 75 will remain.)

The Probation Officer shall also delete as an asset, the $169,925 received from the Online Fundraising "GiveSendGo" account.

For the reasons articulated on the record, the Court sentences the defendant as follows:

    Imprisonment: 87 months. This term consists of an 87-month term as to Counts One through Four and Count Ten, all such terms to run concurrently.

    The sentence as to Count Five is: Time Served.

    Supervised Release: 3 years [36 months]. This term consists of a 3-year term as to Counts One Through Four and Count Ten, all such terms to run concurrently.

    Mandatory and standard terms and conditions apply.

    Special conditions:

1. The defendant shall be evaluated by a doctor and participate in a mental health counseling/treatment program (outpatient and/or inpatient) and follow the Probation Officer's instructions regarding the implementation of this court directive. Further, the defendant shall contribute to the costs of these services not to exceed an amount determined reasonable by the Probation Office's Sliding Scale for Mental Health Treatment Services.

2. The defendant shall submit to a search of his person, residence, place of business, any storage units under the defendant's control, computer, or vehicle, conducted by the United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release. The defendant shall inform any other residents that the premises may be subject to a search pursuant to this condition. Failure to submit to a search may be grounds for revocation.

3. Having been convicted of a qualifying felony, the defendant must cooperate in the collection of DNA as directed by the Probation Officer.

4. The mandatory drug testing requirements of the Violent Crime Control Act are suspended. However, the defendant must submit to random drug testing not to exceed 104 tests per year.

5. The defendant shall pay the **$21,817.00** in child-support arrearages that is owed as an additional condition of supervised release.

Fine: Waived.

Special Assessments: $525.00 to be paid immediately.

The underlying Indictment and the First Superseding Indictment are dismissed on motion of the United States.

The Order of Forfeiture will become final and made part of the Judgment.

The Court makes the following recommendations to the Bureau of Prisons:

- Designation at either:
  (1) 1st Choice - Pensacola Federal Correctional Institution or
  (2) 2nd Choice - Coleman Federal Correctional Institution.

The defendant is advised of his right to appeal and to counsel on appeal.

The defendant is remanded to the custody of the United States Marshal to await designation by the Bureau of Prisons.

**GUIDELINE RANGE DETERMINED BY THE COURT AT SENTENCING:**
*Before any departures and/or variances.*

| | |
|---|---|
| Total Offense Level | 29 |
| Criminal History Category | I |
| Imprisonment Range | 87 months – 108 months |
| Supervised Release Range | 1 year - 3 years as to Counts One through Four, and Ten; and 1 year as to Count Five |
| Restitution | N/A |
| Fine Range | $30,000 - $250,000 |
| Special Assessment | $525 |

Court is adjourned.