UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                       Case No. 8:21-cr-348-SCB-SPF

JEREMY BROWN

**UNITED STATES' MOTION FOR FINAL ORDER OF FORFEITURE**

Pursuant to 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure, the United States of America moves for a Final Order of Forfeiture the following assets seized from the defendant at his residence on or about September 30, 2021:

(1)      a CBC Industries shotgun, 410 Gauge, model SB42Y, serial number C1247014;

(2)      a Palmetto Armory rifle, 5.56 caliber, model PA-15, serial number LW257921; and

(3)      two military hand grenades (grenades), model M67, Lot # 7-69 COMP B MA-11-12F.

In support thereof, the United States submits the following memorandum of law.

**MEMORANDUM OF LAW**

**I.     Statement of Facts**

1.     On February 2, 2023, the Court entered a Preliminary Order of Forfeiture forfeiting to the United States all right, title, and interest of the defendant in the assets identified above, pursuant to 18 U.S.C. § 844(c), 26 U.S.C. § 5872, and

28 U.S.C. § 2461(c).  Doc. 332.  In accordance with the provisions of 21 U.S.C. § 853(n), the United States published notice of the forfeiture, and of its intent to dispose of the assets on the official government website, www.forfeiture.gov, beginning on February 4, 2023, and ending on March 5, 2023.  Doc. 342.  The publication gave notice to all third parties with a legal interest in the assets to file with the Office of the Clerk, United States District Court, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602, a petition to adjudicate their interest within 60 days of the first date of publication.

2. In accordance with 21 U.S.C. § 853(n), the United States also sent notice of this forfeiture action and instructions on filing a claim to the assets, via FedEx and U.S. Mail, to Tylene Denise Aldridge, who is the only person or entity known to have any potential interest in the assets.  The notice package sent to Ms. Aldridge included a Notice of Forfeiture, the Preliminary Order of Forfeiture, a copy of the Acknowledgment, and a stamped envelope.  *See* Exhibit A.  On February 8, 2023, Ms. Aldridge signed the Acknowledgment, confirming notice of the pending forfeiture. *See* Exhibit A-1.  Ms. Aldridge has not filed a claim to the assets identified above and the time for doing so has expired.

3. To date, no third parties have filed a Petition to Adjudicate Interest in the assets, and the time for filing such Petitions has expired.

4. Consequently, the United States now seeks a final order of forfeiture for the assets.

## II. Applicable Law

When all third-party petitions have been adjudicated, or if no petitions are filed, it is appropriate for the Court to enter a final order of forfeiture in accordance with Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure. In addition, 21 U.S.C. § 853(n)(7) provides that following the disposition of all petitions, or if no petitions are timely filed in accordance with 21 U.S.C. § 853(n)(2), "the United States shall have clear title to property that is the subject of the order of forfeiture and may warrant good title to any subsequent purchaser or transferee." 21 U.S.C. § 853(n)(7).

As required by section 853(n), the United States published notice of the forfeiture, and of its intent to dispose of the assets on the official government website, www.forfeiture.gov, beginning on February 4, 2023, and ending on March 5, 2023. Doc. 342. Publication by internet is permitted in civil cases pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Assets Forfeiture Actions, of the Federal Rules of Civil Procedure. Federal Rule of Criminal Procedure 32.2(b)(6)(C) provides that publication of notice of criminal forfeiture may be made by any means described in Supplemental Rule G(4)(a)(iv).

The internet publication notified all who might have an interest in the assets of the United States' intent to dispose of such property and provided instructions on filing a petition to adjudicate an interest in the property. In accordance with the above-referenced provisions, a person or entity had 60 days from the first date of

publication to file a petition with the District Court. Here, the first date of internet publication on www.forfeiture.gov was February 4, 2023. Thus, the final date for filing a petition to adjudicate interest in the assets was on April 5, 2023, and the time for filing such petitions has expired.

The defendant's interest in the assets wase forfeited to the United States in the Preliminary Order of Forfeiture. Doc. 332. Ms. Aldridge is the only other individual or entity known to have a potential interest in the assets and, despite notice, Ms. Aldridge has failed to file a timely claim. No additional party has filed a petition or claimed an interest in the assets and the time for filing a petition has expired.

Publication having been effected, and no claim or petition to adjudicate an interest having been filed, it is now appropriate for the Court to enter a Final Order of Forfeiture for the assets identified on page one, above.

### III. Conclusion

WHEREFORE, the United States respectfully requests that, pursuant to 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure, this Court enter a final order, forfeiting to the United States all right, title and interest

in the assets, for disposition according to law, and vesting clear title to said property in the United States of America.

Respectfully Submitted,

ROGER B. HANDBERG
United States Attorney

By:    *s/Suzanne C. Nebesky*
SUZANNE C. NEBESKY
Assistant United States Attorney
Florida Bar Number 59377
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602
(813) 274-6000 – telephone
E-mail: suzanne.nebesky@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 10, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

*s/Suzanne C. Nebesky*
SUZANNE C. NEBESKY
Assistant United States Attorney