UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**UNITED STATES OF AMERICA**

v.                                      Case No. 8:21-cr-348-SCB-SPF

**JEREMY BROWN**

_____ /

## FINAL ORDER OF FORFEITURE

The United States moves under 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2), Federal Rules of Criminal Procedure, for a final order of forfeiture for the following assets seized from the defendant at his residence on or about September 30, 2021, which were subject to a February 2, 2023 preliminary order of forfeiture (Doc. 332):

    (1) a CBC Industries shotgun, 410 Gauge, model SB42Y, serial number C1247014;

    (2) a Palmetto Armory rifle, 5.56 caliber, model PA-15, serial number LW257921; and

    (3) two military hand grenades (grenades), model M67, Lot # 7-69 COMP B MA-11-12F.

In accord with 21 U.S.C. § 853(n) and Rule 32.2(b)(6)(C), Federal Rules of Criminal Procedure, from February 4, 2023, and ending on March 5, 2023, the United States published notice of the forfeiture and of its intent to dispose of the assets on the official government website, www.forfeiture.gov. Doc. 342. The publication gave notice to all third parties with a legal interest in the assets to file with the Office of the Clerk, United States District Court, Sam Gibbons Federal Courthouse, 2nd Floor, 801

North Florida Avenue, Tampa, Florida 33602, a petition to adjudicate their interests within 60 days of the first date of publication. No persons or entities filed a petition or claimed an interest in the assets, and the time for filing such petition has expired.

Also, under 21 U.S.C. § 853(n), the United States properly noticed the only party known to have a potential interest in the assets, Tylene Denise Aldridge. Despite notice, Ms. Aldridge failed to file a petition or claim to the assets and the time for filing a petition has expired.

The United States' motion is **GRANTED**. Under 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2), Federal Rules of Criminal Procedure, all right, title, and interest in the assets is **CONDEMNED** and **FORFEITED** to the United States for disposition according to law. Clear title to the assets is now vested in the United States of America.

DONE and ORDERED in Tampa, Florida, this 10th day of April, 2023.

SUSAN C. BUCKLEW
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Suzanne C. Nebesky, AUSA
Counsel of Record