RCVD - USDC - FLMD - TPA
FEB 21 2025 PM

UNITED STATES DISTRICT COURT
FOR MIDDLE DISTRICT OF FLORIDA (Tampa)

UNITED STATES OF AMERICA,

8:21 CR 348 SDM-SPF

V.

Case No. 1:21-cr-00609-APM
Case No. 1:21-mj-00619-RMM
Case No. 8:21-cr-00348-S_B-SPF
Case No. 8:21-mj-01990-SPF
Case No. 8:21-mj-01991-SPF

JEREMY MICHAEL BROWN,
Defendant

## MOTION

### TO DISMISS THE CASES, INDICTMENTS, AND ALL UNINDICTED CHARGES WITH PREJUDICE AND THE IMMEDIATE RELEASE FROM CUSTODY

I respectfully submit this motion to the honorable court.

The defendant in this case, Mr. Brown, received a PRESIDENTIAL PARDON AND COMMUTATION on January 20th, 2025. Namely, an Executive Order entitled, "Granting Pardons and Commutations of Sentences for Certain Offenses Relating to the Events at or Near the United States Capitol on January 6th, 2021.

All of these cases stem from a criminal complaint for arrest, investigation, and execution that originated from a Washington, D.C. Magistrate, making the U.S. District Court for the District of Columbia the federal court of jurisdiction. While the long arm of justice may try to reach down into the state courts via a state US Attorney, the DC Magistrate judge and its federal court must recognize, address, and fulfill the Presidential Executive Order regardless for this defendant.

1

This Presidential Proclamation covers ALL federal charges associated with January 6th, 2021 events, regardless of location or jurisdiction, and the Presidential Executive Order makes clear that this action was to be accomplished on January 20th, 2025, by the Attorney General of the United States - it was a direct order from the Commander in Chief. As a result, that Presidential Order has been disobeyed flagrantly, and Mr. Brown's continued incarceration in the BOP is physical proof of the Attorney General ignoring the Presidential Order.

For the above listed reasons, Mr. Brown should be released immediately from the BOP per the Executive Order signed on January 20th, 2025.

Please note: At this time, all Article III Judges and U.S. Attorneys who knowingly continued his incarceration past January 20th, 2025 are in violation of the Executive Order. (See enclosed documents)

*Karen D. Saffron,* 2/18/25
Karen D. Saffron, Pro Se Litigant
3243 Blundell Road
Falls Church, Virginia 22042

Menu  Search

(1)

PRESIDENTIAL ACTIONS

# GRANTING PARDONS AND COMMUTATION OF SENTENCES FOR CERTAIN OFFENSES RELATING TO THE EVENTS AT OR NEAR THE UNITED STATES

2/18/25, 10:00 AM          Granting Pardons And Commutation Of Sentences For Certain Offenses Relating To The Events At Or Near the United States Ca…

Case 8:21-cr-00348-SDM-SPF     Document 371     Filed 02/21/25     Page 4 of 7 PageID 5519

# CAPITOL ON JANUARY 6, 2021

② 

January 20, 2025

BY THE PRESIDENT OF THE UNITED STATES OF AMERICA

A PROCLAMATION

This proclamation ends a grave national injustice that has been perpetrated upon the American people over the last four years and begins a process of national reconciliation.

Acting pursuant to the grant of authority in Article II, Section 2, of the Constitution of the United States, I do hereby:

(a) commute the sentences of the following individuals convicted of offenses related to events that occurred at or near the United States Capitol on January 6, 2021, to time served as of January 20, 2025:

- Stewart Rhodes
- Kelly Meggs
- Kenneth Harrelson
- Thomas Caldwell
- Jessica Watkins
- Roberto Minuta
- Edward Vallejo
- David Moerschel
- Joseph Hackett

2/18/25, Granting Pardons And Commutation Of Sentences For Certain Offenses Relating To The Events At Or Near The United States Ca...

Case 8:21-cr-00348-SDM-SPF   Document 371   Filed 02/21/25   Page 5 of 7 PageID 5520

③

- Ethan Nordean
- Joseph Biggs
- Zachary Rehl
- Dominic Pezzola
- Jeremy Bertino

(b) grant a full, complete and unconditional pardon to all other individuals convicted of offenses related to events that occurred at or near the United States Capitol on January 6, 2021;

The Attorney General shall administer and effectuate the immediate issuance of certificates of pardon to all individuals described in section (b) above, and shall ensure that all individuals convicted of offenses related to events that occurred at or near the United States Capitol on January 6, 2021, who are currently held in prison are released immediately. The Bureau of Prisons shall immediately implement all instructions from the Department of Justice regarding this directive.

I further direct the Attorney General to pursue dismissal with prejudice to the government of all pending indictments against individuals for their conduct related to the events at or near the United States Capitol on January 6, 2021. The Bureau of Prisons shall immediately implement all instructions from the Department of Justice regarding this directive.

IN WITNESS WHEREOF, I have hereunto set my hand this twentieth day of January, in the year of our Lord two thousand twenty-five, and of the Independence of the United States of America the two hundred and forty-ninth.

News

2/18/25, 10:00 AM		Granting Pardons And Commutation Of Sentences For Certain Offenses Relating To The Events At Or Near the United States Ca…

Case 8:21-cr-00348-SDM-SPF   Document 371   Filed 02/21/25   Page 6 of 7 PageID 5521

(4)

Administration

Issues

Contact

Visit

**THE WHITE HOUSE**

1600 Pennsylvania Ave NW
Washington, DC 20500

# THE WHITE HOUSE

WH.GOV

Copyright

Privacy

# Donald J. Trump

*President of the United States of America*

## Certificate of Pardon

*Jeremy Brown*

was pardoned by the Presidential Proclamation of January 20, 2025. The pardon applies only to convictions for offenses related to events that occurred at or near the United States Capitol on January 6, 2021.

As directed by the Proclamation of Pardon and in witness whereof, the Office of the Pardon Attorney has caused the seal of the Department of Justice to be affixed below and issues this certificate of pardon to the named person.



*Done at the City of Washington, District of Columbia, on February 5, 2025.*



ID318706