UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

Case No.: 8:21-cr-348-SDM-SPF

v.

JEREMY BROWN

**<u>UNITED STATES' NOTICE OF FILING OF CERTIFICATE OF PARDON</u>**

The United States hereby files the attached Certificate of Pardon (the "Pardon"), which was issued by the Office of the Pardon Attorney on February 5, 2025. As stated in the Pardon, on January 20, 2025, President Donald J. Trump pardoned the Defendant Jeremy Brown by "Presidential Proclamation." The Pardon provides that "[t]he pardon applies only to convictions for offenses related to events that occurred at or near the United States Capitol on January 6, 2021." Based on consultation with Department of Justice leadership, it is the position of the United

States that the offenses of conviction in this case are intended to be covered by this Pardon.

                                            Respectfully submitted,

                                            SARA C. SWEENEY
                                            Acting United States Attorney

By:    */s/ Daniel J. Marcet*
       Daniel J. Marcet
       Chief, National Security Section
       Assistant United States Attorney
       Florida Bar No. 0114104
       400 N. Tampa St., Ste. 3200
       Tampa, FL 33602-4798
       Telephone: (813) 274-6000
       E-mail: Daniel.Marcet@usdoj.gov