# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

February 24, 2025

Carolyn Stewart
Law Office of Carolyn Stewart
1204 SWILLEY RD
PLANT CITY, FL 33567

Appeal Number: 23-11146-W
Case Style: USA v. Jeremy Brown
District Court Docket No: 8:21-cr-00348-SCB-SPF-1

Your Application to Appear Pro Hac Vice in this appeal has been GRANTED.

Counsel who wish to participate in this appeal must complete and electronically file an appearance form within fourteen (14) days (appearance of counsel forms are available on the court's website). The clerk may not process filings from an attorney until that attorney files an appearance form. See 11th Cir. R. 46-6.

If you have not yet registered for the Electronic Case Files (ECF) system, information regarding registration can be found on the court's website under "E-Filing Information (CM/ECF)".

Electronic Filing
All counsel must file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. Although not required, non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at www.pacer.gov. Information and training materials related to electronic filing are available on the Court's website.

Clerk's Office Phone Numbers
General Information:    404-335-6100    Attorney Admissions:          404-335-6122
Case Administration:    404-335-6135    Capital Cases:                404-335-6200
CM/ECF Help Desk:       404-335-6125    Cases Set for Oral Argument:  404-335-6141

MOT-2 Notice of Court Action

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-11146

_____

UNITED STATES OF AMERICA,

                                                  Plaintiff-Appellee,

*versus*

JEREMY BROWN,

                                                  Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 8:21-cr-00348-SCB-SPF-1

_____

2            Order of the Court            25-10137

ORDER:

      The Application to Appear Pro Hac Vice submitted by Carolyn Stewart, seeking to represent Defendant-Appellant, is hereby GRANTED.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION