# In the
# United States Court of Appeals
# For the Eleventh Circuit

_____

No. 23-11146

_____

UNITED STATES OF AMERICA,

                                                Plaintiff-Appellee,

versus

JEREMY BROWN,

                                                Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 8:21-cr-00348-SCB-SPF-1

_____

ORDER:

2            Order of the Court            23-11146

Carolyn Stewart's motion to withdraw as counsel for Jeremy Brown is GRANTED.

/s/ Adalberto Jordan
UNITED STATES CIRCUIT JUDGE