# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

March 21, 2025

Clerk - Middle District of Florida
U.S. District Court
801 N FLORIDA AVE
TAMPA, FL 33602-3849

Holly Lynn Gershow
DOJ-USAO
Appellate Division
400 N TAMPA ST STE 3200
TAMPA, FL 33602

U.S. Attorney Service - Middle District of Florida
DOJ-USAO
Appellate Division
400 N TAMPA ST STE 3200
TAMPA, FL 33602

Michael Robert Ufferman
Michael Ufferman Law Firm, PA
2022-1 RAYMOND DIEHL RD
TALLAHASSEE, FL 32308-3844

Appeal Number: 23-11146-HH
Case Style: USA v. Jeremy Brown
District Court Docket No: 8:21-cr-00348-SCB-SPF-1

The enclosed copy of this Court's order of remand is issued as the mandate of this Court. Counsel and parties are advised that with this order of remand this appeal is concluded. If further review is to be sought in the future a timely new notice of appeal must be filed.

Any pending motions are now rendered moot in light of the attached order.

Clerk's Office Phone Numbers
General Information:      404-335-6100    Attorney Admissions:    404-335-6122
Case Administration:      404-335-6135    Capital Cases:          404-335-6200

CM/ECF Help Desk:   404-335-6125      Cases Set for Oral Argument:  404-335-6141

Enclosure(s)

DIS-4 Multi-purpose dismissal letter

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-11146

_____

UNITED STATES OF AMERICA,

                                                   Plaintiff-Appellee,

*versus*

JEREMY BROWN,

                                                   Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 8:21-cr-00348-SCB-SPF-1

_____

Before JORDAN, LAGOA, and TJOFLAT, Circuit Judges.

| 2 | Order of the Court | 23-11146 |
|---|---|---|

BY THE COURT:

The government has filed an unopposed motion to remand the case to the district court and to relinquish jurisdiction so that the district court can consider and rule upon its forthcoming motion to dismiss the indictment against Mr. Brown. That motion is **GRANTED**, and the district court will have jurisdiction upon entry of this order to consider any such motion filed by the government.

We will retain jurisdiction of the appeal. The government shall file with the clerk of this court a copy of its motion to dismiss the indictment, and shall file status reports on the first day of every month until the district court rules on that motion. Should the court grant that motion, we expect that Mr. Brown will move to dismiss his appeal as moot.