IN THE

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br>v.<br><br>JEREMY BROWN,<br><br>　　Defendant. | Case No. 8:21-cr-348-SDM-SPF |

**NOTICE OF APPEARANCE**

COMES NOW, MICHAEL UFFERMAN and LAUREL CORNELL NILES, Attorneys for the Defendant, JEREMY BROWN, and hereby enter this Notice of Appearance on behalf of Jeremy Brown, in the above-styled cause.

NOTICE IS HEREBY GIVEN that undersigned counsel are currently appellate counsel representing the Defendant in the Eleventh Circuit Court of Appeals and undersigned counsel will be representing the Defendant in this Court for purposes of the Government's recently-filed Federal Rule of Criminal Procedure 48(a) "Request for Leave to Dismiss Second Superseding Indictment."

The Clerk is requested to enter the appearances of the undersigned attorneys

as counsel for the Defendant.

/s/ Michael Ufferman
MICHAEL UFFERMAN
Michael Ufferman Law Firm, P.A.
2022-1 Raymond Diehl Road
Tallahassee, Florida 32308
(850) 386-2345
FL Bar No. 114227
Email: ufferman@uffermanlaw.com

/s/ Laurel Cornell Niles
LAUREL CORNELL NILES
Michael Ufferman Law Firm, P.A.
2022-1 Raymond Diehl Road
Tallahassee, Florida 32308
(850) 386-2345
FL Bar No. 104798
Email: LNiles@uffermanlaw.com

Counsel for Mr. **BROWN**

## NOTICE OF LEAD COUNSEL DESIGNATION

The Defendant, **JEREMY BROWN**, by and through undersigned counsel, hereby provides notice to the Court that undersigned counsel is designated as lead counsel.

/s/ Michael Ufferman
MICHAEL UFFERMAN
Michael Ufferman Law Firm, P.A.
2022-1 Raymond Diehl Road
Tallahassee, Florida 32308
(850) 386-2345
FL Bar No. 114227
Email: ufferman@uffermanlaw.com

Lead Counsel for Mr. **BROWN**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY a true and correct copy of the foregoing instrument has been furnished to:

Office of the United States Attorney

by CM/ECF delivery on March 26, 2025.

    Respectfully submitted,

    /s/ Michael Ufferman
    MICHAEL UFFERMAN
    Michael Ufferman Law Firm, P.A.
    2022-1 Raymond Diehl Road
    Tallahassee, Florida 32308
    (850) 386-2345
    FL Bar No. 114227
    Email: ufferman@uffermanlaw.com

    /s/ Laurel Cornell Niles
    LAUREL CORNELL NILES
    Michael Ufferman Law Firm, P.A.
    2022-1 Raymond Diehl Road
    Tallahassee, Florida 32308
    (850) 386-2345
    FL Bar No. 104798
    Email: LNiles@uffermanlaw.com

    Counsel for Mr. **BROWN**