IN THE

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>v.<br><br>JEREMY BROWN,<br><br>    Defendant. | Case No. 8:21-cr-348-SDM-SPF |

**NOTICE OF APPEARANCE**

COMES NOW, LAUREL CORNELL NILES, Attorney for the Defendant, JEREMY BROWN, and hereby enters this Notice of Appearance on behalf of Jeremy Brown, in the above-styled cause.[1]

NOTICE IS HEREBY GIVEN that undersigned counsel is currently appellate counsel representing the Defendant in the Eleventh Circuit Court of Appeals and undersigned counsel will be representing the Defendant in this Court for purposes of the Government's recently-filed Federal Rule of Criminal Procedure 48(a) "Request for Leave to Dismiss Second Superseding Indictment."

---

[1] Counsel will serve as co-counsel with Michael Ufferman, Esquire.

The Clerk is requested to enter the appearance of the undersigned attorney as counsel for the Defendant.

    /s/ Laurel Cornell Niles
LAUREL CORNELL NILES
Michael Ufferman Law Firm, P.A.
2022-1 Raymond Diehl Road
Tallahassee, Florida 32308
(850) 386-2345
FL Bar No. 104798
Email: LNiles@uffermanlaw.com

Counsel for Mr. **BROWN**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY a true and correct copy of the foregoing instrument has been furnished to:

Office of the United States Attorney

by CM/ECF delivery on April 1, 2025.

                              Respectfully submitted,

                              /s/ Laurel Cornell Niles
                              LAUREL CORNELL NILES
                              Michael Ufferman Law Firm, P.A.
                              2022-1 Raymond Diehl Road
                              Tallahassee, Florida 32308
                              (850) 386-2345
                              FL Bar No. 104798
                              Email: LNiles@uffermanlaw.com

                              /s/ Michael Ufferman
                              MICHAEL UFFERMAN
                              Michael Ufferman Law Firm, P.A.
                              2022-1 Raymond Diehl Road
                              Tallahassee, Florida 32308
                              (850) 386-2345
                              FL Bar No. 114227
                              Email: ufferman@uffermanlaw.com

                              Counsel for Mr. **BROWN**