8UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.   CASE NO. 8:21-cr-348-SDM-SPF

JEREMY BROWN,
_____/

### ORDER

After docketing (Doc. 372-1) a copy of a certificate of the pardon of Jeremy Brown by President Donald J. Trump and after confirming, with respect to the offenses alleged in the second superseding indictment (Doc. 250), that "the offenses of conviction in this case are intended to be covered by this Pardon," (Doc. 372) the United States moves (Doc. 376) unopposed under Rule 48(a), Federal Rules of Criminal Procedure, to dismiss with prejudice the second superseding indictment (and, derivatively, perforce the pardon, both the superseding indictment (Doc. 159) and the indictment (Doc. 21), both of which allege only offenses included in the second superseding indictment). After an oral argument, the Eleventh Circuit Court of Appeals relinquished (Doc. 375) jurisdiction to the district court to "consider and rule upon" the United States' motion.

The United States' motion (Doc. 376) is **GRANTED**, the judgment (Doc. 357) is **VACATED**, and the second superseding indictment — and, derivatively,

perforce the pardon, both the superseding indictment (Doc. 159) and the indictment (Doc. 21) — are **DISMISSED WITH PREJUDICE**. The clerk must close the case. Another motion (Doc. 371) to dismiss by a person, whose standing to appear and move in this action is unestablished and apparently absent, is **DENIED AS MOOT**.

ORDERED in Tampa, Florida, on April 2, 2025.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE