# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

May 15, 2025

Clerk - Middle District of Florida
U.S. District Court
801 N FLORIDA AVE
TAMPA, FL 33602-3849

Holly Lynn Gershow
DOJ-USAO
Appellate Division
400 N TAMPA ST STE 3200
TAMPA, FL 33602

U.S. Attorney Service - Middle District of Florida
DOJ-USAO
Appellate Division
400 N TAMPA ST STE 3200
TAMPA, FL 33602

Michael Robert Ufferman
Michael Ufferman Law Firm, PA
2022-1 RAYMOND DIEHL RD
TALLAHASSEE, FL 32308-3844

Appeal Number: 23-11146-HH
Case Style: USA v. Jeremy Brown
District Court Docket No: 8:21-cr-00348-SCB-SPF-1

The enclosed copy of this Court's Order of Dismissal is issued as the mandate of this court. <u>See</u> 11th Cir. R. 41-4. Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order. No additional time shall be allowed for mailing."

Any pending motions are now rendered moot in light of the attached order.

<u>Clerk's Office Phone Numbers</u>
General Information: 404-335-6100    Attorney Admissions: 404-335-6122
Case Administration: 404-335-6135    Capital Cases: 404-335-6200

CM/ECF Help Desk:  404-335-6125    Cases Set for Oral Argument:  404-335-6141

Enclosure(s)

DIS-4 Multi-purpose dismissal letter

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-11146

_____

UNITED STATES OF AMERICA,

                                                      Plaintiff-Appellee,

*versus*

JEREMY BROWN,

                                                      Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 8:21-cr-00348-SCB-SPF-1

_____

Before JORDAN, LAGOA, and TJOFLAT, Circuit Judges.

| 2 | Order of the Court | 23-11146 |

BY THE COURT:

Appellant's unopposed motion to DISMISS appeal AS MOOT, is GRANTED.